**PRESENTMENT DATE: September 5, 2019 at 11:30 a.m. Prevailing Eastern Time)**
**OBJECTION DEADLINE: September 4, 2019 at 4:00 p.m. (Prevailing Eastern Time)**

Richard E. Weltman (rew@weltmosk.com)
Michael L. Moskowitz (mlm@weltmosk.com)
Debra Kramer (dk@weltmosk.com)
Michele K. Jaspan (mkj@weltmosk.com)
Adrienne Woods (aw@weltmosk.com)
Melissa A. Guseynov (mag@weltmosk.com)
**WELTMAN & MOSKOWITZ, LLP**
*Proposed Attorneys for Debtor/Debtor-in-Possession*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 Case |
| HVI CAT CANYON, INC., | Case No. 19-12417 (MEW) |
| Debtor. | |

**NOTICE OF PRESENTMENT OF DEBTOR'S APPLICATION FOR ENTRY OF AN
ORDER PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY
CODE AUTHORIZING EMPLOYMENT AND RETENTION OF CAPPELLO GLOBAL,
LLC AND CAMDEN FINANCIAL SERVICES (d/b/a CAPPELLO GLOBAL) AS
FINANCIAL ADVISORS TO THE DEBTOR AND DEBTOR-IN-POSSESSION *NUNC
PRO TUNC* TO PETITION DATE**

**PLEASE TAKE NOTICE**, that upon the annexed application ("Application") of HVI Cat

Canyon, Inc., as debtor in the above-captioned case ("Debtor"), the undersigned counsel will

present for signature to the Honorable Michael E. Wiles, United States Bankruptcy Judge, in his

Chambers, United States Bankruptcy Court for the Southern District of New York, One Bowling

Green, Room 617, New York, New York 10004-1408, at **11:30 a.m. (prevailing Eastern Time)**

**on September 5, 2019 (the "Presentment Date"),** the attached Order Approving Employment

and Retention of Cappello Global, LLC and Camden Financial Services as Financial Advisors to

the Debtor and Debtor-in-Possession *Nunc Pro Tunc* to Petition Date ("Proposed Order"), a true

and complete copy of which is annexed hereto, authorizing Debtor to retain and employ Cappello

Global LLC and Camden Financial Services as Financial Advisors, *nunc pro tunc*, to Petition Date.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Application must be made in writing and conform with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and be filed with the Clerk of the Bankruptcy Court at the address set forth above, with a copy delivered directly to Bankruptcy Judge Wiles' Chambers, and served upon (i) the undersigned proposed counsel for Debtor; and (ii) William K. Harrington, United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York (Attention: Serene Nakano, Esq. and Greg Zipes, Esq.), so as **to be filed and actually received by all of them not later than 4:00 p.m. (prevailing Eastern Time) on September 4, 2019.**

**PLEASE TAKE FURTHER NOTICE** that if no timely, written objections are filed and received in accordance with the foregoing, the Proposed Order may be entered by the Court.

Dated:   New York, New York
         August 27, 2019

WELTMAN & MOSKOWITZ, LLP
*Proposed Attorneys for Debtor/Debtor in Possession*

By: */s/ Michael L. Moskowitz*
    **MICHAEL L. MOSKOWITZ**
    270 Madison Avenue, Suite 1400
    New York, New York 10016
    (212) 684-7800