Michael D. Warner, Esq. (TX Bar No. 00792304)
COLE SCHOTZ P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5265
Facsimile:  (817) 977-1611
mwarner@coleschotz.com

Jeffrey N. Pomerantz, Esq.
Maxim B. Litvak, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760

Robert J. Feinstein, Esq.
Steven W. Golden, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| HVI CAT CANYON, INC. | ) Case No. 19-32857-hdh11 |
| Debtor. | ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee"), a party in interest in the case of the above-captioned debtor, hereby appears by their proposed counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ") and Cole Schotz P.C. ("Schotz", and together with PSZJ, "Counsel").  Counsel hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned case. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the

2

Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon Counsel, at the addresses, telephone, facsimile numbers, and email addresses set forth below:

| | |
|---|---|
| Robert J. Feinstein, Esquire<br>Steven W. Golden, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone:  (212) 561-7700<br>Facsimile:   (212) 561-7777<br>Email: rfeinstein@pszjlaw.com<br>            sgolden@pszjlaw.com | Jeffrey N. Pomerantz, Esquire<br>Maxim B. Litvak, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA  90067-4100<br>Telephone:  (310) 277-6910<br>Facsimile:   (310) 201-0760<br>Email: jpomerantz@pszjlaw.com<br>            mlitvak@pszjlaw.com |

Michael D. Warner, Esquire
Cole Schotz P.C.
301 Commerce Street,Suite 1700
Fort Worth, TX 76102
Telephone:  (817) 810-5250
Facsimile:   (817) 810-5255
Email:  mwarner@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this chapter 11 case, whether formal or informal, written or oral, and whether served,

transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated: August 29, 2019

Respectfully submitted,

/s/Michael D. Warner
Michael D. Warner, Esq. (TX Bar No. 00792304)
COLE SCHOTZ P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5265
Facsimile: (817) 977-1611
mwarner@coleschotz.com

and

Robert J. Feinstein, Esq. (*pro hac vice* forthcoming)
Steven W. Golden, Esq. (TX Bar No. 240996681)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Jeffrey N. Pomerantz, Esq. (*pro hac vice* forthcoming)
Maxim B. Litvak, Esq. (TX Bar No. 24002482)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

*Proposed Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2019, I caused a true and correct copy of the foregoing pleading to be served upon all parties that are registered to receive electronic service through the court's CM/ECF notice system in the above case.

/s/ Michael D. Warner
Michael D. Warner

40000/0629-17774099v1