**Richard E. Weltman (rew@weltmosk.com)**
**Michael L. Moskowitz (mlm@weltmosk.com)**
**Debra Kramer (dk@weltmosk.com)**
**Adrienne Woods (aw@weltmosk.com)**
**Melissa A. Guseynov (mag@weltmosk.com)**
**WELTMAN & MOSKOWITZ, LLP**
*Proposed Attorneys for Debtor/Debtor-in-Possession*
270 Madison Avenue, Suite 1400
New York, New York 10016-0601
(212) 684-7800

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>          Debtor. | Chapter 11 Case<br><br>Case No. 19-32857(HDH) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a status conference has been scheduled for hearing on **Thursday, September 5, 2019 at 2:00 p.m. (CST)**, before the Honorable Harlin D. Hale, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of Texas, Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom 3, Dallas, Texas, 75242.

Judge Hale has approved telephonic appearances for all parties. Parties must pre-register with CourtCall at 866-582-6878 to obtain their dial-in information. Parties are welcome to appear in person before Judge Hale if they prefer.

Dated:   New York, New York
          August 29, 2019

                                       **WELTMAN & MOSKOWITZ, LLP**
                                       *Proposed Attorneys for Debtor/Debtor in Possession*


                                       By: /s/ Michael L. Moskowitz
                                         **MICHAEL L. MOSKOWITZ**
                                       270 Madison Avenue, Suite 1400
                                       New York, New York 10016
                                       (212) 684-7800