**Fill in this information to identify the case:**

Debtor name: HVI Cat Canyon, Inc.

United States Bankruptcy Court for the: Northern District of

TX      19-32857

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 5,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attachment | | | $ 48,448.73 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. | $ |
| 4.2. | $ |

5. **Total of Part 1**    $ 53,448.73

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. See Attachment | $ 728,828.58 |
| 7.2. | $ |

Debtor    HVI Cat Canyon, Inc.
          _____
          Name                                          Case number (if known)  19-32857

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. See attachment _____    $ 12,137.79

   8.2. _____    $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                        $ 740,966.36

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ■ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   556,700.30 _____ – _____ = ....→   $ 556,700.30
                                face amount           doubtful or uncollectible accounts

    11b. Over 90 days old:   _____ – _____ = ....→   $ _____
                             face amount           doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 556,700.30

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $ _____

    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1. _____    _____ %    _____    $ _____

    15.2. _____    _____ %    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $ _____

    16.2. _____    _____    $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $ _____

Debtor _____ Case number (if known) 19-32857
         Name

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Crude Oil | MM / DD / YYYY | $ 56,694 | Cost | $ 56,694 |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 56,694

24. **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

---

Debtor     HVI Cat Canyon, Inc.
           _____     Case number *(if known)* 19-32857
           Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Various | $ 256,637.26 | Cost | $ 256,637.26 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 256,637.26

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    HVI Cat Canyon, Inc.
    Name

Case number (if known) 19-32857

---

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Oil production equipment | $ 35,383.06 | | $ 35,383.06 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 35,383.06

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor     HVI Cat Canyon, Inc.
     Name

Case number (if known)   19-32857

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   Oil and Gas Leases | | $_____ | 12/31/16 | $_____ |
| 55.2   in Santa Barbara County, CA | Lessee/Owr | $_____ | reserve report | $_____ |
| 55.3   in Kern County, CA | Lessee/Owr | $_____ | indicators | $_____ |
| 55.4   in Orange County | Lessee/Owr | $_____ | combined with | $_____ |
| 55.5   See schedules 1 and 2 | | $_____ | current oil price | $_____ |
| 55.6   Total Oil and Gas leases | | $_____ | | $ 250,000,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 250,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor HVI Cat Canyon, Inc.
    Name

Case number *(if known)* 19-32857

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ☒ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☒ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☒ No
  ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No. Go to Part 12.
  ☒ Yes. Fill in the information below.

                         **Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____  _____  −  _____  = ➜  $ _____
                       Total face amount       doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $ _____
_____  Tax year _____  $ _____
_____  Tax year _____  $ _____

73. **Interests in insurance policies or annuities**

_____  $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $ _____

Nature of claim      _____

Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $ _____

Nature of claim      _____

Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____  $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attachment  $ 70,535,505.16

_____  $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.           $ 70,535,505.16

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☒ No
  ☐ Yes

Debtor _____ Case number *(if known)* 19-32857
         Name

---

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 53,448.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 740,966.36 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 556,700.30 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 56,694.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 256,637.26 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 35,383.06 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................. ➔ | | $ 250,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 70,535,505.16 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............. 91a. | $ 72,235,334.87 | **+** 91b. $ 250,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................... $ 322,235,334.87

---

## Schedule A/B: Real and Personal Property

**Debtor:** HVI Cat Canyon, Inc.      Case Number (if Known):19-32857

| Part 1: | Cash and cash equivalents |
|---|---|

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial accounts (*identify all*)** | | | |
|  | Name of institution | Type of account | Last 4 digits of account number | |
|  | 3.1  Bank of America | Checking | 6379 | $7,416.43 |
|  | 3.2  Rabobank | Checking | 9050 | $41,032.30 |
|  | | | | **$48,448.73** |

| Part 2: | Deposits and prepayments |
|---|---|

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
|  | Description, including name of holder of deposit | |
|  | 7.1  PG&E | $569,744.00 |
|  | 7.2  Southern California Edison | $106,384.58 |
|  | 7.3  Santa Barbara County Planning & Development Department | $37,000.00 |
|  | 7.4  Reetz Fox | $15,700.00 |
|  | | **$728,828.58** |

| Part 11: | All other asset |
|---|---|

| 77. | Unamortized Prepaid Well Inspection Fees | $78,906.00 |
|---|---|---|
|  | Unamortized Annual Insurance Premium | $61,544.16 |
|  | Deferred Tax Asset | $70,395,055.00 |
|  | | **$70,535,505.16** |

Debtor:  HVI Cat Canyon, Inc.                                                                                    Case number (if known):  19-32857

Attachment to No. 8 of Form 206 Schedule A/B

| Payee | Amount | Approximate Pay Date | Associated Property | Description of Prepayment |
|-------|--------|---------------------|--------------------|--------------------------|
| Morganti Ranch | $ 75.00 | 5/28/2019 | Morganti | Right of Way from 8/20/18 to 9/19/19 |
| Morganti Ranch | $ 1,980.00 | 5/28/2019 | Morganti | Right of Way from 1/1/19 to 12/31/19 |
| Bradley Land Company | $ 3,166.56 | 4/17/2019 | Bradley | Right of Ways from 1/1/19 to 12/31/19 |
| Judy A. Rogers | $ 258.33 | 1/22/2019 | Kemp | Right of Way from 1/1/19 to 12/31/19 |
| Ronald H. Souza, Jr | $ 258.33 | 1/22/2019 | Kemp | Right of Way from 1/1/19 to 12/31/19 |
| Michael J. Souza | $ 258.33 | 1/22/2019 | Kemp | Right of Way from 1/1/19 to 12/31/19 |
| Roland & Sandy Miller | $ 300.00 | 1/25/2019 | East Valley Farms | Right of Way from 1/1/19 to 12/31/19 |
| Bruce N. &Julie Gordon | $ 500.00 | 5/25/2019 | Acquistapace | Right of Way from 5/15/19 to 5/14/20 |
| Nodlew, Inc | $ 800.00 | 5/25/2019 | Nodlew | Right of Way from 5/15/19 to 5/14/20 |
| Garvin Steel | $ 200.00 | 12/26/2018 | Kemp/Kemp A | Right of Way from 5/15/19 to 5/14/20 |
| E & B Natural Resources | $ 100.00 | 12/26/2018 | Los Flores | Right of Way from 12/15/18 to 12/14/19 |
| Casmalia Field Railroad | $ 441.24 | 12/26/2018 | Casmalia | Right of Way from 1/1/19 to 12/31/19 |
| Marianne Friedl | $ 3,700.00 | 4/17/2019 | Security/Thomas/Lloyd | Right of Way from 1/1/19 to 12/31/19 |
| C.M.T., LLC | $ 100.00 | 4/17/2019 | Lloyd | Right of Way from 3/15/19 to 3/14/20 |
| | $ 12,137.79 | | | |

Schedule 1

Kern County, California

**North Belridge Field**

McPhail Mineral Fee Property:
Grant deed dated April 9, 1964 by and between West American Oil Company as grantor and Union Oil Company as grantee, recorded April 29, 1964 in Volume 3720 at Page 78 of the Official Records of Kern County covering all of the oil, gas and other hydrocarbon substances underlying and which may be produced from the North half of the Northwest Quarter of the Southwest Quarter of the Northwest Quarter, the Northeast Quarter of the Southwest Quarter of the Northwest Quarter, the West half of the Southeast Quarter of the Northwest Quarter, the North half of the Southeast Quarter of the Southwest Quarter of the Northwest Quarter and the Southeast Quarter of the Southeast Quarter of the Northwest Quarter of Section 36, Township 27 South, Range 20 East, MDB&M., Kern County, California, lying above a depth which is 120 feet below the stratigraphic equivalent of the vertical depth of 658 feet below the surface of the ground as such vertical depth appeared in the McPhail Well No. 6-7.

Gibson Lease:
Oil and gas lease dated December 14, 1915 by and between George Gibson, as lessor and Union Oil Company as lessee recorded on April 28, 1916 in Book 29 at Page 17 of the Official Records of Kern County, California covering the North half of the North half of the Southeast Quarter and the North half of the Northeast Quarter of the Southwest Quarter of Section 36, Township 27 South, Range 20 East, MDB&M.

SUBJECT TO:  without limitation, the effects of prior conveyance of the 64 Zone per Assignment & Bill of Sale from Union Oil Company to Belridge Oil Company dated October 28, 1969 , recorded November 7, 1969 in Book 4335 at Page 37 of Official Records (and corresponding right, title, and interest in & to that certain "Unit Agreement for the 64 Zone of the North Belridge Oil & Gas Field, Kern County, California dated July 1, 1949, recorded November 3, 1949 in Book 1598 at Page 323 of Official Records.

O'Donnell Lease:
Oil and gas lease dated October 2, 1915 by and between T. A. O'Donnell, et al., as lessor and Union Oil Company as lessee, recorded on February 18, 1917 in Book 29 at Page 208 of the Official Records of Kern County, California covering the South half of the Southeast Quarter, the South half of the North half of the Southeast Quarter and the South half of the North half of the Southwest Quarter of Section 36, Township 27 South, Range 20 East, MDB&M.

SUBJECT TO:  without limitation, the effects of prior conveyance of the "Temblor Zone", per Partial Assignment of Oil and Gas Lease from Union Oil Company to Belridge Oil Company dated May 27, 1953, recorded June 17, 1953 in Book 2093 at Page 250 of Official Records; and the effects of a prior conveyance of the 64 Zone per Assignment & Bill of Sale from Union Oil Company to Belridge Oil Company dated October 28, 1969, recorded November 7, 1969 in Book 4335 at Page 37 of Official Records (and corresponding right, title, and interest in & to that certain "Unit Agreement for the 64 Zone of the North Belridge Oil & Gas Field, Kern County, California dated July 1, 1949, recorded November 3, 1949 in Book 1598 at Page 323 of Official Records.

Orange County, California

**Richfield East Dome Unit**

SUBJECT ACREAGE: 568 acres, more or less, as more fully described in that certain Unit Agreement for Richfield east Dome Unit, Richfield Oil and Gas Field, recorded on December 30, 1969 at Book 9177, Page 873 of the Official Records of Orange County, California.

1. Oil and Gas Lease dated November 08, 1926 by and between Martin Etchandy, as Lessor, and A. J. Delany, as Lessee, recorded in Book 19, Page 31 of the Lease Records of Orange County, California.

2. Oil and Gas Lease dated August 3, 1928 by and between Martin Etchandy, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 187, Page 109 of the Lease Records of Orange County, California.

3. Oil and Gas Lease dated May 29, 1929 by and between Lillian a. Jesson, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 275, Page 389 of the Lease Records of Orange County, California.

4. Oil and Gas Lease dated July 5, 1928 by and between John H. Mosley, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 250, Page 419 of the Lease Records of Orange County, California.

5. Oil and Gas Lease dated June 25, 1928 by and between E. Walter Pyne, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 174, Page 298 of the Lease Records of Orange County, California.

6. Oil and Gas Lease dated October 7, 1953 by and between Stern Realty, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 2607, Page 335 of the Lease Records of Orange County, California.

7. Oil and Gas Lease dated December 4, 1966 by and between Portfirio E. Duarte, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 502 of the Lease Records of Orange County, California.

8. Oil and Gas Lease dated December 4, 1966 by and between A. E. Hernandez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 379 of the Lease Records of Orange County, California.

9. Oil and Gas Lease dated December 4, 1966 by and between Mauel Pinedo, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 388 of the Lease Records of Orange County, California.

10. Oil and Gas Lease dated December 3, 1966 by and between Ramon P. Tovar, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 397 of the Lease Records of Orange County, California.

11. Oil and Gas Lease dated December 1, 1966 by and between Rudolf Garcia, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 406 of the Lease Records of Orange County, California.

12. Oil and Gas Lease dated December 3, 1966 by and between Louis Vargas, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 415 of the Lease Records of Orange County, California.

13. Oil and Gas Lease dated December 10, 1966 by and between Rudolph Arias, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 493 of the Lease Records of Orange County, California.

14. Oil and Gas Lease dated December 10, 1966 by and between Alexander Jimenez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 475 of the Lease Records of Orange County, California.

15. Oil and Gas Lease dated February 3, 1937 by and between John H. Wents, as Lessor, and A. D. Mitchell, as Lessee, recorded in Book 888, Page 151 of the Lease Records of Orange County, California.

16. Oil and Gas Lease dated December 19, 1966 by and between J. G. Joseph, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 424 of the Lease Records of Orange County, California.

17. Oil and Gas Lease dated December 15, 1966 by and between Phineas Solomon, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 484 of the Lease Records of Orange County, California.

18. Oil and Gas Lease dated December 21, 1966 by and between V. E. Buckmaster, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 433 of the Lease Records of Orange County, California.

19. Oil and Gas Lease dated December 22, 1966 by and between P. A. Waldworth, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 442 of the Lease Records of Orange County, California.

20. Oil and Gas Lease dated December 29, 1965 by and between Lupa Vasquez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8156, Page 853 of the Lease Records of Orange County, California.

21. Oil and Gas Lease dated January 9, 1967 by and between Roman Catholic Archbishop of Los Angles, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8159, Page 313 of the Lease Records of Orange County, California.

22. Oil and Gas Lease dated January 7, 1967 by and between James R. Roberts, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8155, Page 396 of the Lease Records of Orange County, California.

23. Oil and Gas Lease dated January 13, 1967 by and between Freda Joseph, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8175, Page 248 of the Lease Records of Orange County, California.

24. Oil and Gas Lease dated February 16, 1967 by and between May H. Morrison, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8190, Page 553 of the Lease Records of Orange County, California.

25. Oil and Gas Lease dated February 20, 1967 by and between Gordon Boller, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8244, Page 316 of the Lease Records of Orange County, California.

26. Oil and Gas Lease dated February 23, 1967 by and between Jean E. Hathaway, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8190, Page 545 of the Lease Records of Orange County, California.

27. Oil and Gas Lease dated April 10, 1967 by and between Harold F. Taylor, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8311, Page 002 of the Lease Records of Orange County, California.

28. Oil and Gas Lease dated April 10, 1967 by and between Roy H. Scott, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8310, Page 987 of the Lease Records of Orange County, California.

29. Oil and Gas Lease dated April 10, 1967 by and between John C. Scott, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8336, Page 418 of the Lease Records of Orange County, California.

30. Oil and Gas Lease dated July 29, 1966 by and between Phyllis H. Mirelez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 272 of the Lease Records of Orange County, California.

31. Oil and Gas Lease dated July 27, 1966 by and between Joe Matinez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 263 of the Lease Records of Orange County, California.

32. Oil and Gas Lease dated July 25, 1966 by and between Efrain G. Savala, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 254 of the Lease Records of Orange County, California.

33. Oil and Gas Lease dated July 28, 1966 by and between Sabas Porras, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 245 of the Lease Records of Orange County, California.

34. Oil and Gas Lease dated August 1, 1966 by and between Antonio Moreno, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 236 of the Lease Records of Orange County, California.

35. Oil and Gas Lease dated August 2, 1966 by and between Helen V. Mirlez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 218 of the Lease Records of Orange County, California.

36. Oil and Gas Lease dated August 3, 1966 by and between E. W. Naess, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 210 of the Lease Records of Orange County, California.

37. Oil and Gas Lease dated May 2, 1968 by and between Jerome Weinberg, Inc., as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8602, Page 510 of the Lease Records of Orange County, California.

38. Oil and Gas Lease dated November 28, 1966 by and between Pauline V. Bayna Fordell, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 192 of the Lease Records of Orange County, California.

39. Oil and Gas Lease dated November 28, 1966 by and between Doris Maussnest, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8751, Page 739 of the Lease Records of Orange County, California.

40. Oil and Gas Lease dated August 6, 1966 by and between Walter B. Morlock, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8855, Page 870 of the Lease Records of Orange County, California.

41. Oil and Gas Lease dated August 9, 1966 by and between Eustaquio A. Vega, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 174 of the Lease Records of Orange County, California.

42. Oil and Gas Lease dated August 10, 1966 by and between theodore Sandoval, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 183 of the Lease Records of Orange County, California.

43. Oil and Gas Lease dated August 10, 1966 by and between Esther Gonzales, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 280 of the Lease Records of Orange County, California.

44. Oil and Gas Lease dated August 11, 1966 by and between Fred John Yalas, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 200 of the Lease Records of Orange County, California.

45. Oil and Gas Lease dated August 12, 1966 by and between Apolinar Ramirez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 289 of the Lease Records of Orange County, California.

46. Oil and Gas Lease dated August 12, 1966 by and between Ladisio Recendez, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 298 of the Lease Records of Orange County, California.

47. Oil and Gas Lease dated August 16, 1966 by and between E. R. Schmitt, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 307 of the Lease Records of Orange County, California.

48. Oil and Gas Lease dated August 18, 1966 by and between Family Plan Mortgage Company, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 316 of the Lease Records of Orange County, California.

49. Oil and Gas Lease dated August 19, 1966 by and between W. C. McCall, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 325 of the Lease Records of Orange County, California.

50. Oil and Gas Lease dated August 23, 1966 by and between Leo Harry Sad, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 459 of the Lease Records of Orange County, California.

51. Oil and Gas Lease dated August 26, 1966 by and between Mike G. Olivares, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 334 of the Lease Records of Orange County, California.

52. Oil and Gas Lease dated October 3, 1966 by and between Casimero R. Anguiana, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 343 of the Lease Records of Orange County, California.

53. Oil and Gas Lease dated November 22, 1966 by and between Bryan E. Gatewood, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 467 of the Lease Records of Orange County, California.

54. Oil and Gas Lease dated November 22, 1966 by and between Albert H. Rangel, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 352 of the Lease Records of Orange County, California.

55. Oil and Gas Lease dated November 25, 1966 by and between Bank of America, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 361 of the Lease Records of Orange County, California.

56. Oil and Gas Lease dated November 27, 1966 by and between Robert Flores, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8137, Page 370 of the Lease Records of Orange County, California.

57. Oil and Gas Lease dated September 15, 1927 by and between Joseph Mondotte, as Lessor, and Continental Oil Company, as Lessee, recorded in Book 96, Page 306 of the Lease Records of Orange County, California.

58. Oil and Gas Lease dated May 27, 1968 by and between Placentia Unified School District, as Lessor, and RK Summy, Inc., as Lessee, recorded in Book 8693, Page 883 of the Lease Records of Orange County, California.

59. Oil and Gas Lease dated January 31, 1955 by and between A. T. & S. F Railway, as Lessor, and James Herley, as Lessee, recorded in Book 3038, Page 443 of the Lease Records of Orange County, California.

60. Oil and Gas Lease dated June 22, 1967 by and between Hathaway Company, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8311, Page 118 of the Lease Records of Orange County, California.

61. Oil and Gas Lease dated August 28, 1968 by and between Stern Realty Company, as Lessor, and Superior Oil Company, as Lessee, recorded in Book 8720, Page 501 of the Lease Records of Orange County, California.

62. Oil and Gas Lease dated February 24, 1953 by and between Victor Lypps, as Lessor, and James Michelin, as Lessee, recorded in Book 2465, Page 371 of the Lease Records of Orange County, California.

63. Oil and Gas Lease dated March 22, 1954 by and between Emory P. Francis, as Lessor, and James Michelin, as Lessee, recorded in Book 2694, Page 001 of the Lease Records of Orange County, California.

64. Oil and Gas Lease dated May 29, 1940 by and between Walter E. Pyne, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1089, Page 591 of the Lease Records of Orange County, California.

65. Oil and Gas Lease dated May 29, 1940 by and between Rudolph Wetzer, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1062, Page 529 of the Lease Records of Orange County, California.

66. Oil and Gas Lease dated May 29, 1940 by and between Harry Helming, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1093, Page 361 of the Lease Records of Orange County, California.

67. Oil and Gas Lease dated May 29, 1940 by and between Ellen C. Wauberg, as Lessor, and Chiksan Oil Company, Ltd., as Lessee, recorded in Book 1094, Page 243 of the Lease Records of Orange County, California.

68. Oil and Gas Lease dated October 1, 1919 by and between Walter E. Pyne, as Lessor, and National Bank & Trust Company, as Lessee, recorded in Book 13, Page 60 of the Lease Records of Orange County, California.

69. Oil and Gas Lease dated November 16, 1967 by and between Jerome Weinberg, Inc., as Lessor, and Getty Oil Company, as Lessee, recorded in Book 8472, Page 592 of the Lease Records of Orange County, California.

70. Oil and Gas Lease dated January 3, 1927 by and between Samuel P. Mullen, as Lessor, and General Petroleum, as Lessee, recorded in Book 1, Page 355 of the Lease Records of Orange County, California.

71.    Oil and Gas Lease dated April 20, 1927 by and between Chanslr-Canf. Midway Oil Company, as Lessor, and general Petroleum, as Lessee, recorded in Book 39, Page 247 of the Lease Records of Orange County, California.

72.    Oil and Gas Lease dated March 17, 1919 by and between Nick Hugo, as Lessor, and Oscar R. Howard, as Lessee, recorded in Book 9, Page 354 of the Lease Records of Orange County, California.

73.    Oil and Gas Lease dated October 1, 1945 by and between Stern Realty Company, as Lessor, and basin Oil Company, as Lessee, recorded in Book 1380, Page 179 of the Lease Records of Orange County, California.

Richfield East Dome Unit
568 acres Unitized in Section 27, 28, 29, 32, 33, and 34 of T-3-S, R-9-W

MINERAL LEASES

| | |
|---|---|
| Lessor: | Richards Fletcher Evans, Rosa B. Evans. Marion S. Flippen, Anna M. Richards, Eliza Travis Flippen, Wade H. Flippen, Jeannette Flippen, Edith H. Flippen |
| Dated: | August 24, 1943 |
| Recorded: | V1229/P271 |

| | |
|---|---|
| Lessor: | Benoit Oxandabourne, Gracreuse Oxandbourne, Ralph A. Phillips, Frances L. Phillips, Gertrude D. Wilson |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P014 |

| | |
|---|---|
| Lessor: | Ralph A. Phillips, Frances L. Phillips, Gertrude D. Wilson |
| Dated: | 25, 1962 |
| Recorded: | V6139/P015 |

| | |
|---|---|
| Lessor: | Lilah O. Nicchols, Frank H. Nichols, Clara Wells Lambert, Leta W. Abbot |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P027 |

| | |
|---|---|
| Lessor: | Lilah O. Nicchols, Frank H. Nichols, Clara Wells Lambert, Leta W. Abbot |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P028 |

| | |
|---|---|
| Lessor: | David C. Bright, William C. Bright |
| Dated: | April 25, 1962 |
| Recorded: | V6139/P042 |

| | |
|---|---|
| Lessor: | Charles F. Ahline |
| Dated: | April 25, 1962 |
| Recorded: | V6217/P383 |

| | |
|---|---|
| Lessor: | Charles F. Ahline |
| Dated: | April 25, 1962 |
| Recorded: | V6217/P384 |

| | |
|---|---|
| Lessor: | Charles L. Wilson, Hermine Lucy Jenkins |
| Dated: | September 24, 1944 |
| Recorded: | V1251/P532 |

| | |
|---|---|
| Lessor: | J.D. Kenner, Crystal M. Kenner |
| Dated: | September 24, 1944 |
| Recorded: | V1258/P458 |

| | |
|---|---|
| Lessor: | Thomas Bradford McMurtrey |
| Dated: | September 24, 1944 |
| Recorded: | V1261/P101 |

| | |
|---|---|
| Lessor: | G.W. Wells, Clara L. Wells, D.H. Blume, Annie F. Blume, John H. Nichols, Josephine E. Nichols, Colistia A. Wilson, Earl M. Bright, Ralph A. Phillips, Frances L. Phillips |
| Dated: | September 24, 1944 |
| Recorded: | V1261/P110 |

| | |
|---|---|
| Lessor: | Bertie Domann, May E. Dennis, N.T. Edwards, May L. Edwards, W.J. Cheney, Eva F. Cheney, Roberta Lee Fixen, Sally W. Koehler, Elizabeth Cobb |
| Dated: | September 24, 1944 |
| Recorded: | V1261/P110 |

| | |
|---|---|
| Lessor: | Anaheim Union Water Company |
| Dated: | February 10, 1926 |
| Recorded: | V0057/P081 |

| | |
|---|---|
| Lessor: | Rosa Yorba Locke, Herman F. Lock |
| Dated: | June 2, 1926 |
| Recorded: | V0059/P084 |

| | |
|---|---|
| Lessor: | Laurie Vejar, Carrie Vejar, Beatrice Vejar De Soto, Ernest De Soto, Ramona Vejar, Theresa Vejar McEachin, Earl McEachin, Sophia Vejar Jones, Lawrence Jones |
| Dated: | February 1, 1926 |
| Recorded: | V0059/P317 |

| | |
|---|---|
| Lessor: | Anaheim Union Water Company |
| Dated: | March 15, 1943 |
| Recorded: | V1193/P087 |

Lessor:          Adolf Schoepe, Martha Virginia Schoepe
Dated:           April 1, 1965
Recorded:        V7520/P832

Lessor:          Adolf Schoepe, Martha Virginia Schoepe
Dated:           May 22, 1967
Recorded:        V8317/P176

Lessor:          Richard F. Hathaway
Dated:           May 16, 1949
Recorded:        V606/P735

Lessor:          Mayme C. Nelson
Dated:           July 13, 1949
Recorded:        V1897/P292

Lessor:          Agapito Munoz
Dated:           July 13, 1949
Recorded:        V2030/P1

Lessor:          Adelaide V. Krause
Dated:           July 5, 1949
Recorded:        V1897/P305

Lessor:          Avalon A. Adams, Trustee
Dated:           June 26, 1971
Recorded:        V9701/P330

Lessor:          Municipal Securities Company
Dated:           March 23, 1957
Recorded:        V3990/P568

| Lease Date | Lessor | Lessee | Recorded Book/Page |
|---|---|---|---|
| 8/1/66 | Louis O. Dorado, Jr. Et Ux | R.K. Sunny, Inc. | 8137 227 |

Mineral Deed dated 10/1/90, Mobil Exploration & Production North America, Inc.  Grantor, Omimer Petroleum, Inc., Grantee, recorded Official Records as document no. 91-100760.

| Lessor | Date Of Lease | Original Lessee | Recorded Book/Page | REDU Tract# |
|--------|---------------|-----------------|--------------------|-------------|
| | | | Orange County | |
| Ricardo De Casas | 06/22/50 | Hathaway Co. | 2044 / 379 | |
| Lola M. Hathaway | 08/10/29 | Oscar R. Howard | 592 / 329 | 48 |
| Lucy A. Kammerer | 03/08/54 | Hathaway Co. | 2093/ 616 | 58 |
| Joseph W. Johnson | 04/10/19 | Amalgamated Oil | 10 / 90 | 58 |
| P.W. & V.B. Thomson | 04/30/19 | Amalgamated Oil | 10 / 258 | 59 |
| Emma J. Bayha | 05/17/19 | Amalgamated Oil | 10 / 355 | 60A |
| Jerome Weinberg, Inc. | 11/16/67 | Getty Oil, Inc. | 8472 / 592 | 60A |
| E.L. Danker | 09/09/57 | Hathaway Co. | 4051 / 365 | 65 |
| Olive Krug | 04/26/19 | M.P. Waite | 10 / 310 | 63 |
| George W. Issac | 08/02/19 | Petro Midway Co. | 11 / 198 | 64 |
| Dr. SW Dove et al | 10/16/19 | Robert M. Shearer | 13 / 81 | 69 |
| Norman T. Boisseranc | 03/30/20 | Robert M. Shearer (Lots 5 & 10 of Block 35 of Yorba Linda Tract as shown in Book 5, Pages 17 & 18 of Miscel. Maps, Orange County, CA.) | | 69 |
| Avalon A. Adams, Trste | 06/26/71 | Texaco | 9701 / 284 | 70 |
| Avalon A. Adams, Trste | 06/26/71 | Texaco | 9701 / 307 | 72-2 |
| Ivan Collier | 10/01/72 | Texaco | 10412 / 787 | 47 |
| Norman Boiseranc | 03/01/71 | Texaco | 9701 / 381 | 69 |
| F.D. & L.D. Thomson | 02/09/71 | Getty Oil Co. | 10368 / 53 | 59 |
| J.K. Ganong (Koch Est) | 12/31/71 | Texaco | 11056 / 147 | 69 |
| Agnes E. Schlacter | 10/04/27 | Conoco | 95 / 241 | 43 |

| | | | | |
|---|---|---|---|---|
| Gerardo R. Navarro | 07/25/21 | Sam P. Mullen | 27 / 43 | 44 |
| Chansolor-Canfield | 12/31/28 | Conoco | Ptns. Of Lots 1-10, 16-27, inclusive Midway Oil Blk 23 of Richfield Townsite, map thereof recorded June 15, 1888 in Book 31, Page 61, Los Angeles County. | |
| E. Walter Payne | 10/01/19 | Nat'l Bank & Trst. | 18 / 64 | 48 |
| E. Walter Payne | 01/06/20 | Harrington-Dumas | 12 / 294 | 50 |
| E.P. Francis | 07/30/61 | State Explor. Co | 2412 / 272 | 51 |
| Margaret M. Lee | 01/29/52 | State Explor. Co. | 2412 / 266 | 52 |
| Stern Realty Co. | 05/01/51 | State Explor. Co. | 2413 / 75 | 53 |
| Stern Realty Co. | 05/01/51 | State Explor. Co. | 2413 / 75 | 55 |
| Stern Realty Co. | 0/18/53 | State Explor. Co. | 2617 / 351 | 56 |
| Katherine Yamell | 04/10/28 | Merchants Petro. | 158 / 1 | 61 |
| Stern Realty Co. | 08/30/29 | Jimsco Oil Co. | 308 / 324 | 64 |
| Cloyd Laibe et al | 11/01/65 | Union Oil Co. | 8287 / 250: | 8305 / 96 |
| Merchants Petroleum Co. | 06/20/28 | Union Oil Co. | 172 / 233 | 23 |
| Stern Realty | 11/01/18 | Union Oil Co. | 7 / 185 | 4 |
| California Trust Co. | 08/27/54 | Arrowhead Oil Co. | 7407 / 285 | 41 |
| A. Wardman et ux | 01/04/19 | F.M. Shelby | 9 / 240 | 62 |
| John S. Zuckerman et ux | 07/12/29 | Bradford Bros., Inc. | 295 / 80 | 4 |
| E. Walter Payne | 05/29/40 | Chiksan Oil Co. | 1089 / 591 | 49 |
| Stern Realty Co. | 10/01/45 | Basin Oil Co. | 1380 / 179 | 65 |

Santa Barbara County, California

**Casmalia Field**

Arellanes:

SUBJECT ACREAGE: Portion of Punta de la Laguna Ranch, located in Section 13 of Township 9 North, Range 35 West, and Sections 7 and 18 of Township 9 North, Range 34 West, of SBB&M, containing 434.64 acres, more or less, in Santa Barbara County, California.

SUBJECT LEASE: Oil & Gas Lease, dated August 16, 1930, by and between Charles T. Arellanes et al, as Lessor, and O. C. Field, as Lessee, recorded at Book 220, Page 421, of official records of Santa Barbara county, California, originally covering 600 acres, more or less.

Escolle:

SUBJECT ACREAGE: All of those certain lands located in Santa Barbara County, State of California. described as follows:

Parcel 1
Commencing at the northeast corner of the Escolle property being the terminus of the eighth course in the lands described in Oil and Gas Lease dated January 7. 1980 between Escolle Tenants-in-Common, as Lessor. and Union Oil Company of California. as Lessee. a Memorandum of which was recorded May 29. 1980 in Book 80. Page 21450. Official Records of Santa Barbara County. California. from which corner No. 13 of Rancho Todos Santos. marked T.S. No. 13. bears North Westerly 64.00 chains to a point on the section line between Sections 21 and 28. T9N-R43W. S.B.B. & M. . thence west 25.51 chains to a station: thence north, 35.28 chains to said Corner No. 13, thence from said point of commencement, north 89° 17'4" west, 2770.0 feet to the true point of beginning; thence from said true point of beginning the following courses and distances:. west 1591.4 feet; south 710.5 feet: west 414.9 feet; south 829.0 feet: east 658.2 feet:. 1278.9 feet: south 654.8 feet: to a point on the southerly line of Block II of said Escolle Lease: thence East along said south line 805.8 feet: thence North. 2093.0 feet: thence west 736.7 feet North. 728.2 feet to the true point of beginning and containing 120 acres. more or less.

Parcel II
Commencing at Corner No. 13 of Rancho Todos Santos marked T.S. No. 13. from which a live oak 15 inches in diameter bears south 37°west. 6.30 chains distant: thence along the north line of said Rancho north 83°03' west. 103.25 chains to a station: thence south. 77.98 chains to a station: thence east 70.40 chains to the true point of beginning from which the one-quarter section corners between

Sections 28 and 29. T9N-R34W. S.B.B. & M. bears south 8.70 chains distance: thence from said true point of beginning the following crouses and distances: north 718.2 feet: west 646.6 feet: North 900.4 feet: west 8840 feet: south 1106 feet: east 299.6 feet: south. 512.4 feet to a point on the southerly line of Block I of said Escolle Lease: thence east along said south line 1231. 1 feet to the true point of beginning and containing 40 acres, more or less.

Parcel III
Commencing at Corner No. 13 of Rancho Todos Santos marked T.S. No. 13 from which a live oak 15 inches in diameter bears south 37°west. 6.30 distant: thence along the north line of said Rancho north 83°43' west. 103.25 chains to a station: thence south 77.96 chains to a station; thence east 70.40 chains to a station from which the ¼ Section corners between 28 and 29, T9N, R34W, S.B.

B. & M. bears South 8.70 chains distant: thence South 176.8 feet to a point on the east line of Block II of said Escolle Lease and the true point of beginning; thence continuing south through said ¼ section corners and along said east line 934.0 feet; thence east 934.0 feet; thence north 934.0 feet; thence west 934.0 feet to the true point of beginning and containing 20 acres.

SUBJECT LEASES:
1. Oil and Gas Lease dated September 25, 1947 by and between Escolle Estate Company, as Lessor, and Union Oil Company, as Lessee, and recorded in Volume 736, Page 290 of Official Records of Santa Barbara County, California. as amended.

2. Oil and Gas Lease dated January 7, 1980 by and between Escolle Tenants in Common. Lessors, and Union Oil Company, as Lessee, a memorandum of which was recorded as Document # 80-21450 of Official Records of Santa Barbara County. California, as amended.

Morganti:     SUBJECT ACREAGE: A portion of Rancho Punta de la Laguna, located in Sections 13 and 24 of Township 9 North, Range 35 West, and Sections 18 and 19 of Township 9 North, Range 34 West, containing 491.00 acres, more or less, in Santa Barbara County, California.

SUBJECT LEASE: Oil and Gas Lease dated August 18, 1930, by and between Guiseppe Morganti, as Lessor, and O. C. Field, as Lessee, and recorded in Book 222, Page 538 in the Official Records of Santa Barbara County, California. as amended.

Muscio:

SUBJECT ACREAGE: The portion of Subdivision No. 16 of the Rancho Punta de la Laguna located in Section 24 of Township 9 North, Range 35 West, containing 30 acres, more or less, in Santa Barbara County, California.

SUBJECT LEASE: Oil and Gas Lease, dated November 19,1971, by and between Ted H. Muscio et al, as Lessors and Union Oil Company, as Lessee, which lease originally covered 253.85 acres, recorded February 14, 1972, in book 2386, Page 581, of Official Records of Santa Barbara County, California

Righetti:

SUBJECT ACREAGE: Portion of Lot or Subdivision No. 13 of the Rancho Punta de la Laguna, located in Section 13 of Township 9 North, Range 35 West, containing 40.00 acres, more or less, INSOFAR AND ONLY INSOFAR as it covers rights to a depth of 4,500'.

SUBJECT LEASE:

That certain Oil & Gas Lease dated February 8, 1934 by and between E. Righetti, et al, as Lessor, and William W. Porter, II as Lessee, and recorded in Volume 301, Page 59 of the O.R. of Santa Barbara County, California.

Bonetti:

SUBJECT ACREAGE: Portion of Punta de La Laguna Rancho, located in Sections 12 and 13 of Township 9 North. Range 35 West, and Sections 7 and 18 of Township 9 North, Range 34 West, containing 184.00 acres, more or less, in Santa Barbara County, California.

SUBJECT LEASE: Oil and Gas Lease, dated November 1, 1964, by and between T.R Bonetti et al, as Lessors and Union Oil Company, as lessor, recorded in Book 2104, Page 1188 of Official Records of Santa Barbara County, California

Santa Barbara County, California

**Cat Canyon Field**

Bell:                   SUBJECT ACREAGE:

Parcel A:

That portion of the Bell Tract of Rancho Los Alamos, in the unincorporated territory of Santa Barbara County, State of California, as per map filed in Book 21, at Page 193 of Maps, in the office of the County Recorder of said County described as follows:

Beginning at the northwest corner of said Bell Tract; thence along the west line of said Bell Tract South 01°26'46" West 5279.23 feet; thence leaving said west line South 48°53'45" East 11410.66 feet to the east line of said Bell Tract; thence along said east line North 05°54'40" East 7504.38 feet to the most northeasterly corner of said Bell Tract; thence along the northerly boundary of said Bell Tract the following five (5) courses:

1. North 89°41'14" West 1522.33 feet;
2. North 00°14'20" East 2644.72 feet;
3. North 89°47'24" West 5273.86 feet;
4. North 00°17'10" East 2643.84feet;
5. North 89°42'26" West 2595.99 feet to the point of beginning

[and containing approximately 1454.0 acres, more or less,] and being a portion of the lands conveyed to Grantor in that certain Deed dated June 15, 1908, from Teresa Bell, as administratrix of the Estate of Thomas Bell, deceased, to Union Oil Company of California, recorded June 15, 1908, Book 118 of Deeds at Page 591, Official Records of Santa Barbara County, California.

Excepting all right, title and interest from the surface down to a depth of 500' below the surface of the ground.

Excepting therefrom any portion of said land lying outside the exterior boundary of Parcel 1 of Parcel Map No. - 14302, filed in Book 50, Pages 50 - 57 of Parcel Maps, in the office of the County Recorder of said County and State.

Parcel B:

Parcel 1 of Parcel Map No. 14302, County of Santa Barbara, State of California, as shown on map filed in Book 50, Pages 50-57 of Parcel Maps in the office of the County Recorder of Santa Barbara County.

Excepting all right, title and interest from the surface down to a depth of 500' below the surface of the ground.

Also excepting therefrom the following described land:

That portion of the Bell Tract of Rancho Los Alamos, in the unincorporated territory of Santa Barbara County, State of California, as per map filed in Book 21, Page 193 of Maps in the office of the County Recorder of said County described as follows:

Beginning at the Northwest corner of said Bell Tract;

Thence along the West line of said Bell Tract South 01° 26' 46" West 5279.23 feet;

Thence leaving said West line South 48° 53' 45" East 11410.66 feet to the East line of said Bell Tract;

Thence along said East line North 05° 54' 40" East 7504.38 feet to the most Northeasterly corner of said Bell Tract;

Thence along the Northerly boundary of said Bell Tract the following five (5) courses:

1. North 89° 41' 14" West 1522.33 feet;

2. North 00° 14' 20" East 2644.72 feet;

3. North 89° 47' 24" West 5273.86 feet;

4. North 00° 17' 10" East 2643.84 feet;

5. North 89° 42" 26" West 2595.99 feet to the point of beginning

And being a portion of the lands conveyed to Grantor in that certain Deed dated June 15, 1908 from Teresa Bell, as Administratrix of the Estate of Thomas Bell, deceased to Union Oil Company of California, recorded June 15, 1908, Book 118 of Deeds, Page 591, Official Records of Santa Barbara County, California.

Blochman:  SUBJECT ACREAGE: The northwest quarter of Section 26, Township 9 North, Range 33 West, containing 160.0 acres, more or less, in the County of Santa Barbara, State of California.

EXCEPTING THEREFROM all that portion of said land lying above a depth of 500 feet beneath the surface thereof, as conveyed by Greka SMV, Inc. to Greka AM, Inc. as set forth in the deed recorded February 28, 2002 as Instrument No. 2002-19525 of Official Records.

Palmer Stendel:    SUBJECT ACREAGE: The northeast quarter of Section 26, Township 9 North, Range 33 West, SBB&M containing 160.0 acres, more or less, in the County of Santa Barbara, State of California.

EXCEPTING THEREFROM all that portion of said land lying above a depth of 500 feet beneath the surface thereof, as conveyed by Greka SMV, Inc. to Greka AM, Inc. as set forth in the deed recorded February 28, 2002 as Instrument No. 2002-19525 of Official Records.

Goodwin "A":

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-46785 | Oil & Gas Lse 1/1/62 Bk 1937 Pg 910 | G.L. Goodwin, et al/ J.C. Hazard, et al | Ptn E/2 Sec 10- R9N, R33W, SBB & M |

Harbordt:

| | |
|---|---|
| LEASE NO.: | CA-70210 |
| LEASE DATE: | 8/2/57 |
| LESSOR: | M. H. Harbordt |
| LESSEE: | Standard Oil Company of California |
| RECORDING DATA: | Book 1470, Page 1 |
| DESCRIPTION: | SW/4; S/2 SE/4 Section 11-T9N-R33W, SBB&M, Santa Barbara County, California |

| | |
|---|---|
| LEASE NO.: | CA-702 10A |
| LEASE DATE: | 2/3/00 |
| LESSOR: | Wells Fargo Bank, Tr. Of Mildred H. Harbordt Trust |
| LESSEE: | Vintage Petroleum, Inc. |
| RECORDING DATA: | Doc.2000 -22109 |
| DESCRIPTION: | SW/4; S/2 SE/4 Section 11-T9N-R33W, SBB&M, Santa Barbara County, California |

Lloyd:

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-24926-1 | Oil & Gas Lse 4/21/70 Bk 2312 Pg 761 | Lloyd Corporation, Ltd/Shell Oil Company | W 2/3 Sec 15-T9N-R33W, SBB & M |
| CA-24926-2 | Oil & Gas Lse 3/7/65 Bk 2097 Pg 319 | A.A. Gillette, et al/ Lloyd Corporation, Ltd. | W 2/3 Sec 15-T9N-R33W, SBB & M |

Security: The East 1/3 of the North half of Section 15, Township 9 North, Range 33 West of San Bernadino Meridian.

Thomas:

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-40019 | Oil & Gas Lse 10/1/70 Bk 2325 Pg 209 | C.T. Thomas, et al/ Anza Pacific Corp. | E/3 S/2 Sec 15-T9N-R33W, SBB & M |

Los Flores:

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-70220 | Oil & Gas Lse 12/8/47 Bk 762 Pg 413 | Los Flores Land & Oil Company/General Petroleum Corporation | E/2 SE/4 Sec 21 and N/2 SW/4 Sec 22-T9N, R33W, SBB & M |
| CA-70221 | Oil & Gas Lse 7/28/48 Bk 810 Pg 167 | Los Flores Land & Oil Company/General Petroleum Corporation | Ptn SE/4 Sec 21 – T9N, R33W, SBB & M |

Goodwin: SUBJECT ACREAGE: The West half of the Northwest Quarter of the Northwest Quarter of Section 2, Township 9 North, Range 33 West, S.B.B.&M.; the Southwest Quarter of the Northwest Quarter of said Section 2; the West half of the Southwest Quarter of said Section 2; the West half of the Northeast Quarter of the Southwest Quarter of said Section 2; and the Southeast Quarter of the Southwest Quarter of said Section 2; and the Northwest Quarter of Section 11, Township 9 North, Range 33 West, S.B.B.&M.

Santa Barbara County, California

**Gato Ridge Field**

Fullerton:   SUBJECT ACREAGE:  Lots 2, 3, 4 and the Southeast Quarter of the Northwest Quarter of Section 31 Township 9 North, Range 32 West, consisting of 129.46 acres of land, more or less, in the County of Santa Barbara, State of California, as reserved in Deed from Fullerton Oil Company, an Arizona corporation, to Edward A. Michael et ux., dated May 23, 1946 and recorded May 31, 1946, in Book, 694, at page 36.

Conoco/Union-   Oil & Gas Lease, dated June 18, 1936, by and between Continental Oil
Continental:   Company and O.C. Field Gasoline Corporation, described as Lot 7, (44.10 acres) Section 4 of T8N-R32W and Lots 5 & 6 (58.05 acres) of Section 31 of T9N-R32W, SBB&M, as recorded in volume 1228, Page 437 of O.R. of Santa Barbara, California, as amended.

G. Gibson:   SUBJECT ACREAGE: Section 5: Lots 2, 3, 4, 5, 6; Section 6; Lot 1, Township 8 North, Range 32 Wet, S.B.B.&M. Containing 153.71 acres more or less, according to the official plat of said land approved by the Surveyor General, August 5, 1901, and filed in General Land Office, reserved in Deed from Fullerton Oil Company, an Arizona Corporation, to E.E. Elliott, et al, dated April 12, 1946, and recorded May 2, 1946, in Book 683, at Page 176.

Santa Barbara County, California

## Santa Maria Valley Field

Jim Hopkins: SUBJECT ACREAGE: The northeast quarter of Section 1, Township 9 North, Range 34 West in the County of Santa Barbara, State of California. The north half of the southeast quarter and the east half of the southwest quarter of Section 1, Township 9 North, Range 34 West, S.B.B.&M. in the County of Santa Barbara, State of California, according to the official plat thereof lying below a depth of 100 feet, excepting from said east half of the southwest quarter that portion lying southwesterly of the northeasterly line of the land conveyed to the State of California by the Deed recorded November 8, 1955, as Instrument No. 20085, in Book 1345 at Page 125, official records of said county; being those rights excepted and reserved in that certain quitclaim deed dated December 22, 1994, by and between Union Oil Company of California and Elks Recreation, Inc. lying below a depth of 100 feet.

Union Sugar: SUBJECT ACREAGE: That certain property description attached to that mineral deed dated May 15, 1974, by and between Santa Maria Valley Associates, as grantor, and Union Oil Company of California, as grantee, recorded May 15, 1974, as Document No. 17453, in Book 2515, Page 1349 of the Official Records of Santa Barbara County, California, and in that certain property description attached to that amendment to mineral deed dated November 15, 1974, by and between Santa Maria Valley Associates, as grantor, and Union Oil Company of California, as grantee, recorded February 6, 1975, as Document No. 3744, in Book 2551, Page 743, of the Official Records of Santa Barbara County, California:

Bettiga: SUBJECT ACREAGE: That portion of the East Half (E/2) of the Northeast Quarter (NE/4) of Section 24, T10N, R34W, SBBN lying southerly of a line parallel with and 720 feet northerly where measured at right angles from the south line of said E/2 of NE/4 of said Section 24, Santa Barbara County, California

SUBJECT LEASE: That certain Oil & Gas Lease dated December 7th, 1995, recorded 5/7/96, Document # 96-028845, by and between James Bettiga under O. Bettiga Trust #1, dated 11/1/78 and James P Bettiga, Successor Trustee of O. Bettiga Revocable Trust dated 11/30/84, as Lessor and Saba Petroleum, Inc., as Lessee.

Adam: SUBJECT ACREAGE: That portion of the West Half (W/2) of the Northeast Quarter (NE/4) of Section 24, T10N, R34W, SBBM lying northerly of a line parallel with and 720 feet northerly where measured at right angles from the south line of said W/2 of NE/4 of said Section 24, Santa Barbara County, California

SUBJECT LEASE: Oil & Gas Lease dated July 17, 1970, by and between Thomas B. Adam, II, Frederick O. Sherrill and Elizabeth Ann Newark, as Lessor, and Union Oil Company of California, as Lessee, said lease or memorandum o which was recorded October 13, 1970, in Book 2323, Page 1238 of Official Records of Santa Barbara, California

Moretti: SUBJECT ACREAGE: The North Half (N1/2) of the Northwest Quarter (NW1/4) and the North Half (N1/2) of the South Half (S1/2)of the Northwest Quarter of Section 24, Township 10 North, Range 34 Wet, SBB&M, 118.56 acres, more or less.

SUBJECT LEASE: Oil & Gas Lease dated September 1, 1976, by and between Peter M. Moretti et. Al., as Lessor, and Union Oil Company of California, as Lessee, said lease of memorandum of which was recorded April 12, 1977 as Document #77-16811, of the Official Records of Santa Barbara County, California

McFaddin: SUBJECT ACREAGE: The West Half of the Northwest Quarter (W1/2 NW1/4) of Section 19, Township 10 North, Range 33 West, SBB&M, EXCEPTING THEREFROM the following described parcel: Commencing at a appoint on the Westerly line of the West Half of the Northwest quarter (W1/2 NW1/4) which point is 60 feet North of the Southwest corner thereof and said point of beginning thence Easterly 660 feet; thence Northerly 1320 feet; thence Westerly 660 feet; thence Southerly 1320 feet to the point of beginning (60 Acres more or less).

SUBJECT LEASE: Oil & Gas Lease dated June 8, 1964, by and between Ruth B. McFaddin, et al, as Lessor and Union Oil Company of California, as Lessee, said lease memorandum of which was recorded September 30, 1964, as Document #41819, in Book 2072, Page 226 of the Official Records of Santa Barbara County, California

Shell Bradley
(Bradley Consolidated, Bradley Lands Unit (BLU)):

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| CA-40001 | Oil, Gas & Mineral Lease 7/01/70 Bk 2317 Pg 975 | Bradley Land Company/ Shell Oil Company | Ptns of Secs. 5 & 6, T9N-R33W, SBB & M (Parcels A-D) |
| CA-40109 | Oil, Gas, & Mineral Lease 2/17/72 Bk 2390 Pg 581 | Bradley Land Company, Shell Oil Company | S/2 SW/4 & NW/4 SW/4 Sec. 5-T9N-R33W, SBB & M |
| CA-40014 | Oil & Gas Lse 10/3/56 Bk 1411 Pg 162 | Bradley Land Company, Union Oil Company of California | NE/4 SE/4 NE/4 Sec. 6, T9N-R33W, SBB & M |
| Ca-40015 | Oil & Gas Lse 4/4/56 Bk 1375 Pg 210 | Bradley Land Company, Onas Coy Miller, et al | NE/4 NE/4 Sec. 6 & Ptn NW/4, NE/4 SW/4 Sec 5-T9N-R33W, SBB & M |
| Ca-40016 | Oil & Gas Lse 6/12/57 Bk 1469 Pg 489 | Bradley Land Company, Cecil O. Basenberg | Ptn Sec 5 T9N-R33W SBB & M |
| Ca-40159 | Oil & Gas Lse 1/16/69 Bk 2266 Pg 307 | Bradley Land Company, Standard Oil Company of California | S 3/4 W/2 NW/4 & N/2 NW/4 SW/4 Sec 6-T9N-R33W, SBB & M |
| CA-40161-1 | Oil & Gas Lease 12/1/65 Bk 2204 Pg 922 | Bradley Land Company/ Standard Oil Company of California | E/2 NW/4, N/2 NE/4 SW/4 S 3/4 W/2 NE/4 & NW/4 SE/4 Sec 6-T9N-R33W, SBB & M |

| CA-70206 | Oil & Gas Lse 5/2/79 Doc #80-13008 | Bradley Land Company Chevron USA, Inc. | SW/4 SE/4 Sec 5, S/2 SE/4 SE/4 Sec. 6, T9N-R33W, SBB & M |
|---|---|---|---|

Texaco Bradley
Bradley Lands (TBLU):

| LEASE NO.: | 246073 |
|---|---|
| LEASE DATE: | March 1, 1967 |
| LESSOR: | Bradley Land~ Company |
| LESSEE: | Texaco Inc. |
| RECORDED: | Book 2192, Page 12 |
| DESCRIPTION: | <u>Township 9N, Range 33W</u> |

Section 4: SWNW, W2SENW, W2E2SENW, S2NWNW, S2N2NWNW, S2SWNENW, NWSWNENW
Section 5: N2SE, NESESE, SENENE, E2SENE, SWSENE, S2SWNE, NWSWNE, SWSWNWNE, S2NESWNE, E2SWNENE

Containing 280 acres, more or less in Santa Barbara County, California.

Shell Payne:

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| Ca-40160.1 | Oil & Gas Lse 1/2/70 Bk 2298 Pg 308 | John David Payne, et al/ Standard Oil Company of California | NE/4 NE/4 Sec. 12-T9N, R34W & N/2 Sec 7- T9N-R33W, SBB & M |
| Ca-40160-2 | Oil & Gas Lse 8/12/68 Bk 2255 Pg 439 | Mildred F. Bardin/ Standard Oil Company of California | NE/4 NE/4 Sec. 12-T9N, R34W & N/2 Sec 7- T9N-R33W, SBB & M |
| Ca-40160-3 | Oil & Gas Lse 8/12/68 Bk 2256 Pg 112 | John S. Newton,, et al/ et al/Standard Oil Company of California | NE/4 NE/4 Sec. 12-T9N, R34W & N/2 Sec 7- T9N-R33W, SBB & M |

| CA-40160-4 | Oil & Gas lease 8/12/68 Bk 2255 Pg 463 | Mary Ann Gillespie/ Standard Oil Company of California | NE/4 NE/4 Sec 12- T9N, R34W & N/2 Sec 7- T9N-R33W, SBB & M |

Kemp/Kemp "A":

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
| --- | --- | --- | --- |
| CA-46778 | Oil & Gas Lease 7/19/39 Bk 498 Pg 136 | Jane Kemp, et vir/ Sadie West | E/2 E/2 SE/4 Sec 31 T10N- R33W,, SBB & M |
| CA-46780-1 | Oil, Gas &Mineral Lease 2/15/73 Bk 2453 Pg 1476 | Paul D. Marling, et al/ Norris Oil Company | SE/4 less the South 300' Sec 31-T10N- R33W, SBB & M |
| CA-46780-2 | Oil, Gas & Mineral Lease 2/15/73 Bk 2453 Pg 1474 | Lambert J. Pereira, et ux/ Norris Oil Company | SE/4 less the South 300' Sec 31-T10N- R33W, SBB & M |
| CA-46781 | Oil & Gas Lse 6/21/65 Bk 2117 Pg 872 | Lavona I. Markling, et al/ Edward J. Carr | W/2 SE/4. N/2 E/2 SE/4 Sec 31- T10-N- R33W, SBB & M |

Kemp:  All of HVI Cat Canyon, Inc.'s right, title and interest in and to all of the oil, gas and other minerals in and under and that may be produced from the following described lands situated in Santa Barbara County, State of California, to-wit:  SE/4 of Section 31; T10N, R33W, containing 160 acres, more or less.

Laine:  SUBJECT ACREAGE: That portion of the Southeast quarter of Section 13, Township 10 North, Range 34 West, San Bernardino Base and Meridian, in the County of Santa Barbara, State of California, described as follows, to wit:

Commencing at a point in the north line of the Southeast quarter of Section 13, from which a 1 inch pipe, with copper disc set at the northwest corner of said quarter section bears North 89°18 '40"  West, 1,024.84 feet; thence South 0°29'40" West, 2,660.57 feet at 59.45 feet to a 3/4 inch pipe with copper disc set in the fence line and on the east side of an orchard at 2,626.80 feet to a 1 inch pipe with copper disc, set in the south fence line at 2,660.57 feet to a point in county road on the south side of said quarter section; thence along the south side of said quarter

section South    89°18 '39" 797.00 feet to a point in county road; thence leaving said south line North 0°29'49" East 2,660.57 feet    at 32.57 feet to a 1 inch pipe with copper disc set in the south fence line, at 2600.42 feet to a 1 inch pipe with copper disc set in the north line at 2,660.57 feet to a point on the north line of said quarter section; thence along the north line of said quarter section North 89°18 '40" West, 779.00 feet to the place of beginning.

SUBJECT LEASE: Oil and Gas Lease by and between Dorothy M. Laine, as lessor, and Union Oil Company of California, as lessee, recorded on March 11, 1980 as Instrument No. 80-9932, Official Records of Santa Barbara County, California.

East Valley Farms: SUBJECT ACREAGE: Tract No. 11,718 in the County of Santa Barbara, State of California, as shown on the map recorded October 4, 1973 in Book 90. Pages 62 through 64 of Maps. EXCEPTING therefrom any portion lying outside the Northeast one quarter of Section 31 in Township 10 North, Range 33 West, San Bernardino Base and Meridian, as shown on the Official Plat thereof. ALSO EXCEPTING therefrom any portion thereof lying within the lines of Telephone Road, as shown on the map of said tract, which was dedicated in fee to and accepted by the County of Santa Barbara on the map of said tract. ALSO EXCEPTING therefrom any portion thereof lying within the lines of Lot 19 as shown on the map of said tract.

Santa Barbara County, California

**Zaca Field**

**BROWN, DAVIS, DAVIS "B", and DAVIS "C" LEASES**

| | |
|---|---|
| LEASE NO.: | G 312810 (formerly G 312781 A) |
| LEASE DATE: | 9/17/71 |
| LESSOR: | Alice Sedgwick, Dean Brown and Katherine Brown, husband and wife; |
| | Harold R Davis and Alice C. Davis, husband and wife |
| LESSEE: | Getty Oil Company |
| RECORDED: | 2371/1011 |
| DESCRIPTION: | Section  4, Township 7 North, Range 31 West |
| | <u>Section 33, Township 8 North, Range 31 West</u> |

Being a portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carranza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East 700 feet to the true point of beginning; thence South 0° 06' East 438.64 feet ;thence South 22° 00' West 992.60 feet; thence South 72° 18' East 6407.00 feet; thence North 27° 51' East 285.70 feet; thence North 27° 11' East 424.70 feet, thence North 62° 45' West 481.66 feet; thence North 14° 28' West 212.37 feet; thence North 17° 42' West 180.73 feet; thence North 75° 06' 32" West 1092.24 feet; thence North 7° 41' 30" East 275.00 feet; thence North 71° 39' 00" West 4793.67 feet to the true point of beginning and containing 186.36 acres, more or less.

*By Amendment and Agreement dated 10/22/79 between Alice de F. Sedgwick and Harold H. Davis and Getty Oil Company, recorded 80-24589, the following lands were added to the above lease:*

| | |
|---|---|
| DESCRIPTION: | Section 4, Township 7 North, Range 31 West |
| | <u>Section 33, Township 8 North, Range 31 West</u> |

Parcels 1, 2, 4, 5, 6, 8, 12, 13, and 14 in the County of Santa Barbara, State of California, as per map filed in Book 85, Pages 88, 89 and 90 of Record of Surveys, in the Office of the County Recorder of said County, EXCEPTING THEREFROM any portion thereof lying within the following described parcel:

All that portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carraaza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California. on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East 700 feet to the true point of beginning; thence South 0° 06' East 438.64 feet; thence South 22° 00' West 992.60 feet; thence South 72° 18' East 6407.00 feet; thence North 27° 51' East 285.70 feet; thence North 27° 11' East 424.70 feet; thence North 62° 45' West 481.66 feet; thence North 14° 28' West 212.37 feet; thence North 17° 42' West 180.73 feet; thence North 75° 06' 32" West 1092.24 feet; thence North 7° 41' 30" East 275.00 feet; thence North 71° 39' 00" West 4793.67 feet to the true point of beginning and containing 186.36 acres, more or less.

Containing 249.77 acres, more or less.

LEASE NO.:          G312778A

LEASE DATE:         1/11/39

LESSOR:             Harold R Davis, et ux

LESSEE:             Tide Water Associated Oil Company

RECORDED:           449/451

DESCRIPTION:        Section 3, Township 7 North, Range 31 West, SBM

                    Section 33 and 34, Township 8 North, Range 31 West, SBM

                    Being a portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

                    Beginning at a point in the west line of Carranza Mesa Tract South 4° 25' 40" West 967.30 feet from the northwest corner of said Carranza Mesa Tract as shown on the map of Carranza Mesa Tract, a part of said Corral de Quati Rancho, as surveyed by Frank F. Flourney in February, 1912 and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map book No. 6 page 56. Thence from said point of beginning

                    First, South 4°-25'-40" West 1610.00 feet to a 3/4" iron pipe driven in the ground at an angle point in the west line of said Carranza Mesa Tract; thence along the west line of said Tract

                    Second, South 0°-06" East 700.00 feet to a point in the west line of said Tract; thence leaving the west line of the said Tract

Third, South 71°-39; East 4793.67 feet to a point in the County road to Zaca Station; thence

Fourth, South 7°-41"-30" West 275.00 feet along the County road to Zaca Station; thence leaving the said road

Fifth, South 75°-06'-32" East 1092.24 feet to a point which is the westerly end of course 21 in the certain description referred to as exhibit "A" in the certain Modification of Lease as agreed between Harold H. Davis, Alice C. Davis, his wife, Francis M. Sedgwick and Alice deF. Sedgwick, his wife, parties of the first part and Tide Water Associated Oil Company, a corporation, party of the second part, dated November 18, 1942, and recorded in the office of the County Recorder of Santa Barbara County, California, in book 561 at page 404, official records of Santa Barbara county; thence along the easterly boundary of the property described in said exhibit "A" of said Modification of Lease, by the following courses and distances

Sixth, North 79°-10' East 233.29 feet; thence

Seventh, North 78° -47' East 223.70 feet, thence

Eighth, North 65°-53' East 229.89 feet; thence

Ninth, North 46°-45' East 285.09 feet; thence

Tenth, North 48°-56' East 398.20 feet; thence

Eleventh, North 38°-21' East 218.90 feet; thence

Twelfth, North 30°-38' East 492.20 feet; thence leaving the said easterly boundary of said land described in said exhibit "A"

Thirteenth, North 67°-21'-25" West 2937.17 feet to a point in the County road to Zaca Station near its junction with the Foxen Canyon Road; thence

Fourteenth, North 64°-57'-23" West 4732.66 feet to the point of beginning and containing 299.65 acres, more or less, in Santa Barbara County, California

*By Modification of Lease dated 11/18/42 between Harold H. Davis, Alice C Davis, his wife, Francis M Sedgwick and Alice de F. Sedgwick, his wife, and Tide Water Associated Oil Company, the following lands were added to the above lease.*

DESCRIPTION:      Section  3, Township 7 North, Range 31 West
                  Section 34, Township 8 North, Range 31 West

That portion of the Rancho Corral de Quati, in the County of Santa Barbara, State of California, described as follows:

Beginning at a 2" pipe with brass cap marked "21-CQ-FFF" on the north boundary line of said Rancho Corral de Quati and at the southwest corner of the Rancho La Zaca, thence north 89° 52' 20" east along the common boundary line of said Ranchos, at 5065.2 feet an iron pipe driven into the ground on the west side of Foxen Canon Road, as more fully shown on map of survey filed in Book 24 page 17 of Record of Surveys, records of said County, and at 5094.20 feet intersect the centerline of said Foxen Canon Road, as shown on said map, 8998.33 feet, more or less, to the northeast corner of the parcel of land firstly described in the certain deed from Robert B. Canfield, et ux. to Harold H. Davis, recorded December 20, 1926 in Book 116 page 88 of Official Records, records of said County, thence along the easterly line of said last mentioned tract of land the following courses and distances: south 13° 07' west 15 feet; south 6° 05' west 430.87 feet; south 33° 31' west 278.15 feet; south 29° 28' west 321.20 feet; south 34° 54' west 341.05 feet; south 36° 50' west 481.97 feet; south 44° 41' west 399.62 feet; south 42° 50' west 224.44 feet; south 31° 53' west 244.44 feet; south 40° 46' west 426.30 feet; south 44° 52' west 1350.18 feet; south 59° 54' west 347.37 feet; south 26° 57' west 445.10 feet; south 30° 38' west 492.20 feet; south 38° 21' west 218.90 feet; south 48° 56' west 398.20 feet; south 46° 45' west 285.09 feet; south 65° 53' west 229.89 feet; south 78° 47' west 223.70 feet; south 79° 10' west 233.29 feet; south 17° 42' east 180.73 feet; south 14° 28' east 212.37 feet; south 62° 5' east 481.66 feet to a point on the south side of the public highway to Los Olivos, as set forth in deed last above mentioned; thence still along said easterly line of said last mentioned tract to and along the southerly line thereof the following courses and distances: south 27° 11' west 424.70 feet; south 27° 51' west 285.70 feet; south 28° 47' west 681.85 feet; south 28° 59' west 547.14 feet; south 29° 56' west 301.10 feet; south 71° 48' west 428.60 feet; south 71 ° 23' 30" west 320.71 feet; south 71° 04' west 648.17 feet; south 70° 14' west 756.00 feet; south 83° 12' west 1012.80 feet; north 61 ° 02' west 337.50 feet; and south 89° 50' west 2496.00 feet to the southwest corner of said last mentioned tract; thence along the westerly line of said last mentioned tract the following courses and distances: north 2° 43' west 597.00 feet; north 14° 47' east 669.91 feet; north 0° 30' east 409.96 feet; north 0° 01' west 492.60 feet; north 7° 54' east 435.78 feet; north 10° 55' east 581.32 feet; north 7° 01' east 482.78 feet; north 0° 57' east 310.38 feet; north 22° 00' east 992.60 feet; north 0° 06' west 1138.44 feet; and north 4° 25' 40" east 2577.3 feet to the northwest corner of said last mentioned tract of land; thence north 89° 50' east along the northerly line of said last mentioned tract of land 1067.9 feet to the southwest corner of the Rancho La Zaca and the point of beginning.

LEASE NO.:        G 312810 A (formerly G-312770)

LEASE DATE:       7/14/76

LESSOR            Dean Brown, et ux.

LESSEE:           Getty Oil Company

RECORDED:         2623/1828

DESCRIPTION:      Section  4, Township 7 North, Range 31 West

<u>Section 33, Township 8 North, Ran2e 31 West</u>

Being a portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carranza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East 700 feet to the true point of beginning; thence South 0° 06' East 438.44 feet; thence South 71° 29' 22" East 425.80 feet; thence North 27° 27' 22" East 290.10 feet; thence North 53° 55' 57" East 161.12 feet; thence North 71° 39' 00" West 704.34 feet to the true point of beginning and containing 5.75 acres, more or less.

LEASE NO.:          G-312810 A (formerly G-312770 A)

LEASE DATE:         7/14/76

LESSOR:             Dean Brown, et ux

LESSEE:             Getty Oil Company

RECORDED:           2623/1825

DESCRIPTION:        Section 4, Township 7 North, Range 31 West
                    <u>Section 33, Township 8 North, Range 31 West</u>

Parcels 1, 2, 3, 5, 6, 13, 14 and 15 in the County of Santa-Barbara, State of California, as per map filed in Book 85, Pages 88, 89 and 90 of Record of Surveys, in the Office of the County Recorder of said County, EXCEPTING THEREFROM any portion thereof lying outside of the following described parcel:

All that portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carranza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East 700 feet to the true point of beginning; thence South 0° 06' East 438.64 feet; thence South 22° 00' West 992.60 feet; thence South 72° 18' East 6407.00 feet; thence North 27° 51' East 285.70 feet; thence North 27° 11' East 424.70 feet; thence North 62° 45' West 481.66 feet; thence North 14° 28' West 212.37 feet; thence North 17° 42' West 180.73 feet; thence North 75° 06' 32" West 1092.24 feet; thence North 7° 41' 30" East 275.00 feet; thence North 71° 39' 00" West 4793.67 feet to the true point of beginning and containing 186.36 acres, more or less.

Containing 180.61 acres, more or less.

*By Amendment of Oil, Gas and Mineral Lease dated 7/1/80 between Dean Brown, et ux and Getty Oil Company, recorded 82-13663, the following lands were added to the above lease:*

DESCRIPTION: Section 4, Township 7 North, Range 31 West
<u>Section 33, Township 8 North, Range 31 West</u>

Parcels 1, 2, 4, 5, 6, 8, 12, 13, and 14 in the County of Santa Barbara, State of California, as per map flied in Book 85, Pages 88, 89 and 90 of Record of Surveys, in the Office of the County Recorder of said County, EXCEPTING THEREFROM any portion thereof lying within the following described parcel:

All that portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carranza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East 700 feet to the true point of beginning; thence South 0° 06' East 438.64 feet; thence South 22° 00' West 992.60 feet; thence South 72° 18' East 6407.00 feet; thence North 27° 51' East 285.70 feet; thence North 27° 11' East 424.70 feet; thence North 62° 45' West 481.66 feet; thence North 14° 28' West 212.37 feet; thence North 17° 42' West 180.73 feet; thence North 75° 06' 32" West 1092.24 feet; thence North 7° 41' 30" East 275.00 feet; thence North 71° 39' 00" West 4793.67 feet to the true point of beginning and containing 186.36 acres, more or less.

Containing 249.77 acres, more or less.

LEASE NO.: G 312810A

LEASE DATE: 7/7/76

LESSOR: Leonard K. Firestone

LESSEE: Getty Oil Company

RECORDED: 2623/950

DESCRIPTION: Section 4, Township 7 North, Range 31 West
<u>Section 33, Township 8 North, Range 31 West</u>

Parcels 1, 2, 4, 5, 6, 8, 12, 13, and 14 in the County of Santa Barbara, State of California, as per map flied in Book 85, Pages 88, 89 and 90 of Record of Surveys, in the Office of the County Recorder of said County, EXCEPTING THEREFROM any portion thereof lying within the following described parcel:

All that portion of the Rancho Corral de Quati in the County of Santa Barbara, State of California and more particularly described as follows:

Beginning at the northwest corner of the Carranza Mesa Tract, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California on March 8, 1912, in Map Book No. 6, on Page 56; thence South 4° 25' 40" West 2577.3 feet; thence South 0° 06' East, 700 feet to the true point of beginning; thence South 0° 06' East 438.64 feet; thence South 22° 00' West 992.60 feet; thence South 72° 18' East 6407.00 feet; thence North 27° 51' East 285.70 feet; thence North 27° 11' East 424.70 feet; thence North 62° 45' West 481.66 feet; thence North 14° 28' West 212.37 feet; thence North 17° 42' West 180.73 feet; thence North 75° 06' 32" West 1092.24 feet; thence North 7° 41' 30" East 275.00 feet; thence North 71° 39' 00" West 4,793.67 feet to the true point of beginning and containing 180.36 acres, more or less.

Containing 249.77 acres, more or less.

(Description is as amended by Amendment of Oil, Gas and Mineral Lease dated 7/1/80 between Leonard K. Firestone and Getty Oil Company, recorded 82-13662).

LEASE NO.:          CA 312810 A

LEASE DATE:        6/25/79

LESSOR:              William . Bedford, et al

LESSEE:              Getty Oil Company

RECORDED:          79-51489

DESCRIPTION:        <u>Township 7 North, Range 31 West</u>
                    Section 3

Parcel 3 in the County of Santa Barbara, State of California, as per map filed in Book 85, Pages 88, 89, and 90 of Record of Surveys, in the Office- of the County Recorder of said County, together with, the mutual easements applicable to said Parcel 3, as described in the Declaration recorded November 12, 1971 as Instrument No. 36887, in Book 2372, Page 51 of Official Records.

containing 40.01 acres, more or less in Santa Barbara County, California

## CARRANZA LEASE

LEASE NO.:          G 312783 A

LEASE DATE:        1/1/51

LESSOR:              Theodore Chamberlin, Jr., et ux

LESSEE:              Tidewater Associated Oil Company

RECORDED:          999/407

DESCRIPTION:     Township 7 North, Range 31 West SBM
Section 2 and 3: Beginning at the southerly end of the 42nd course in the description for that certain land conveyed by Harold H. Davis and Alice C. Davis, his wife, to Francis M. Sedgwick and Alice de F. Sedgwick, his wife, by deed dated April 30, 1942 in Book 551 of Official Records of Santa Barbara County, California, at page 177, which 42nd course is designated as south 30°-38' West 492.20 feet;

Thence from said point of beginning,

First, South 62°-30' East 1700.00 feet; Thence

Second, South 27°-30' West 943.90 feet; Thence

Third, North 62°-30' West 2051.29 feet to intersect the 46th course in the description in the above mentioned deed; thence

Fourth, North 65°-53' East 113.72 feet along a part of the said 46th course to the southerly end of the 45th course; thence following along the courses described in said deed but in the opposite direction

Fifth, North 46°-45' East 285.09 feet,

Sixth, North 48°-56' East 398.20 feet and

Seventh, North 38°-21' East 218.90 feet to the point of beginning and containing 40 acres more or less.

## CHAMBERLIN LEASE

LEASE NO.:        G 312786 A

LEASE DATE:      4/7/42

LESSOR:          Theodore Chamberlin, Jr., et ux

LESSEE:          Tidewater Associated Oil Company

RECORDED:        545/197

DESCRIPTION:     Township 8 North, Range 31 West, SBM
Section 32 and 33:

Beginning at a point on the Northerly line of Rancho Corral de Quati, in the County of Santa Barbara, State of California, title to which was confirmed to Maria Antonia de la Guerra y Lataillade by Letters Patent of the United States of America dated August 7, 1876, and recorded in the Office of the Recorder of the County of Santa Barbara in Book "A" of

Patents, at Page 258, 1067.90 feet S. 89° 50' W., from the intersection of the Northerly line of said Rancho Corral de Quati with the Westerly line of Rancho La Zaca, which said point of beginning is also the most Northwesterly corner of that certain tract conveyed to Harold H. Davis by Deed, recorded December 20, 1926, in Book 116, Page 88, Official Records of County of Santa Barbara, thence from said point of beginning the following courses, 1st, South 89° 50' West 4860.84 feet; thence, 2nd, South 55° 30' East 5658.03 feet; thence, 3rd, North 0° 06' West 649.27 feet; thence, 4th, North 4° 25' 40" East 2577.30 feet to the point of beginning, containing approximately 178 acres, in Santa Barbara County, California.

## CHAMBERLIN "B" LEASE

LEASE NO.: G 312786 A

LEASE DATE: 4/7/42

LESSOR: Theodore Chamberlin, Jr., et ux

LESSEE: Tidewater Associated Oil Company

RECORDED: 545/197

DESCRIPTION: <u>Township 8 North, Range 31 West, SBM</u>
Section 32 and 33:

Beginning at a point on the Northerly line of Rancho Corral de Quati, in the County of Santa Barbara, State of California, title to which was confirmed to Maria Antonia de la Guerra y Lataillade by Letters Patent of the United States of America dated August 7, 1876, and recorded in the Office of the Recorder of the County of Santa Barbara in Book "A" of Patents, at Page 258, 1067.90 feet S. 89° 50' W., from the intersection of the Northerly line of said Rancho Corral de Quati with the Westerly line of Rancho La Zaca, which said point of beginning is also the most Northwesterly corner of that certain tract conveyed to Harold H. Davis by Deed, recorded December 20, 1926, in Book 116, Page 88, Official Records of County of Santa Barbara, thence S. 4° 25' 40" W. 2577.3 feet; thence S. 0° 06' E. 649.27 feet to the true point of beginning; thence continuing S. 0° 06' E. 489.37 feet; thence S. 22° 0' W. 710.0 feet; thence N. 65° 0' W. 2730.00 feet; thence N. 30° 6' E. 1551.14 feet, thence South 55° 30' East 2380.00 feet more or less to the point of beginning, containing approximately 80 acres in Santa Barbara County, California.

**QUATI LEASE**

| | |
|---|---|
| LEASE NO.: | G312778A |
| LEASE DATE: | 1/11/39 |
| LESSOR: | Harold R Davis, et ux |
| LESSEE: | Tide Water Associated Oil Company |
| RECORDED: | 449/451 |
| DESCRIPTION: | See description above under "Brown, Davis, Davis "B", and `Davis "C" Properties" |

Schedule 2

NO. BELRIDGE FIELD
KERN COUNTY, CALIFORNIA

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLNEOUS AGREEMENTS

| Instrument Date of Instrument Recording Data | Original Lessor (Grantor) / Lessee (Grantee) | Brief Description |
|---|---|---|
| License Agreement 9/24/07 Unrecorded | Aera Energy, LLC / Greka Oil & Gas, Inc. | Portion W1/2 of S36, T27S, R20E, MDB&M |

RICHFIELD EAST DOME UNIT
ORANGE COUNTY, CALIFORNIA

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLNEOUS AGREEMENTS

| Instrument Date of Instrument Recording Data | Original Lessor (Grantor) / Lessee (Grantee) | Brief Description |
|---|---|---|
| Surface Lease 3/1/71 Book 9701 Page 381 | Norma & William Boisseranc / Texaco, Inc. | Portion Lot 5 in Block 35 Yorba Linda Tract |
| Surface Rental Agr 12/31/71 Book 11056 Page 1473 | Janet Ganong, Executrix / Texaco, Inc. | Portion Lot 4 in Block 33 and Lot 7 I Block 35 Yorba Linda Tract |
| Agreement 7/1/72 Unrecorded | Robert Etchandy et al / Superior Oil Co | Lots 4 and 29 in Block 22 and Lots 3 and 4 in Block 25 Yorba Linda Tract |
| Grant of Easement and Surface Use 3/2/09 #2009000143928 | Guarantee Royalties, Inc. et al / Greka Oil & Gas, Inc. | APN 346-162-01 APN 346-162-02 |
| Surface Lease 2/9/71 Book 10368 Page 53 | Frederick and Louise Thomson / Getty Oil Co. | Portion Lot 6 in Block 31 Yorba Linda Tract |

CAT CANYON FIELD, SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| MC-6549 | Agreement 10/18/72 Memorandum at Book 2436, Page 1207 | Richard Royden Bradley/Shell Oil Company | PTN Sec 22-T9N-R33W, SBB & M |
| MC-40084 | Agreement 12/9/85 Doc #1986-050584 | Vivian Brickey/ Shell Western E&P Inc. | E/2 Sec 14-T9N-R33W, SBB & M |
| MC-66028 | Surface Use Agreement 6/1/91 Unrecorded | Shell Western E&P Inc./California Production Service, Inc. | PTN NE/4 Sec 15-T9N-R33W, SBB & M |
| MC-65162 | Surface Lease 12/11/89 Doc #90-060144 | Chevron U.S.A. Inc./ Shell Western E&P Inc. | PTN NW/4 SE/4 Sec 21-T9N-R33W, SBB & M |
| MC-70091 | License 11/18/86 Unrecorded | Union Oil Company of California/Shell California Production Inc. | A portion of the Los Flores Ranch in the Rancho Los Alamos, T9N-R33W, |

CAT CANYON FIELD, SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| MC-70092 | Right-of-Way Agreement 4/7/72 Bk 2530, Pg 456 | United California Bank/Continental Oil Company | PTN Sec 23-T9N-R33W, SBB & M |
| MC-70109 | Agreement 3/19/64 Bk 2081, Pg 1461 | Lloyd Corporation Ltd. et al/Standard Oil Company of California, et al | PTN W 2/3 Sec 15-T9N-R33W, SBB & M |
| MC-70115 | Salt Water Disposal Agreement 6/13/78 Doc #78-47188 | Gulf Oil Corporation/ Mobil Oil Corporation | PTN NE/4 NE/4 SW/4 Sec 21-T9N-R33W, SBB & M |
| MC-70119 | Right-of-Way Agreement 4/19/88 Doc #88-031210 | Manfred C. Sander, et ux/Shell Western E&P Inc. | PTN E/2 NW/4 Sec 21-T9N, R33W, SBB & M |
| MC-85280 | Road Agreement 4/1/70 Unrecorded | Lloyd Corporation, Shell Oil Company | W 2/3 Sec 15-T9W-R33W, SBB & M |
| MC-85281 | License 5/1/70 Unrecorded | Richard R. Bradley/ Shell Oil Company | E/2 NW/4 Sec 22-T9N-R33W, SBB & M |

CAT CANYON FIELD, SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| RW-981 | Pipeline License Agreement 3/16/71 Bk 2343, Pg 462 | Gulf Oil Corporation/ Shell Oil Company | PTNS Secs 22, 26, 27 and 33-T9N-R332, SBB & M |
| RW-1273 | Letter Agreement 5/10/76 Unrecorded | Continental Oil Company/Shell Oil Company | E/2 Sec 10-T9N-R33W, SBB & M |
| RW-70270 | Pipeline Easement 2/1/89 Doc #89-010490 | First Interstate Bank of California, et al/ Shell Western E&P Inc. | PTN W/2 Sec 14-T9N-R33W, SBB & M |
| RW-70271 | Agreement 1/14/49 Unrecorded | Los Flores Land and Oil Company/General Petroleum Corporation | PTN SE/4 Sec 22-T9N, R33W, SBB & M |
| RW-70272 | Agreement 1/14/49 Unrecorded | Los Flores Land and Oil Company/General Petroleum Corporation | PTN SE/4 Sec 22-T9N-R33W, SBB & M |
| RW-70273 | Agreement 1/14/49 Unrecorded | Los Flores Land and Oil Company/General Petroleum Corporation | PTN SW/4 Sec 22-T9N-R33W, SBB & M |
| RW-70274 | Agreement 9/18/52 Unrecorded | Los Flores Land and Oil Company/General Petroleum Corporation | PTN SW/4 Sec 22 and a PTN of Rancho Los Alamos T9N-R33W, SBB & M |
| RW-70275 | Agreement 4/5/83 Doc #83-26817 | Union Oil Company of California/Mobil Oil Corporation | PTN Secs 22 and 27-T9N-R33W, SBB & M |
| RW-70276 | Agreement 6/15/50 Unrecorded | Standard Oil Company of California/ General Petroleum Corporation | PTN NE/4 Sec 21-T9N-R33W, SBB & M |
| RW-76368 | Grant of Right-of-Way and Easement 12/28/89 Unrecorded | Chevron U.S.A. Inc./ Shell Western E&P Inc. | PTN S/2 NE/4 Sec 21-T9N-R33W, SBB & M |

<u>CAT CANYON FIELD, SANTA BARBARA COUNTY, CALIFORNIA</u> (continued)

<u>LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS</u>

| INTRUMENT<br>DATE OF INSTRUMENT<br><u>RECORDING DATA</u> | ORIGINAL<br>LESSOR (GRANTOR)<br><u>LESSEE (GRANTEE)</u> | DESCRIPTION |
|---|---|---|
| Right of Way<br>Agreement<br>9/21/98<br>Doc. 98-098882 | Manfred C. Sander, et ux/<br>Vintage Petroleum, Inc. | A portion of the E/2 NW/4 of Section 21,<br>Township 9 North, Range 33 West,<br>County of Santa Barbara, State of California |

CAT CANYON FIELD, SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLNEOUS AGREEMENTS

| Instrument Date of Instrument Recording Data | Original Lessor (Grantor) / Lessee (Grantee) | Brief Description |
|---|---|---|
| License Agreement 9/5/00 Unrecorded | Nuevo Energy Company / Greka SMV, Inc. | Cat Canyon Field |

SANTA MARIA VALLEY/BRADLEY CANYON FIELD,
SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| MC-6559 | Right-of-Way Agreement 4/4/73 Unrecorded | Bradley Land Company/ Shell Oil Company and Standard Oil Company of California | Ptn Sec 6-T9N-R33W PTN Sec 31-T10N-R33W; PTN Sec 36-T10N-R34W, SBB & M |
| MC-6560 | Right-of-Way Agreement 6/1/73 Unrecorded | Bradley Land Company/ Shell Oil Company and Standard Oil Company of of California | PTN Sec 36-T10N-R34W, SBB & M |
| MC-6561 | Right-of-Way Agreement 9/5/73 Unrecorded | Bradley Land Company/ Shell Oil Company | PTN Sec 6-T9N-R33W SBB & M |
| MC-6562 | Letter Agreement 4/16/73 Unrecorded | Bradley Land Company/ Shell Oil Company | PTN SW/4 Sec 5-T9N-R33W, SBB & M |
| MC-6569 | Right-of-Way Agreement 7/31/74 Unrecorded | Bradley Land Company/ Shell Oil Company | PTN Sec 5-T9N-R33W SBB & M |
| MC-6574 | Right-of-Way Agreement 8/28/75 Unrecorded | Bradley Land Company/ Shell Oil Company and Standard Oil Company of California | PTNS Secs 25 and 36-T10N-R34W, SBB & M |
| MC-6575 | Right-of-Way Agreement 12/19/91 Unrecorded | Donald E. Vincent, et al/Shell Western E&P Inc. | PTN W/2 NW/4 NE/4 Sec 25-T10N-R34W, SBB & M |
| MC-6585 | Right-of-Way Agreement 9/1/76 Unrecorded | Bradley Land Company/ Shell Oil Company and Standard Oil Company of California | PTNS Secs 5 and 6 T9N-R33W, SBB & M |

SANTA MARIA VALLEY/BRADLEY CANYON FIELD,
SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| MC-6586 | Right-of-Way Agreement 4/28/76 Unrecorded | Bradley Land Company/ Shell Oil Company | PTN Sec 5-T9W-R33W SBB & M |
| MC-6587 | Letter Agreement 3/8/74 Unrecorded | Bradley Land Company/ Shell Oil Company | PTN SE/4 Sec 5-T9N R33W, SBB & M |
| MC-6589 | Road Use Agreement 5/22/74 Unrecorded | Bradley Land Company/ Shell Oil Company and Standard Oil Company of California | PTN Sec 6-T9N-R33W SBB & M |
| MC-70059 | Right-of-Way Agreement 2/6/74 Unrecorded | Bradley Land Company/ Shell Oil Company | PTNS Secs 5 and 6 T9N-R33W, SBB & M |
| MC-70117 | Right-of-Way Agreement5/1/80 5/1/80 Unrecorded | Bradley Land Company/ Chevron U.S.A. Inc. | PTN Sec 5-T9N-R33W SBB & M |
| MC-85315 | Line Well and Pressure Maintenance Agreement 10/1/75 Unrecorded | Shell Oil Company/ Standard Oil Company of California/Union Oil Company of California | PTNS Sec 1-T9N-R34W, SBB & M and PTNS Sec 6-T9N-R33W, SBB & M |
| MC-85315 | Water Agreement 10/1/75 Unrecorded | Union Oil Company of California/ Shell Oil Company/ Standard Oil Company of California | PTNS Sec 1-T9N-R34W, SBB & M and PTNS Secs 5 and 6-T9N-R33W, SBB & M |
| RW-1240 | Right-of-Way Agreement 11/7/75 Bk 2597, Pg 1497 | Donald Eric Vincent, et al/Shell Oil Company | W 20' of SW/4 NE/4 Sec 25-T10N-R34W, SBB & M |

SANTA MARIA VALLEY/BRADLEY CANYON FIELD,
SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| RW-1241 | Right-of-Way Agreement 12/10/75 Bk 2597 Pg 1503 | Industrial Properties/ Shell Oil Company | W 20' of Parcel A of Parcel Map # 12022 per map filed in Book 14 at pages 52 and 53 in the Office of the Recorder of Santa Barbara County, California |
| RW-1244 | Right-of-Way Agreement 12/15/75 Bk 2599, Pg 1019 | Coast Vacuum Truck Service Inc./Shell Oil Company | The W 20' of Parcel D and the Westerly 20' of that portion of Parcel B lying south of Betteravia Road, as both parcels are shown on Parcel Map #12022. |
| RW-1274 | Pipeline Agreement 4/23/76 Unrecorded | Union Oil Company of California/ Shell Oil Company | PTN S/2 Sec 4-T9N-R33W; SBB & M |

SANTA MARIA VALLEY/BRADLEY CANYON FIELD, SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR) LESSEE (GRANTEE) | DESCRIPTION |
|---|---|---|---|
| VO RW-1 | Right-of-Way Agreement 11/10/92 Unrecorded | Bradley Land Co./ Vintage Oil, Inc. | County of Santa Barbara, State of California: A strip of land 25 feet in width located within Section 6-T9N-R33W and Section 31-T10N-R33W, of the S.B.B.&M., containing an area of 0.85 acres, more or less. |
| VO RW-2 | Right-of-Way Agreement 11/14/92 Unrecorded | Jack & Geoergette Garvin, et al/Vintage Oil, Inc. | County of Santa Barbara, State of California: A strip of land 25 feet in width located within SE/4 Section 31-T10N-R33W, S.B.B.&M., containing an area of .17 acres, more or less. |
| VO RW-3 | Right-of-Way Agreement 11/23/92 Unrecorded | Lambert & Mable Pereira/Vintage Oil, Inc. | County of Santa Barbara, State of California: A strip of land 25 feet in width located along the east and north boundaries of the SE/4, Section 31-T10N-R33W, S.B.B.&M., containing an area of 2.5831 acres, more or less. |
| VO RW-4 | Right-of-Way Agreement 11/23/92 Unrecorded | Bradley Land Co./ Vintage Oil, Inc. | County of Santa Barbara, State of California: A strip of land 25 feet in width located within Section 31-T10N-R33W, of the S.B.B.&M. |
| VO RW-5 | Right-of-Way Agreement 1/6/94 Unrecorded | Roland N. & Sally L. Miller/Vintage Oil, Inc. | County of Santa Barbara, State of California: A strip of land 25 feet in width located on the East side of Lot 15 of East Valley Farms, Tract No. 11,718 in the County of Santa Barbara, State of California, as shown on Tract Map No. 11,718, recorded on October 4, 1973, in Book 90, Pages 62 and 64, inclusive, of maps; Being a part of the NE/4 of Section 31-T10N-R33W, S.B.B.&M., containing an area of 0.46 acres, more or less. |
| VO RW-6 | Right-of-Way and Roadway Agrmt. 4/18/94 Unrecorded | Bradley Land Co./ Vintage Oil, Inc. | County of Santa Barbara, State of California: A strip of land 25 feet in width located within Section 5-T9N-R33W, S.B.B.&M., containing an area of 1.86 acres, more or less. |
| MVC-2A | Right-of-Way Agreement 2/7/73 Unrecorded | Bradley Land Co./ Shell Oil Company | County of Santa Barbara, State of California: A strip of land 20 feet in width located within Sections 5 and 6-T9N-R33W, S.B.B.&M., as shown on Map No. Y-4833-RL, dated January 10, 1973, containing 1.22 acres. |

SANTA MARIA VALLEY/BRADLEY CANYON FIELD, SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR) LESSEE (GRANTEE) | DESCRIPTION |
|--------|---------------------------------------------|--------------------------------------------|-------------|
| SMVC-2B | Right-of-Way Agreement 5/20/88 Unrecorded | Bradley Land Co./ Shell Oil Company | County of Santa Barbara, State of California: Two strips of land each 5 feet wide and a 10 foot square of land located in Section 5-T9N-R33W, S.B.B.&M., as shown on Drawing J-1639 dated November 6, 1987, containing .065 of an acre. |

SANTA MARIA VALLEY/CLARK AVENUE FIELD, SANTA BARBARA COUNTY, CALIFORNIA

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| RW-70045 | Right-of-Way (Excavation Permit) 12/16/83 Unrecorded | County of Santa Barbara/Husky Oil Company | NW corner of SE/4 NW/4 Sec. 22-T9N-R33W, SBB & M |
| RW-70046 | Right-of-Way Agreement 11/3/83 Unrecorded | Chevron U.S.A. Inc./ Husky Oil Company | PTN NE/4 Sec 21-T9N-R33W, SBB & M |
| RW-70048 | Right-of-Way (Excavation Permit) 6/22/81 Unrecorded | County of Santa Barbara/Husky Oil Company | PTN NW/4 Sec 10-T9N-R33W, SBB & M |
| RW-70049 | Right-of-Way Agreement 6/12/81 Unrecorded | A. F. and C. A. Fugler, Inc./Husky Oil Company | PTN Sec 10-T9N-R33W, SBB & M |
| RW-70051 | Agreement 9/18/84 Unrecorded | Getty Oil Company/ Marathon Oil Company | N line of the NW/4 SE/4, W line of the T9N-R33W, SBB & M SE/4 NE/4 Sec 17- |
| RW-70348 | Agreement 2/29/80 Unrecorded | Union Oil Company of California/Chevron U.S.A. Inc. | W 2700' of S/2 Sec 4-T9N-R33W, SBB & M |
| MC-70021 | Easement and Right-of Way Agreement 12/19/83 Doc #84-19265 | Edward J. Carr, et al/Husky Oil Company | PTN W/2 NW/4 Sec 22-T9N-R33W, SBB & M |

SANTA MARIA VALLEY/CLARK AVENUE FIELD, SANTA BARBARA COUNTY, CALIFORNIA

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INSTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR)/ LESSEE (GRANTEE) | BRIEF DESCRIPTION |
|---|---|---|---|
| MC-70026 | Surface Lease Agreement 2/1/76 Bk 2608, Pg 1523 | Manfred Sander et ux/Husky Oil Company | W/2 Sec 16 and NW/4 Sec 21-T9N-R33W, SBB & M |
| MC-70028 | Right-of-Way Agreement Bk 2575, Pg 1257 | Bruce N. Gordon, et ux/Husky Oil Company | PTN W/2 SE/4 Sec 9 T9N-R33W, SBB & M |
| MC-70033 | Right-of-Way Agreement 5/1/78 Doc #78-21003 | Bruce N.Gordon, et ux/Husky Oil Company | PTN W/2 SE/4 Sec 9-T9N-R33W, SBB & M |
| MC-70111 | Grant of Right-of-Way 4/2/80 Doc #80-20226 | McCarthy Joint Ventura "A"/ Chevron U.S.A. Inc. | PTN NW/4 Sec 9-T9N-R33W, SBB & M |
| MC-70128 | Easement Agreement 5/31/84 Unrecorded | Manfred Sander/ Hunter Cat Canyon Development | W/2 Sec 16 and NW/4 Sec 21-T9N-R33W, SBB & M |

SANTA MARIA VALLEY/CLARK AVENUE FIELD, SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLANEOUS AGREEMENTS

| NUMBER | INTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR) LESSEE (GRANTEE) | DESCRIPTION |
|---|---|---|---|
| MC-70041 | Right-of-Way Agreement 4/24/78 78-21004 | McCarthy Joint Venture "A"/ Husky Oil Company | County of Santa Barbara, State of California: NW/4, Section 9-T9N-R33W, San Bernardino Base and Meridian. |
| MC-70043 EXPIRED | Right-of-Way Agreement 1/10/85 1986-003746 | Dorothy M. Pringle/ Marathon Oil Company | The East thirty (30) feet of Parcel 3 of Parcel Map 12,302, as shown on map recorded in Book 20 of Parcel maps at Pages 38-40 in the office of the County Recorder of Santa Barbara County, State of California. |
| MC-70044 | Water Disposal Agreement 2/25/85 Unrecorded | Hunter Cat Canyon Development/ Marathon Oil Co. | PTN W/2 Section 17-T9N-R33W, S.B.B..&M. |

EXHIBIT "A"

SANTA BARBARA COUNTY, CALIFORNIA

| R/W | GRANTOR | TYPE INSTRUMENT | DATE | RECORDING |
|---|---|---|---|---|
| CC-01 | LLOYD CORPORATION, LTD., ET AL | GRANT OF RIGHT OF WAY | 72/01/14 | BK 2385, PG 669 |
| CCL-01 | LLOYD PROPERTIES, L.P. | CATHODIC PROTECTION EASEMENT | 91/10/01 | FILE NO. 91-075635 |
| | LLOYD PROPERTIES, L.P. | CATHODIC PROTECTION EASEMENT | 91/10/01 | FILE NO. 91-075636 |
| | LLOYD PROPERTIES, L.P. | CATHODIC PROTECTION EASEMENT | 91/10/01 | FILE NO. 91-075637 |
| | LLOYD PROPERTIES, L.P. | CATHODIC PROTECTION EASEMENT | 91/10/01 | FILE NO. 91-075638 |
| SHVC-01 | BRADLEY LAND CO/UNOCAL | LETTER AGREEMENT | 72/11/01 | UNRECORDED |
| SHVC-02 | BRADLEY LAND COMPANY | AMENDMENT TO R/W AGREEMENT | 74/04/19 | UNKNOWN |
| | BRADLEY LAND COMPANY | R/W AGREEMENT | 73/02/07 | UNKNOWN |
| | BRADLEY LAND COMPANY | RIGHT OF WAY AGREEMENT | 88/05/20 | UNKNOWN |
| SHVC-03 | COUNTY OF SANTA BARBARA | ENCROACHMENT PERMIT NO. 2244 | 73/01/26 | UNKNOWN |
| SHVC-05 | BRADLEY LAND COMPANY | DESCRIPTION OF ROUTE SELECTED | 57/07/17 | UNKNOWN |
| | UNION OIL COMPANY | ASSIGNMENT | 73/04/03 | BK 2457, PG 1029 |
| | UNION OIL COMPANY | BILL OF SALE | 73/04/03 | UNRECORDED |
| SHVC-06 | SHELL OIL COMPANY | BILL OF SALE, ASSIGNMENT AND AGREEMENT | 86/03/24 | UNRECORDED |

SANTA MARIA VALLEY / BRADLEY CANYON FIELD,
SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLNEOUS AGREEMENTS

| Instrument Date of Instrument Recording Data | Original Lessor (Grantor) / Lessee (Grantee) | Brief Description |
|---|---|---|
| Pipeline Lease 3/7/11 Unrecorded | Adam Family Trust / Greka Oil & Gas, Inc. | N1/2 of NW1/4, S1, T9N, R34W, SB&M. |

EXHIBIT "A"

ZACA FIELD, SANTA BARBARA COUNTY, CALIFORNIA

| NUMBER | INTRUMENT DATE OF INSTRUMENT RECORDING DATA | ORIGINAL LESSOR (GRANTOR) LESSEE (GRANTEE) | DESCRIPTION |
|---|---|---|---|
| | Surface Lease Agreement 12/1/95 Unrecorded | Firetone Farming Company Limited Partnership/Vintage Petroleum, Inc. | SEE ATTACHED. |
| G-312786-B | Surface Use Agreement 1/25/89 Unrecorded | Texaco Producing Inc../ William B. Chamberlin, et al | 2.24 acres M/L in Sections 32 & 33-T7N-R31W, Santa Barbara County, California. |

Description of Surface Lease Agreement dated December 1, 1995, between Firestone Farming Company Limited Partnership and Vintage Petroleum, Inc.

That portion of the Rancho Corral de Quati, in the County of Santa Barbara, State of California, described as follows:

Beginning at an iron pipe driven in the ground on the northern line of said Rancho Corral de Quati, and on the west side of the County Road to Foxen Valley, and on the line between the Rancho La Zaca and the Rancho Corral de Quati, as shown on map of the Carranza Mesa Tract, a part of said Corral de Quati Rancho, as surveyed by Frank F. Flournoy in February, 1912, and filed in the office of the Recorder of Santa Barbara County, California, on March 8, 1912, in Map Book No. 6, on page 56; thence along the line between said Rancho La Zaca and Rancho Corral de Quati, 1st, south 89°50' west 6143.7 feet, at 5075.8 feet to a 2" iron pipe and at 6143.7 feet to the northerly end of the fence on the westerly line corner of said Rancho La Zaca, at corner of fence, being the southwest of said "Carranza Mesa" Tract; thence following said fence by the following courses; south 4°24' 01" west 2578.49 feet to a 3/4" iron pipe driven into the ground from which a spike in a live oak tree marked B.T.F.F. bears north 36°48' west 78.02 feet and a spike in another live oak tree marked B.T.F.F. bears south 34°47' west 49.00 feet, said iron pipe being the TRUE POINT OF BEGINNING; thence south 0°06' 00" each 320.73 feet to a post in said fence; thence south 85°59' 24" east 144.40 feet to a point; thence south 3°12' 06" west 406.50 feet to a point; thence south 56°43' 05" east, 211.39 feet to a point; thence north 54°18' 38" east 55.40 feet to a fence post in a fence line; thence north 42°00' 17" west 168.72 feet to a point; thence north 4°00' 17" west 168.72 feet to a point; thence north 4°12' 56" west 136.69 feet to a point; thence north 20°12' 06" east 464.50 feet to a point; thence north 48°11' 03" west 491.14 feet to a point in a fence line; thence south 4°24' 01" west 196.27 feet to the TRUE POINT OF BEGINNING. Containing 4.40 acres, more or less.

CASMALIA FIELD, SANTA BARBARA COUNTY, CALIFORNIA (continued)

LIST OF RIGHTS-OF-WAY, LICENSES, EASEMENTS AND MISCELLNEOUS AGREEMENTS

| Instrument Date of Instrument Recording Data | Original Lessor (Grantor) / Lessee (Grantee) | Brief Description |
|---|---|---|
| Letter of Authorization 8/20/43 Unrecorded | Morganti Ranch / O.C. Field Gasoline Corp | Casmalia Field |
| Agreement 12/29/65 Unrecorded | Southern Pacific Company / Union Oil Company of California | Shuman Station |
| Right of Way Agreement 11/9/01 #0136946 | Ernest Righetti et al. / Greka SMV, Inc. | Casmalia Field |

**Fill in this information to identify the case:**

Debtor name __HVI Cat Canyon, Inc.__

United States Bankruptcy Court for the: __Northern__ District of __TX__
                                            (State)

Case number (If known): __19-32857__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
  See Attachments

Describe debtor's property that is subject to a lien

                                              $ $221,206,238.48    $ $223,182,000.00

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

             $_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number __ __ __ __

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
   - ☐ No. Specify each creditor, including this creditor, and its relative priority.

   - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ $221,206,238.48

Debtor _____HVI Cat Canyon, Inc._____
      Name

Case number *(if known)* _19-32857_

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

_____  $_____  $_____

Creditor's mailing address

_____

_____

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

_____  $_____  $_____

Creditor's mailing address

_____

_____

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor   HVI Cat Canyon, Inc.

Name

Case number *(if known)* 19-32857

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

## Schedule D: Creditors Who Have Claims Secured by Property

**Debtor:** HVI Cat Canyon, Inc.

Case Number (if Known): 19-32857

| Part 1: | List Creditors Who Have Secured Claims | *Column A* **Amount of claim** Do not deduct the of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Creditor's Name**
Betty T. Yee, California State Controller

**Creditor's mailing address**
Tax Administration Section
P.O. Box 942850
Sacramento, CA 94250-5880

**Date debt was incurred**
2015-2019

**Do multiple creditors have an interest in the same property?**
Yes. Specify each creditor including this creditor, and its relative priority.

1) GLR, LLC (6/4/2009)
2) UBS AG (5/24/2016)
3) Santa Barbara County Treasurer-Tax Collector (10/7/2016)
4) Rival Wells Services, Inc. (04/03/17)
5) Betty T. Yee, California State Controller (8/18/2017)
6) State of California-EDD (3/11/2019)
7) Northern California Collection Service, Inc. (4/17/2019)
8) Commercial Trade (6/24/2019)

**Describe debtor's property that is subject to lien**
Real property in Orange and Santa Barbara Counties, CA

**Describe the lien**
Unpaid production assessments

**Is the creditor an insider?**
No

**Is anyone else liable on this claim?**
No

**As of the filing date, the claim is**
**X** Disputed

$1,304,573.87     $1,400,000.00

---

**2.2** **Creditor's Name**
Commercial Trade, Inc.

**Creditor's mailing address**
5330 Office Center Ct.
Bakersfield, CA 93309

**Date debt was incurred**
4/9/2019

**Do multiple creditors have an interest in the same property?**
Yes. Have you already specified the relative priority?

Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to lien**
Real property in Santa Barbara County, CA

**Describe the lien**
Abstract of Judgment

**Is the creditor an insider?**
No

**Is anyone else liable on this claim?**
No

**As of the filing date, the claim is**
**X** Disputed

$0.00     $0.00

## Schedule D: Creditors Who Have Claims Secured by Property

**Debtor:** HVI Cat Canyon, Inc.

Case Number (if Known): 19-32857

| Part 1: | List Creditors Who Have Secured Claims | | Column A<br>Amount of claim<br>Do not deduct the<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

| 2.3 | **Creditor's Name**<br>GLR, LLC | **Describe debtor's property that is subject to lien**<br>All Assets | $104,214,033.26 | $105,000,000.00 |
|---|---|---|---|---|

**Creditor's mailing address**
45 Rockefeller Plaza, Suite 2410
New York, NY 10111

**Describe the lien**
Trust Deed, UCC-1

**Date debt was incurred**
6/1/2008

**Is the creditor an insider?**
Yes

**Do multiple creditors have an interest in the same property?**
Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
Yes

**As of the filing date, the claim is**

Yes. The relative priority of creditors is specified on lines 2.1

---

| 2.4 | **Creditor's Name**<br>Northern California Collection Service, Inc. | **Describe debtor's property that is subject to lien**<br>Real property in Santa Barbara County, CA | $175,703.75 | $180,000.00 |
|---|---|---|---|---|

**Creditor's mailing address**
700 Leisure Lane
Sacramento, CA 95815

**Describe the lien**
Abstract of Judgment, Judgment Lien

**Date debt was incurred**
1/17/2019

**Is the creditor an insider?**
No

**Do multiple creditors have an interest in the same property?**
Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
No

**As of the filing date, the claim is**
    X Disputed

Yes. The relative priority of creditors is specified on lines 2.1

**Fill in this information to identify the case:**

Debtor name _HVI Cat Canyon, Inc._

United States Bankruptcy Court for the: _Northern_ District of _TX_
(State)

Case number (If known): _19-32857_

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
See Attachments

Describe debtor's property that is subject to a lien

| | $ 221,206,238.48 | $ 223,182,000.00 |
|---|---|---|

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

| | $ _____ | $ _____ |
|---|---|---|

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 221,206,238.48

Debtor ___HVI Cat Canyon, Inc.___
    Name

Case number (if known)_19-32857_

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__** Creditor's name

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____

Creditor's mailing address

_____

_____

**Describe the lien**

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__** Creditor's name

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____

Creditor's mailing address

_____

_____

**Describe the lien**

_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____
      _____
      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor HVI Cat Canyon, Inc.
    Name

Case number (if known) 19-32857

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

## Schedule D: Creditors Who Have Claims Secured by Property

**Debtor:** HVI Cat Canyon, Inc.　　　　　　　　Case Number (if Known): 19-32857

| Part 1: | List Creditors Who Have Secured Claims | Column A Amount of claim Do not deduct the of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

---

**2.5 Creditor's Name**
Rival Well Services, Inc.

**Describe debtor's property that is subject to lien**
Real property in Kern County, CA

$101,556.75　　$105,000.00

**Creditor's mailing address**
PO Box 12620
Bakersfield, CA 93389

**Describe the lien**
Claim of Oil & Gas Lien

**Date debt was incurred**
1/15/2018

**Is the creditor an insider?**
No

**Do multiple creditors have an interest in the same property?**
Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
No

Yes. The relative priority of creditors is specified on lines 2.1

**As of the filing date, the claim is**
　X Disputed

---

**2.6 Creditor's Name**
Santa Barbara County Treasurer-Tax Collector

**Describe debtor's property that is subject to lien**
Real property in Santa Barbara County, CA

$1,303,358.37　　$1,400,000.00

**Creditor's mailing address**
P.O. Box 579
Santa Barbara, CA 93102-0579

**Describe the lien**
Unpaid property taxes

**Date debt was incurred**
2018-2019

**Is the creditor an insider?**
No

**Do multiple creditors have an interest in the same property?**
Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
No

Yes. The relative priority of creditors is specified on lines 2.1

**As of the filing date, the claim is**
　X Disputed

---

## Schedule D: Creditors Who Have Claims Secured by Property

**Debtor:** HVI Cat Canyon, Inc.                    Case Number (if Known): 19-32857

| Part 1: | List Creditors Who Have Secured Claims | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>of collateral. | *Column B*<br>**Value of collateral**<br>that supports this<br>claim |
|---|---|---|---|

**2.7 Creditor's Name**
State of California-EDD

**Creditor's mailing address**
P.O. Office Box
Sacramento, CA 94280-0001

**Date debt was incurred**
3/31/2018

**Do multiple creditors have an interest in the same property?**
Yes. Have you already specified the relative priority?

Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to lien**
Real property in Santa Barbara County, CA

**Describe the lien**
Payroll Tax Assessments

**Is the creditor an insider?**
No

**Is anyone else liable on this claim?**
No

**As of the filing date, the claim is**
    X Disputed

$96,136.68      $97,000.00

---

**2.8 Creditor's Name**
UBS AG

**Creditor's mailing address**
600 Washington Avenue
Stamford, CT 06901

**Date debt was incurred**
5/20/2016

**Do multiple creditors have an interest in the same property?**
Yes. Have you already specified the relative priority?

Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to lien**
All Assets

**Describe the lien**
Trust Deed, UCC-1

**Is the creditor an insider?**
No

**Is anyone else liable on this claim?**
Yes

**As of the filing date, the claim is**
    X Disputed

$114,010,875.80      $115,000,000.00

| Fill in this information to identify the case: |
|---|
| Debtor    HVI Cat Canyon, Inc. |
| United States Bankruptcy Court for the:  Northern District of Texas |
| Case number    19-32857<br>(if known) |

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

04/19

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>CALIFORNIA DEPARTMENT OF CONSERVATION<br>801 K STREET, MS 24-01<br>SACRAMENTO, CA  95814<br>**Date or dates debt was incurred**<br>2018-2019<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>TAXES<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300,562.97 | $300,562.97 |
| 2.2 | **Priority creditor's name and mailing address**<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>PO BOX 989071<br>WEST SACRAMENTO, CA  95798-9071<br>**Date or dates debt was incurred**<br>2018-2019<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>TAXES<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79,600.82 | $79,600.82 |
| 2.3 | **Priority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 932100<br>LOUISVILLE, KY  40293-2100<br>**Date or dates debt was incurred**<br>2018-2019<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:**<br>TAXES<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110,697.15 | $110,697.15 |

Debtor SPECTRUM ALLIANCE, LP

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.4** | **Priority creditor's name and mailing address**
KERN COUNTY TAX COLLECTOR
1115 TRUXTUN AVENUE, 2ND FLOOR
BAKERSFIELD, CA 93301-4640

**Date or dates debt was incurred**
2018-2019

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $33,243.72 | Priority amount: $33,243.72

---

**2.5** | **Priority creditor's name and mailing address**
ORANGE COUNTY TREASURER-TAX COLLECTOR
P.O. BOX 1438
SANTA ANNA, CA 92702-1438

**Date or dates debt was incurred**
2018-2019

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $122,280.00 | Priority amount: $122,280.00

---

**2.6** | **Priority creditor's name and mailing address**
SANTA BARBARA COUNTY TREASURER-TAX COLLECTOR
P.O. BOX 579
SANTA BARBARA, CA 93102-0579

**Date or dates debt was incurred**
2018-2019

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,351,085.42 | Priority amount: $3,351,085.42

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
4-W PETROLEO INC. C/O DAMASCO & ASSOCS.
505 SANSOME STREET #1701
SAN FRANCISCO, CA 94111-3121

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $12,446.79

Debtor ___SEC(19-32857)___

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.2** | **Nonpriority creditor's name and mailing address**

A&G COMPRESSOR PARTS, INC
2410 N. CHICO AVE
SOUTH EL MONTE, CA  91733-1613

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,232.37

---

**3.3** | **Nonpriority creditor's name and mailing address**

A&R WELDING, INC.
14011 ANDERSON ST.
PARAMOUNT, CA  90723

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,712.49

---

**3.4** | **Nonpriority creditor's name and mailing address**

A. WILLIAM WADSWORTH
70 JANE ST.
NEW YORK, NY  10014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,477.17

---

**3.5** | **Nonpriority creditor's name and mailing address**

AC PIPE & EQUIPMENT
1250 E. 23RD. STREET, 2ND FLOO
SIGNAL HILL, CA  90755

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,260.00

---

**3.6** | **Nonpriority creditor's name and mailing address**

AC PUMPING UNIT, INC.
2625 DAWSON AVENUE
SIGNAL HILL, CA  90755

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,325.53

Debtor _SIECO_Inc._ (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,824.36

ACE PUMP
848-A W. CENTURY
SANTA MARIA, CA 93455

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54,521.65

ADAM B. FIRESTONE
620 MCMURRAY ROAD
BUELLTON, CA 93427

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** 3739

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,372.95

ADAM FAMILY TRUST
2101 SINTON RD.
SANTA MARIA, CA 93456

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,452.21

ADOLPH J. & LINDA D. BELASQUEZ
140 MARION BLVD.
FULLERTON, CA 92635-352

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,290.11

ADVANCED DISCOVERY INC.
PO BOX 102242
ATLANTA, GA 30368-2242

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  SELECTED ONE LLC
(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,560.00 |
| --- | --- | --- | --- |

3.12  **Nonpriority creditor's name and mailing address**

ADVANCED EH&S CONCEPTS
PO BOX 20944
BAKERSFIELD, CA  93390

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,560.00

---

3.13  **Nonpriority creditor's name and mailing address**

ADVANTAGE ANSWERING PLUS
PO BOX 639236
CINCINNATI, OH  45263-9236

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$591.07

---

3.14  **Nonpriority creditor's name and mailing address**

AEROTEK ENERGY
PO BOX 198531
ATLANTA, GA  30384-8531

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,937.43

---

3.15  **Nonpriority creditor's name and mailing address**

AFA INVESTMENTS, LLC
4804 LAUREL CANYON BLVD, PMB 811
VALLEY VILLAGE, CA  91607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** AI01

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$976.12

---

3.16  **Nonpriority creditor's name and mailing address**

AGUA TIBIA RANCH
P.O. BOX 578
PAUMA VALLEY, CA  92061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** AGUA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,876.26

---

Debtor SEC 1 ENTERPRISES (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.17** | **Nonpriority creditor's name and mailing address**
AILEEN TWITCHELL
2110 MEAD LANE
SANTA MARIA, CA 93455

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 8320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,401.63

---

**3.18** | **Nonpriority creditor's name and mailing address**
AIRGAS USA, LLC
PO BOX 93500
LONG BEACH, CA 90809-3500

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,635.53

---

**3.19** | **Nonpriority creditor's name and mailing address**
AKIN GUMP STRAUS HAUER & FELD
ATTN STEPHEN D. DAVIS
1999 AVENUE OF STARS, SUITE 600
LOS ANGELES, CA 90067

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$783,188.44

---

**3.20** | **Nonpriority creditor's name and mailing address**
ALEXANDRA TRUST THE COX OFFICE
419 PARK AVE. SO., #1302
NEW YORK, NY 10016

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,008.18

---

**3.21** | **Nonpriority creditor's name and mailing address**
ALICE COSTA
2501 S. EL CAMINO REAL #113
SAN CLEMENTE, CA 92672

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,146.80

Debtor _____SECLED LP_(28)_____
(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,385.87 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
ALICE E. GOUFF
13830 RIVER ROAD
SANTA MARGARITA, CA  93453

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 1630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,385.87

---

**Nonpriority creditor's name and mailing address**
ALICE G. LENZ
4203 PINEHURST CIRCLE
STOCKTON, CA  95219-1839

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 0012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.23 — $43,780.19

---

**Nonpriority creditor's name and mailing address**
ALICE KAREN SHERRILL
2848 RAMADA DR. #142
PASO ROBLES, CA  93446

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 5631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.24 — $1,354.63

---

**Nonpriority creditor's name and mailing address**
ALICE M. EVANS & RICHARD V. EVANS
2127 NORTH FREEMAN
SANTA ANA, CA  92706

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.25 — $34,977.70

---

**Nonpriority creditor's name and mailing address**
ALICE SEDGWICK WOHL
12 LONG POND RD.
HOUSATONIC, MA  01236

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 7548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.26 — $18,545.40

Debtor  SUEZ Water Inc.  Case number (if known) 19-32857

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---:|

| 3.27 | **Nonpriority creditor's name and mailing address**<br><br>ALICE WOHL<br>12 LONG POND RD.<br>HOUSATONIC, MA  01236<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br><br>ALLEN DAVID JANES<br>1018 JANES RD.<br>MEDFORD, OR  97501<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** ADJ1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,467.80 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br><br>ALLEN E RIGHETTI<br>3000 AUGUSTA ST. APT. 233<br>SAN LUIS OBISPO, CA  93401<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 3950 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $105.16 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br><br>ALLEN HANCOCK COLLEGE<br>800 SOUTH COLLEGE DR.<br>SANTA MARIA, CA  93454-6399<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $341.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br><br>ALLEN MATKINS LECK GAMBLE<br>JAMES L. MEEDER<br>865 SOUTH FIGUEROA STREET<br>SUITE 800<br>LOS ANGELES, CA  90017-2543<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,848,934.99 |

Debtor ___SECI Inc/Sept-2357___
        (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,032.65
| | ALMA INVESTMENT CO. | *Check all that apply.*
| | 325 SOUTH CHESTER AVENUE | ☒ Contingent
| | BAKERSFIELD, CA 93304 | ☐ Unliquidated
| | | ☒ Disputed
| | **Date or dates debt was incurred** |
| | VARIOUS | **Basis for the claim:**
| | | ROYALTY PAYABLE
| | **Last 4 digits of account number:** |
| | | **Is the claim subject to offset?**
| | | ☒ No
| | | ☐ Yes

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,019.00
| | ALSTON & BIRD, LLP | *Check all that apply.*
| | P.O. BOX 933124 | ☐ Contingent
| | ATLANTA, GA 31193-3124 | ☐ Unliquidated
| | | ☐ Disputed
| | **Date or dates debt was incurred** |
| | VARIOUS | **Basis for the claim:**
| | | TRADE PAYABLE
| | **Last 4 digits of account number:** |
| | | **Is the claim subject to offset?**
| | | ☒ No
| | | ☐ Yes

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $347.26
| | AMERICAN HOSE-COUPLING | *Check all that apply.*
| | 2310 S. WESTGATE | ☐ Contingent
| | SANTA MARIA, CA 93455 | ☐ Unliquidated
| | | ☐ Disputed
| | **Date or dates debt was incurred** |
| | VARIOUS | **Basis for the claim:**
| | | TRADE PAYABLE
| | **Last 4 digits of account number:** |
| | | **Is the claim subject to offset?**
| | | ☒ No
| | | ☐ Yes

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,284.89
| | AMERIPRIDE | *Check all that apply.*
| | 1050 W. WHITESBRIDGE | ☐ Contingent
| | FRESNO, CA 93706 | ☐ Unliquidated
| | | ☐ Disputed
| | **Date or dates debt was incurred** |
| | VARIOUS | **Basis for the claim:**
| | | TRADE PAYABLE
| | **Last 4 digits of account number:** |
| | | **Is the claim subject to offset?**
| | | ☒ No
| | | ☐ Yes

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,308.13
| | AMERIPRIDE (REDU) | *Check all that apply.*
| | 5950 ALCOA AVE | ☐ Contingent
| | VERNON, CA 90058 | ☐ Unliquidated
| | | ☐ Disputed
| | **Date or dates debt was incurred** |
| | VARIOUS | **Basis for the claim:**
| | | TRADE PAYABLE
| | **Last 4 digits of account number:** |
| | | **Is the claim subject to offset?**
| | | ☒ No
| | | ☐ Yes

Debtor _____ SandRidge _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>ANDREA FIELDS AND JAMES RUBALCAVA TRUSTEES OF<br>THE E.RIGHETTI TRUST<br>942 E. SUNFLOWER CT<br>SANTA MARIA, CA 93455<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** JR01 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,511.80 |
|---|---|---|

| 3.38 | **Nonpriority creditor's name and mailing address**<br>ANDREW KURTH LLP<br>DAVID A. ZDUNKEWICZ<br>600 TRAVIS SUITE 4200<br>HOUSTON, TX 77002<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $380,000.00 |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>ANDREWS ROYALTY LP<br>PO BOX 12208<br>DALLAS, TX 75225<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** RLP1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,626.28 |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>ANGIE G. OLIVARES<br>512 S. LAWENCE AVENUE<br>FULLERTON, CA 92832-251<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,217.42 |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>ANITA BLEECKER DOYLE<br>P.O. BOX 24017<br>FRESNO, CA 93779-4017<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,110.92 |

Debtor _____(SECU.19-32857) _____ Case number (if known) _____
          (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.42** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $586,746.52

ANN JENNY SCHUPP
C/O M H WHITTIER CORP.
1600 HUNTINGTON DRIVE
SOUTH PASADENA, CA 91030

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,948.77

ANN MARION BRADY
10437 E WATFORD WAY
SUN LAKES, AZ 85248

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,600.53

ANNA HATHAWAY TRUST ACCT.02-0846-30 C/O NORTHERN
TRUST BANK TEXAS
P.O. BOX 226270
DALLAS, TX 75222-6270

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,097.83

ANNE DOMONOSKE
318 GREEN STREET
GLADEWATER, TX 75647

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** AD01

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,325.60

ANNE E. GRESHAM
4001 NEVIL STREET
OAKLAND, CA 94601

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** G001

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____SEC Entertainment_____
      (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,477.31 |

3.47 **Nonpriority creditor's name and mailing address**
ANNE W. MOODY
810 LEIGHTON POINT RD
PEMBROKE, ME 04666

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $6,477.31

---

3.48 **Nonpriority creditor's name and mailing address**
ANTHONY D. HUNTER
1712 CHEDDAR STREET
LAS VEGAS, NV 89117

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $1,947.97

---

3.49 **Nonpriority creditor's name and mailing address**
ANTHONY D. HUNTER
1712 CHEDDAR STREET
LAS VEGAS, NV 89117

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 2562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $650.76

---

3.50 **Nonpriority creditor's name and mailing address**
ANTHONY M. & LILLIAN LEWICKI
7931 CRAMER ST.
LONG BEACH, CA 90808-4425

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $30,097.00

---

3.51 **Nonpriority creditor's name and mailing address**
ANTONIA PELAYO DE SANTANA
2224 1/2 SO. HASTER ST.
ANAHEIM, CA 92802

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $874.55

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.52 | **Nonpriority creditor's name and mailing address**<br><br>APPLIED INDUSTRIAL TECHNOLOGIE<br>701 WEST ANAHEIM ST.<br>LONG BEACH, CA 90813<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $239.95 |

| 3.53 | **Nonpriority creditor's name and mailing address**<br><br>AQUAENCO, INC AQUAENCO, INC<br>P.O. BOX 702416<br>TULSA, OK 74171-2416<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $451.45 |

| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>ARLINE SEBOURN<br>600 N. CORNELL<br>FULLERTON, CA 92210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** AST1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,724.98 |

| 3.55 | **Nonpriority creditor's name and mailing address**<br><br>ARNOLD H. GOLD, TRUSTEE<br>10842 ALTA VIEW DRIVE<br>STUDIO CITY, CA 91604-3901<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,788.95 |

| 3.56 | **Nonpriority creditor's name and mailing address**<br><br>ARNOLD O. DOMINGUEZ<br>1712 AMHERST ROAD<br>TUSTIN, CA 92780-6604<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,098.70 |

Debtor  SECURITY SERVICES _____
        (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $831.00 |
| | ARTHUR LEONARD TUGGY 2004 AUDUBON AVE, APT T11 NAPERVILLE, IL 60563 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** TUG1 | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,524.79 |
| | ARTHUR W. WALLANDER JR. 104 WELLERS BRIDGE ROAD ROXBURY, CT 06783 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** 0300 | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,101.68 |
| | ARTHUR Y. NAKAHARA 25620 ARAGON WAY YORBA LINDA, CA 92887 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** JUN1 | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,361.51 |
| | ASHEN F. CAREY 4641 PINE VALLEY DRIVE WEST BLOOMFIELD, MI 48323-2968 | ☒ Contingent ☐ Unliquidated ☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,722.65 |
| | ASHWORTH LEININGER GROUP 199 EAST THOUSAND OAKS BLVD.,S THOUSAND OAKS, CA 91360 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor SUSEC 13290857

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,359.26 |
|---|---|---|---|

ASSOCIATED PACIFIC CONSTRUCTORS, INC.
495 EMBARCADERO
MORRO BAY, CA 93442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

ASSOCIATED PACIFIC CONSTRUCTORS, INC.
495 EMBARCADERO
MORRO BAY, CA 93442

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65.09 |
|---|---|---|---|

AT&T BUSINESS SERVICE
PO BOX 105068
ATLANTA, GA 30348-5068

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $234.24 |
|---|---|---|---|

AUDREY OXANDABOURE
3201 PLUMAS ST, APT 321
RENO, NV 89509-4769

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** OXA1

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,687.00 |
|---|---|---|---|

AUTOMATED MECHANICAL PROCESS S
7500 A DOWNING AVE.
BAKERSFIELD, CA 93308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor ___SECC SECCORS___
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|---|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address**<br>AVANTI ENVIRONMENTAL, INC.<br>2855 MICHELLE DRIVE<br>IRVINE, CA 92606<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,462.00 |

| 3.68 | **Nonpriority creditor's name and mailing address**<br>AYRES HOTEL ANAHEIM<br>2550 E. KATELLA<br>ANAHEIM, CA 92806<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $231.14 |

| 3.69 | **Nonpriority creditor's name and mailing address**<br>BAKER ATLAS<br>P.O. BOX 956<br>TAFT, CA 93268<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,603.27 |

| 3.70 | **Nonpriority creditor's name and mailing address**<br>BAKER HUGHES<br>5421 ARGOSY AVE<br>LONG BEACH, CA 92649<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,086.79 |

| 3.71 | **Nonpriority creditor's name and mailing address**<br>BAKERSFIELD CALIFORNIAN<br>1707 EYE STREET<br>BAKERSFIELD, CA 93302<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44.00 |

Debtor _____ SUNDANCE ENERGY _____
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.72 | **Nonpriority creditor's name and mailing address**<br><br>BAKERSFIELD PIPE & SUPPLY, INC<br>P.O. BOX 60006<br>LOS ANGELES, CA 90060-0006<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,892.22 |
|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br><br>BAKERSFIELD WELL SERVICE<br>PO BOX 82156<br>BAKERSFIELD, CA 93380<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,124.50 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br><br>BALLARD SPAHR ANDREWS & INGERS<br>1225 17TH STREET, STE# 2300<br>DENVER, CO 80202-5596<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $103,000.00 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br><br>BARBARA B. CAMPBELL<br>19444 CYPRESS POINT DR.<br>NORTHRIDGE, CA 91326-1402<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** CAM1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $876.02 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br><br>BARBARA LAYNE BROWN<br>1326 CALLE GOYA<br>OCEANSIDE, CA 92056<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,002.24 |

Debtor _____SUEDE_32857_____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address**<br><br>BARBARA SPENCER<br>20 ROXBURY RD<br>WOODBURY, CT  06798<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 6240 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,524.82 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br><br>BARKLEY WALLACE DEAN<br>12 CHATTANOOGA<br>SAN FRANCISCO, CA  94114<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** BWD2 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,084.71 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br><br>BARNES FAMILY TRUST DTD 4-5-01<br>40488 VIA TAPADERO<br>MURRIETA, CA  92562<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** R003 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,741.16 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br><br>BARTELO R. ENCINAS<br>124 1/2 W. SANTA FE<br>PLACENTIA, CA  92670-5632<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,031.66 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>BC LABORATORIES INC<br>4100 ATLAS CT.<br>BAKERSFIELD, CA  93308<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,201.00 |

Debtor  SHALE SUPPORT  (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address**<br>BCD MINERALS, LLC DAVID A. BRIGHT<br>61 ST. ANDREWS CIRCLE<br>CRESTED BUTTE, CO 81224<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: CDM1** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,867.40 |

| 3.83 | **Nonpriority creditor's name and mailing address**<br>BDO USA, LLP<br>600 NORTH PEARL STREET SUITE 1700<br>DALLAS, TX 75201<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $193,466.06 |

| 3.84 | **Nonpriority creditor's name and mailing address**<br>BEAR WELDING<br>2340 W. 17TH STREET<br>LONG BEACH, CA 90813<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,620.00 |

| 3.85 | **Nonpriority creditor's name and mailing address**<br>BEATRICE F. GUINN<br>6082 RIDGE WAY DR.<br>YORBA LINDA, CA 92886<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: GUI1** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,750.47 |

| 3.86 | **Nonpriority creditor's name and mailing address**<br>BEATRICE F. GUINN<br>6082 RIDGE WAY DR.<br>YORBA LINDA, CA 92886<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: G003** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $583.46 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.87 | **Nonpriority creditor's name and mailing address**<br><br>BEATRICE R MELLO PAYAN<br>P.O. BOX 460<br>ATWOOD, CA  92601-0460<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,182.27 |
| 3.88 | **Nonpriority creditor's name and mailing address**<br><br>BEATRICE ROSALES MELLO<br>P.O. BOX 460<br>ATWOOD, CA  92601-0460<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,701.98 |
| 3.89 | **Nonpriority creditor's name and mailing address**<br><br>BECKER, GLYNN, MELAMED & MUFFY<br>299 PARK AVENUE, SIXTEEN FLOOR<br>NEW YORK, NY  10171<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,295.00 |
| 3.90 | **Nonpriority creditor's name and mailing address**<br><br>BEDFORD ENTERPRISES, INC.<br>1940 W. BETTERAVIA ROAD<br>SANTA MARIA, CA  93454<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,842.80 |
| 3.91 | **Nonpriority creditor's name and mailing address**<br><br>BEJAC CONSTRUCTION CO.<br>5510 VIA SEPULVEDA<br>YORBA LINDA, CA  92887<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** BEJ1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,997.33 |

Debtor (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

### 3.92

**Nonpriority creditor's name and mailing address**

BENDECON INVESTMENTS A PARTNERSHIP
2320 E. ORANGETHROPE
ANAHEIM, CA 92806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,148.70

---

### 3.93

**Nonpriority creditor's name and mailing address**

BENITA PELAYO DE MARTINEZ
4505 E. PHILO AVE.
ORANGE, CA 92869

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$874.51

---

### 3.94

**Nonpriority creditor's name and mailing address**

BENJAMIN RICHARD LYPPS
3074 LAKEMONT DRIVE
FALLBROOK, CA 92028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** L002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$155.13

---

### 3.95

**Nonpriority creditor's name and mailing address**

BESSIE H. GOLDNER
27 REVERE WAY
HUNTSVILLE, AL 35801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,292.01

---

### 3.96

**Nonpriority creditor's name and mailing address**

BETH L. KRAUSHAAR, TR. OF I.N.
1700 KANOLA ROAD
LA HABRA, CA 90631-8217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,412.21

Debtor (Name)

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|--|-----------------|

**3.97** | **Nonpriority creditor's name and mailing address**
BETH MCMANIS
118 N. 31ST AVE
YAKIMA, WA 98902

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** MCM1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$812.52

---

**3.98** | **Nonpriority creditor's name and mailing address**
BETTY J. BREW
306 SUNRISE DRIVE
CLOVERDALE, CA 95425

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BREW

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$837.22

---

**3.99** | **Nonpriority creditor's name and mailing address**
BETTY J. HUND
22832 SAIL WIND WAY
LAKE FOREST, CA 92630

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** HUND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$319.31

---

**3.100** | **Nonpriority creditor's name and mailing address**
BEVERLY HILLS PRESBYTERIAN CHURCH
505 N. RODEO DRIVE
BEVERLY HILLS, CA 90210-3206

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 2540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,242.25

---

**3.101** | **Nonpriority creditor's name and mailing address**
BOBBI R. WHITLOCK-COUTS
1120 NIBLICK ROAD, 2221 RIDGE DRIVE
PASO ROBLES, CA 93453

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 6630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,629.61

Debtor _____ (Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.102** **Nonpriority creditor's name and mailing address**

BOBBI R. WHITLOCK-COUTS
1120 NIBLICK ROAD, 2221 RIDGE DRIVE
PASO ROBLES, CA 93453

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$803.75

---

**3.103** **Nonpriority creditor's name and mailing address**

BONNIE REUTER LEAVER
712 N. LINDEN DR.
BEVERLY HILLS, CA 90210-3226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,264.27

---

**3.104** **Nonpriority creditor's name and mailing address**

BONNIE TAYLOR
21 NEWELL COURT
MENANDS, NY 12204-1226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** T002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,697.86

---

**3.105** **Nonpriority creditor's name and mailing address**

BORTON, PETRINI & CONRON, LLP
5060 CALIFORNIA AVENUE, SUITE #700
BAKERSFIELD, CA 93303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,715.40

---

**3.106** **Nonpriority creditor's name and mailing address**

BOYS CLUB OF LAGUNA BEACH
1085 LAGUNA CANYON RD.
LAGUNA BEACH, CA 92651-1836

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** BOY1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,545.63

---

Debtor 1 _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.107 | **Nonpriority creditor's name and mailing address**<br><br>BPS SUPPLY GROUP<br>25883 HIGHWAY 33<br>FELLOWS, CA 93224<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,470.39 |
| 3.108 | **Nonpriority creditor's name and mailing address**<br><br>BRADLEY LAND COMPANY<br>PO BOX 1932<br>SANTA MARIA, CA 93456<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 7492 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97,940.58 |
| 3.109 | **Nonpriority creditor's name and mailing address**<br><br>BRAILIE INSTITUTE OF AMERICA C/O BANK OF AMERICA, N.A.,<br>P. O. BOX 840738<br>DALLAS, TX 75284-0738<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,581.58 |
| 3.110 | **Nonpriority creditor's name and mailing address**<br><br>BRETT WILLIAM LUSH<br>29 RUE CENTRE<br>CHANBLY, QUEBEC J3L 2C6<br>CANADA<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66,242.14 |
| 3.111 | **Nonpriority creditor's name and mailing address**<br><br>BRIAN CORSON<br>2990 LICHEN PLACE<br>TEMPLETON, CA 93465<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

Debtor _____ (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.112** **Nonpriority creditor's name and mailing address**
BRUCE CONWAY
P.O. BOX 2050
7
ORCUTT, CA 93457

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.113** **Nonpriority creditor's name and mailing address**
BRYAN & BEATRICE GATEWOOD
6371 VAN BUREN ST., P.O. BOX 56
ATWOOD, CA 92601-0056

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,866.84

---

**3.114** **Nonpriority creditor's name and mailing address**
BUGANKO
P.O. BOX 8042
MAMMOTH LAKES, CA 93546

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,975.00

---

**3.115** **Nonpriority creditor's name and mailing address**
BUTTRAM TRUST
2704 ROGERS AVENUE
FORT WORTH, TX 76109

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$315.50

---

**3.116** **Nonpriority creditor's name and mailing address**
BYRON & ANN BARKER
811 WENDT TERRACE
LAGUNA BEACH, CA 92651

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: BAR1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$226.88

---

Debtor _____ _____  Case number (if known) _____
         (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>C & J ENERGY SERVICES<br>4600 BORMAN WAY<br>BAKERSFIELD, CA 93313<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,544.79 |
| 3.118 | **Nonpriority creditor's name and mailing address**<br><br>C&H TESTING SERVICES, LLC<br>PO BOX 9907<br>BAKERSFIELD, CA 93389<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,666.00 |
| 3.119 | **Nonpriority creditor's name and mailing address**<br><br>C. J. KELLEY JR.<br>3018 N. STREET NW<br>WASHINGTON, DC 20007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,101.31 |
| 3.120 | **Nonpriority creditor's name and mailing address**<br><br>C.M.T. LLC<br>865 SAGE CREST RD<br>SANTA MARIA, CA 93455<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.121 | **Nonpriority creditor's name and mailing address**<br><br>CALDERON TIRES & SERVICE<br>333 S. BLOSSER RD.<br>SANTA MARIA, CA 93454<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,442.27 |

Debtor 1   Case 19-32857
          (Name)

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $549.01

CALDERON'S TIRES
322 S. BLOSSER ROAD
SANTA MARIA, CA 93458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,375.58

CALFIRE/OFFICE OF THE STATE FI

PO BOX 997446
SACRAMENTO, CA 65899-7446

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

CALIFORNIA DEPT. OF FISH & WILDLIFE
REGION 5
3883 RUFFIN RD.
SAN DIEGO, CA 92123

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,234.00

CALIFORNIA ELECTRIC SUPPLY
PO BOX 14196
ORANGE, CA 92863

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $626.00

CALPORTLAND
P.O. BOX 1280
SANTA MARIA, CA 93456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $411.12 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

CAMARENA'S TIRE & MORE
125 WEST MAIN STREET
SANTA MARIA, CA 93454

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $411.12

---

3.128 **Nonpriority creditor's name and mailing address**

CANDACE LAINE EVENSON
2015 HUASNA ROAD
ARROYO GRANDE, CA 93420-5129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** E001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $1,601.42

---

3.129 **Nonpriority creditor's name and mailing address**

CAPITOL MEDIA PARTNERS
2468 S CAMINO REAL
PALM SPRINGS, CA 92264

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $20,000.00

---

3.130 **Nonpriority creditor's name and mailing address**

CARALEE DEAN IVERSON
175 CAMILLE CT
ALAMO, CA 94507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CDI1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $2,170.75

---

3.131 **Nonpriority creditor's name and mailing address**

CARDNO
P.O. BOX 123422
DALLAS, TX 75312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $3,847.68

---

Debtor (Name)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.132 | **Nonpriority creditor's name and mailing address**<br><br>CARL'S MUFFLER SHOP<br>826 W. MAIN STREET<br>SANTA MARIA, CA 93458<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $120.81 |
| 3.133 | **Nonpriority creditor's name and mailing address**<br><br>CARMEN PENA<br>1120 W. SECOND STREET<br>SANTA ANA, CA 92707<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,146.73 |
| 3.134 | **Nonpriority creditor's name and mailing address**<br><br>CAROL A. TRAVIS<br>245 DRY CREEK RD.<br>ALTA, WY 83414<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** T001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,367.75 |
| 3.135 | **Nonpriority creditor's name and mailing address**<br><br>CAROL ACKERMAN BARNES<br>31510 LAUREL RIDGE<br>VALLEY CENTER, CA 92082-5040<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.37 |
| 3.136 | **Nonpriority creditor's name and mailing address**<br><br>CAROL M. THOMPSON<br>6122 RIDGE WAY<br>YORBA LINDA, CA 92886<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** CMT1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $583.52 |

Debtor (Name)

| Part 2: | Additional Page | | |
|---------|-----------------|---|---|
| | | | Amount of claim |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,839.62 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

CAROLINE G. GWERDER
4540 HERON LAKES DR.
STOCKTON, CA 95219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,839.62

---

**3.138**

**Nonpriority creditor's name and mailing address**

CAROLYN SUGARS
P.O. BOX 1404
DAVIS, CA 95617

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,441.09

---

**3.139**

**Nonpriority creditor's name and mailing address**

CAROLYN SUGARS
P.O. BOX 1404
DAVIS, CA 95617

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** SUG1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$103.50

---

**3.140**

**Nonpriority creditor's name and mailing address**

CARQUEST
2150 S. BROADWAY
SANTA MARIA, CA 93454

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,222.81

---

**3.141**

**Nonpriority creditor's name and mailing address**

CASMITE CORPORATION
PO BOX 1069
SAN LUIS OBISPO, CA 93401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$683.92

Debtor _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $363.29 |

**Nonpriority creditor's name and mailing address**

CASMITE WATER COMPANY
P.O. BOX 645
SANTA MARIA, CA 93456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$363.29

---

3.143 **Nonpriority creditor's name and mailing address**

CATANO STORAGE TANK SERVICES
3103 BELLE TERRACE
BAKERSFIELD, CA 93304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

3.144 **Nonpriority creditor's name and mailing address**

CATHERINE M. LYPPS TRUSTEE
1499 OLD MOUNTAIN AVE. SPC 29
SAN JACINTO, CA 92583-1029

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** L001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,155.91

---

3.145 **Nonpriority creditor's name and mailing address**

CATHERINE WELLS
1104 GATEWOOD CT.
WICHITA, KS 67206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,747.59

---

3.146 **Nonpriority creditor's name and mailing address**

CATHOLIC NEAR EAST WELFARE ASSOC.
1011 FIRST AVE.
NEW YORK, NY 10022-4195

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,886.39

---

Debtor _____ Case number (if known) _____
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,875.65 |
|-------|------|------|------|

3.147 **Nonpriority creditor's name and mailing address**

CECIL T. THOMAS
20 NAVAJO PL.
PORTOLA VALLEY, CA  94028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,875.65

---

3.148 **Nonpriority creditor's name and mailing address**

CENCOM
3563 SUELDO ST.
SUITE T
SAN LUIS OBISPO, CA  93401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,027.33

---

3.149 **Nonpriority creditor's name and mailing address**

CENTRAL CITY TOOL SUPPLY, INC.
2230 SOUTH DEPOT STREET
SANTA MARIA, CA  93455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$232.74

---

3.150 **Nonpriority creditor's name and mailing address**

CENTRAL COAST FARMING
208 N CONCORD AVE.
SANTA MARIA, CA  93454

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,268.32

---

3.151 **Nonpriority creditor's name and mailing address**

CENTRAL COAST PORTABLES
237 TOWN CENTER WEST # 203
SANTA MARIA, CA  93458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,196.25

Debtor (Name)

| | | Amount of claim |
|---|---|---|

**Part 2:** Additional Page

---

**3.152**

**Nonpriority creditor's name and mailing address**

CENTRAL COAST URGENTCARE CENTE
340 E. BETTERAVIA, SUITE 340
SANTA MARIA, CA 93454

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$330.00

---

**3.153**

**Nonpriority creditor's name and mailing address**

CERTEX USA, INC
1621 N. VENTURA AVE.
VENTURA, CA 93001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,616.00

---

**3.154**

**Nonpriority creditor's name and mailing address**

C-F ASSOCIATES, INC
P.O. BOX 701200
TULSA, OK 74170-1200

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$451.36

---

**3.155**

**Nonpriority creditor's name and mailing address**

CHAMBERLIN OIL LLC
P.O. BOX 218
LOS OLIVOS, CA 93441-0218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,438.48

---

**3.156**

**Nonpriority creditor's name and mailing address**

CHARLENE MARIE
329 OSBORNE STREET
VISTA, CA 92084

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** M002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$257.06

---

Debtor _____ Case number (if known) _____
       (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $246,388.95 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.157

CHARLES C. ALBRIGHT TRUSTEE
729 W. 16TH STREET #B8
COSTA MESA, CA 92627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$246,388.95

---

3.158

**Nonpriority creditor's name and mailing address**

CHARLES E. HOLDEN,TRUSTEE OF THE CHARLES
9338 LEE CIRCLE
LEAWOOD, KS 66206

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,508.50

---

3.159

**Nonpriority creditor's name and mailing address**

CHARLES IRVIN KLINE
2875 QUAIL VALLEY RD
SOLVANG, CA 93463

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,948.78

---

3.160

**Nonpriority creditor's name and mailing address**

CHARLES NORBERT LYPPS
2680 CANYON CREST DRIVE
ESCONDIDO, CA 92027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** L001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$257.04

---

3.161

**Nonpriority creditor's name and mailing address**

CHARLES RUBY JR.
654 SAUSALITO BLVD.
SAUSALITO, CA 94965

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,606.71

---

Debtor _____ _____
(Name)

| Part 2: | Additional Page | |
|---------|-----------------|---|

| | Amount of claim |
|---|---:|

---

**3.162** | **Nonpriority creditor's name and mailing address**

CHARLES RUBY JR.
654 SAUSALITO BLVD.
SAUSALITO, CA 94965

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: RUB1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,145.92

---

**3.163** | **Nonpriority creditor's name and mailing address**

CHART POOL USA INC.
5695 OLD PORTER RD
PORTAGE, IN 46368

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$118.50

---

**3.164** | **Nonpriority creditor's name and mailing address**

CHERYL ANN DELLA ROSA
P.O. BOX 1832
SAN LUIS OBISPO, CA 93406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DR01**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,237.59

---

**3.165** | **Nonpriority creditor's name and mailing address**

CHILDRENS HOME SOCIETY OF CALIF. ATTN:
CONTROLLERS DEPT.
1300 WEST FOURTH STREET
LOS ANGELES, CA 90017-1475

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$96,441.61

---

**3.166** | **Nonpriority creditor's name and mailing address**

CHILDREN'S HOSPITAL OF ORANGE CO. MS. KERRI
RUPPERT, CFO
455 S. MAIN STREET
ORANGE, CA 92868

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,134.59

---

Debtor (Name)

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|
| | | |

3.167 **Nonpriority creditor's name and mailing address**

CHRISTINE LEE BERGER
13146 SW KATHERINE STREET
TIGARD, OR 97223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,403.54

---

3.168 **Nonpriority creditor's name and mailing address**

CHRISTOPHER DEBORG TRUST
ONE WALL ST, 23RD FL-BANK OF NY
NEW YORK, NY 10005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,008.23

---

3.169 **Nonpriority creditor's name and mailing address**

CHRISTOPHER JOHN GORDON
4819 WINDJAMMER WAY
CARLSBAD, CA 92253

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** G001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,494.28

---

3.170 **Nonpriority creditor's name and mailing address**

CLAUDETTE T. STOFFEL
512 N. HAWTHORNE ST.
ANAHEIM, CA 92805

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,675.84

---

3.171 **Nonpriority creditor's name and mailing address**

CLAUDIA VALENTINE
648 RACQUET CLUB CIRCLE
ROHNERT PARK, CA 94928

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** V001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$377.31

---

Debtor 1  _____  Case number (if known)_____
        (Name)

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.172**

**Nonpriority creditor's name and mailing address**

CLEAN HARBORS
P.O. BOX 3442
BOSTON, MA  02241-3442

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$29,724.96

---

**3.173**

**Nonpriority creditor's name and mailing address**

CLIFFORD DUGGER AND DENA ZEPEDA TWITCHELL AND
RICE LLP
710 DAHLIA PLACE
SANTA MARIA, CA  93455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8290

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$860.39

---

**3.174**

**Nonpriority creditor's name and mailing address**

CLIFFORD E. SMELSER
4007 EVERTS STREET, APT 2B
SAN DIEGO, CA  92109

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$9,401.28

---

**3.175**

**Nonpriority creditor's name and mailing address**

CLIFFORD O. GATEWOOD
1661 BUENA VISTA
CORONA, CA  91720

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$13,776.45

---

**3.176**

**Nonpriority creditor's name and mailing address**

CLIFFORD SELF
PO BOX 53810
IRVINE, CA  92619

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$5,092.94

---

Debtor _____ (Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.177 | **Nonpriority creditor's name and mailing address**<br><br>CMT, LLC<br>865 SAGE CREST RD.<br>SANTA MARIA, CA 93455<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 5206 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,257.89 |
| 3.178 | **Nonpriority creditor's name and mailing address**<br><br>COASTAL AG<br>918 W. BETTERAVIA<br>SANTA MARIA, CA 93455<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $433.44 |
| 3.179 | **Nonpriority creditor's name and mailing address**<br><br>COASTAL COPY<br>849 WARD DRIVE<br>SANTA BARBARA, CA 93111<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $615.13 |
| 3.180 | **Nonpriority creditor's name and mailing address**<br><br>COASTLINE TECHNOLOGIES<br>817 HACIENDA CIRCLE<br>PASO ROBLES, CA 93446<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75,742.30 |
| 3.181 | **Nonpriority creditor's name and mailing address**<br><br>CODY BISHOP<br>521 QUAIL RUN COURT<br>MONTEREY, CA 93940<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** ISH1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,176.69 |

Debtor  (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

COMMERCIAL TRADE, INC.
5330 OFFICE CENTER CT.
BAKERSFIELD, CA 93309

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,859.16

COMPRESSION PUMP & POWER
PO BOX 232
TAFT, CA 93268

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,225.18

CONSTANCE B. CARTWRIGHT
435 EAST 52ND STREET
NEW YORK, NY 10022

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** C001

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $102.81

CONSTANCE NAPOLITANO
P.O. BOX 3103
VENTURA, CA 93006

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** N001

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,176.12

CONTROLCO
320 KENTUCKY ST.
BAKERSFIELD, CA 93305

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____
       (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,324.10 |
|---|---|---|---|

CORIAN CROSS HOLDINGS, LP
30800 RANCHO VIEJO RD.
SAN JUAN CAPISTRANO, CA 92675

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CCH1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $353.00 |
|---|---|---|---|

COUNTY OF SANTA BARBARA, EHS
4417 CATHEDRAL OAK RD.
SANTA BARBARA, CA 93110

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,092.88 |
|---|---|---|---|

COURAGEOUS LIVING CHRISTIAN CHRUCH
PO BOX 53810
IRVINE, CA 92619

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

CREDIT BUREAU OF SANTA MARIA, INC.
DBA COASTAL RECOVERY SOLUTIONS
1666 RAMONA AVE., SUITE D
GROVER BEACH, CA 93433

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,295.00 |
|---|---|---|---|

CROSBY CONSULTING
1737 HARBOR WAY
SEAL BEACH, CA 90740

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.192** **Nonpriority creditor's name and mailing address**

CROWELL FAMILY TRUST
1371 TREASURE LANE
SANTA ANA, CA 92705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** F002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$580.96

---

**3.193** **Nonpriority creditor's name and mailing address**

CRYSTAL SPRINGS WATER COMPANY
3215 ROCKVIEW PLACE
SAN LUIS OBISPO, CA 93401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$634.15

---

**3.194** **Nonpriority creditor's name and mailing address**

CULLIGAN
700 WEST COOK STREET
SANTA MARIA, CA 93458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,322.15

---

**3.195** **Nonpriority creditor's name and mailing address**

CURRIE FAMILY TRUST
7580 E. MARTELLA LN.
ANAHEIM, CA 92808

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** T001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,873.70

---

**3.196** **Nonpriority creditor's name and mailing address**

CWS VACUUM TRUCK SERVICE
3806 MADONNA DRIVE
FULLERTON, CA 92835

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,065.00

---

Debtor 1 (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.197** **Nonpriority creditor's name and mailing address**

D & L CRANE REVOCABLE TRUST
11565 TOWNSHIP ROAD
LIVE OAK, CA 95953

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: C001**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$641.85

---

**3.198** **Nonpriority creditor's name and mailing address**

D.S..C.M., INC
P.O. BOX 4335
TULSA, OK 74159-0335

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,055.43

---

**3.199** **Nonpriority creditor's name and mailing address**

DALE H. DAVIS
6627 GEBSER CT.
RENO, NV 89511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4313**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,173.50

---

**3.200** **Nonpriority creditor's name and mailing address**

DANIEL MAY, TRUSTEE, JOHNSON TRUST
359 S. GERHART AVE
LOS ANGELES, CA 90022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: JT01**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,136.50

---

**3.201** **Nonpriority creditor's name and mailing address**

DANIEL R. CONNOLLY
7620 N EL DORADO ST   APT 195
STOCKTON, CA 95207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,875.97

---

Debtor   (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,560.74

DANIEL R. CONNOLLY
7620 N EL DORADO ST   APT 195
STOCKTON, CA  95207

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** C001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,087.19

DAVID A JONES
408 CHARLES DR
SAN LUIS OBISPO, CA  93401

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** J001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $861.27

DAVID A. BELL
2996 BONNELL RD
COEUR D'ALENE, ID  83814

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 4630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $73,771.45

DAVID ALAN LUSH
445/1 DOMAINE DES 4 CHENES
CHEMIN DE L'HUBAC
FRANCE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,832.91

DAVID ALAN PEARCE
1630 NORTH MAIN ST, #230
WALNUT CREEK, CA  94596

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $632.42 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
DAVID ALAN PEARCE
1630 NORTH MAIN ST, #230
WALNUT CREEK, CA 94596

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PEA1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$632.42

---

**Nonpriority creditor's name and mailing address**
DAVID BOLLER
3408 CARNATION AVE.
LOS ANGELES, CA 90026

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.208    $14,437.57

---

**Nonpriority creditor's name and mailing address**
DAVID C BRIGHT
2770 W. LINCOLN AVE. SP#30
ANAHEIM, CA 92801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: BRI1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.209    $2,006.07

---

**Nonpriority creditor's name and mailing address**
DAVID E. COMBS
P. O. BOX 2767
LONG BEACH, CA 90801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: C001**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.210    $1,261.33

---

**Nonpriority creditor's name and mailing address**
DAVID H. LYPPS
615 W. FALLBROOK ST.
FALLBROOK, CA 92028

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: LYPP**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

3.211    $2,155.95

Debtor (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|
| | | |

| 3.212 | **Nonpriority creditor's name and mailing address**<br><br>DAVID H. STERN TRUST<br>4640 ADMIRALTY WAY, SUITE 700<br>MARINA DEL REY, CA 90292<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** STE2 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $976.15 |

| 3.213 | **Nonpriority creditor's name and mailing address**<br><br>DAVID JORDAN<br>2922 ECKLESON STREET<br>LAKEWOOD, CA 90712<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** ORD1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $619.36 |

| 3.214 | **Nonpriority creditor's name and mailing address**<br><br>DAVID MURPHY GORDON<br>P. O. BOX 3049<br>SANTA CRUZ, CA 95063<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** G001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,740.11 |

| 3.215 | **Nonpriority creditor's name and mailing address**<br><br>DAVID ROME<br>ROME TRUST, 516 NORTH LINDEN DRIVE<br>BEVERLY HILLS, CA 90210-322<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49,533.08 |

| 3.216 | **Nonpriority creditor's name and mailing address**<br><br>DAVID T. CONNOLLY<br>1168 LARCH AVENUE<br>MORAGA, CA 94556<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** C001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,069.59 |

Debtor   (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,856.14 |

3.217 **Nonpriority creditor's name and mailing address**
DAVID WILLIAM TUGGY
6804 RISEDEN DRIVE
DALLAS, TX 75252

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TUGG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,856.14

---

3.218 **Nonpriority creditor's name and mailing address**
DEANNA T. CALLAN
4041 E. FANFOL DRIVE
PHOENIX, AZ 85028

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 1126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,287.20

---

3.219 **Nonpriority creditor's name and mailing address**
DEBORAH A. KAMIN BUDERWITZ
2111 OVERLAND AVE
LOS ANGELES, CA 90025

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 4430

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$910.62

---

3.220 **Nonpriority creditor's name and mailing address**
DEBORAH R. STERN
790 RAYMUNDO AVENUE
LOS ALTOS, CA 94024

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** STE5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$136.96

---

3.221 **Nonpriority creditor's name and mailing address**
DEBRA DURNEY
3127 S. CHURCH ST.
WHITEHALL, PA 18052

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 0013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,745.65

Debtor _____
        (Name)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,954.32 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

DELBERT A. BRASWELL
34428 YUCAIPA BLVD E-196
YUCAIPA, CA 92399

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: BRW1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,954.32

---

**Nonpriority creditor's name and mailing address**

3.223

DELLENA M. LUDWIG
530 VICKY LANE
PLACENTIA, CA 92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,679.63

---

**Nonpriority creditor's name and mailing address**

3.224

DELUXE
P.O. BOX 742572
CINCINNATI, OH 45274-2572

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$292.80

---

**Nonpriority creditor's name and mailing address**

3.225

DENNIS W. TWITCHELL
P.O. BOX 1774
MYRTLE CREEK, OR 97457

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8220**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,894.50

---

**Nonpriority creditor's name and mailing address**

3.226

DEPARTMENT OF HEALTH SERVICES
DEPARTMENT OF HEALTH SERVICES, CASE #1600/55/30
SACRAMENTO, CA 95814

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: GUI3**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,982.78

Debtor _____
          (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.227 **Nonpriority creditor's name and mailing address**

DEPARTMENT OF INDUSTRIAL RELAT
1515 CLAY STREET, SUITE 1901
OAKLAND, CA 94612-1423

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,555.00

---

3.228 **Nonpriority creditor's name and mailing address**

DEPT OF MOTOR VEHICLES
P.O. BOX 942894
SACRAMENTO, CA 94294-0895

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$581.00

---

3.229 **Nonpriority creditor's name and mailing address**

DEPT. OF CONSERVATION, DOGGR
801 K STREET, MS24-03
SACRAMENTO, CA 95814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.230 **Nonpriority creditor's name and mailing address**

DEREK K. HUNTER
15 BLUE RIDGE LANE
WOODSIDE, CA 94062-250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,947.86

---

3.231 **Nonpriority creditor's name and mailing address**

DEVON SFS OPERATING, INC.
P. O. BOX 730292
DALLAS, TX 75373-0292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,312.87

---

Debtor _____ (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.232 | **Nonpriority creditor's name and mailing address**<br><br>DIAMOND MCCARTHY LLP<br>ALLAN DIAMOND<br>909 FANNIN STREET<br>37TH FLOOR TWO HOUSTON CENTER<br>HOUSTON, TX 77010<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,420,517.62 |

| 3.233 | **Nonpriority creditor's name and mailing address**<br><br>DIANE B. BEDFORD<br>2212 EL MOLINO AVE K#M410<br>ALTADENA, CA 91001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 0180 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,493.36 |

| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>DIANE LEE MORRIS<br>6658 DENTON FERRY RD<br>COTTER, AR 72626<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** MORR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,254.62 |

| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>DIANE M. BELL<br>254 N. CANYON BLVD.<br>MONROVIA, CA 91016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 4629 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $861.32 |

| 3.236 | **Nonpriority creditor's name and mailing address**<br><br>DIANE T. WALKER<br>748 OCEANVILLE ROAD<br>STONINGTON, ME 04681-9714<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $272,888.34 |

Debtor 1 _____ (Name)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,872.71 |

DIVERSIFIED PROJECT SERVICES I
5351 OLIVE DRIVE
BAKERSFIELD, CA 93308

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,249.93 |

DOMINIC C. ETCHANDY
772 W. TOWN & COUNTRY ROAD
ORANGE, CA 92868-4710

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,870.79 |

DOMINIC C. ETCHANDY
772 W. TOWN & COUNTRY ROAD
ORANGE, CA 92868-4710

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ETC3

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,344.03 |

DOMINIQUE TRUST #108557 WELLS FARGO BANK
TRUSTEE
P. O. BOX 5825
DENVER, CO 80217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,194.80 |

DONALD E. & LEONA SLATER
5110 E. CRESCENT DRIVE
ANAHEIM, CA 92807

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SLA1

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.242** | **Nonpriority creditor's name and mailing address**

DONALD E. FRISBEE
4540 FM 66
WAXCHAHIE, TX  75167

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0FRI

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,517.95

---

**3.243** | **Nonpriority creditor's name and mailing address**

DONALD E. FRISBEE INTER VIVIOS
4540 FM 66
WAXCHAHIE, TX  75167

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** FRI1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,694.04

---

**3.244** | **Nonpriority creditor's name and mailing address**

DONALD H. FOSTER
5431 NE 35TH #5
SILVER SPRING, FL  34488-942

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$632.08

---

**3.245** | **Nonpriority creditor's name and mailing address**

DONNA JEAN AANERUD
523 W. CITRACADO PARKWAY
ESCONDIDO, CA  92025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** A001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$257.04

---

**3.246** | **Nonpriority creditor's name and mailing address**

DORIS B. MAUSSNEST
11030  5TH AVE.  NE  #206
SEATTLE, WA  98125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$566.36

Debtor _____ Case number (if known) _____
         (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.247 | **Nonpriority creditor's name and mailing address**<br><br>DORIS DORIS F MULVENY<br>26591 IDE AVE.<br>HEMET, CA 92545<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,907.05 |

| 3.248 | **Nonpriority creditor's name and mailing address**<br><br>DORIS MAUSSNEST<br>11030 5TH AVE. NE #206<br>SEATTLE, WA 98125<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93.59 |

| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>DOROTHEA K ZUCKERMAN<br>1012 LOMA VISTA<br>BEVERLY HILLS, CA 90210<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,854.96 |

| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>DOROTHY J. WASSNER, TRUSTEE OF THE<br>4584 N TATTENHAM WAY<br>BOISE, ID 83713<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** WAS1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,872.17 |

| 3.251 | **Nonpriority creditor's name and mailing address**<br><br>DOROTHY K. ZUCKERMAN<br>1012 LOMA VISTA DR.<br>BEVERLY HILLS, CA 90210<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,169.66 |

Debtor _____

 (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,135.64 |
| | DOUGLAS D. WALDRON JR | *Check all that apply.* | |
| | 949 OLD RANCH ROAD | ☐ Contingent | |
| | SOLVANG, CA 93463 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | ROYALTY PAYABLE | |
| | **Last 4 digits of account number: 7980** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $53,779.70 |
| | DOUGLAS S. CRAMER | *Check all that apply.* | |
| | 160 E. 72ND STREET, 11TH FLOOR | ☒ Contingent | |
| | NEW YORK, NY 10021 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,120.00 |
| | DTSC ACCOUNTING UNIT | *Check all that apply.* | |
| | PO BOX 1288 | ☐ Contingent | |
| | SACRAMENTO, CA 95812-1288 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37,598.32 |
| | E N PALSGROVE | *Check all that apply.* | |
| | 920 WENTWORTH CIRCLE | ☒ Contingent | |
| | VISTA, CA 92083-537 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,396.80 |
| | E. O. E. O. MILLER CO. | *Check all that apply.* | |
| | 1241 E. SWEET AVENUE | ☐ Contingent | |
| | VISALIA, CA 93292-2260 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | ROYALTY PAYABLE | |
| | **Last 4 digits of account number: E001** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor _____
(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,308.40 |

**Nonpriority creditor's name and mailing address**
EDDIES DE WAXING
P.O. BOX 59
ATWOOD, CA 92811

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

3.257 — $1,308.40

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
EDMUND H BERGER
13347 S. W. CLEARVIEW WAY
TIGARD, OR 97223-1728

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

3.258 — $2,400.44

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
EDWARD ANTHONY LUSH
79 RUE GABRIEL DEBACQ
45770 SARAN
FRANCE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

3.259 — $72,544.88

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
EDWARD H. BARKER & CHARLES F. BARKER
1935 CANYON CLOSE RD
PASADENA, CA 91107-1061

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

3.260 — $24,046.40

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Nonpriority creditor's name and mailing address**
EDWARD K ZUCKERMAN
40920 WILSHIRE BLVD, SUITE 1200
LOS ANGELES, CA 90024

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

3.261 — $17,666.98

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.262** | **Nonpriority creditor's name and mailing address**

EDWARD K. ZUCKERMAN C/O ALDER GREEN HASSON & JANKS LLP
10990 WILSHIRE BLVD., 16TH FLOOR
LOS ANGELES, CA 90024

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,169.66

---

**3.263** | **Nonpriority creditor's name and mailing address**

EDWIN CHARLES WALKER
5705 LOMA VERDE DRIVE
PASO ROBLES, CA 93446

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** L002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$203.90

---

**3.264** | **Nonpriority creditor's name and mailing address**

ELEANOR WESTBROOKE
830 WASHINGTON
ALBANY, CA 94706-1037

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,842.42

---

**3.265** | **Nonpriority creditor's name and mailing address**

ELEANOR WESTBROOKE
830 WASHINGTON
ALBANY, CA 94706-1037

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** WES1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$632.40

---

**3.266** | **Nonpriority creditor's name and mailing address**

ELIZABETH DUCK
219 MAMMOTH SP. LANE
DICKINSON, TX 77539-4045

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 2077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,714.02

---

| Part 2: | Additional Page | | | Amount of claim |
|---|---|---|---|---|

**3.267** **Nonpriority creditor's name and mailing address**
ELIZABETH ESSER
120-55 PROSPECT ST.
RIDGEFIELD, CT 68770

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.268** **Nonpriority creditor's name and mailing address**
ELIZABETH GRESHAM CHILDRESS
2048 INDEPENDENCE ROAD
SEDAN, KS 67361

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** C001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,325.60

---

**3.269** **Nonpriority creditor's name and mailing address**
ELIZABETH H. CHERRY, SUC, TTE U/W/O NEVA M.
HANCOCK, FBO ELIZ. H. CHERRY
P.O. BOX 174
LARKSPUR, CO 80118

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,976.68

---

**3.270** **Nonpriority creditor's name and mailing address**
ELIZABETH HEIN DRAKE
10613 NE 156TH STREET
BRUSH PRAIRE, WA 98606

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,753.82

---

**3.271** **Nonpriority creditor's name and mailing address**
ELIZABETH SUSAN HUNT
1445 SE DIVISION ST
PORTLAND, OR 97202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** T001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,808.09

Debtor Sable Permian Resources, LLC

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.272** | **Nonpriority creditor's name and mailing address**

ELIZABETH WALLACE ESSER
120-55 PROSPECT ST.
RIDGEFIELD, CT 68770

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,584.68

---

**3.273** | **Nonpriority creditor's name and mailing address**

ELLER FAMILY TRUST
P.O. BOX 1111
LAKE FOREST, CA 92609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** EFT1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,443.04

---

**3.274** | **Nonpriority creditor's name and mailing address**

ENERGY & ENVIRONMENT INC
2720 S. CRADDY WAY STE # A
SANTA ANA, CA 92704

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$107,889.92

---

**3.275** | **Nonpriority creditor's name and mailing address**

EROLINDA METZGER
419 W. 2ND STREET
CLOVERDALE, CA 95425-310

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$447.99

---

**3.276** | **Nonpriority creditor's name and mailing address**

ESCOLLE TENANTS IN COMMON
ATTN: VINCENT T. MARTINEZ, MANAGER
215 N. LINCOLN ST.
SANTA MARIA, CA 93458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,679.65

---

Debtor 1 Case 19-32857 (Name)

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**3.277** **Nonpriority creditor's name and mailing address**

ESCOLLE TENANTS IN COMMON
ATTN: VINCENT T. MARTINEZ, MANAGER
215 N. LINCOLN ST.
SANTA MARIA, CA 93458

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.278** **Nonpriority creditor's name and mailing address**

EST MARIA PEREZ RODRIGUEZ
4022 ODESSA DR.
YORBA LINDA, CA 92686

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,837.39

---

**3.279** **Nonpriority creditor's name and mailing address**

EST OF SUZANNE LAFORCE BABER
30 FAIRVIEW CIRCLE
CHICO, CA 95928

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,133.84

---

**3.280** **Nonpriority creditor's name and mailing address**

ESTATE MANUELA G. GARCIA
DEPARTMENT OF HEALTH SERVICES, CASE #1600/55/30
SACRAMENTO, CA 95814

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,733.36

---

**3.281** **Nonpriority creditor's name and mailing address**

ESTATE OF CECIL T. THOMAS, JR.
2959 EATON AVE.
SAN CARLOS, CA 94070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1272**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,597.71

Debtor  (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.282** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,049.04

ESTATE OF EDNA G. YORBA
5409 E. SUNCREST RD.
ANAHEIM, CA 92807

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | | $2,838.09

ESTATE OF RUDOLPH L. ESTATE OF RUDOLPH L. ARIAS
1613 E. OAK STREET
PLACENTIA, CA 92670-660

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | | $2,733.46

ESTHER MORALES
3210 AVE. Q
GALVESTON, TX 77550

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | | $1,629.03

ETHEL STEVENSON.SUC.TRUSTEE OF ARTI STEV
730 SANTIAGO AVENUE
LONG BEACH, CA 90804

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: S001**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | | $554.15

ETHEL STEVENSON.SUC.TRUSTEE OF ARTI STEV
730 SANTIAGO AVENUE
LONG BEACH, CA 90804

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____
(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.287** **Nonpriority creditor's name and mailing address**

EUGENE J. STERN REDIDUARY TRUST
1626 19TH ST, SUITE 17
BAKERSFIELD, CA 93301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,509.93

---

**3.288** **Nonpriority creditor's name and mailing address**

EUGENE KENWAY
34371 CALLE LAS PALMAS
CATHEDRAL CITY, CA 92234

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: K001**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,193.79

---

**3.289** **Nonpriority creditor's name and mailing address**

EVELINE TAYLOR
322 S. ILLINOIS ST.
ANAHEIM, CA 92805

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,966.64

---

**3.290** **Nonpriority creditor's name and mailing address**

EVELYN ROPER
2345 NW HAYES AVE
CORVALLIS, OR 97330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: ROPE**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,749.19

---

**3.291** **Nonpriority creditor's name and mailing address**

EXXON
13501 KATY FREEWAY
HOUSTON, TX 77079-1398

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,320.61

---

Debtor (Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.292**   **Nonpriority creditor's name and mailing address**

FAIRFIELD INN BY MARRIOTT
710 W. KIMBERLY AVE.
PLACENTIA, CA 92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$97.90

---

**3.293**   **Nonpriority creditor's name and mailing address**

FARMER BROTHERS COFFEE
P.O. BOX 79705
CITY OF INDUSTRY, CA 91716-97

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$340.92

---

**3.294**   **Nonpriority creditor's name and mailing address**

FINLEY COMPANY
P. O. BOX 2086
AUSTIN, TX 78768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,406.29

---

**3.295**   **Nonpriority creditor's name and mailing address**

FISH AND WILDLIFE POLLUTION
P.O. BOX 944209
SACRAMENTO, CA 94244-2090

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$744.91

---

**3.296**   **Nonpriority creditor's name and mailing address**

FRANCES JONES EDWARDS
4458 SANTA RITA ROAD
RICHMOND, CA 94803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** EDWA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$114.79

---

Debtor _____ (Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.297** | **Nonpriority creditor's name and mailing address** | | $2,853.80

FRANCINE PHILLIPS FISHER
1206 BAND TAIL DRIVE
CARSON CITY, NV 89701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** FPF1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | | $7,296.13

FRANCIS T. CORNISH TRSTE
P.O. BOX 1437
ALTURAS, CA 96101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | | $163.28

FRANK GLASER
30184 VIA RIVERARANCHO
PALOS VERDES, CA 90275

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5871

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | | $5,449.47

FRANK J. CURRIE & EVELYN R. CURRIE
7580 E. MARTELLA LANE
ANAHEIM, CA 92808-1316

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** CUR1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | | $1,055.39

FRANK J. WATERS
108 NORTH ORANGE DRIVE
LOS ANGELES, CA 90036-301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor 1 (Name)

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.302** | **Nonpriority creditor's name and mailing address**
FRANK M BOISSERANC AND SYLVIA S BOISSERANC
300 W. PASEO DE CRISTOBAL
SAN CLEMENTE, CA 92672

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** BOI1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$568.37

---

**3.303** | **Nonpriority creditor's name and mailing address**
FRANK P. SCOTT
62501 BEAVER LOOP RD. #1
NORTH BEND, OR 97459

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,673.90

---

**3.304** | **Nonpriority creditor's name and mailing address**
FRED J YSLAS
1569 CANFIELD LANE #1
ANAHEIM, CA 92805

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,465.79

---

**3.305** | **Nonpriority creditor's name and mailing address**
FRED M KAY, M.D.
10276 E. NOLINA TR.
SCOTTSDALE, AZ 85262

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$138,299.54

---

**3.306** | **Nonpriority creditor's name and mailing address**
FREDERIC A. MORELL,TRUSTEE OF THE FREDER
12397 ROCK RIDGE ROAD
HERNDON, VA 20170

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** AMT1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$243.10

---

Debtor 1 _____ _____ _____
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,625.00 |
| | FREDERICK D. THOMSON JR. | *Check all that apply.* | |
| | 824 AVALON CT. | ☐ Contingent | |
| | SAN DIEGO, CA 92109 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,126.70 |
| | FREDERICK D. THOMSON, JR. | *Check all that apply.* | |
| | 824 AVALON CT. | ☐ Contingent | |
| | SAN DIEGO, CA 92109 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** THO1 | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,142.11 |
| | FREDERICK K. GLEASON | *Check all that apply.* | |
| | 1501 CLIFF DR. | ☐ Contingent | |
| | NEWPORT BEACH, CA 92663 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** GLEA | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,825.11 |
| | FREDRICK C KRAUSE | *Check all that apply.* | |
| | 727 EL MIRADOR | ☒ Contingent | |
| | FULLERTON, CA 92835 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $835.07 |
| | FRONTIER | *Check all that apply.* | |
| | P.O. BOX 740407 | ☐ Contingent | |
| | CINCINNATI, OH 45274-0407 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.312** | **Nonpriority creditor's name and mailing address**

GAIL GRESHAM
7941 LA RIVIERA DRIVE
SACRAMENTO, CA 95826

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** G002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,325.58

---

**3.313** | **Nonpriority creditor's name and mailing address**

GARY A. & SUSAN J. JERMAN
4194 S. VALENTIA STREET
DENVER, CO 80237

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,229.98

---

**3.314** | **Nonpriority creditor's name and mailing address**

GARY AMMERAAL METER PROVING
727 PHILIPPINE ST.
TAFT, CA 93268

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$820.00

---

**3.315** | **Nonpriority creditor's name and mailing address**

GARY B. GATEWOOD
1821 ROAD 72
PASCO, WA 99301

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,852.54

---

**3.316** | **Nonpriority creditor's name and mailing address**

GARY BURCHAM
810 EAST WALNUT AVENUE
BURBANK, CA 91501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.41

---

Debtor 1 Lee M. Bass (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.317** **Nonpriority creditor's name and mailing address**

GARY EDWARD CAIN
120 SLOAN MT LANE
GRANTS PASS, OR 97527

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,700.58

---

**3.318** **Nonpriority creditor's name and mailing address**

GARY GRESHAM
P.O. BOX 1017
BUELLTON, CA 93427

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** G001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,325.63

---

**3.319** **Nonpriority creditor's name and mailing address**

GARY R. GLEASON
2268 HOWARD
SAN CARLOS, CA 94070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** GLE1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$708.61

---

**3.320** **Nonpriority creditor's name and mailing address**

GARY WAYNE MORLOCK
15844 BENT TREE ROAD
POWAY, CA 92064

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** MORL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,418.48

---

**3.321** **Nonpriority creditor's name and mailing address**

GEO DRILLING FLUIDS, INC
1431 UNION AVENUE
BAKERSFIELD, CA 93305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,315.54

---

Debtor 1 _____ (Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.322 | **Nonpriority creditor's name and mailing address**<br><br>GEORGE F & RITA C KELLY REVOCABLE TRUST C/O DON KELLY, ATTORNEY AT LAW<br>317 ROSECRANS AVE.<br>MANHATTAN BEACH, CA 90266<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,203.22 |

| 3.323 | **Nonpriority creditor's name and mailing address**<br><br>GEORGE F. KELLY<br>22722 NADINE CIRCLE<br>TORRANCE, CA 90505-272<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $82.56 |

| 3.324 | **Nonpriority creditor's name and mailing address**<br><br>GEORGE FOSTER<br>5924 S. ADA STREET<br>CHICAGO, IL 60636-1802<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $619.98 |

| 3.325 | **Nonpriority creditor's name and mailing address**<br><br>GEORGE MITCHELL<br>441 7TH AVE. SOUTH<br>JACKSONVILLE BEACH, FL 32250<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 2076 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,714.11 |

| 3.326 | **Nonpriority creditor's name and mailing address**<br><br>GEORGE R. TUERK<br>10 WINGED FOOT LANE<br>NEWPORT BEACH, CA 92660<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 0179 | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,454.77 |

Debtor   (Name)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.327 | **Nonpriority creditor's name and mailing address**<br>GESSLER TRUST "A" BANK OF AMERICA, NA TRUST SERVICES, SUCCESSOR TRUSTEE<br>,P.O. BOX 2546<br>FORT WORTH, TX  76113-2546<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $18,731.98 |
|---|---|---|

| 3.328 | **Nonpriority creditor's name and mailing address**<br>GIBBS TRUCK CENTERS<br>P.O. BOX 748062<br>LOS ANGELES, CA  90074-8062<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $28.81 |
|---|---|---|

| 3.329 | **Nonpriority creditor's name and mailing address**<br>GLADYS T. MUSCIO<br>4411 COUNTRYWOOD DRIVE<br>SANTA MARIA, CA  93455<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 1531 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,508.42 |
|---|---|---|

| 3.330 | **Nonpriority creditor's name and mailing address**<br>GLENN R. TWITCHELL<br>2800 SODA LAKE ROAD<br>FALLON, NV  89406-9354<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 8240 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $318.31 |
|---|---|---|

| 3.331 | **Nonpriority creditor's name and mailing address**<br>GLENN R. TWITCHELL<br>4318 LIVE OAK LANE<br>ROCKLIN, CA  95765<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $11,217.09 |
|---|---|---|

Debtor _____  Case number (if known) _____
(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,068.77

GMART HOLDINGS, LLC
9804 ESCONDIDO CANYON ROAD
AGUA DULCE, CA 91390

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** L001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | | $750.00

GOLDEN STATE WATER COMPANY
P.O BOX 9016
SAN DIMAS, CA 91773

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | | $17,997.35

GONZALEZ OCC MEDICINE CENTERS
301 E. COOK ST. SUITE C
SANTA MARIA, CA 93454

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | | $31,581.54

GOODWILL INDUSTRIES
342 SAN FERNANDO ROAD
LOS ANGELES, CA 90031

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | | $5.61

GORDON LE PAGE
25886 ANZIO WAY
VALENCIA, CA 91355

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
         (Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,729.21 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
GR LIFT, LP
620-B ENTERPRISE WAY
BAKERSFIELD, CA 93307

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,729.21

---

**3.338 Nonpriority creditor's name and mailing address**
GRAINGER
101 S. RICE AVE
OXNARD, CA 93030

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$964.51

---

**3.339 Nonpriority creditor's name and mailing address**
GREGORY B. KAMIN
4641 AVE. DE LAS ESTRELLAS
YORBA LINDA, CA 92886

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 2480

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$910.62

---

**3.340 Nonpriority creditor's name and mailing address**
GRETCHEN HOWARD
12011 6TH AVE. N.W.
SEATTLE, WA 98177

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** HOW1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,390.49

---

**3.341 Nonpriority creditor's name and mailing address**
GRIFFITH L. RUBY
1016 ROCK ROSE LANE
LOMPOC, CA 93436

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** GR01

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$163.28

Debtor _____ (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,156,915.75 |
|---|---|---|---|

3.342    **Nonpriority creditor's name and mailing address**

GRL, LLC
45 ROCKEFELLER PLAZA
SUITE 2410
NEW YORK, NY 10111

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** L001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,156,915.75

---

3.343    **Nonpriority creditor's name and mailing address**

GRUNDOON LLC
620 MCMURRAY RD.
BUELLTON, CA 93427

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,000.00

---

3.344    **Nonpriority creditor's name and mailing address**

GRUNDOON LLC
620 MCMURRAY RD.
BUELLTON, CA 93427

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.345    **Nonpriority creditor's name and mailing address**

GSR, LLC
45 ROCKEFELLER PLAZA
SUITE 2410
NEW YORK, NY 10111

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$114,216.49

---

3.346    **Nonpriority creditor's name and mailing address**

GUARANTEE ROYALTIES INC. C/O RICHARD J. LAUTER & COMPANY
4640 ADMIRALTY WAY, SUITE 700
MARINA DEL REY, CA 90292

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 491

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,912.39

---

Debtor  Sable Permian Resources, LLC

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.347** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,107.00

H & H OIL TOOL
P.O. BOX 21596
BAKERSFIELD, CA 93390

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,895.17

H. JAMES HOPKINS TRUST; WILBUR D.
P.O. BOX 1166
VALLEY CENTER, CA 92082

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 7640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,285.16

HALLIBURTON ENERGY SERVICES, I
P.O. BOX 203143
HOUSTON, TX 77216-314

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,102.72

HAMPTON TEDDER ELECTRIC CO., I
P.O. BOX 2128
MONTCLAIR, CA 91763

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,426.07

HANCOCK HEKEN LEAF TRUST
2708 BUNGALOW PLACE
CORONA DEL MAR, CA 92625

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 6946

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.352** | **Nonpriority creditor's name and mailing address**

HARBOR LITIGATION SOLUTIONS
633 W 5TH STREET, 28TH FLOOR
LOS ANGELES, CA 90071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,626.34

---

**3.353** | **Nonpriority creditor's name and mailing address**

HAROLD G. HUND
45 SIDNEY DR.
OROVILLE, CA 95966

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,272.52

---

**3.354** | **Nonpriority creditor's name and mailing address**

HARRIET K SEARES TRUSTEE OF THE
1053 N MARVISTA AVE
PASADENA, CA 91104-3860

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,074.54

---

**3.355** | **Nonpriority creditor's name and mailing address**

HARRIET K. SEARES
C/O V.S. HOULEMARDE, 1053 MARVISTA
PASADENA, CA 91104-3860

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,966.92

---

**3.356** | **Nonpriority creditor's name and mailing address**

HARRIS LIVING TRUST 8/28/89
1193 WINTHROP LN
VENTURA, CA 93001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,974.01

---

Debtor 1 _____ Case number (if known)_____
(Name)

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
HCD
PO BOX 1979
SACRAMENTO, CA 95812-1979

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.00

---

3.358 **Nonpriority creditor's name and mailing address**
HEIDI ELIZABETH LYPPS
472 37TH STREET # 1
OAKLAND, CA 94609-2813

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** L001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$155.17

---

3.359 **Nonpriority creditor's name and mailing address**
HELEN GLASS
1241 KURT AVENUE
MODESTO, CA 95350

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** G001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$697.74

---

3.360 **Nonpriority creditor's name and mailing address**
HENRY R. & CARMEN BLEECKER
1724 N. GLENVIEW AVE.
ANAHEIM, CA 92807-1007

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,939.38

---

3.361 **Nonpriority creditor's name and mailing address**
HERBERT DAVID SCOTT
1713 PROSPECT ST.
NATIONAL CITY, CA 92050-5150

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,815.99

Debtor _____ (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.362 | **Nonpriority creditor's name and mailing address** <br><br> HERBERT FOSTER <br> C/O SALLY FOSTER, 9610 S. MASON AVENUE <br> OAK LAWN, IL 60453-285 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> ROYALTY PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $2,552.68 |
| 3.363 | **Nonpriority creditor's name and mailing address** <br><br> HERNANDO SAMPER C/O DARIER & CO. <br> 2-4 RUE DE SAUSSURE <br> 1204 <br> GENEVA <br> SWITZERLAND <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> ROYALTY PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $3,350.07 |
| 3.364 | **Nonpriority creditor's name and mailing address** <br><br> HILLARY A. RADOVICH SUCTTE U/W/O <br> NEVA M. HANCOCK, 211 PO'OPO'O PL. <br> KAILUA, HI 96734 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> ROYALTY PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $9,658.86 |
| 3.365 | **Nonpriority creditor's name and mailing address** <br><br> HOLLIS A. ULYATE SUC TTEE, U/W/O <br> P.O. BOX 329 <br> LARKSPUR, CO 80118 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☐ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> ROYALTY PAYABLE <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $9,658.81 |
| 3.366 | **Nonpriority creditor's name and mailing address** <br><br> HUNTON ANDREWS KURTH LLP <br> 600 TRAVIS, SUITE 4200 <br> HOUSTON, TX 77002 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> LITIGATION <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN |

Debtor (Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

---

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,055.43 |
|---|---|---|---|

3.367    **Nonpriority creditor's name and mailing address**

IBIS ENTERPRISES, LTD
P.O. BOX 1722
TULSA, OK 74101-1722

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $1,055.43

---

3.368    **Nonpriority creditor's name and mailing address**

IDA DIBOS DE MALAGA
P.O. BOX 423-526350
MIAMI, FL 33152-6350

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $1.87

---

3.369    **Nonpriority creditor's name and mailing address**

INA V. GATHAS
631 N. LEMON ST.
ANAHEIM, CA 92805-2627

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $1,986.14

---

3.370    **Nonpriority creditor's name and mailing address**

INDUSTRIAL EQUIPMENT SERVICES
1661 COTA AVE.
LONG BEACH, CA 90813

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $225.00

---

3.371    **Nonpriority creditor's name and mailing address**

INNOSPEC OILFIELD SERVICES
640 W HUENEME RD
OXNARD, CA 93033

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $4,414.41

---

Debtor  _____  _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.372 | **Nonpriority creditor's name and mailing address** | $108.20 |

INTERSTATE BATTERIES
1027 S. BLOSSER #101
SANTA MARIA, CA 93458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | $4,165.90 |
|---|---|---|

IRA E. SANDITEN TRUSTEE DEBORAH A. SANDITEN TRUST
3314 E. 51ST ST. SUITE 207K
TULSA, OK 74135

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | $45,743.34 |
|---|---|---|

ISAAC N. KRAUSHAAR
20402 SUNDANCE ROAD
APPLE VALLEY, CA 92308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | $1.87 |
|---|---|---|

IVONNE DIBOS DE ORLANDINI
LOS ALAMOS 441-SAN ISIDRO
LIMA 27LIMA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | $3,228.77 |
|---|---|---|

J. P. MORGAN-CHASE
ATTN: MICHAEL KERNEY
450 WEST 33RD STREET, 15TH FLOOR
REF: 030057 NASSAU ASSOC-SABA ATTN MICHAEL
KERNEY
NEW YORK, NY 10041

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** B001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1 _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page |

|  |  | Amount of claim |
|---|---|---|

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $499,048.75 |

J.P. MORGAN-CHASE ATT: MICHAEL KEARNEY
50 WEST 33RD ST., 15TH FLOOR
NEW YORK, NY 10041

Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,156.15 |

JACK J. LYPPS
100 HOLLAND GLEN # 107
ESCONDIDO, CA 92026-1354

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** LYPS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,511.81 |

JACK MAXWELL
11140 SPRINGFIELD PIKE C-447
CINCINNATI, OH 45246

Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,987.32 |

JACQUELINE MAE MORRIS
26049 CLEARINGSIDE
JUNCTION CITY, OR 97448-9596

Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,875.65 |

JACQUELINE THOMAS LAW
649 ONAHA STREET
HONOLULU, HI 96816-4918

Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.382**

**Nonpriority creditor's name and mailing address**

JACQUELINE THOMAS LAW
649 ONAHA STREET
HONOLULU, HI 96816-4918

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1271

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$6,834.23

---

**3.383**

**Nonpriority creditor's name and mailing address**

JAIMA SPENCER
P.O. BOX 601
ELK GROVE, CA 95759

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** S002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$697.75

---

**3.384**

**Nonpriority creditor's name and mailing address**

JAMES A BARBOUR TRUST
P. O. BOX 5383
DENVER, CO 80217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$23,893.09

---

**3.385**

**Nonpriority creditor's name and mailing address**

JAMES BETTIGA TRUSTEE UNDER
8029 NORTH LEE HIGHWAY
RAPHINE, VA 24472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2350

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$463.11

---

**3.386**

**Nonpriority creditor's name and mailing address**

JAMES CALLAS
2020 VIA SOLONA
SAN CLEMENTE, CA 92673-372

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$904.68

---

Debtor  (Name)

| Part 2: | Additional Page | | Amount of claim |
|---------|------------------|--|------------------|

**3.387** **Nonpriority creditor's name and mailing address**

JAMES D. MANZO
1230 21ST STREET NE
SALEM, OR 97301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,544.43

---

**3.388** **Nonpriority creditor's name and mailing address**

JAMES FLIPPEN
45674 ROAD 128
ORANGE GROVE, CA 93646

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,881.70

---

**3.389** **Nonpriority creditor's name and mailing address**

JAMES J. SHELTON, JR.
136 EL CAMINO DRIVE, SUITE 210
BEVERLY HILLS, CA 90212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 0007**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,919.60

---

**3.390** **Nonpriority creditor's name and mailing address**

JAMES MACPHERSON
, UNIT G-3
CAMBRIA, CA 93428

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,206.28

---

**3.391** **Nonpriority creditor's name and mailing address**

JAMES P. BETTIGA, SUC TRUSTEE OF
8029 NORTH LEE HIGHWAY
RAPHINE, VA 24472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2370**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$497.03

---

Debtor (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.392** | **Nonpriority creditor's name and mailing address**

JAMES R HEYING
P.O. BOX 963
FOREST FALLS, CA  92339-0963

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** HEY1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$275.46

---

**3.393** | **Nonpriority creditor's name and mailing address**

JAMES R. ROBERTS
35260 PAUBA ROAD
TEMECULA, CA  92592

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,758.75

---

**3.394** | **Nonpriority creditor's name and mailing address**

JAN L. MEYER
2951 ROCKMONT AVENUE
CLAREMONT, CA  91711

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4632

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$861.33

---

**3.395** | **Nonpriority creditor's name and mailing address**

JANA BROSMAN
P. O. BOX 1163
COSMOPOLIS, WA  98537

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,040.42

---

**3.396** | **Nonpriority creditor's name and mailing address**

JANE A ADAMS AND JOHN S ADAMS TRUSTEES
PO BOX 264
YORBA LINDA, CA  92885

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** J001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,461.10

---

Debtor _____
        (Name)

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|---|-----------------|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.397 | **Nonpriority creditor's name and mailing address**<br><br>JANE A. AND JOHN S. ADAMS, TRUSTEES<br>PO BOX 264<br>YORBA LINDA, CA 92885<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.398 | **Nonpriority creditor's name and mailing address**<br><br>JANE E. CONNOLLY<br>2123 GRANADA BLVD<br>CORAL GABLE, FL 33134-4704<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $51,397.61 |
| 3.399 | **Nonpriority creditor's name and mailing address**<br><br>JANE ELIZABETH ALLEN<br>2683 ALAMEDA CIRCLE<br>CARLSBAD, CA 92009<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** A002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $256.99 |
| 3.400 | **Nonpriority creditor's name and mailing address**<br><br>JANET K. GANONG<br>PO BOX 8042<br>MAMMOTH LAKE, CA 93456<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** GAN1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,502.46 |
| 3.401 | **Nonpriority creditor's name and mailing address**<br><br>JANET L. HUND<br>1780 W. LINCOLN #315<br>ANAHEIM, CA 92801<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $317.77 |

Debtor   (Name)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

---

**3.402** | **Nonpriority creditor's name and mailing address**

JANET PIERCE BOSTIC
1900 N. TORREY PINES #124
LAS VEGAS, NV 89108-2655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,690.19

---

**3.403** | **Nonpriority creditor's name and mailing address**

JANET PIERCE BOSTIC
1900 N. TORREY PINES #124
LAS VEGAS, NV 89108-2655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** BOS1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,816.44

---

**3.404** | **Nonpriority creditor's name and mailing address**

JANIS L. MORLOCK
2441 LILY LANGTRY CT.
PARK CITY, UT 84060

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** MORC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.09

---

**3.405** | **Nonpriority creditor's name and mailing address**

JANIS M. LLOYD
68797 RIDGE ROAD
NORTH BEND, OR 97459

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** O001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$203.87

---

**3.406** | **Nonpriority creditor's name and mailing address**

JAY COLLINS AND PAMELA COLLINS
19 MARTIN CIRCLE
PADUCAH, KY 42001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** JCPC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,211.30

---

Debtor (Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.407** **Nonpriority creditor's name and mailing address**

JEAN F BACAL, TRUSTEE
3967 CENTER AVENUE
NORCO, CA 92860

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: BAO2**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,608.57

---

**3.408** **Nonpriority creditor's name and mailing address**

JEANNE E. HUND
25430 SUN CITY BLVD
SUN CITY, CA 92586

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$317.90

---

**3.409** **Nonpriority creditor's name and mailing address**

JEANNE KING TRUST CLAUDIA VALENTINE TRUSTEE
648 RACQUET CLUB CIRCLE
ROHNERT PARK, CA 94928

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,683.64

---

**3.410** **Nonpriority creditor's name and mailing address**

JEANNE KING TRUST CLAUDIA VALENTINE TRUSTEE
648 RACQUET CLUB CIRCLE
ROHNERT PARK, CA 94928

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: A001**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$488.77

---

**3.411** **Nonpriority creditor's name and mailing address**

JEFF HALL
6193 E DIABLO SUNRISE ROAD
TUCSON, AZ 85756

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8194**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$349.98

---

Debtor  (Name)

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.412 | **Nonpriority creditor's name and mailing address**<br><br>JEFF HALL<br>6193 E DIABLO SUNRISE ROAD<br>TUCSON, AZ 85756<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 8193 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $349.95 |
|---|---|---|---|
| 3.413 | **Nonpriority creditor's name and mailing address**<br><br>JEFFERY OXANDABOURE<br>P.O. BOX 6925<br>TAHOE CITY, CA 96145<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** OXA3 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $234.16 |
| 3.414 | **Nonpriority creditor's name and mailing address**<br><br>JEFFREY SHAFFER MD<br>1938 N FILBERT AVE<br>CLOVIS, CA 93619<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** SHA1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,947.03 |
| 3.415 | **Nonpriority creditor's name and mailing address**<br><br>JEROME BREVOORT DWIGHT<br>205 W 88TH STREET APT. 4B<br>NEW YORK, NY 10024<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** DBJ1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,765.84 |
| 3.416 | **Nonpriority creditor's name and mailing address**<br><br>JEROME DWIGHT<br>205 W. 88TH ST., APT 4B<br>NEW YORK, NY 10024<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

Debtor _____
    (Name)

Case number (if known)_____

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.417** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,482.25

JERRY'S OILFIELD INSTRUMENTS
2750 WALNUT AVE.
SIGNAL HILLS, CA 90755

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $448.21

JESSE B. GRANER
3377 CALIFORNIA AVENUE
SIGNAL HILL, CA 90807-4605

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,990.60

JESSIE THOMPSON
14152 LIVINGSTON ST.
TUSTIN, CA 92680

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,424.94

JESSIE THOMPSON C/O SCOTT N. THOMPSON
14152 LIVINGSTON ST.
TUSTIN, CA 92780

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $874.37

JESUS PELAYO
4505 E. PHILO AVENUE
ORANGE, CA 92669

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____
(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.422 | **Nonpriority creditor's name and mailing address**<br><br>JFL TRUST OF 1987-S LAZARD<br>ONE WALL ST, 23RD FLOOR<br>NEW YORK, NY 10286<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,344.38 |
| 3.423 | **Nonpriority creditor's name and mailing address**<br><br>JIM VARNER<br>5900 EAST LERDO HIGHWAY<br>SHAFTER, CA 93263<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $448.02 |
| 3.424 | **Nonpriority creditor's name and mailing address**<br><br>JO ANN TOMLINSON<br>7820 LEISURE TOWN ROAD<br>VACAVILLE, CA 95688-9658<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** TOMI | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,931.76 |
| 3.425 | **Nonpriority creditor's name and mailing address**<br><br>JOAN COLLIER TRUST<br>1720A SAN LUIS DRIVE<br>SAN LUIS OBISPO, CA 93401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** T001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $758.38 |
| 3.426 | **Nonpriority creditor's name and mailing address**<br><br>JOAN KRAUSE, TRUSTEE OF THE<br>727 EL MIRADOR<br>FULLERTON, CA 92835<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** KJ2 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $596.52 |

Debtor _____
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.427 | **Nonpriority creditor's name and mailing address**<br><br>JOAN M. LEWIS<br>1711 ASKAM LANE<br>LOS ALTOS, CA 94024<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: LEW1** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $710.89 |

| 3.428 | **Nonpriority creditor's name and mailing address**<br><br>JOANNE L. BELL<br>252 N. CANYON BLVD.<br>MONROVIA, CA 91016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4631** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $861.34 |

| 3.429 | **Nonpriority creditor's name and mailing address**<br><br>JOE TOMLINSON<br>7820 LEISURE TOWN RD.<br>VACAVILLE, CA 95688<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,633.27 |

| 3.430 | **Nonpriority creditor's name and mailing address**<br><br>JOHN A TUCKER (TUCKER FAMILY TRUST)<br>300 HIOLANI STREET<br>PUKALANI, HI 96768<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,870.86 |

| 3.431 | **Nonpriority creditor's name and mailing address**<br><br>JOHN A. & LOUISE H. FELICIANO, TRUSTEES<br>PO BOX 368<br>LOS OLIVOS, CA 93441<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: F001** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,944.83 |

Debtor (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.432**    **Nonpriority creditor's name and mailing address**

JOHN AND LOUISE FELICIANO
6101 FOXEN CANYON RD.
LOS OLIVOS, CA 93441

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.433**    **Nonpriority creditor's name and mailing address**

JOHN AND WINOLA HAZARD REVOCABLE TRUST
2119 VERDE ST.
BAKERSFIELD, CA 93304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: T001**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,276.12

---

**3.434**    **Nonpriority creditor's name and mailing address**

JOHN B. STERN
12919 MONTANA AVE #303
LOSA ANGELES, CA 90049

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: STE4**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$541.23

---

**3.435**    **Nonpriority creditor's name and mailing address**

JOHN C. MCGLYN
440 COLERIDGE AVENUE
PALO ALTO, CA 94301-360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$157.87

---

**3.436**    **Nonpriority creditor's name and mailing address**

JOHN C. WANBERG
10448 WHEATRIDGE DR.
SUN VALLEY, AZ 85373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,965.88

---

Debtor  (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.437 | **Nonpriority creditor's name and mailing address**<br>JOHN CONNOLLY<br>220 NW DRAKE ROAD<br>BEND, OR 97703<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** O001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,823.42 |
| 3.438 | **Nonpriority creditor's name and mailing address**<br>JOHN D. NACCARATO<br>629 N. MARGUERITA ROAD<br>ALHAMBRA, CA 91801<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** N001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $697.85 |
| 3.439 | **Nonpriority creditor's name and mailing address**<br>JOHN DANA PEARCE<br>2926 VISTA GRANDE<br>FAIRFIELD, CA 94533<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,097.01 |
| 3.440 | **Nonpriority creditor's name and mailing address**<br>JOHN E. HUND<br>102 E. BAY #2<br>BALBOA, CA 92661<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $317.70 |
| 3.441 | **Nonpriority creditor's name and mailing address**<br>JOHN ETCHANDY<br>12742 E. TRASK AVE.<br>GARDEN GROVE, CA 92643-3041<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,818.66 |

Debtor 1        Sample Debtor Name
       (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.442**    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$459.37**

JOHN H. WENTS
122 N. NICHOLSON AVENUE, APT E
MONTERY PARK, CA 91755

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.443**    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,700.85**

JOHN JEFFERY CAIN
100 OCEANO - APT 4
SANTA BARBARA, CA 93109

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.444**    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$916.02**

JOHN L. STERN
2330 WESTWOOD BLVD., STE 104
LOS ANGELES, CA 90064-212

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** STE3

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.445**    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,799.98**

JOHN M. PHILLIPS OILFIELD EQUI
2755 DAWSON AVENUE
SIGNAL HILL, CA 90755

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.446**    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,747.65**

JOHN O BEARDEN
660 N. FARM ROAD #65
BOIS D ARC, MO 65612

Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor (name) (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

3.447 **Nonpriority creditor's name and mailing address**

JOHN PATRICK KEARNEY CONSERVATOR
1500 NORTH E STREET
SAN BERNARDINO, CA 92405

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,869.39

---

3.448 **Nonpriority creditor's name and mailing address**

JOHN S. NEWTON
1159 MAIN STREET, APT #1402
VANCOUVER, BC  V6A  4B6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,343.50

---

3.449 **Nonpriority creditor's name and mailing address**

JOHN TWITCHELL
P.O. BOX 2307
ORCUTT, CA 93456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8250**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$558.83

---

3.450 **Nonpriority creditor's name and mailing address**

JOHN TWITCHELL
P.O. BOX 2307
ORCUTT, CA 93456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$113.82

---

3.451 **Nonpriority creditor's name and mailing address**

JOHN WERTIN
600 ALDEAN PLACE
NEWPORT BEACH, CA  92265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: T002**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,741.81

---

Debtor 1 _____ (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.452** | **Nonpriority creditor's name and mailing address**

JOHNATHAN DWIGHT
C/O AMERIPRISE FINANCIAL
126 WELLS AVE. S
RENTON, WA 98057

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.453** | **Nonpriority creditor's name and mailing address**

JON MCKELLAR, PLS
2605 SOUTH MILLER STREET
SANTA MARIA, CA 93455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$285.00

---

**3.454** | **Nonpriority creditor's name and mailing address**

JONATHAN ASHLEY DWIGHT AMERIPRISE FINANCIAL,
ATTN RANDY LINDE
126 WELLS AVE S
RENTON, WA 98057-2152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: DJA1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,765.87

---

**3.455** | **Nonpriority creditor's name and mailing address**

JOSEPH ARTHUR SULLIVAN
18002 BOTHELL-EVERETT HWY S.E
MILL CREEK, WA 98012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,156.15

---

**3.456** | **Nonpriority creditor's name and mailing address**

JOSEPH KRAUS
99 TREECREST CT.
ROSEVILLE, CA 95678

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: KJ1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$113.85

---

Debtor ... (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.457 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPH M. PACHECO<br>20313 N. FLETCHER WAY<br>PEORIA, AZ 85382<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** PACH | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,869.09 |

| 3.458 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPHINE JOHNSON<br>4201 GLENBROOK<br>BAKERSFIELD, CA 93306<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,020.21 |

| 3.459 | **Nonpriority creditor's name and mailing address**<br><br>JP MORGAN CHASE BANK F/A/O M.J. WORMSBAKER<br>ACC#975080037<br>234 S. MAIN STREET<br>WILLITS, CA 95490<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $539.52 |

| 3.460 | **Nonpriority creditor's name and mailing address**<br><br>JTF PROCESS SOLUTIONS<br>217 HOLLYHILL DRIVE<br>BAKERSFIELD, CA 93312<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,319.27 |

| 3.461 | **Nonpriority creditor's name and mailing address**<br><br>JUANITA A. GARCIA<br>3353 GEORGETOWN PL<br>SANTA CLARA, CA 95051-1535<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,110.83 |

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $420.58 |

3.462 **Nonpriority creditor's name and mailing address**

JUANITA MUNOZ
8803 FRANCES FOLSOM ST SW
LAKEWOOD, WA 98498

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: U001**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$420.58

---

3.463 **Nonpriority creditor's name and mailing address**

JUDITH J. COMBS
2030 E. WELLINGTON AVENUE
SANTA ANA, CA 92701-3182

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: C002**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,102.79

---

3.464 **Nonpriority creditor's name and mailing address**

JUDY A. ROGERS
PO BOX 234
SANTA MARIA, CA 93456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: R002**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,155.70

---

3.465 **Nonpriority creditor's name and mailing address**

JUDY A.OLDHAM TRUSTEE OF THE LAURA R CLA
1017 MEADOWBRIDGE DR.
FOLSOM, CA 95630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: JAO1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$785.79

---

3.466 **Nonpriority creditor's name and mailing address**

JUDY L. BELL
1590 SKY VALLEY DR, APT. H204
RENO, NV 89523

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: JLB1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,588.71

Debtor 1 Case number (if known)

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.467 | **Nonpriority creditor's name and mailing address**<br><br>JULIAN & HELEN HATHAWAY<br>P. O. BOX 3404<br>SANTA FE SPRINGS, CA 90670-1404<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $29,630.71 |
|---|---|---|
| 3.468 | **Nonpriority creditor's name and mailing address**<br><br>JULIAN & HELEN HATHAWAY TRUSTEE, J. I. HAATHAWAY<br>FAMILY TRUST<br>P. O. BOX 3404<br>SANTA FE SPRINGS, CA 90670-1404<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $16,980.09 |
| 3.469 | **Nonpriority creditor's name and mailing address**<br><br>JULIE A. MCKEMY<br>8113 E. PHILLIPS CIRCLE<br>CENTENNIAL, CO 80112<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** M001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $350.80 |
| 3.470 | **Nonpriority creditor's name and mailing address**<br><br>JULIE CHAPPIUS<br>1955 UNION PL #F-98<br>COLUMBIA, TN 38401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $0.70 |
| 3.471 | **Nonpriority creditor's name and mailing address**<br><br>JULIE MARIE HELFRICH<br>737 SOUTHBOROUGH DRIVE<br>CANADA V755 1N1<br>WEST VANCOUVER, BC<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,403.45 |

Debtor 1 _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.472 | **Nonpriority creditor's name and mailing address**<br><br>K & K OIL, LLC<br>1401 BENTLEY AVENUE. SUITE 203<br>LOS ANGELES, CA 90025<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,986.75 |
| 3.473 | **Nonpriority creditor's name and mailing address**<br><br>KAMAN INDUSTRIAL TECHNOLOGIES<br>1450 W. MCCOY LANE<br>SANTA MARIA, CA 93455<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,137.23 |
| 3.474 | **Nonpriority creditor's name and mailing address**<br><br>KATHARINE T. BARDIN<br>14406 12TH STREET<br>DADE CITY, FL 33525<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,813.82 |
| 3.475 | **Nonpriority creditor's name and mailing address**<br><br>KATHARINE T. BARDIN<br>14406 12TH STREET<br>DADE CITY, FL 33525<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 7478 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $892.47 |
| 3.476 | **Nonpriority creditor's name and mailing address**<br><br>KATHERIN HANBERG<br>PO BOX 1911<br>LOMPOC, CA 93438<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

Debtor _____
(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,297.48 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
KATHERINE S. HANBERG OR WILLIAN HANBERG
P.O. BOX 1911
LOMPOC, CA 93438

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 7549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,297.48

---

**3.478**

**Nonpriority creditor's name and mailing address**
KATHLEEN C. SEYMOUR
77 BUCKEYE AVENUE
OAKLAND, CA 94618

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,674.47

---

**3.479**

**Nonpriority creditor's name and mailing address**
KATHLEEN C. SEYMOUR
77 BUCKEYE AVENUE
OAKLAND, CA 94618

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** S001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,443.40

---

**3.480**

**Nonpriority creditor's name and mailing address**
KATHLEEN N. GRAHAM
1462 MIRADA CIRCLE
YUBA CITY, CA 95993

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** G001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$641.90

---

**3.481**

**Nonpriority creditor's name and mailing address**
KATHLEEN WETZEL CLIFT
6722 E. HORSESHOE ROAD
ORANGE, CA 92869

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,707.46

Debtor 1 _____ (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.482** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $295.69

KATRINA GESSLER SEATON
PO BOX 757
SANDIA PARK, NM 87047

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** S001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | $6,162.50

KEANE
P.O. BOX 1508
SOUTHEASTERN, PA 19399-1508

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address** | $401.96

KELLY PIPE CO.,LLC
4600 BORMAN WAY
BAKERSFIELD, CA 93313

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | $1,809.43

KENNETH COMBS
13504 RUSSEL STREET
WHITTER, CA 90602-314

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address** | $16,060.54

KENNETH E. GATEWOOD
913 S. GRAND AVE., SPACE 35
SAN JACINTO, CA 92583

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1 _____
         (Name)

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|---|-----------------|

| | | | |
|---|---|---|---|

**3.487** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.00

KENNETH H. HUNTER
P.O. BOX 527
SANTA BARBARA, CA  93150-527

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,681.28

KENNETH JOHN FRIEND
275 N FRESNO ST APT 3A
CHANDELR, AZ  85225

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 4315

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $39,277.57

KENNETH L. BELL
711 FELLOWSHIP ROAD
SANTA BARBARA, CA  93109

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $47.00

KERN COUNTY-CLERK
1115 TRUXTON AVE. FIRST FLOOR
BAKERFIELD, CA  93301

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,825.31

KEVIN R. BENDON
122 STARFLOWER STREET
BREA, CA  92821

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.492** | **Nonpriority creditor's name and mailing address**
KEY ENERGY SERVICES
PO BOX 201858
DALLAS, TX 75320-1858

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,200.50

---

**3.493** | **Nonpriority creditor's name and mailing address**
KIM TOMLINSON
38200 SE LUSTED RD.
BORING, OR 97009

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** TOM1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$485.74

---

**3.494** | **Nonpriority creditor's name and mailing address**
KIMBERLY A. GRAVES
3939 W. WINDMILLS BLVD. #1007
CHANDLER, AZ 85226

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.70

---

**3.495** | **Nonpriority creditor's name and mailing address**
KITTY LEE COX
2903 MC4018
YELLVILLE, AR 72687

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** C001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$257.01

---

**3.496** | **Nonpriority creditor's name and mailing address**
KRAGEN OREILLEY
2053 S. BROADWAY
SANTA MARIA, CA 93455

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$640.75

Debtor (Name)

| | | Amount of claim |
|---|---|---|

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.497** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,702.11

KRISTINA E. SMIRL
111 N. GREENFIELD AVE.
WAUKESHA, WI  53186-5266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.498** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $999.03

KRISTINE TOMLINSON TRUSTEE
2176 HACKAMORE DR
MOHAVE VALLEY, AZ  86440

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** T001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.499** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,911.25

KURT C. HARBORDT
P.O. BOX 3219
FREDERICK, MD  21705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4314

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.500** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $781.31

KURT C. HARBORDT
P.O. BOX 3219
FREDERICK, MD  21705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.501** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

LANCE BROWN
5997 FOXEN CANYON RD.
LOS OLIVOS, CA  93441

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.502**

**Nonpriority creditor's name and mailing address**

LANCE H. BROWN , TRUSTEE
PO BOX 68
LOS OLIVOS, CA 93441

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: B001**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,944.80

---

**3.503**

**Nonpriority creditor's name and mailing address**

LANDOWNERS ROYALTY CO.
P. O. BOX 491150
LOS ANGELES, CA 90049-9150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LAN1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,780.26

---

**3.504**

**Nonpriority creditor's name and mailing address**

LANDOWNERS ROYALTY CO.
PO BOX 491150
LOS ANGELES, CA 90049

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,713.50

---

**3.505**

**Nonpriority creditor's name and mailing address**

LAOR
4640 ADMIRALTY WAY, SUITE 700
MARINA DEL REY, CA 90292

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: LAOR**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,575.64

---

**3.506**

**Nonpriority creditor's name and mailing address**

LARRY L. & MARY L. WALLACE, JT/WROS.
P.O. BOX 1146
ASPEN, CO 81612-1146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: WAL4**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,826.56

---

Debtor 1 _____ (Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $369,425.58 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LARSEN O'BRIEN LLP
ROBERT C. O'BRIEN
555 SOUTH FLOWER
SUITE 4400
LOS ANGELES, CA 900071

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$369,425.58

---

**Nonpriority creditor's name and mailing address**
3.508
LATIN AMERICA FREE METHODIST CHURCH
925 S. MELROSE ST.
PLACENTIA, CA 92870

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,631.79

---

**Nonpriority creditor's name and mailing address**
3.509
LAURA BONNET
6130 CAMINO REAL #277
RIVERSIDE, CA 92509

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,232.95

---

**Nonpriority creditor's name and mailing address**
3.510
LAURA E. HUND
1404 N. TUSTIN 1-3
SANTA ANA, CA 92701

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$317.88

---

**Nonpriority creditor's name and mailing address**
3.511
LAURA LYPPS DANIEL
16 SUNRISE
WESTBROOK, CT 06498

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: D001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$155.15

Debtor  (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,008.21 |

**Nonpriority creditor's name and mailing address**
LAURENT TRUST #109382 WELLS FARGO BANK TRUSTEE
P. O. BOX 5825
DENVER, CO  80217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

3.512

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,008.21

---

3.513

**Nonpriority creditor's name and mailing address**
LAURICE JOSEPH EXEC EST JOSEPH DECD C/O JOSEPH
BARKETT - EMERALD PROP.
42 N. SUTTER STREET, SUITE 307
STOCKTON, CA  95202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $7,228.06

---

3.514

**Nonpriority creditor's name and mailing address**
LAWRENCE E. HUND
10481 BROADVIEW PLACE
SANTA ANA, CA  92705-1466

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $317.79

---

3.515

**Nonpriority creditor's name and mailing address**
LAWRENCE L STILES
11485 ACROPOLIS DRIVE
YUCAIPA, CA  92399

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** STI1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,288.46

---

3.516

**Nonpriority creditor's name and mailing address**
LEIGH T. MEDEMA
3401 CASCINA CIRCLE UNIT A
HIGHLANDS RANCH, CO  80126

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $18,750.00

Debtor 1 _____ Case number (if known)_____
(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.517 | **Nonpriority creditor's name and mailing address**<br>LEIGH T. MEDEMA<br>3401 CASCINA CIRCLE UNIT A<br>HIGHLANDS RANCH, CO 80126<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** MED1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,962.76 |
|---|---|---|---|
| 3.518 | **Nonpriority creditor's name and mailing address**<br>LEILA DWIGHT<br>143 GAMBIER ST.<br>SAN FRANCISCO, CA 94134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.519 | **Nonpriority creditor's name and mailing address**<br>LEILA MINTURN DWIGHT<br>143 GAMBIER STREET<br>SAN FRANCISCO, CA 94134<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** DLM1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,765.82 |
| 3.520 | **Nonpriority creditor's name and mailing address**<br>LEROY WINKLER<br>219 CALLE CLEMENTE<br>SAN CLEMENTE, CA 92672-220<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,892.89 |
| 3.521 | **Nonpriority creditor's name and mailing address**<br>LESLIE C. PAYNE<br>614 WEST VISTA CIRCLE<br>SANTA MARIA, CA 93454<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90,879.56 |

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $330.69 |

LEWIS B. JACKSON, JR LIV TRUST
JP MORGAN, P.O. DRAWER 99084
FORT WORTH, TX 76199-0084

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number: J001**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,181.71 |

LILLIAN K. TAYLOR
P.O. BOX 337
BONSALL, CA 92003-033

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $558.54 |

LILLIE M. MERRITT
P.O. BOX 291
SHANDON, CA 93461

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number: 7520**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,227.88 |

LILLY S. ALVAREZ, TRUSTEE OF THE
1204 N. RIVIERA ST.
ANAHEIM, CA 92801-2306

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $950.48 |

LINDA C. MAHNKEN, TRUSTEE
2550 CANET RD.
SAN LUIS OBISPO, CA 93405

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number: M001**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.527** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,002.09

LINDA GOMEZ
2013 KNOLLGLEN CT.
PASO ROBLES, CA 93446

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** LG1

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.70

LISA L. PETERSON
2856 RUTGERS AVENUE
LONG BEACH, CA 90815

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.529** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,882.46

LOIS ETCHANDY
140 STRADA PLACE
ANAHEIM, CA 92807

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $595.93

LOIS ETCHANDY
140 STRADA PLACE
ANAHEIM, CA 92807

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** C001

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,249.93

LOIS ETCHANDY
38547 CALLED DE COMPANERO
MURRIETA, CA 92562

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   _____   Case number (if known)_____
(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $431.19 |

**Nonpriority creditor's name and mailing address**
LORI EDWARDS, TRUSTEE OF THE L.
652 S. ELLSWORTH RD., #20
MEZA, AZ 82508

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 51LT**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$431.19

---

3.533   **Nonpriority creditor's name and mailing address**
LOTHAR BORTEL
17 SONDERKAMP
GELSEKIRCHEN
GERMANY

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,440.02

---

3.534   **Nonpriority creditor's name and mailing address**
LOUIS DORADO
606 VAN BUREN
PLACENTIA, CA 92670

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,837.32

---

3.535   **Nonpriority creditor's name and mailing address**
LOUIS O. SENIK
18 MOURNING SUN
IRVINE, CA 92612

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,466.67

---

3.536   **Nonpriority creditor's name and mailing address**
LOUISE K. DURKEE
2892 SUNSET PLACE
LOS ANGELES, CA 90005-3912

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,832.82

---

Debtor 1 _____
        (Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.537 | **Nonpriority creditor's name and mailing address**<br><br>LOUISE L. CRAIG<br>30 BURR AVENUE<br>HEMPSTEAD, NY 11550-2522<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,312.68 |

| 3.538 | **Nonpriority creditor's name and mailing address**<br><br>LOUISE LANE CRAIG<br>875 JERUSALEM AVE.<br>UNIONDALE, NY 11553<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,353.79 |

| 3.539 | **Nonpriority creditor's name and mailing address**<br><br>LOWELL A. & ROSINE K. ELLER<br>21775 TAHOE LANE<br>LAKE FOREST, CA 92630<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,450.39 |

| 3.540 | **Nonpriority creditor's name and mailing address**<br><br>LOWELL PATSEY<br>110 HOUSE ROCK ROAD<br>SEDONA, AZ 86351<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** W002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,623.76 |

| 3.541 | **Nonpriority creditor's name and mailing address**<br><br>LUCILLE D KOCH<br>9685 ARLETA<br>PACOIMA, CA 91331<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $69,354.84 |

Debtor 1  
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

---

**3.542** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,733.34

LUPE DECASAS
1026 AVE DEL PIO PICO
PLACENTIA, CA 92870

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.543** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,733.35

LUPE G. DECASAS
1026 AVE DEL PIO PICO
PLACENTIA, CA 92670

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.544** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $592.42

LYN CHADEZ
4585 AVE DE LOS ARBOLES
YORBA LINDA, CA 92886

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** CHA1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.545** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44,643.70

MADLYN RATLIFF
1711 MAGNOLIA
JUNCTION CITY, OR 97448

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,699.20

MAMIE M. PEMBROKE
P.O. BOX 10619
COSTA MESA, CA 92627

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor_____
(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.547** | **Nonpriority creditor's name and mailing address**
MARBORG INDUSTRIES
P.O. BOX 4127
SANTA BARBARA, CA 93140

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.75

---

**3.548** | **Nonpriority creditor's name and mailing address**
MARGARET A. CURTIS
423 MC LAUGHLIN STREET
RICHMOND, CA 94805

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,626.73

---

**3.549** | **Nonpriority creditor's name and mailing address**
MARGARET ANN CROWELL,TRUSTEE
1035 SCOTT DR., APT 330
PRESCOTT, AZ 86301

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** R003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,149.21

---

**3.550** | **Nonpriority creditor's name and mailing address**
MARGARET D. LEE
1944 LAS ENCINAS CT.
LOS GATOS, CA 95030

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$797.00

---

**3.551** | **Nonpriority creditor's name and mailing address**
MARGARET D. LEE TRUST
1944 LAS ENCINAS COURT
LOS GATOS, CA 95030

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,292.30

Debtor 1 (Name)

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.552 | **Nonpriority creditor's name and mailing address**<br>MARGARET S. LANDON<br>P.O. BOX 1622<br>RANCHO SANTA FE, CA 92067<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,264.83 |

| 3.553 | **Nonpriority creditor's name and mailing address**<br>MARGARITA PELAYO COSTA<br>660 S. GLASSELL # 8<br>ORANGE, CA 92866<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $874.53 |

| 3.554 | **Nonpriority creditor's name and mailing address**<br>MARIA CASTANEDA DE ESPINOSA<br>DIONISIO RODRIGUEZ #1012<br>SECTOR LIBERTAD<br>GUADALAJARA, JALISCO<br>MEXICO<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $914.84 |

| 3.555 | **Nonpriority creditor's name and mailing address**<br>MARIANNE PEARCE SPRINGER<br>3126 CALLE GRANDE VISTA<br>SAN CLEMENTE, CA 92672<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** SPR1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $509.59 |

| 3.556 | **Nonpriority creditor's name and mailing address**<br>MARIANNE PEARCE SPRINGER AS TRUSTEE<br>3126 CALLE GRANDE VIS<br>SAN CLEMENTE, CA 92572-3543<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,299.74 |

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.557 | **Nonpriority creditor's name and mailing address**<br><br>MARILYN BARR<br>32018 FRITZ DRIVE<br>EXETER, CA 93221<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $28,409.62 |

| 3.558 | **Nonpriority creditor's name and mailing address**<br><br>MARILYN FRANCES BEARD<br>27461 FRUITWAY ROAD<br>JUNCTION CITY, OR 97448<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,136.73 |

| 3.559 | **Nonpriority creditor's name and mailing address**<br><br>MARION BLISS<br>3717 E. 3RD ST.<br>LONG BEACH, CA 90814-1605<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,353.93 |

| 3.560 | **Nonpriority creditor's name and mailing address**<br><br>MARJORIE ANNE STRELLMAN C/O CHARLENE MARIE<br>329 OSBORNE STREET<br>VISTA, CA 92084<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** S001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $357.82 |

| 3.561 | **Nonpriority creditor's name and mailing address**<br><br>MARK F. DUGGER AND CLIFF T. DUGGER<br>710 DAHLIA PLACE<br>SANTA MARIA, CA 93455<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 4670 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $531.63 |

Debtor 1 _____ (Name)

| | Part 2: | Additional Page | | Amount of claim |

| 3.562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45,439.61 |

**Nonpriority creditor's name and mailing address**

### 3.562
MARK F. PAYNE
2430 ROLLING GREEN DR
SANTA MARIA, CA 93455-1525

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $45,439.61

---

### 3.563
**Nonpriority creditor's name and mailing address**
MARK F. PAYNE
2430 ROLLING GREEN DR
SANTA MARIA, CA 93455-1525

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 7484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,508.02

---

### 3.564
**Nonpriority creditor's name and mailing address**
MARK KRAUS
6081 HALE AVENUE
CLEARLAKE, CA 95422

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** KM1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$113.88

---

### 3.565
**Nonpriority creditor's name and mailing address**
MARTHA L. BOUGHEN
27101 MISSION HILLS DR.
SAN JUAN CAPISTRANO, CA 92675-1505

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,631.30

---

### 3.566
**Nonpriority creditor's name and mailing address**
MARTHA L. BOUGHEN GUARDIAN FOR LUKE
27101 MISSION HILLS DR.
SAN JUAN CAPISTRANO, CA 92675-1505

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,824.51

Debtor 1 _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $157.79 |

3.567 **Nonpriority creditor's name and mailing address**
MARTINA M. MCGLYNN
911 ORANGE AVENUE
HUNTINGTON BEACH, CA 92648-4510

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$157.79

---

3.568 **Nonpriority creditor's name and mailing address**
MARTINEZ VERA
5841 LOS ENCINOS ST.
BUENA PARK, CA 90620

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,236.41

---

3.569 **Nonpriority creditor's name and mailing address**
MARY ANN DILLON
2005 E. CAIRO DRIVE
TEMPE, AZ 85282

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DIL1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$282.26

---

3.570 **Nonpriority creditor's name and mailing address**
MARY BERGEMANN, DECD
3810 WILSHIRE BLVD.
LOS ANGELES, CA 90010

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,426.44

---

3.571 **Nonpriority creditor's name and mailing address**
MARY CRANE, TRUSTEE
9564 N. BUTTE ROAD
LIVE OAK, CA 95953

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** C001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,717.75

---

Debtor (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.572** **Nonpriority creditor's name and mailing address**

MARY D. KRAUS
2709 KIRK LANE
BOWIE, MD 20715

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,140.83

---

**3.573** **Nonpriority creditor's name and mailing address**

MARY DOMONOSKE DOHERTY TRUST
741 W. 11TH STREET
CLAREMONT, CA 91711

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 8751**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$461.09

---

**3.574** **Nonpriority creditor's name and mailing address**

MARY ELEANOR CALVIN
10692 ENCINO DRIVE
OAK VIEW, CA 93022

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,809.67

---

**3.575** **Nonpriority creditor's name and mailing address**

MARY HOEXTER
899 EAST CHARLESTON RD, APT M308
PALO ALTO, CA 94303

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3199**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,320.01

---

**3.576** **Nonpriority creditor's name and mailing address**

MARY KAY SWINDLE
3316 HOGARTH PLACE
FREMONT, CA 94555

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,341.74

---

Debtor   (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $831.00 |
|---|---|---|---|

3.577 **Nonpriority creditor's name and mailing address**

MARY LEE PROPST
909 N. E. LINDEN AVE.
HILLSBORO, OR 97124-2650

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: PRO1**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$831.00

---

3.578 **Nonpriority creditor's name and mailing address**

MARY LOCKHART HOLDER
5612 BEACHWOOD ST
PUNTA GORDA, FL 33982

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 9710**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$127.34

---

3.579 **Nonpriority creditor's name and mailing address**

MARY M. WOHLFORD C/O DAMASCO & ASSOCIATES
505 SANSOME STREET #1701
SAN FRANCISCO, CA 94111-3121

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,446.68

---

3.580 **Nonpriority creditor's name and mailing address**

MARY MCFARLAND
ROUTE-1, P. O. BOX 139
CLEVER, MO 85048

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,747.46

---

3.581 **Nonpriority creditor's name and mailing address**

MARY MELAINE TOKAR
532 N. JANSS WAY
ANAHEIM, CA 92805

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,115.23

Debtor _____
(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.582 | **Nonpriority creditor's name and mailing address**<br><br>MATHEW CONNOLLY<br>19966 POWERS RD.<br>BEND, OR 97703<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** O001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,823.42 |
| 3.583 | **Nonpriority creditor's name and mailing address**<br><br>MAUREEN DRISCOLL SINGH<br>3726 MAYFIELD AVENUE<br>GLENDALE, CA 91214<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $16,336.00 |
| 3.584 | **Nonpriority creditor's name and mailing address**<br><br>MAXIMO PELAYO-MONTE LIBANO 54<br>COLONIA INDEPENDENCIA<br><br>GUADALAJARA,<br><br>MEXICO<br>GUADALAJARA<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $915.06 |
| 3.585 | **Nonpriority creditor's name and mailing address**<br><br>MAXINE M. GOODY<br>1510 SAN LORENZO AVENUE<br>BERKLEY, CA 94707-182<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $85.16 |
| 3.586 | **Nonpriority creditor's name and mailing address**<br><br>MAXINE MAUSSNEST GOODY<br>1510 SAN LORENZO AVE.<br>BERKELY, CA 94707<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $23.93 |

Debtor 1 _____ (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.587** | **Nonpriority creditor's name and mailing address**
MAY H. MORRISON
1012 NORTH BRADFORD
PLACENTIA, CA 92670-430

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,206.27

---

**3.588** | **Nonpriority creditor's name and mailing address**
MAYFIELD BLUEPRINT
3130 SKYWAY DRIVE #104
SANTA MARIA, CA 93455-1817

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.83

---

**3.589** | **Nonpriority creditor's name and mailing address**
MCFARLAND FAMILT TRUST
5801 FRIENDS AVENUE
WHITTIER, CA 90601-372

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,593.80

---

**3.590** | **Nonpriority creditor's name and mailing address**
MCGRAW TOOL COMPANY
1100 NORTH VENTURA AVE.
VENTURA, CA 93001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$840.00

---

**3.591** | **Nonpriority creditor's name and mailing address**
MEKUSUKEY OIL COMPANY L.L.C.
PO BOX 816, 201 S. MEKUSUKEY AVE
WEWOKA, OK 74884-0816

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 7680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,822.11

Debtor (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.592** | **Nonpriority creditor's name and mailing address**
MERIT COURT REPORTING & VIDEO
1151 LEFF STREET
SAN LUIS OBISPO, CA  9340-3709

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,141.50

**3.593** | **Nonpriority creditor's name and mailing address**
MICHAEL C. MITCHELL
6528 BRITTAIN STREET
LONG BEACH, CA  90808

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,873.86

**3.594** | **Nonpriority creditor's name and mailing address**
MICHAEL J. SOUZA
PO BOX 2337
ORCUTT, CA  93457

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,291.65

**3.595** | **Nonpriority creditor's name and mailing address**
MICHAEL MCLAUGHLIN
3840 N WOODRIDGE WAY
FLAGSTAFF, AZ  86004

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

**3.596** | **Nonpriority creditor's name and mailing address**
MICHAEL MCLAUGHLIN
3840 N WOODRIDGE WAY
FLAGSTAFF, AZ  88004

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: CLM1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$553.47

Debtor _____ (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.597 | **Nonpriority creditor's name and mailing address**<br><br>MICHAEL OXANDABOURE<br>17391 ELM<br>FOUNTAIN VALLEY, CA 92708<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,680.04 |
|---|---|---|---|
| 3.598 | **Nonpriority creditor's name and mailing address**<br><br>MICHELE MORETTI C/O GLENN BURDETTE<br>2222 SOUTH BROADWAY, SUITE A<br>SANTA MARIA, CA 93454<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** M002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $461.03 |
| 3.599 | **Nonpriority creditor's name and mailing address**<br><br>MILDRED H. HARBORDT TRUST<br>P.O. BOX 41779<br>AUSTIN, TX 78704<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 4312 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,218.13 |
| 3.600 | **Nonpriority creditor's name and mailing address**<br><br>MILDRED H. HARBORDT TRUST<br>P.O. BOX 41779<br>AUSTIN, TX 78704<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,710.47 |
| 3.601 | **Nonpriority creditor's name and mailing address**<br><br>MILLENNIUM ENERGY, INC.<br>712 ARBOR AVENUE<br>VENTURA, CA 93003<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** MILL | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $207.83 |

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,689.92 |
|---|---|---|---|
| | MILLICENT JAMES, TRUSTEE<br>1116 PISMO STREET<br>SAN LUIS OBISPO, CA 93401 | ☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,139.84 |
|---|---|---|---|
| | MILTON M. BROCK<br>194 AVENIDA ORONTES<br>CATHEDRAL CITY, CA 92234 | ☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58,653.65 |
|---|---|---|---|
| | MITCHELL CHADWICK<br>3001 LAVA RIDGE COURT<br>ROSEVILLE, CA 95661 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,344.34 |
|---|---|---|---|
| | MLT TRUST OF 1995 BANK OF NEW YORK / E. FALKENHEIM<br>ONE WALL STREET, 23RD FLOOR<br>NEW YORK, NY 10286 | ☒ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,306.90 |
|---|---|---|---|
| | MMI SERVICES<br>4042 PATTON WAY<br>BAKERSFIELD, CA 93308-5119 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor    (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,036.27 |
|-------|---|---|---|

**Nonpriority creditor's name and mailing address**

3.607

MORGANTI RANCH
PO BOX 2075
ORCUTT, CA 93457

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,036.27

---

3.608

MR. BACKFLOW
P.O. BOX 8106
SANTA MARIA, CA 93456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$439.00

---

3.609

MR. T TRANSPORT INC.
15535 GARFIELD AVENUE
PARAMOUNT, CA 90723

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,675.35

---

3.610

MT. WASHINGTON PEDIATRIC HOSPITAL
1708 WEST RODGERS AVE.
BALTO, MD 21209

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,045.08

---

3.611

MTS STIMULATION SERVICES, INC
6300 PRICE WAY
BAKERSFIELD, CA 93308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,039.47

Debtor _____ Case number (if known) _____
           (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.612** | **Nonpriority creditor's name and mailing address**
MUNDELL, ODLUM & HAWS, LLP
650 HOSPITALITY LANE SUITE 470
SAN BERNARDINO, CA 92408

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,789.83

---

**3.613** | **Nonpriority creditor's name and mailing address**
MUNICIPAL SECURITIES COMPANY ATTENTION LINDA VON HANNEKEN-MARTIN
1940 SODA MOUNTAIN
ASHLAND, OR 97520

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,069.00

---

**3.614** | **Nonpriority creditor's name and mailing address**
MURIEL A. DENNIS
1637 KENYON PLACE
CLAREMONT, CA 91711

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,002.23

---

**3.615** | **Nonpriority creditor's name and mailing address**
N. ETHEL SKIFF
326 N. POINSETTIA PLACE
LOS ANGELES, CA 90036

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,127.60

---

**3.616** | **Nonpriority creditor's name and mailing address**
NAESS FAMILY TRUST B
22601 ALLVIEW TERRACE
LAGUNA BEACH, CA 92651

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NAES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,952.10

---

Debtor   1 (Name)

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.617 | **Nonpriority creditor's name and mailing address**<br>NANCY LAFORCE KEYES<br>1103 NORTH GARLAND STREET<br>MIDLAND, TX 79703<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,133.73 |
| 3.618 | **Nonpriority creditor's name and mailing address**<br>NANCY W. ASHTON REV. TRUST<br>C/O STEPHEN FISHER ASSOC, TRUSTEE<br>11414 W. PARK PL., SUITE 107<br>MILWAUKEE, WI 53224<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** ART1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,584.74 |
| 3.619 | **Nonpriority creditor's name and mailing address**<br>NANCY W. ASHTON REV. TRUST<br>C/O STEPHEN FISHER ASSOC, TRUSTEE<br>11414 W. PARK PL., SUITE 107<br>MILWAUKEE, WI 53224<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.620 | **Nonpriority creditor's name and mailing address**<br>NANCY W. HANNA<br>300 E. 56TH ST, APT 27G<br>NEW YORK, NY 10022<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,488.68 |
| 3.621 | **Nonpriority creditor's name and mailing address**<br>NANCY W. MCGILVRA<br>8618 S. 31ST WAY<br>PHOENIX, AZ 85042<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** MCG1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $245.48 |

Debtor 1  Weatherford International, LLC (and related cases)

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.622 | **Nonpriority creditor's name and mailing address**<br><br>NELDA J. BAYHA<br>79600 MANDEVILLE RD<br>BERMUDA DUNES, CA  92201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** BAYH | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $2,042.08 |
| 3.623 | **Nonpriority creditor's name and mailing address**<br><br>NELDA J. BAYHA<br>79600 MANDEVILLE RD<br>BERMUDA DUNES, CA  92201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $161.00 |
| 3.624 | **Nonpriority creditor's name and mailing address**<br><br>NETHERLAND, SEWELL & ASSOC, IN<br>4500 THANKSGIVING TOWER<br>DALLAS, TX  75201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $152,700.28 |
| 3.625 | **Nonpriority creditor's name and mailing address**<br><br>NICHOLAS JOHN LYPPS<br>158 MYSTERY LANE<br>GUNNISON, CO  81230<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** L001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $257.01 |
| 3.626 | **Nonpriority creditor's name and mailing address**<br><br>NICOLAI FAMILY PARTNERS<br>P.O. BOX 91894<br>LONG BEACH, CA  90809-1894<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** F002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,064.02 |

Debtor 1  _____
(Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,008.17 |

**3.627**

**Nonpriority creditor's name and mailing address**

NICOLAS DE LAVALETTE A/C #987020 BANK OF NEW YORK / E.FALKENHEIM
ONE WALL STREET 23RD FLOOR
NEW YORK, NY  10286

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1,008.17

---

**3.628**

**Nonpriority creditor's name and mailing address**

NICOLE KATHERIN DEAN
101222 LAKE
TRUKEE, CA  96161

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** NKD1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $551.99

---

**3.629**

**Nonpriority creditor's name and mailing address**

NICOLE KATHERINE DEAN
101222 LAKE
TRUKEE, CA  96161

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $5,098.29

---

**3.630**

**Nonpriority creditor's name and mailing address**

NINA INGHAM C/O VIRGINIA ANDRADE
7600 LOWER RIVER RD
GRANTS PASS, OR  97526

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $185.71

---

**3.631**

**Nonpriority creditor's name and mailing address**

NINA NINA INGHAM FAMILY TRUST
7600 LOWER RIVER RD.
GRANTS PASS, OR  97526

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $40.33

---

Debtor _____ (Name)

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

**3.632** **Nonpriority creditor's name and mailing address**

NO. CALIF. COLLECTION SERVICE, INC.
700 LEISURE LANE
SACRAMENTO, CA 95815

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.633** **Nonpriority creditor's name and mailing address**

NORMA OXANDABOURE
18990 VISTA DE MONTANAS
MURRIETA, CA 92562

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,351.63

---

**3.634** **Nonpriority creditor's name and mailing address**

NORMA SPRINGFIELD
6973 KOURIE WAY #1912
HESPERIA, CA 92345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,233.32

---

**3.635** **Nonpriority creditor's name and mailing address**

NUMERIC SOLUTIONS, LLC
P.O. BOX 999
VENTURA, CA 93002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,500.00

---

**3.636** **Nonpriority creditor's name and mailing address**

O'CONNOR PEST CONTROL
101 CUYAMA LANE
NIPOMO, CA 93444

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$225.00

---

Debtor (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.637 | **Nonpriority creditor's name and mailing address**<br><br>ODYSSEY ROYALTIES, L.L.C.<br>8261 S. MONACO COURT<br>ENGLEWOOD, CA 80112<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,981.61 |

| 3.638 | **Nonpriority creditor's name and mailing address**<br><br>OGLETREE, DEAKINS, NASH, SMOAK<br>POST OFFICE BOX 89<br>COLUMBIA, SC 29202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36,806.51 |

| 3.639 | **Nonpriority creditor's name and mailing address**<br><br>OLDHAM<br>1001 OAKDALE ROAD<br>OAKDALE, PA 15071-1500<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,980.19 |

| 3.640 | **Nonpriority creditor's name and mailing address**<br><br>OLGA N. URBACH<br>1097 S BEDFORD DRIVE APT #101<br>LOSA ANGELES, CA 90035-104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $473.23 |

| 3.641 | **Nonpriority creditor's name and mailing address**<br><br>OLGA NEISSER<br>10585 BUTTERFIELD ROAD<br>LOS ANGELES, CA 90064<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,697.80 |

Debtor   Sable Permian Resources, LLC
(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.642** | **Nonpriority creditor's name and mailing address**

OLIVER COX TRUST A/C #980712 BANK OF NEW YORK / E. FALKENHEIM,
P. O. BOX 5825
NEW YORK, NY 10286

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,008.14
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.643** | **Nonpriority creditor's name and mailing address**

OPAL D. DOMEIKA
18271 SOUTH 350 EAST
CLINTON, IN 47842-7206

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $34,222.31
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.644** | **Nonpriority creditor's name and mailing address**

OTIS F. BELL TRUSTEE
SHERRY BELL, 4030 LUNA CT
PLACERVILLE, CA 95667

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $194,999.23
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.645** | **Nonpriority creditor's name and mailing address**

OTTIS E. PITTMAN
1621 NO. LINDENDALE AVE.
FULLERTON, CA 92831

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** PIT1

**As of the petition filing date, the claim is:** $6,509.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.646** | **Nonpriority creditor's name and mailing address**

P.A. BRENNAN TRUST
P.O. BOX 5383
DENVER, CO 80217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 6947

**As of the petition filing date, the claim is:** $1,426.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor (Name)

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,172.37 |

**Nonpriority creditor's name and mailing address**

3.647

P.K. DAY
1321 LICK CREEK ROAD
EDWARDS, MO 65326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,172.37

---

3.648

**Nonpriority creditor's name and mailing address**

PACIFIC AMERICAN OIL CO.
10900 WILSHIRE BLVD, SUITE-1600
LOS ANGELES, CA 90024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$102,372.22

---

3.649

**Nonpriority creditor's name and mailing address**

PACIFIC AMERICAN OIL CO.
10900 WILSHIRE BLVD, SUITE-1600
LOS ANGELES, CA 90024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** PAC1

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,363.41

---

3.650

**Nonpriority creditor's name and mailing address**

PACIFIC OPERATING COMPANY
P. O. BOX 967
HOUSTON, TX 77001-0967

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,184.46

---

3.651

**Nonpriority creditor's name and mailing address**

PACIFIC PETROLEUM CALIFORNIA, INC.
1615 E. BETTERAVIA RD.
SANTA MARIA, CA 93454

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

Debtor (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.652 | **Nonpriority creditor's name and mailing address**<br>PACIFIC PETROLEUM CORP.<br>PO BOX 2646<br>ORCUTT, CA 93457<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $244,306.21 |
|---|---|---|---|
| 3.653 | **Nonpriority creditor's name and mailing address**<br>PADILLA'S WELDING & CONSTRUCTI<br>P.O. BOX 1209<br>PLACENTIA, CA 92870<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,270.00 |
| 3.654 | **Nonpriority creditor's name and mailing address**<br>PAM OGDEN<br>18120 RIDGEGATE CT.<br>GLASTONE, OR 97027<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** OP1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $113.84 |
| 3.655 | **Nonpriority creditor's name and mailing address**<br>PAMELA J. GILROY<br>2251 N. RAMPART BLVD # 215<br>LAS VEGAS, NV 89128<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,857.31 |
| 3.656 | **Nonpriority creditor's name and mailing address**<br>PAMELA J. GILROY<br>2251 N. RAMPART BLVD # 215<br>LAS VEGAS, NV 89128<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** GILR | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $217.73 |

Debtor 1 _____ Case number (if known)_____
(Name)

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $910.68 |

3.657 **Nonpriority creditor's name and mailing address**

PAMELA SHELLHORN
17032 LA KENICE WAY
YORBA LINDA, CA 92886-3717

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$910.68

---

3.658 **Nonpriority creditor's name and mailing address**

PATRICIA A. KODY
34232 ATTERIDGE PLACE
FREMONT, CA 94555

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,341.88

---

3.659 **Nonpriority creditor's name and mailing address**

PATRICIA ANN MARTIN
24 HASKEL
GLOUSTER, MA 01930

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** R002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,513.33

---

3.660 **Nonpriority creditor's name and mailing address**

PATRICIA ANN PAIONI
18004 RIVER CIRCLE UNIT #3
CANYON COUNTRY, CA 91351

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.61

---

3.661 **Nonpriority creditor's name and mailing address**

PATRICIA BROEDER
18115 SHADOW VALLEY DR.
SPRING, TX 77379

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,624.91

Debtor (Name)

| | Amount of claim |
|---|---|

**Part 2:** Additional Page

**3.662** **Nonpriority creditor's name and mailing address**

PATRICIA L. PAULDINE
2251 N. RAMPART BLVD. # 235
LAS VEGAS, NV 89128-7640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,857.35

---

**3.663** **Nonpriority creditor's name and mailing address**

PATRICIA L. PAULDINE
2251 N. RAMPART BLVD. # 235
LAS VEGAS, NV 89128-7640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** PAUL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$217.76

---

**3.664** **Nonpriority creditor's name and mailing address**

PATRIOT ENVORONMENTAL SERVICES
2151 E. PHILADELPHIA STREET
ONTARIO, CA 91761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,277.00

---

**3.665** **Nonpriority creditor's name and mailing address**

PAUL AND MARTHA PULLEN
P.O. BOX 1112
CHICO, CA 95927

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,694.63

---

**3.666** **Nonpriority creditor's name and mailing address**

PAUL CAREY
212 BAKER APT. 108
ROYAL OAK, MI 48067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,591.80

---

Debtor 1   (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,874.15 |
|---|---|---|---|

3.667 **Nonpriority creditor's name and mailing address**

PAUL RAYMOND STUCK JR.
2407 POINSETTIA STREET
SANTA ANA, CA 92706-2051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,874.15

---

3.668 **Nonpriority creditor's name and mailing address**

PAUL RAYMOND STUCK JR.
2407 POINSETTIA STREET
SANTA ANA, CA 92706-2051

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: STU1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $840.85

---

3.669 **Nonpriority creditor's name and mailing address**

PAUL T. RIGHETTI
7476 GRACIOSA ROAD
SANTA MARIA, CA 93455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: PTR**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,490.25

---

3.670 **Nonpriority creditor's name and mailing address**

PAUL VERNON BRUCE JR.
1150 VENTURA BVD # 100
CAMARILLO, CA 93010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: BRU1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $425.63

---

3.671 **Nonpriority creditor's name and mailing address**

PAULA MCGINNIS
1510 SAN LORENZO AVENUE
BERKELEY, CA 94707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: GOO1**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,734.91

Debtor _____ Case number (if known) _____
  (Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.672 | **Nonpriority creditor's name and mailing address**<br><br>PAULA PYCHE<br>7367 GRACIOSA ROAD<br>SANTA MARIA, CA 93455<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** PAP | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,993.49 |

| 3.673 | **Nonpriority creditor's name and mailing address**<br><br>PAULINE V. BUCHANAN<br>1819 RAND AVENUE<br>CARSON CITY, NV 89706<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,734.15 |

| 3.674 | **Nonpriority creditor's name and mailing address**<br><br>PC MECHANICAL<br>PO BOX 579<br>SANTA MARIA, CA 93456<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66.88 |

| 3.675 | **Nonpriority creditor's name and mailing address**<br><br>PEDESTAL OIL CO., INC.<br>P. O. BOX 99550<br>OKLAHOMA CITY, OK 73199<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,769.54 |

| 3.676 | **Nonpriority creditor's name and mailing address**<br><br>PEP EXPRESS PARTS<br>1723 SOUTH BROADWAY<br>SANTA MARIA, CA 93454<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $227.71 |

Debtor 1     _____

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.677**    **Nonpriority creditor's name and mailing address**

PESTOLESI FAMILY TRUST DTD 12/20/82
8566 TRINITY CIRCLE #819-B
HUNTINGTON BEACH, CA 92646

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$1,310.29

---

**3.678**    **Nonpriority creditor's name and mailing address**

PETER GAMBINO
17841 PINERIDGE DRIVE
YORBA LINDA, CA 92886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6GAM

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$318.86

---

**3.679**    **Nonpriority creditor's name and mailing address**

PETROLEUM LANDOWNERS CORP LTD
P.O. BOX 11471
SANTA ANA, CA 92711-147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$1,507.90

---

**3.680**    **Nonpriority creditor's name and mailing address**

PETROROCK LLC
P.O. BOX 13550
BAKERSFIELD, CA 93389-3550

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 4590

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$7,544.51

---

**3.681**    **Nonpriority creditor's name and mailing address**

PG&E
POST OFFICE BOX 997300
SACRAMENTO, CA 95899-7300

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

$624,332.15

---

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,995.93 |

PHILIP BARBOUR
66 LOIS STREET
PORTSMOUTH, NH 03801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,008.23 |

PHILIPPE TRUST #98725 BANK OF NEW YORK / E. FALKENHEIM
ONE WALL STREET 23RD FLOOR
NEW YORK, NY 10286

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,585.60 |

PHYLLIS AILEEN KRUGER
985 ITHACA DRIVE
BOULDER, CO 80303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,230.42 |

PHYLLIS H. REYMUNDO
1648 EAST OAK STREET
PLACENTIA, CA 92870-6606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $149.31 |

PLACENTIA DISPOSAL
1131 N. BLUE GUM ST
ANAHEIM, CA 92806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____ Case number (if known)_____
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $171,295.61 |
|-------|------|------|------|

**3.687**

**Nonpriority creditor's name and mailing address**

PLACENTIA UNIFIED SCHOOL DIST
1301 E. ORANGETHROPE AVENUE
PLACENTIA, CA 92870

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$171,295.61

---

**3.688**

**Nonpriority creditor's name and mailing address**

PLANNING AND DEVELOPMENT
COUNTY OF SANTA BARBARA
123 E. ANAPAMU STREET
SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,627.11

---

**3.689**

**Nonpriority creditor's name and mailing address**

POWER & PERFORMANCE AIR
1400 EASTON DRIVE, SUITE #119
BAKERSFIELD, CA 93309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$189.95

---

**3.690**

**Nonpriority creditor's name and mailing address**

PRESBYTERIAN CHURCH (USA)
PO BOX 406863
ATLANTA, GA 30384-6863

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,587.40

---

**3.691**

**Nonpriority creditor's name and mailing address**

PRICE, POSTEL & PARMA LLP
200 E. CARILLO ST. SUITE 400
SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$465.00

---

Debtor 1 _____ Case number (if known) _____
       (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.692 | **Nonpriority creditor's name and mailing address**<br><br>PRISCILLA FREEBERG<br>12813 EAGLE RIDGE DRIVE<br>BURNSVILLE, MN  55337-3582<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** FRE1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,542.50 |

| 3.693 | **Nonpriority creditor's name and mailing address**<br><br>PRO DIESEL REPAIR<br>1021 S. BLOSSER # C<br>SANTA MARIA, CA  93458<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,718.18 |

| 3.694 | **Nonpriority creditor's name and mailing address**<br><br>PRODUCTION DATA INC<br>PO BOX 3266<br>BAKERSFIELD, CA  93385<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,828.67 |

| 3.695 | **Nonpriority creditor's name and mailing address**<br><br>PROSPECTIVE INVESTMENT AND TRADING CO.<br>2162 E. 61ST STREET<br>TULSA, OK  74136<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,293.36 |

| 3.696 | **Nonpriority creditor's name and mailing address**<br><br>PUNTA DE LAGUNA PROPERTIES LLC C/O DOROTHY<br>HAMILTON CPA<br>314 E. CHAPEL STREET<br>SANTA MARIA, CA  93454<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** LP01 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,325.88 |

Debtor 1    (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.697 | **Nonpriority creditor's name and mailing address**<br><br>PURSUIT ENERGY CORP.<br>P. O. BOX 671098<br>DALLAS, TX 75367<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: R001** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $557.22 |
| 3.698 | **Nonpriority creditor's name and mailing address**<br><br>QUINN RENTAL SERVICE<br>PO BOX 849665<br>LOS ANGELES, CA 90084-9665<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,246.66 |
| 3.699 | **Nonpriority creditor's name and mailing address**<br><br>QUINN EMANUEL URQUHART OLIVER<br>865 S. FIGUEROA STREET 10TH FLOOR<br>LOS ANGELES, CA 90017<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,453.35 |
| 3.700 | **Nonpriority creditor's name and mailing address**<br><br>R. CRISPIAN CHERRY SUC TTEE U/W/O<br>135 GLENCREST LANE<br>PASO ROBLES, CA 93446<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,658.63 |
| 3.701 | **Nonpriority creditor's name and mailing address**<br><br>R. D. ETCHANDY TRUSTEE<br>315 SOUTH VIA MONTENARO<br>ANAHEIM, CA 92807<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,249.93 |

Debtor _____

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

### 3.702

**Nonpriority creditor's name and mailing address**

R.D.I. SVC TTE UNDER DEC OF TRST
P.O. BOX 80375
PHOENIX, AZ 85060-0375

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,838.00

---

### 3.703

**Nonpriority creditor's name and mailing address**

R.H. SMURR TRUST #000
P.O. BOX 5383
DENVER, CO 80217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6944

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$713.04

---

### 3.704

**Nonpriority creditor's name and mailing address**

R.H. SMURR TRUST #001
P.O. BOX 5383
DENVER, CO 80217

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 6945

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$713.04

---

### 3.705

**Nonpriority creditor's name and mailing address**

RALPH A. PHILLIPS
3530 N. EL DORADO AVE.
LAKE HAVASU CITY, AZ 86406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RAP1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,853.76

---

### 3.706

**Nonpriority creditor's name and mailing address**

RALPH BERNUMDEZ
1601 EUCALYPTUS
BREA, CA 92621

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,178.07

---

Debtor    (Name)    Case number (if known)    (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.707** | **Nonpriority creditor's name and mailing address**

RALPH R. GONZALEZ
18622 CENTER STREET
ORANGE, CA  92869

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,733.44

---

**3.708** | **Nonpriority creditor's name and mailing address**

RAMON F. LEYVA
28 ROCKY KNOLL
IRVINE, CA  92612

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,978.32

---

**3.709** | **Nonpriority creditor's name and mailing address**

RAY PRESCOTT
58436 RIVER RD
COQUILLE, OR  97423

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,814.63

---

**3.710** | **Nonpriority creditor's name and mailing address**

RDI ROYALTY DISTRIBUTORS INC.
P.O. BOX 24116
TEMPLE, AZ  85285

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** I001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,186.96

---

**3.711** | **Nonpriority creditor's name and mailing address**

READYREFRESH
P.O. BOX 856158
LOUISVILLE, KY  40285-6158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$790.59

Debtor 1 _____ (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.712** **Nonpriority creditor's name and mailing address**

REBECCA G. THOMPSON
137 WARWICK PLACE
SOUTH PASADENA, CA 91030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 1127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,660.46

---

**3.713** **Nonpriority creditor's name and mailing address**

REDLANDS UNITED CHURCH CHRIST
P. O. BOX 1838
REDLANDS, CA 92375-1838

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,313.13

---

**3.714** **Nonpriority creditor's name and mailing address**

REESE SALES COMPANY
2301 GIBSON ST
BAKERSFIELD, CA 93308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,239.75

---

**3.715** **Nonpriority creditor's name and mailing address**

REETZ, FOX & BARTLETT LLP
116 E. SOLA ST.
SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$90,381.40

---

**3.716** **Nonpriority creditor's name and mailing address**

REGIONAL WATER QUALITY CONTROL BOARD
CENTRAL COAST REGION
895 AEROVISTA PL., SUITE 100
SAN LUIS OBISPO, CA 93401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,986.99 |
|---|---|---|---|

RENE FOWLER AND TIMOTHY RIGHETTI
7476 GRACIOSA ROAD
SANTA MARIA, CA 93455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** MA1

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $166.63 |
|---|---|---|---|

REPUBLIC SERVICES
P.O BOX 1788
VENTURA, CA 93002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $829.74 |
|---|---|---|---|

RICHARD A. GATEWOOD
12206 MAPPLE STREET
MOUNTAIN HOME, AR 72653

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** T003

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $189.35 |
|---|---|---|---|

RICHARD A. GATEWOOD
12206 MAPPLE STREET
MOUNTAIN HOME, AR 72653

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,826.58 |
|---|---|---|---|

RICHARD A. WALLACE TRUSTEE
11792 LOMA LINDA WAY
SANTA ANA, CA 92705-3033

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** WAL3

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____ Case number (if known) _____
 (Name)

| | |
|---|---|
| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.722 | **Nonpriority creditor's name and mailing address** | $3,398.05 |

**Nonpriority creditor's name and mailing address**
RICHARD AND DIANE MORRIS FAMILY TRUST
6658 DENTON FERRY RD
COTTER, AR 72626

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: DM01**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,398.05

---

| 3.723 | | $11,729.02 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
RICHARD M. WHITE
20211 COUNTY SCENE, COUNTY ROAD # 174
HELOTES, TX 78023

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.724 | | $1,002.08 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
RICHARD MUSCIO
35 HICORY CLUB DRIVE
CODY, WY 82414

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: RM1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.725 | | $3,613.26 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
RICHARD T. LEAVER
712 NORTH LINDEN DR.
BEVERLY HILLS, CA 90210-3226

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.726 | | $476.28 |
|---|---|---|

**Nonpriority creditor's name and mailing address**
RICHARD W. ACKERMAN
P.O. BOX 559
DARBY, MT 59829

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: ACK2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.727 | **Nonpriority creditor's name and mailing address**<br>RICHARD W. ACKERMAN TRUSTEE OF<br>P.O. BOX 559<br>DARBY, MT 59829<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** ACK1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,327.32 |
|---|---|---|

| 3.728 | **Nonpriority creditor's name and mailing address**<br>RIVAL WELL SERVICES, INC.<br>18812 HIGHWAY 65<br>BAKERSFIELD, CA 93308<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.729 | **Nonpriority creditor's name and mailing address**<br>RIVAL WELL SERVICES, INC.<br>PO BOX 12620<br>BAKERSFIELD, CA 93389<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,905.50 |

| 3.730 | **Nonpriority creditor's name and mailing address**<br>ROBERT A. & MARILLYN PESTOLESI<br>8566 TRINITY CIRCLE #819-B<br>HUNTINGTON BEACH, CA 92646<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,786.98 |

| 3.731 | **Nonpriority creditor's name and mailing address**<br>ROBERT A. & SARAH CLOSSON<br>1093 HWY 12 EAST<br>TOWNSEND, MT 59644-9801<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,331.36 |

Debtor _____
(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $464.48 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
ROBERT A. & SARAH CLOSSON
1093 HWY 12 EAST
TOWNSEND, MT 59644-9801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CLO1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$464.48

---

3.733 **Nonpriority creditor's name and mailing address**
ROBERT A. NEVINS
2211 E. MADISON
ORANGE, CA 92667

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,576.09

---

3.734 **Nonpriority creditor's name and mailing address**
ROBERT A. RIGHETTI
1420 WEST POZO ROAD
SANTA MARGARITA, CA 93453

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 5550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,237.56

---

3.735 **Nonpriority creditor's name and mailing address**
ROBERT D. ETCHANDY TRUST C/O SUSAN MCCULLOCH
315 VIA MONTANERA
ANAHEIM, CA 92807

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,620.70

---

3.736 **Nonpriority creditor's name and mailing address**
ROBERT EMIL WETZEL
1419 KEEGAN WAY
SANTA ANA, CA 92705

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,120.32

Debtor    (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.737** | **Nonpriority creditor's name and mailing address** | $157.32
ROBERT EMIL WETZEL
1419 KEEGAN WAY
SANTA ANA, CA 92705

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** WET1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.738** | **Nonpriority creditor's name and mailing address** | $578.07
ROBERT ETCHANDY C/O MR. JOHN MCCULLOCH
315 SOUTH VIA MONTANERA
ANAHEIM, CA 92807

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** ETC1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.739** | **Nonpriority creditor's name and mailing address** | $15,210.54
ROBERT KESTNER
815 VINEYARD CT.
PLEASANT HILL, CA 94523

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** EST1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.740** | **Nonpriority creditor's name and mailing address** | $810.37
ROBERT L.WLLIAMS & MARGARET L. WILLIAMS
ROBERT L. WILLIAMS AS TO REMAINDER
GRAND JUNCTION, CO 81506

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** CAS1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.741** | **Nonpriority creditor's name and mailing address** | $2,110.97
ROBERT MORALES
P.O. BOX 3
ATWOOD, CA 92601-0003

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.742 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT P. SCOTT<br>7200 DUNDEE LANE<br>FALLON, NV 89406<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,105.00 |
| 3.743 | **Nonpriority creditor's name and mailing address**<br><br>ROBERTA W. CHIPMAN<br>101 W. RIVER ROAD #37<br>TUCSON, AZ 85704-511<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $315.47 |
| 3.744 | **Nonpriority creditor's name and mailing address**<br><br>ROBIN ALLYN LUSH C/O 1ST NATIONAL BANK<br>ATTN: ROBERT STAFFORD, ACCT#038679<br>AMES, IA 50010<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66,242.20 |
| 3.745 | **Nonpriority creditor's name and mailing address**<br><br>ROCKIN CJ TRANSPORT<br>PO BOX 6839<br>SANTA MARIA, CA 93456<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,915.00 |
| 3.746 | **Nonpriority creditor's name and mailing address**<br><br>RODNEY CAREY<br>709 E. FARNUM<br>ROYAL OAK, MI 48067<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,200.38 |

Debtor _____ Case number (if known) _____
       (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.747 | **Nonpriority creditor's name and mailing address**<br><br>ROGAN TAGGERT SEAMANS<br>208 N. WASHINGTON ST<br>CLOVERDALE, CA  95425<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: SEA3** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,454.11 |
|---|---|---|
| 3.748 | **Nonpriority creditor's name and mailing address**<br><br>ROGER & ROSENDA V ORTIZ<br>320 VAN BUREN<br>PLACENTIA, CA  92670-5426<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,182.35 |
| 3.749 | **Nonpriority creditor's name and mailing address**<br><br>ROLAND N. & SALLY L. MILLER<br>3028 SANDY HILL LANE<br>SANTA MARIA, CA  93455<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $900.00 |
| 3.750 | **Nonpriority creditor's name and mailing address**<br><br>ROLLA R. WEBB<br>3323 EAST MARIPOSA<br>PHOENIX, AZ  58018-332<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $315.55 |
| 3.751 | **Nonpriority creditor's name and mailing address**<br><br>ROMAN CATHOLIC ARCHBISHOP OF LA<br>3424 WILSHIRE BLVD<br>LOS ANGELES, CA  90010-2241<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2694** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,239.07 |

Debtor _____ (Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.752 | **Nonpriority creditor's name and mailing address**<br><br>ROMAN CATHOLIC ARCHBISHOP OF LA<br>3424 WILSHIRE BLVD.<br>LOS ANGELES, CA 90010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.753 | **Nonpriority creditor's name and mailing address**<br><br>ROMAN CATHOLIC BISHOP OF ORANGE<br>2811 EAST VILLA REAL DRIVE<br>ORANGE, CA 92867<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,111.00 |

| 3.754 | **Nonpriority creditor's name and mailing address**<br><br>RONALD H. SOUZA JR.<br>PO BOX 234<br>SANTA MARIA, CA 93456-0234<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $258.33 |

| 3.755 | **Nonpriority creditor's name and mailing address**<br><br>RONALD A. NEWARK<br>5654 LINKS COURT<br>MERCED, CA 95340<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 4390 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $830.88 |

| 3.756 | **Nonpriority creditor's name and mailing address**<br><br>RONALD D. LE PAGE<br>23592 VIA BREVE<br>MISSION VIEJO, CA 92691<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.61 |

Debtor  (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.757 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,249.21 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
RONALD FRED VAN VLIET
1401 N. BRIGHTON STREET
LA HABRA, CA 90631

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** FVV1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,249.21

---

3.758 **Nonpriority creditor's name and mailing address**
RONALD L. AND CAROLYN J. VAN DE PUTTE
1776 N. PRELUDE DR.
ANAHEIM, CA 92807

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DEP2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,112.75

---

3.759 **Nonpriority creditor's name and mailing address**
RONALD L. NEWARK
2101 EAST BETTERAVIA RD.
SANTA MARIA, CA 93454

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 4320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$162.86

---

3.760 **Nonpriority creditor's name and mailing address**
RONALD LEE NEWARK
2101 EAST BETTERAVIA ROAD
SANTA MARIA, CA 95454

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** N001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,463.05

---

3.761 **Nonpriority creditor's name and mailing address**
ROSALIND RENOUARD
824 MADISON AVENUE
BAYNBRIDGE ISLAND, WA 98110

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 0080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,524.78

Debtor _____
 (Name)

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

---

**3.762** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $914.92
*Check all that apply.*

ROSALIO CASTANEDA PELAYO
HDA DE LA PEIDRA #2998
COLONIA OBIATOS S. L.
GUADALAJARA, JALISCO
MEXICO

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ROYALTY PAYABLE

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.763** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,098.70
*Check all that apply.*

ROSE L. BREIT TRUSTEE TESTAMENTARY
527 BUTTONWOOD
ANAHEIM, CA 92805-2226

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ROYALTY PAYABLE

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.764** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52,830.46
*Check all that apply.*

ROSE PICKENS
C/O ANNETTE DIAS, 3316 INGLEY STREET
EUREKA, CA 95503

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ROYALTY PAYABLE

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.765** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,146.88
*Check all that apply.*

ROSE REYMUNDO
4222 CASA LOMA
YORBA LINDA, CA 92686

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ROYALTY PAYABLE

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.766** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,633.18
*Check all that apply.*

ROY R. BOGNUDA JR & RAY A. BOGNUDA
680 CAMINO CABALLONI
POMO, CA 93444

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
ROYALTY PAYABLE

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number: 1541**

---

Debtor (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.767**

**Nonpriority creditor's name and mailing address**

ROY W. & ELAINE S. REEVES
626 BELLEFONTAINE ST
PASADENA, CA 91105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,048.22

---

**3.768**

**Nonpriority creditor's name and mailing address**

RUSSELL RICE
6120 ORCHARD STATION RD.
SEBASTOPOL, CA 95472

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** RR01

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$398.58

---

**3.769**

**Nonpriority creditor's name and mailing address**

RUTH LEIGH ALLEN
PO BOX 291
SHANDON, CA 92451-0291

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,214.62

---

**3.770**

**Nonpriority creditor's name and mailing address**

S & L SAFETY PRODUCTS
2918 LA PALOMA DRIVE
BULLHEAD CITY, AZ 86429

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,682.92

---

**3.771**

**Nonpriority creditor's name and mailing address**

SADD FAMILY TRUST
10100 SANTA MONICA BOULEVARD, SUITE 800
LOS ANGELES, CA 90067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,023.63

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td>Amount of claim</td></tr>
</table>

---

**3.772** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,506.19
*Check all that apply.*

SALLY RITTER
3875 SKYLINE BLVD
RENO, NV 89509-5661

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.773** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,008.46
*Check all that apply.*

SALLY RITTER
4392 SOLRE FLORBELL BLVD
LAS VEGAS, NV 89135

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** 1406

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.774** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00
*Check all that apply.*

SALLY RITTER
4392 SOLRE FLORBELL BLVD
LAS VEGAS, NV 89135

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.775** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $830.88
*Check all that apply.*

SAMANTHA ANN RAYMOND
1644 LEAH WAY
PASO ROBLES, CA 93446

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** 5650

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.776** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $315.57
*Check all that apply.*

SAMUEL W. WEBB
P.O. BOX 470
PINE, AZ 85544-047

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____ Case number (if known) _____
    (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,020.20 |

3.777 **Nonpriority creditor's name and mailing address**
SANDRA D MCENTEE
255 HAWKS HILL RD
SCOTTS VALLEY, CA 95066

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** DM01

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,020.20

---

3.778 **Nonpriority creditor's name and mailing address**
SANTA BARBARA COTTAGE HOSPITAL
PO BOX 689
SANTA BARBARA, CA 93102

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$242,986.74

---

3.779 **Nonpriority creditor's name and mailing address**
SANTA BARBARA COUNTY APCD
260 N. SAN ANTONIO RD., SUITE A
SANTA BARBARA, CA 93110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.780 **Nonpriority creditor's name and mailing address**
SANTA BARBARA COUNTY CLERK
511 E. LAKESIDE PARKWAY, SUITE 115
SANTA MARIA, CA 93455-1341

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$57.00

---

3.781 **Nonpriority creditor's name and mailing address**
SANTA BARBARA FOUNDATION
15 E. CARILLO ST.
SANTA BARBARA, CA 93101-2780

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$121,493.28

Debtor _____ Case number (if known) _____
    (Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $214.96 |

**3.782**

**Nonpriority creditor's name and mailing address**
SANTA MARIA DIESEL
365 W BETTERAVIA RD
SANTA MARIA, CA 93455-1292

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $214.96

---

**3.783**

**Nonpriority creditor's name and mailing address**
SANTA MARIA JOINT UNION HIGH SCHOOL DIST
2560 SKYWAY DRIVE
SANTA MARIA, CA 93455

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** U001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $19,042.97

---

**3.784**

**Nonpriority creditor's name and mailing address**
SANTA MARIA SUPPLY INC
529 S BLOSSER ROAD
SANTA MARIA, CA 93458

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $288.59

---

**3.785**

**Nonpriority creditor's name and mailing address**
SANTA MARIA TOOL, INC.
P.O. BOX 981
SANTA MARIA, CA 93456

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $30.00

---

**3.786**

**Nonpriority creditor's name and mailing address**
SB CNTY ENVIRONMENTAL HEALTH S
2125 S. CENTERPOINTE PKWY
SANTA MARIA, CA 93455

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $15,114.99

---

Debtor  (Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.787** **Nonpriority creditor's name and mailing address**

SB CNTY-APCD
260 NORTH SAN ANTONIO RD.,
SANTA BARBARA, CA 93110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$145,681.43

---

**3.788** **Nonpriority creditor's name and mailing address**

SB CNTY-P&D ACCOUNTING DEPT.
123 E. ANAPAMU STREET
SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$703,708.05

---

**3.789** **Nonpriority creditor's name and mailing address**

SB COUNTY AIR POLLUTION CONTRO
260 N. SAN ANTONIO ROAD, SUITE A
SANTA BARBARA, CA 93110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,867.00

---

**3.790** **Nonpriority creditor's name and mailing address**

SB COUNTY FLOOD CONTROL
130 EAST VICTORIA ST. #200
SANTA BARBARA, CA 93101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$245.00

---

**3.791** **Nonpriority creditor's name and mailing address**

SB-COUNTY FIRE DEPARTMENT
4410 CATHEDRAL OAKS ROAD
SANTA BARBARA, CA 93110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,469.00

---

Debtor (Name)

| | | Amount of claim |
|---|---|---|
| **Part 2:** | Additional Page | |

---

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,070.00 |
|---|---|---|---|

SCHIFF HARDIN LLP
233 S. WACKER DR.
CHICAGO, IL 60606

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,130.00 |
|---|---|---|---|

SCHLUMBERGER LIFT SOLUTIONS, L
P.O. BOX 1199
BAKERSFIELD, CA 93302-1199

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,737.67 |
|---|---|---|---|

SCS TRACER ENVIRONMENTAL
2601 SKYWAY DRIVE, SUITE #A1
SANTA MARIA, CA 93455

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $432.09 |
|---|---|---|---|

SEAN MCLAUGHLIN
17101 SPRINGDALE ST.
APT. 125
HUNTINGTON BEACH, CA 92649

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** CLS1

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $874.73 |
|---|---|---|---|

SECARIAS PELAYO
4702 HOLLYLINE
SANTA ANA, CA 92703

*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor 1  _____
           (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.797 | **Nonpriority creditor's name and mailing address**<br>SHARON DURNEY<br>2713 GOLONDRINA WAY<br>PALM SPRINGS, CA 92264<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 0015 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,112.52 |
| 3.798 | **Nonpriority creditor's name and mailing address**<br>SHARON M. PENTEK<br>2822 FARVIEW<br>RICHFIELD, WI 53076<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,046.44 |
| 3.799 | **Nonpriority creditor's name and mailing address**<br>SHEANA BUTLER ETAL C/O DAMASCO & ASSOCIATES<br>505 SANSOME STREET #1701<br>SAN FRANCISCO, CA 94111-3121<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,452.47 |
| 3.800 | **Nonpriority creditor's name and mailing address**<br>SHEILA DIANE VAN PATTEN<br>512 GLENHILL DR<br>RIVERSIDE, CA 92507-3003<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** PAT1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,684.57 |
| 3.801 | **Nonpriority creditor's name and mailing address**<br>SHEPPARD & ENOCH PRATT HOSPITAL TRUSTEES C/O<br>SEC. TRUST CO. CUST.UN<br>100 PLAZA ONE<br>JERSEY CITY, NJ 07311<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,045.01 |

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $427,928.10 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SHERRILL A. SCHOEPE
P.O. BOX 572
PAUMA VALLEY, CA 92061

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $427,928.10

---

**3.803 Nonpriority creditor's name and mailing address**
SHERRILL LYNN NEWARK
2101 EAST BETTERAVIA RD.
SANTA MARIA, CA 93454

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 2310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $830.89

---

**3.804 Nonpriority creditor's name and mailing address**
SHIRLEY SWAIN
18445 HATTERAS STREET, #501
TARZANA, CA 91356

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $23,002.12

---

**3.805 Nonpriority creditor's name and mailing address**
SILVAS OIL COMPANY, INC.
P.O. BOX 1048
FRESNO, CA 93714

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $38,169.09

---

**3.806 Nonpriority creditor's name and mailing address**
SMITH BROTHERS C/O KENNETH R. SMITH
8705 HUMMINGBIRD AVE.
FOUNTAIN VALLEY, CA 92708

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** SMI1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,258.26

Debtor (Name)

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|---|----------------|

**3.807** **Nonpriority creditor's name and mailing address**

SMITHCO SURVEYING ENGINEERING
P.O. BOX 81626
BAKERSFIELD, CA 93380

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,650.00

---

**3.808** **Nonpriority creditor's name and mailing address**

SOCIETY PROPAGTN FAITH
366 FIFTH AVE. 12TH FLOOR
NEW YORK, NY 10001-2211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,886.39

---

**3.809** **Nonpriority creditor's name and mailing address**

SOLAIRUS
201 1ST STREET SUITE 307
PETALUMA, CA 94952

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,410.25

---

**3.810** **Nonpriority creditor's name and mailing address**

SOUTH COAST AIR QUALITY MGMT DISTRICT
21865 COPLEY DRIVE
DIAMOND BAR, CA 91765

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$628.42

---

**3.811** **Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA EDISON COM
PO BOX C
MONTEREY PARK, CA 91756

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,822.36

---

Debtor 1     _____
(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64.53 |
| | SOUTHERN CALIFORNIA GAS COMPAN | *Check all that apply.* | |
| | P.O BOX C | ☐ Contingent | |
| | MONTEREY PARK, CA 91756 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,068.50 |
| | SPECIALTY CRANE & RIGGING | *Check all that apply.* | |
| | 1 SOUTH FAIRVIEW AVE. | ☐ Contingent | |
| | GOLETA, CA 93117 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $161,296.92 |
| | SPINDELTOP EXPLORATION CO. | *Check all that apply.* | |
| | P. O. BOX 951505 | ☒ Contingent | |
| | DALLAS, TX 75395-1505 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $95,214.49 |
| | SPINDLETOP EXPLORATION COMPANY, INC. | *Check all that apply.* | |
| | P. O. BOX 951505 | ☒ Contingent | |
| | DALLAS, TX 75395-1505 | ☐ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ROYALTY PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $65.89 |
| | SPRINT | *Check all that apply.* | |
| | P.O. BOX 79357 | ☐ Contingent | |
| | CITY OF INDUSTRY, CA 91716-9357 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.817** **Nonpriority creditor's name and mailing address**

ST. JOSEPH HOSPITAL FOUNDATION
1100 W. STEWART DRIVE
ORANGE, CA 92863-5600

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $20,881.29
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.818** **Nonpriority creditor's name and mailing address**

STANDARD OIL FIELD WORKS
2310 WESTGATERD BUILDING 12
SANTA MARIA, CA 93455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $2,634.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.819** **Nonpriority creditor's name and mailing address**

STANLEY RAYMOND CRANE
123 LORIMER AVENUE
SALINAS, CA 93901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: C001**

**As of the petition filing date, the claim is:** $641.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.820** **Nonpriority creditor's name and mailing address**

STAPLES BUSINESS ADVANTAGE
PO BOX 83689
CHICAGO, IL 60696-3689

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $1,675.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.821** **Nonpriority creditor's name and mailing address**

STATE COLLEGE, LLC
2345 NW HAYES AVE
CORVALLIS, OR 97330

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $15,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor (Name)

**Part 2:** Additional Page

|  | | Amount of claim |
|---|---|---|

| 3.822 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $776.00 |

**Nonpriority creditor's name and mailing address**
STATE WATER RESOURCES
P.O. BOX 944212
SACRAMENTO, CA 94244-2120

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$776.00

---

3.823 **Nonpriority creditor's name and mailing address**
STATEWIDE SAFETY & SIGNS, INC.
522 LINDON LANE
NIPOMO, CA 93444

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,900.00

---

3.824 **Nonpriority creditor's name and mailing address**
STEINWAND FAMILY TRUST DTD
1214 WARREN ST
PLACENTIA, CA 92870-3638

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** T001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$285.38

---

3.825 **Nonpriority creditor's name and mailing address**
STEPHANE TRUST #109383
WELLS FARGO BANK TRUSTEE
DENVER, CO 80217

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,008.15

---

3.826 **Nonpriority creditor's name and mailing address**
STEVE KNUTZEN
520 LUNALIL HOME RD 338
HONOLULU, HI 96825

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** U002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,331.15

Debtor   (Name)

| Part 2: | Additional Page |
| | |

| | | | Amount of claim |
|---|---|---|---|

**3.827** **Nonpriority creditor's name and mailing address**

STEVEN ALAN SANDITEN
3314 E. 51ST ST. SUITE 207K
TULSA, OK 74135

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,165.94

---

**3.828** **Nonpriority creditor's name and mailing address**

STEVEN K HEYING
1800 ASH AVE
COTTAGE GROVE, OR 97424

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** HEYI

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$275.43

---

**3.829** **Nonpriority creditor's name and mailing address**

STEVEN R TOSCHI
340 BECKETT PLACE
GROVER BEACH, CA 93433

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,630.71

---

**3.830** **Nonpriority creditor's name and mailing address**

STINER A. DOTSON
7380 S. EASTERN AVE, STE 124 - 248
LAS VEGAS, NV 79123-1552

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,323.06

---

**3.831** **Nonpriority creditor's name and mailing address**

STONER FAMILY TRUST
JAMES G. SANFORD TRUSTEE
100 WEST LIBERTY STREET. SUITE 900
RENO, NV 89501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$264,968.83

---

Debtor _____ Case number (if known)_____

_____
(Name)

| Part 2: | Additional Page | |
|---------|-----------------|--|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.832 | **Nonpriority creditor's name and mailing address**<br><br>STRATA-ANALYSTS GROUP INC.<br>P.O. BOX 7632<br>LONG BEACH, CA  90807-0632<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,477.70 |

| 3.833 | **Nonpriority creditor's name and mailing address**<br><br>SURVIVOR'S TRUST OF THE LEMBESIS TRUST<br>7848 11TH STREET<br>BUENA PARK, CA  90621<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,281.38 |

| 3.834 | **Nonpriority creditor's name and mailing address**<br><br>SUSAN J. CONDIE<br>2870 SHALE CREEK DRIVE<br>RENO, NV  89511-9147<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,811.75 |

| 3.835 | **Nonpriority creditor's name and mailing address**<br><br>SUSAN RIGHETTI<br>7476 GRACIOSA ROAD<br>SANTA MARIA, CA  93455<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** R001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,496.76 |

| 3.836 | **Nonpriority creditor's name and mailing address**<br><br>SUSANNA SEDGWICK TRUSTEE FIDUCIARY TRUST COMPANY INTERNATIONAL, ATTN: LAURA PALMISANO-GRAHAM<br>280 PARK AVENUE, 7TH FLOOR<br>NEW YORK, NY  10017<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 7551 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,667.69 |

Debtor (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.837** **Nonpriority creditor's name and mailing address**

SUTHERLAND RESOURCES INC.
675 BERING DRIVE, SUITE 100
HOUSTON, TX 77057

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,184.46

---

**3.838** **Nonpriority creditor's name and mailing address**

SWEET OIL TOOL RENTAL, INC
3511 GETTY ST
BAKERSFIELD, CA 93308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,931.54

---

**3.839** **Nonpriority creditor's name and mailing address**

SWRCB/SWFEES
P.O. BOX 100
SACRAMENTO, CA 95812-0100

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,673.00

---

**3.840** **Nonpriority creditor's name and mailing address**

TAURUS ENGINEERING, INC.
2000 W. COWLES STREET
LONG BEACH, CA 90813

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,870.00

---

**3.841** **Nonpriority creditor's name and mailing address**

TEETER MARTIN BRYANT
6216 KETTLEROCK MOUNTAIN CT.
BAKERFIELD, CA 93313

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,032.66

Debtor _____ (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.842** **Nonpriority creditor's name and mailing address**

TERRI DENISE WHITLOCK
P.O BOX 277
TISOMINGO, OK 73460

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TDW1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,731.22

---

**3.843** **Nonpriority creditor's name and mailing address**

TERRY MICHAEL NORMAN TRUSTEE
3805 CHURCHIL DRIVE
LAKE HAVASU CITY, AZ 86406

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** NOR1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$578.98

---

**3.844** **Nonpriority creditor's name and mailing address**

TETRA OIL COMPANY
1400 EASTON DRIVE, SUITE #152
BAKERSFIELD, CA 93309

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,001.00

---

**3.845** **Nonpriority creditor's name and mailing address**

THE MORGANTI RANCH
P.O. BOX 2075
ORCUTT, CA 93455

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2681

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,876.48

---

**3.846** **Nonpriority creditor's name and mailing address**

THE BEATRIX TRUST C/O THE COX OFFICE
419 PARK AVE. SO., SUITE 1302
NEW YORK, NY 10016-8410

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,032.80

Debtor 1 (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.847** | **Nonpriority creditor's name and mailing address**
THE CRANE GUYS, LLC
12731 LOS NIETOS ROAD
SANTA FE, CA 90670

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$620.00

---

**3.848** | **Nonpriority creditor's name and mailing address**
THE ENGELBERT FAMILY TRUST UTD 4/11/01
5430 W. IVANHOE COURT
CHANDLER, AZ 85226

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** G001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,882.45

---

**3.849** | **Nonpriority creditor's name and mailing address**
THE ESTATE OF MARK D CONNOLY C/O KREATIVE
BOOKKEEPING, WILLIAM M.REBERO
901 SNEATH LANE, SUITE 100
SAN BRUNO, CA 94066

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,121.58

---

**3.850** | **Nonpriority creditor's name and mailing address**
THE HUNTER LIVING TRUST DTD 10/19/90
P.O. BOX 5275
SANTA BARBARA, CA 93150

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.41

---

**3.851** | **Nonpriority creditor's name and mailing address**
THE LAW OFFICE OF SUSAN M. WHALEN
SUSAN M. WHALEN, ESQ.
2806 ALTA STREET
LOS OLIVOS, CA 93441

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,977.00

---

Debtor_____
(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,528.05 |

3.852 **Nonpriority creditor's name and mailing address**

THE MARSHALL FAMILY PLAN, L.P.
4722 OCEANRIDGE DRIVE
HUNTINGTON BEACH, CA 92649

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: P001**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,528.05

---

3.853 **Nonpriority creditor's name and mailing address**

THEODESIA GEISLER
1049 MERRYMAN AVENUE
KLAMATH FALLS, OR 97603-363

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,357.13

---

3.854 **Nonpriority creditor's name and mailing address**

THEODORE A. SCHILLING
7253 GADWALL WAY
O'FALLON, MO 63368-8048

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6495**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$501.38

---

3.855 **Nonpriority creditor's name and mailing address**

THEODORE B. WANBERG
10448 WHEATRIDGE DRIVE
SUN CITY, AZ 85373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,702.13

---

3.856 **Nonpriority creditor's name and mailing address**

THEODORE KRUGER
27981 CALLE VALDES
MISSION VIEJO, CA 92692

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,291.94

---

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.857 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $1.87 |
|---|---|---|---|

3.857 **Nonpriority creditor's name and mailing address**

THERESA CHAPPUIS DE SOLIS
JR. CANTA 233
LIMA 13LIMA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1.87

---

3.858 **Nonpriority creditor's name and mailing address**

THERESA LEE BROWN
1809 HARPER AVE
HERMOSA BEACH, CA  80254

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** TLB1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $583.46

---

3.859 **Nonpriority creditor's name and mailing address**

THOMAS BATTEN
1301 QUARRY COURT, # 306
RICHMOND, CA  94801-4154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 02TB

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $4,140.84

---

3.860 **Nonpriority creditor's name and mailing address**

THOMAS E. CONNOLLY
2121 DONALD DR #17
MORAGA, CA  94556

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** O001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1,823.40

---

3.861 **Nonpriority creditor's name and mailing address**

THOMAS E. MORLOCK TRUST DTD 11/13/87
6640 REDWOOD DRIVE # 104
ROHNERT PARK, CA  94928

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** MOR2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $1,813.08

Debtor _____ Case number (if known) _____
        (Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,078.32 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

THOMAS J. WETZEL
2224 LITTLER LANE #3
LAKE HAVASU CITY, AZ 86406

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,078.32

---

**3.863  Nonpriority creditor's name and mailing address**

THOMAS J. WETZEL
2224 LITTLER LANE #3
LAKE HAVASU CITY, AZ 86406

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: WET1**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$231.57

---

**3.864  Nonpriority creditor's name and mailing address**

THOMAS M. HOLDEN,TRUSTEE OF THE THOMAS
4913 W. 97TH ST.
OVERLAND PARK, KS 66207

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,508.41

---

**3.865  Nonpriority creditor's name and mailing address**

THOMAS N. & MARILYN I. BRALY
P.O. BOX 949
LOS ALAMITOS, CA 90720

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.42

---

**3.866  Nonpriority creditor's name and mailing address**

THOMAS SCANLON
1539 TAVERN ROAD # 49
ALPINE, CA 91901

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,807.61

Debtor _____ Case number (if known)_____
(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.867 | **Nonpriority creditor's name and mailing address**<br><br>THORCO INC.<br>11904 BURKE STREET<br>SANTA FE SPRINGS, CA 90670<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,779.50 |
|---|---|---|---|
| 3.868 | **Nonpriority creditor's name and mailing address**<br><br>TIM MCLAUGHLIN<br>1127 BUCHINGHAM DR # F<br>COSTA MESA, CA 92626<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** MCLT | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $432.08 |
| 3.869 | **Nonpriority creditor's name and mailing address**<br><br>TIMOTHY NACCARATO<br>3354 MARINA COVE CIRCLE<br>ELK GROVE, CA 95758<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** N003 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $697.80 |
| 3.870 | **Nonpriority creditor's name and mailing address**<br><br>TIMOTHY NELSON MUSCIO<br>4411 COUNTRYWOOD DRIVE<br>SANTA MARIA, CA 93455<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** TNM1 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,002.10 |
| 3.871 | **Nonpriority creditor's name and mailing address**<br><br>TINA L. THRASHER<br>17842 SOUTH MOUNTAIN ROAD<br>SANTA PAULA, CA 93060<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.71 |

Debtor _____  Case number (if known) _____
       (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.872**

**Nonpriority creditor's name and mailing address**

TITAN ELECTRIC
15709 SUSAN EILEEN AVE.
BAKERSFIELD, CA 93314

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,921.00

---

**3.873**

**Nonpriority creditor's name and mailing address**

TITAN OILFIELD SERVICES
21535 KRATZMETER ROAD
BAKERFIELD, CA 93314

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,725.00

---

**3.874**

**Nonpriority creditor's name and mailing address**

TMG TRANSPORTATION INC.
P.O. BOX 5547
FULLERTON, CA 92838

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,312.50

---

**3.875**

**Nonpriority creditor's name and mailing address**

TOSHIAKI DOJIRI
9713 LAMAR ST.
TORRANCE, CA 90608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$114,932.92

---

**3.876**

**Nonpriority creditor's name and mailing address**

TRINITY CHRISTIAN CENTER OF SANTA ANA IC TBN
STEWARDSHIP DEVELOPMENT
2442 MICHELE DRIVE
TUSTIN, CA 92780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,092.93

---

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.877** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,907.23
Check all that apply.

TRUSTEES OF THE TOM & RUTH FLIPPEN
544 VILLAGE COURT
DINUBA, CA 93618

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.878** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
Check all that apply.

U.S. ENVIRONMENTAL PROTECTION AGENCY
PACIFIC SOUTHWEST, REGION IX
75 HAWTHORNE ST.
SAN FRANCISCO, CA 94105

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.879** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,534.42
Check all that apply.

U/W E W PYNE #01-63904
P.O. BOX 226270
DALLAS, TX 75222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** PYN1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.880** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99,970.61
Check all that apply.

U/W E.W.PYNE #01-63904
P.O. BOX 226270, ATTN; TOM RUCKER
DALLAS, TX 75222

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.881** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $485.15
Check all that apply.

UNITED SITE SERVICES OF CA, IN
P.O. BOX 93670
CITY OF INDUSTRY, CA 91715

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____ Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.882 | **Nonpriority creditor's name and mailing address**<br><br>UNITED WELL SERVICES, LLC<br>6300 1/2 PRICE WAY<br>BAKERSFIELD, CA  93308<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $9,970.00 |

| 3.883 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSAL ELECTRIC<br>121 N. WESTERN UNIT E4<br>SANTA MARIA, CA  93458<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $630.00 |

| 3.884 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA<br>OFFICE OF PROPERTY MGMT<br>UNIVERSITY PARK CAMPUS<br>UGB-202<br>LOS ANGELES, CA  90089-8009<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $54,242.09 |

| 3.885 | **Nonpriority creditor's name and mailing address**<br><br>UNOCAL<br>C/O CHEVRON USA, INC.<br>6001 BOLLINGER CANYON RD.<br>SAN RAMON, CA  94583<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN |

| 3.886 | **Nonpriority creditor's name and mailing address**<br><br>V.B. AUTO TRUCK & DIESEL REPAI<br>21189 HWY 46<br>LOST HILLS, CA  93249<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $754.96 |

Debtor     (Name)

| Part 2: | Additional Page |

|  | | Amount of claim |
|---|---|---|

**3.887** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,292.24

V.S.S. COMPRESSOR SERVICE
16220 GARFIELD AVENUE
PARAMOUNT, CA 90723

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.888** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,008.21

VALERIE COX TRUST A/C #996715 BANK OF NEW YORK/E.
FALKENHEIM
,ONE WALL STREET 23RD FLOOR
NEW YORK, NY 10286

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,028.18

VALERIE V. TWITCHELL, KYLE T. TWITCHELL
P.O. BOX 1127
SANTA MARIA, CA 93456

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** 8260

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.42

VANCE BURCHAM
30385 CHANNEL WAY DR.
CANYON LAKE, CA 92587

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.891** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,749.45

VAQUERO ENERGY
PO BOX 13550
BAKERSFIELD, CA 93389

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
ROYALTY PAYABLE

**Last 4 digits of account number:** 1178

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____  (Name)

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

|  |  |  | **Amount of claim** |
| --- | --- | --- | --- |

---

3.892 **Nonpriority creditor's name and mailing address**

VERNE A. ROBINSON
226 W. WORKS STREET
SHERIDAN, WV 82801-421

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,357.01

---

3.893 **Nonpriority creditor's name and mailing address**

VICTORY OIL CO.
ERIC JOHNSON
222 WEST 6TH STREET, SUITE 1010
SAN PEDRO, CA 90731

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$357,734.02

---

3.894 **Nonpriority creditor's name and mailing address**

VIRGINIA BAYHA BUCHANAN
1819 RAND AVE
CARSON CITY, NV 89706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** BUC1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,685.29

---

3.895 **Nonpriority creditor's name and mailing address**

VIRGINIA KESTNER GRISWOLD
210 HALEY LNE
WATSONVILLE, CA 95076

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** G001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,259.88

---

3.896 **Nonpriority creditor's name and mailing address**

VIRGINIA L. HEILIGER
3941 POLK STREET APT #49
RIVERSIDE, CA 92505

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,809.36

---

Debtor (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.897** | **Nonpriority creditor's name and mailing address**

VIRGINIA MAE EDWARDS
P.O. BOX 3154
WICKENBURG, AZ 85358-3154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$61.63

---

**3.898** | **Nonpriority creditor's name and mailing address**

VOIGT, INC. II DBA SMITTY'S TOWING
1250 W. BETTERAVIA
SANTA MARIA, CA 93455

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.899** | **Nonpriority creditor's name and mailing address**

VOIGT, INC. II DBA SMITTY'S TOWING
1250 W. BETTERAVIA
SANTA MARIA, CA 93455

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.900** | **Nonpriority creditor's name and mailing address**

W. J. KENNY CORP.
C/O ALLFIRST BANKCORP TRUST
25 SOUTH CHARLES STREET BANC 101-591
BALTIMORE, MD 21201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$637,546.56

---

**3.901** | **Nonpriority creditor's name and mailing address**

W. WATSON LAFORCE JR.
P. O. BOX 353
MIDLAND, TX 79705

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,133.87

---

Debtor 1  _____  Case number (if known) _____
         (Name)

| Part 2: | Additional Page | | Amount of claim |
|---------|-----------------|--|-----------------|

| 3.902 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,077.77 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

W.E. NICOLAI
P.O. BOX 91894
LONG BEACH, CA 90809-1894

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** W002

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,077.77

---

**3.903  Nonpriority creditor's name and mailing address**

WALDO A. GILLETTE, JR.
PO BOX 877
FRIDAY HARBOR, WA 98250-0877

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7421

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,285.35

---

**3.904  Nonpriority creditor's name and mailing address**

WALLACE REV FAMILY TRUST
35-54TH PLACE # 6
LONG BEACH, CA 90803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** WALL

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$323.04

---

**3.905  Nonpriority creditor's name and mailing address**

WANBERG TRUST
299 S 5TH AVENUE
CORNELIUS, OR 97113-791

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,432.98

---

**3.906  Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
P.O.BOX 541065
LOS ANGELES, CA 90054-1065

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,715.87

Debtor 1 _____ (Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.907 | **Nonpriority creditor's name and mailing address**<br><br>WEATHERFORD COMPLETION SYSTEMS<br>PO BOX 1668<br>VENTURA, CA 93002<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $347.23 |
| 3.908 | **Nonpriority creditor's name and mailing address**<br><br>WEATHERFORD INTERNATIONAL, LLC<br>2000 ST. JAMES PLACE<br>HOUSTON, TX 77056<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89,633.01 |
| 3.909 | **Nonpriority creditor's name and mailing address**<br><br>WELLAWARE HOLDINGS, INC.<br>3424 PAESANOS PARKWAY, SUITE 200<br>SAN ANTONIO, TX 78231<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,234.00 |
| 3.910 | **Nonpriority creditor's name and mailing address**<br><br>WELLS FARGO BANK TRUSTEE OF THE JOHNSTON TRUST<br>FBO WM DOUGHTY 801758<br>2222 W. SHAW #11<br>FRESNO, CA 93711-3407<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>ROYALTY PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $744.55 |
| 3.911 | **Nonpriority creditor's name and mailing address**<br><br>WEST COAST CASING, LLC<br>5412 STANDARD ST.<br>BAKERSFIELD, CA 93308<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $772.00 |

Debtor _____ Case number (if known) _____
(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.912 | **Nonpriority creditor's name and mailing address**<br><br>WEST COAST SAFETY CONSULTANTS<br>1777 VICENTE DRIVE<br>SAN LUIS OBISPO, CA 93405<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $775.00 |
| 3.913 | **Nonpriority creditor's name and mailing address**<br><br>WEST COAST WELDING & CONSTRUCTION, INC.<br>2201 CELSIUS AVE., SUITE B<br>OXNARD, CA 93030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.914 | **Nonpriority creditor's name and mailing address**<br><br>WESTEC<br>210 E. CENTER STREET<br>TAFT, CA 93268<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,533.65 |
| 3.915 | **Nonpriority creditor's name and mailing address**<br><br>WESTERN FABRICATION<br>420 30TH STREET<br>BAKERSFIELD, CA 933301<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $106,564.72 |
| 3.916 | **Nonpriority creditor's name and mailing address**<br><br>WESTEX<br>PO BOX 5587<br>OXNARD, CA 93031<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,669.75 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,634.16 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.917
WILLIAM A. NOLL
660 S. ORANGE GROVE BLVD. A
PASADENA, CA 91105-1789

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,634.16

---

3.918
WILLIAM BOYD WELLS
2855 ACORN STREET
LEBANON, OR 97355

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,987.37

---

3.919
WILLIAM C. GATHAS JR.
1308 E. ROSEWOOD AVE.
ANAHEIM, CA 92805-1118

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,898.29

---

3.920
WILLIAM DOUGHTY
P.O. BOX 626
HATCH, UT 84720

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,104.61

---

3.921
WILLIAM E. ROTH
1991 WEBSTER ST.
PALO ALTO, CA 94301

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,984.15

Debtor 1    (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.922** | **Nonpriority creditor's name and mailing address**

WILLIAM H TAYLOR & ANNE B TAYLOR
4650 DULIN RD. SPACE 9
FALLBROOK, CA  92028-9346

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,456.95

---

**3.923** | **Nonpriority creditor's name and mailing address**

WILLIAM HA TAYLOR TRUSTEE
4650 DULIN RD SPACE 9
FALLBROOK, CA  92028-9346

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,833.89

---

**3.924** | **Nonpriority creditor's name and mailing address**

WILLIAM J. BEDFORD
1489 POPPY PEAK DR.
PASADENA, CA  91105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,227.36

---

**3.925** | **Nonpriority creditor's name and mailing address**

WILLIAM L. FOSTER
3983 RIDGE ROAD
BUFORD, GA  30519-371

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$603.24

---

**3.926** | **Nonpriority creditor's name and mailing address**

WILLIAM L. HJORTH TRUST
324 C STREET APT 151
CHULA VISTA, CA  91910

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$672.07

---

Debtor   (Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.927** **Nonpriority creditor's name and mailing address**

WILLIAM PAUL BLAIR
1946 SAN PASQUAL ST.
PASADENA, CA 91107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.41

---

**3.928** **Nonpriority creditor's name and mailing address**

WILLIAM W. JENNY JR.
5101 EAST CAMINO ALISA
TUCSON, AZ 85718

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$565,714.00

---

**3.929** **Nonpriority creditor's name and mailing address**

WILLIAMS HOLDING COMPANY
1801 CENTURY PARK EAST # 2400
LOS ANGELES, CA 90067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$558.19

---

**3.930** **Nonpriority creditor's name and mailing address**

WM & JAMES KINDEL, SUCC. TRUSTEES
1614 VIA SAGASAN
CLEMENTE, CA 92673-3706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** KIN1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,346.30

---

**3.931** **Nonpriority creditor's name and mailing address**

WM & JAMES KINDEL, SUCC. TRUSTEES
1614 VIA SAGASAN
CLEMENTE, CA 92673-3706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$608.99

---

Debtor _____  Case number (if known) _____
         (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.932** | **Nonpriority creditor's name and mailing address**

XCHEM OILFIELD CHEMICALS
P.O. BOX 971433
DALLAS, TX  75397-1433

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$125,481.61

---

**3.933** | **Nonpriority creditor's name and mailing address**

YWCA OF GREATER LOS ANGELES
3345 WILSHIRE BLVD., SUITE 300
LOS ANGELES, CA  90010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,310.67

---

**3.934** | **Nonpriority creditor's name and mailing address**

ZACHARY MORRISON
1814 FRANKLIN STREET SUITE 800
OAKLAND, CA  94612-3438

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ROYALTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$176,374.76

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
| --- | --- | --- | --- |
| **5a.** | Total claims from Part 1 | **5a.** | **$3,997,470.08** |
| **5b.** | Total claims from Part 2 | **5b.** + | **$21,463,856.05** |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | **$25,461,326.13** |

**Fill in this information to identify the case:**

Debtor name ___HVI Cat Canyon, Inc.___

United States Bankruptcy Court for the: ___Northern___    District of ___TX___
(State)

Case number (If known): ___19-32857___    Chapter ___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | See attachment |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Debtor: HVI Cat Canyon, Inc.

Case number (if known) 19-32857

Attachment to Schedule G
(Page 1 of 2)

| No. | Site reference | Description of contract or lease | Nature of HVI's interest in the contract or lease | Term remaining | Government contract No., if any | Counterparty name | Counterparty address (1) |
|---|---|---|---|---|---|---|---|
| 2.1 | Santa Barbara County, CA | Crude Oil sales | Seller | 5/31/2020, evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| 2.2 | Santa Barbara County, CA | BS&W, Cold Crude delivery | Seller | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| 2.3 | Santa Barbara County, CA | Waste Gas delivery | Transferor | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| 2.4 | Santa Barbara County, CA | LCR supply | Buyer | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| 2.5 | Santa Barbara County, CA | Hot Load supply | Buyer | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| 2.6 | Kern County, CA | Crude Oil sales | Seller | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| 2.7 | Kern County, CA | Gas sales | Seller | evergreen | | Aera Energy, LLC | 10000 Ming Ave., Bakersfield, CA 93311 |
| 2.8 | Orange County, CA | Crude Oil sales | Seller | evergreen | | California Asphalt Production, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| 2.9 | | Oil & Gas well bond | Principal | evergreen | | Fidelity & Deposit Company of Maryland | PO Box 1227, Baltimore, MD  21203 |
| 2.10 | | Surety bond | Principal | evergreen | | Fidelity & Deposit Company of Maryland | PO Box 1227, Baltimore, MD  21203 |
| 2.11 | | Liability, umbrella insurance | Insured | 12/1/2019 | | Markel International Insurance Company Limited | c/o JH Blades, 520 Oak Blvd., Suite 250, Houston, TX 77027 |
| 2.12 | | Property insurance | Insured | 12/21/2019 | | Lloyd's London | c/o Worldwide Facilities, LLC, 8 Greenway Plaza, Suite 404, Houston, TX 77046 |
| 2.13 | | Workers Compensation | Insured | 12/1/2019 | | State Compensation Insurance Fund | PO Box 8192, Pleasanton, CA 94588 |
| 2.14 | | Insurance premium finance | Insured | 12/1/2019 | | South Bay Acceptance Corp. | PO Box 639299, Cincinnati, OH 45263 |
| 2.15 | | Settlement / Escrow | Depositor | | | Unocal | c/o Todd Littleworth, 6001 Bollinger Canyon Rd., San Ramon, CA 94583 |
| 2.16 | | Settlement / Escrow | Depositor | | | Reetz Fox Bartlett, LLP | 116 E. Sola St., Santa Barbara, CA 93101 |
| 2.17 | | G&A services | Client | evergreen | | GIT, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| 2.18 | | Tax Sharing | Member | while in tax group | | GIT, Inc. | PO Box 5489, Santa Maria, CA 93456 |
| 2.19 | | Settlement / Installment contract | Payor | 16 installments | | West Coast Welding | 2201 Celsius Avenue, Building B, Oxnard, CA 93030 |
| 2.20 | Orange County, CA | Unit Agreement | Operator/Working Interest Owner | held by production | | included in Schedule E/F | |
| 2.21 | Orange County, CA | Unit Operating Agreement | Operator/Working Interest Owner | held by Unit Agreement | | included in Schedule E/F | |
| 2.22 | Kern County, CA | Facility Air Permit To Operate | Permitee | | | San Joaquin Valley Air Pollution Control District | 34946 Flyover Court, Bakersfield, CA 93308 |
| 2.23 | Kern County, CA | Commercial Modular Registration | Permitee | | | Department of Housing & Community Development | 2700 M Street, Suite 250, Bakersfield, CA 93301-2370 |
| 2.24 | Kern County, CA | Generation of Haz Waste EPA-ID | Permitee | | | Department of Toxic Substance Control | PO Box 806, Sacramento, CA 95812-0806 |
| 2.25 | Kern County, CA | Approvals/Project Permits To Conduct Well Operations | Permitee | | | Department of Conservation Division Of Oil, Gas and Geothermal Resources | 801 K St., MS 24-03, Sacramento, CA 95814 |
| 2.26 | Kern County, CA | Permit To Operate Regulated Materials | Permitee | | | Public Health Services Environmental Health Div. | 2700 M Street, Suite 300, Bakersfield, CA 93301-2370 |
| 2.27 | Orange County, CA | Crude Oil Wells (S-28) | Permitee | | | South Coast Air Quality Management District | 21865 Copley Drive, Diamond Bar, CA 91765 |
| 2.28 | Orange County, CA | Facility Air Permit To Operate | Permitee | | | South Coast Air Quality Management District | 21865 Copley Drive, Diamond Bar, CA 91765 |
| 2.29 | Orange County, CA | Oil Storage Tanks Business License | Permitee | | | City of Placentia | 401 E. Chapman, Placentia, CA 92870 |
| 2.30 | Orange County, CA | Oil Wells Business Certificate | Permitee | | | City of Yorba Linda | 4845 Casa Loma Ave., Yorba Linda, CA 92886 |
| 2.31 | Orange County, CA | Fire Authority Permit | Permitee | | | Orange County Fire Authority | 1 Fire Authority Road, Irvine , CA 92602 |
| 2.32 | Orange County, CA | Approvals/Project Permits To Conduct Well Operations | Permitee | | | Department of Conservation Division Of Oil, Gas and Geothermal Resources | 801 K St., MS 24-03, Sacramento, CA 95814 |
| 2.33 | Orange County, CA | Generation of Haz Waste EPA-ID | Permitee | | | Department of Toxic Substance Control | PO Box 806, Sacramento, CA 95812-0806 |
| 2.34 | Orange County, CA | CUPA Haz Mat Disclosure | Permitee | | | Orange County Health Care Agency | 1241 East Dyer Rd., Suite 120, Santa Ana, CA 92705 |
| 2.35 | Orange County, CA | Permit To Operate Air Pressure Tank | Permitee | | | State of California DOSH | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| 2.36 | Orange County, CA | Permit To Operate Air Pressure Tank | Permitee | | | State of California DOSH | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| 2.37 | Orange County, CA | Permit To Operate Air Pressure Tank | Permitee | | | State of California DOSH | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| 2.38 | Orange County, CA | Permit To Operate Air Pressure Tank | Permitee | | | State of California DOSH | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| 2.39 | Santa Barbara County, CA | Permit to Operate | Permitee | | | Santa Barbara County Air Pollution Control District | 260 North Antonio Road, Suite A Santa Barbara, CA 93110 |
| 2.40 | Santa Barbara County, CA | Storm Water Permit/Waste Pile Management Facility/Road Projects | Permitee | | | Central Coast Regional Water Quality Control Board | 895 Aerovista Place, Suite 101, San Luis Obispo, CA 93401-7906 |
| 2.41 | Santa Barbara County, CA | Generation of Haz Waste EPA-ID | Permitee | | | Department of Toxic Substance Control | PO Box 806, Sacramento, CA 95812-0806 |
| 2.42 | Santa Barbara County, CA | Annual Hazardous Materials Permit | Permitee | | | Santa Barbara County Environmental Health Services | 2125 S. Centerpointe Parkway, Suite 333, Santa Maria, CA 93455 |
| 2.43 | Santa Barbara County, CA | Hot Work Permit / Facility Fire Permit | Permitee | | | Santa Barbara County Fire Department | 4410 Cathedral Oaks Rd., Santa Barbara, CA 93110 |
| 2.44 | Santa Barbara County, CA | Unified Program Facility Permit | Permitee | | | Santa Barbara County Hazmat/Environmental Health Services | 2125 S. Centerpointe Parkway, Suite 333, Santa Maria, CA 93455 |
| 2.45 | Santa Barbara County, CA | Permit to Operate Air Pressure Tank | Permitee | | | State of California DOSH | 1515 Clay St., Suite 1302, Oakland, CA 94612 |
| 2.46 | Santa Barbara County, CA | Electrical Maintenance Permit | Permitee | | | Santa Barbara County Building & Safety Division | 123 E. Anapamu Street, Santa Barbara, CA 93101 |
| 2.47 | Santa Barbara County, CA | Land Use Permit | Permitee | | | Santa Barbara County Planning & Development Dept | 123 E. Anapamu Street, Santa Barbara, CA 93101 |
| 2.48 | Santa Barbara County, CA | Approvals/Project Permits To Conduct Well Operations | Permitee | | | Department of Conservation Division Of Oil, Gas and Geothermal Resources | 801 K St., MS 24-03, Sacramento, CA 95814 |

Debtor: HVI Cat Canyon, Inc.

Case number (if known) 19-32857

Attachment to Schedule G
(Page 2 of 2)

| No. | Site reference | Description of contract or lease | Nature of HVI's interest in the contract or lease | Term remaining | Government contract No., if any | Counterparty name | Counterparty address (1) |
|---|---|---|---|---|---|---|---|
| 2.49 | Kern County, CA | License Agreement 9/24/07 | Lessee (Grantee) | | | Aera Energy, LLC | 10000 Ming Ave., Bakersfield, CA 93311 |
| 2.50 | Orange County, CA | Surface Lease 3/1/71, Book 9701, Page 381 | Lessee (Grantee) | | | Frank and Sylvia Boisseranc | 300 W. Paseo De Cristobal, San Clemente, CA 92672 |
| 2.51 | Orange County, CA | Surface Rental Agreement 12/31/71, Book 11056, Page 1473 | Lessee (Grantee) | | | Buganko | PO Box 8042, Mammoth Lakes, CA 93546 |
| 2.52 | Orange County, CA | Agreement 7/1/72 | Lessee (Grantee) | | | Lois Etchandy | 140 Strada Place, Anaehim, CA 92807 |
| 2.53 | Orange County, CA | Agreement 7/1/72 | Lessee (Grantee) | | | Dominique C. Etchandy | 772 W. Town & Country Rd., Orange CA 92868 |
| 2.54 | Orange County, CA | Agreement 7/1/72 | Lessee (Grantee) | | | R.D. Etchancy Trustee | 315 S. Via Montenaro, Anaheim, CA 92807 |
| 2.55 | Orange County, CA | Agreement 7/1/72 | Lessee (Grantee) | | | State College, LLC | 2345 NW Hayes Ave., Corvallis, OR 97330 |
| 2.56 | Orange County, CA | Grant of Easement and Surface Use 3/2/09, #2009000143928 | Lessee (Grantee) | | | Guarantee Royalties, Inc. and Laor Liquidating Assoc. | 4640 Admiralty Way, Suite 700, Marina Del Rey, CA 90292 |
| 2.57 | Orange County, CA | Surface Lease 2/9/71, Boo 10368, Page 53 | Lessee (Grantee) | | | Frederick D. Thomson, Jr. | 824 Avalon Ct., San Diego, CA 92109 |
| 2.58 | Orange County, CA | Surface Lease 2/9/71, Boo 10368, Page 53 | Lessee (Grantee) | | | Leigh T. Medema | 3401 Cascina Circle Unit A, Highlands Ranch, CO 80126 |
| 2.59 | Orange County, CA | Surface Lease 2/9/71, Boo 10368, Page 53 | Lessee (Grantee) | | | Michael McLaughlin | 3840 N. Woodridge Way, Flagstaff, AZ 88004 |
| 2.60 | Orange County, CA | Surface Lease 2/9/71, Boo 10368, Page 53 | Lessee (Grantee) | | | Tim McLaughlin | 1127 Buchingham Dr., #F, Costa Mesa, CA 92626 |
| 2.61 | Orange County, CA | Surface Lease 2/9/71, Boo 10368, Page 53 | Lessee (Grantee) | | | Sean McLaughlin | 17101 Springdale St., Apt. 125, Huntington Beach, CA 92649 |
| 2.62 | Santa Barbara County, CA | Pipeline Lease | Lessee (Grantee) | | | Adam Family Trust | 2101 Sinton Rd., Santa Maria, CA 93456 |
| 2.63 | Santa Barbara County, CA | License Agreement 9/5/2000 | Lessee (Grantee) | | | Orcutt Fee, LLC | 1555 Orcutt Hill Rd., Orcutt, CA 93455 |
| 2.64 | Santa Barbara County, CA | MC-70021 Easement and Right of Way Agreement 12/19/83 | Lessee (Grantee) | | | Marianne Friedl | 2053 A Street, Santa Maria, CA 93455 |
| 2.65 | Santa Barbara County, CA | Right of Way Agreement 3/19/64 | Lessee (Grantee) | | | CMT, LLC | 865 Sage Crest Rd., Santa Maria, CA 93455 |
| 2.66 | Santa Barbara County, CA | MC701119 Right of Way Agreement | Lessee (Grantee) | | | Manfred Sander | PO Box 593, Santa Maria, CA 93456 |
| 2.67 | Santa Barbara County, CA | MC66162 Surface Lease | Lessee (Grantee) | | | E&B Natural Resources | 1600 Norris Rd., Bakersfield, CA 93308 |
| 2.68 | Santa Barbara County, CA | Surface Lease Agreement 12/1/95 | Lessee (Grantee) | | | Grundoon, LLC | 620 McMurray Rd., Buellton, CA 93427 |
| 2.69 | Santa Barbara County, CA | Letter of Authorization 8/20/43 | Lessee (Grantee) | | | Morganti Ranch | PO Box 2075, Orcutt, CA 93457 |
| 2.70 | Santa Barbara County, CA | Agreement 12/29/65 | Lessee (Grantee) | | | Railroad Management Company | PO Box 678161 Dallas, TX 75267 |
| 2.71 | Santa Barbara County, CA | Right of Way Agreement 11/9/01 | Lessee (Grantee) | | | Paul T. Righetti | 7476 Graciosa Rd., Santa Maria, CA 93455 |
| 2.72 | Santa Barbara County, CA | Right of Way Agreement 11/9/01 | Lessee (Grantee) | | | Paul A. Righetti, R. Fowler & Timothy Righetii, Trustees | 7476 Graciosa Rd., Santa Maria, CA 93455 |
| 2.73 | Santa Barbara County, CA | Right of Way Agreement 11/9/01 | Lessee (Grantee) | | | Righetti Family Trust | 7476 Graciosa Rd., Santa Maria, CA 93455 |
| 2.74 | Santa Barbara County, CA | Right of Way Agreement 11/9/01 | Lessee (Grantee) | | | Pyche 2000 Trust | 7476 Graciosa Rd., Santa Maria, CA 93455 |
| 2.75 | Santa Barbara County, CA | Right of Way Agreement 11/23/92 | Lessee (Grantee) | | | Judy A. Rogers | PO Box 234, Santa Maria, CA 93456 |
| 2.76 | Santa Barbara County, CA | Right of Way Agreement 11/23/92 | Lessee (Grantee) | | | Ronald H. Souza, Jr. | PO Box 234, Santa Maria, CA 93456 |
| 2.77 | Santa Barbara County, CA | Right of Way Agreement 11/23/92 | Lessee (Grantee) | | | Michael J. Souza | PO Box 2337, Orcutt, CA 93457 |
| 2.78 | Santa Barbara County, CA | Right of Way Agreement | Lessee (Grantee) | | | Roland and Sally Miller | 3028 Sandy Hill Lane, Santa Maria, CA 93455 |
| 2.79 | Santa Barbara County, CA | MC-70033 Right of Way Agreement 5/1/78 | Lessee (Grantee) | | | Bruce & Julie Gordon | 2935 E. Clark Ave., Santa Maria, CA 93455 |
| 2.80 | Santa Barbara County, CA | MC-70038 Right of Way Agreement 5/3/78 | Lessee (Grantee) | | | Nodlew, Inc. | PO Box 366, Santa Maria, CA 93456 |
| 2.81 | Santa Barbara County, CA | Right of Way Agreement 11/14/92 | Lessee (Grantee) | | | Jack & Georgette Garvin and George & Catherine Steele | 3501 Telephone Rd., Santa Maria, CA 93454 |
| 2.82 | Santa Barbara County, CA | MC6575-2 Right of Way Agreement 12/19/91 | Lessee (Grantee) | | | Donald and Richard Vincent | 230 Winchester Canyon Rd., Goleta, CA 93117 |
| 2.83 | Santa Barbara County, CA | VO-RW-1 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.84 | Santa Barbara County, CA | VO-RW-6 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.85 | Santa Barbara County, CA | VO-RW-4 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.86 | Santa Barbara County, CA | SMVC-6 Amend to ROW | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.87 | Santa Barbara County, CA | MC-70117 ROW Agree | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.88 | Santa Barbara County, CA | MC-6569-1ROW Agree dtd | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.89 | Santa Barbara County, CA | MC-85315 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.90 | Santa Barbara County, CA | MC-06562 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.91 | Santa Barbara County, CA | MC-06559 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.92 | Santa Barbara County, CA | ROW Agreement MC 6561 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.93 | Santa Barbara County, CA | ROW Agreement MC 6574-1 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.94 | Santa Barbara County, CA | ROW Agreement MC-06585 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.95 | Santa Barbara County, CA | MC-6586 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.96 | Santa Barbara County, CA | SMVC-2A & 2B | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.97 | Santa Barbara County, CA | ROW Agreement SMV 57576 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.98 | Santa Barbara County, CA | Shell Letter AgreementMC-06589 | Lessee (Grantee) | | | Bradley Land Company | PO Box 1932, Santa Maria, CA 93456 |
| 2.99 | Santa Barbara County, CA | Lease Agreement 3/1/07 | Tenant | evergreen | | GLR, LLC | 45 Rockefeller Plaza, Suite 2410, New York NY 10111 |
| 2.100 | | Settlement Agreement | Operator | 12/31/2019 | Notice 0011 | California's Dept. of Conservation, Division Of Oil & Gas | 801 K St., MS 24-03, Sacramento, CA 95814 |
| 2.101 | | Settlement Agreement | Payor | 12 installments | | Hunton Andrews Kurth LLP | 600 Travis Street, Suite 4200, Houston, TX 77002 |
| 2.102 | | Settlement Agreement | Payor | 3 installments | | Brian Corson | 2990 Lichen Place, Templeton, CA 93465 |
| 2.103 | | Settlement Agreement | Payor | 2 installments | | Pacific Petroleum Company | P.O. Box 2646, Orcutt, CA 93457 |

**Fill in this information to identify the case:**

Debtor name  HVI Cat Canyon, Inc.

United States Bankruptcy Court for the:  Northern          District of  TX
                                                                      (State)

Case number (If known):  19-32857

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | GIT, Inc. | P.O. Box 5489 <br> Street <br><br> Santa Maria     CA     93456 <br> City     State     ZIP Code | GLR, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | GOGH, LLC | P.O. Box 5489 <br> Street <br><br> Santa Maria     CA     93456 <br> City     State     ZIP Code | UBS AG (1st Lien) | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | GOGH, LLC | P.O. Box 5489 <br> Street <br><br> Santa Maria     CA     93456 <br> City     State     ZIP Code | UBS AG (2nd Lien) | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | GOGH, LLC | P.O. Box 5489 <br> Street <br><br> Santa Maria     CA     93456 <br> City     State     ZIP Code | GLR, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5 | CAP | P.O. Box 5489 <br> Street <br><br> Santa Maria     CA     93456 <br> City     State     ZIP Code | GLR, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Rincon Island LP | C/O Jason R. Searcy, Trustee <br> P.O. Box 3929 <br> Longview     TX     75606 <br> City     State     ZIP Code | UBS AG (1st Lien) | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    HVI Cat Canyon, Inc.
          _____     Case number *(if known)* 19-32857
          Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ | Rincon Island LP | C/O Jason R. Searcy, Trustee <br> Street <br> P.O. Box 3929 <br> Longview   TX   75606 <br> City    State    ZIP Code | UBS AG (2nd Lien) | ■ D <br> ☐ E/F <br> ☐ G |
| 2.__ | Rincon Island LP | C/O Jason R. Searcy, Trustee <br> Street <br> P.O. Box 3929 <br> Longview   TX   75606 <br> City    State    ZIP Code | GLR, LLC | ■ D <br> ☐ E/F <br> ☐ G |
| 2.__ | RILP-H, LLC | 45 Rockefeller Plaza, Suite 2410 <br> Street <br> New York   NY   10111 <br> City    State    ZIP Code | GLR, LLC | ■ D <br> ☐ E/F <br> ☐ G |
| 2.__ | RILP-H, LLC | 45 Rockefeller Plaza, Suite 2410 <br> Street <br> New York   NY   10111 <br> City    State    ZIP Code | UBS AG (1st Lien) | ■ D <br> ☐ E/F <br> ☐ G |
| 2.__ | RILP-H, LLC | 45 Rockefeller Plaza, Suite 2410 <br> Street <br> New York   NY   10111 <br> City    State    ZIP Code | UBS AG (2nd Lien) | ■ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*...................................................................    $ _____

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.............................................................    $ _____

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...............................................................    $ _____

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................    $ _____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................    **+** $ _____

4. **Total liabilities**...................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                 $ _____

**Fill in this information to identify the case:**

Debtor name ___HVI Cat Canyon, Inc.___

United States Bankruptcy Court for the: ___Northern___ District of ___TX___
(State)

Case number (If known): ___19-32857___

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 MM / DD / YYYY | to Filing date | ☐ X Operating a business ☐ | $10,513,321 |
| **For prior year:** | From 01/01/2018 MM / DD / YYYY | to 12/31/2018 MM / DD / YYYY | ☐ X Operating a business ☐ | $26,093,580 |
| **For the year before that:** | From 01/01/2017 MM / DD / YYYY | to 12/31/2017 MM / DD / YYYY | ☐ X Operating a business ☐ | $23,632,943 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   **X** None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ___ MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From ___ MM / DD / YYYY | to ___ MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From ___ MM / DD / YYYY | to ___ MM / DD / YYYY | _____ | $_____ |

Debtor    HVI Cat Canyon, Inc.
_____
Name

Case number (if known)____19-32857_____

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attachment<br>_____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State      ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State      ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attachment<br>_____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Debtor    HVI Cat Canyon, Inc.
                Name

Case number (if known)    19-32857

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ X None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ X None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City          State     ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. See attached | | | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | | |
| | | City          State          ZIP Code | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending |
| | | Name | ☐ On appeal |
| Case number | | Street | ☐ Concluded |
| | | | |
| | | City          State          ZIP Code | |

---

Debtor    HVI Cat Canyon, Inc.      Case number (if known)    19-32857
     Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ X None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City   State   ZIP Code | **Case number** | Street |
| | | |
| | **Date of order or assignment** | City   State   ZIP Code |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ X None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ X None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

Debtor    HVI Cat Canyon, Inc.
_____
          Name

Case number *(if known)*    19-32857
                          _____

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | WELTMAN AND MOSKOWITZ, LLP | | 7/24/19 | $ 100,000.00 |
| | **Address** | | | |
| | 270 Madison Avenue | | | |
| | Street | | | |
| | New York, NY 10016 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | www.weltmosk.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ X None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

---

Debtor      HVI Cat Canyon, Inc.
            _____      Case number *(if known)*   19-32857
            Name                                                                    _____

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ X None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | **Who received transfer?** | _____ | _____ | $_____ |
| 13.2. | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

### Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ X Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

Debtor   HVI Cat Canyon, Inc.
_____
Name

Case number (if known)   19-32857
_____

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ X No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | **How are records kept?**<br><br>Check all that apply:<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | **How are records kept?**<br><br>Check all that apply:<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ X No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ X No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor      HVI Cat Canyon, Inc.
            _____          Case number (if known)    19-32857
            Name                                                                        _____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ X None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ X None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____<br><br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ X None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City        State        ZIP Code | _____<br>_____<br>_____<br><br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor  HVI Cat Canyon, Inc.
_____
Name

Case number (if known) 19-32857
_____

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ X None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☐ X Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| See attached | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☐ X Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| See attached | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor  HVI Cat Canyon, Inc.
_____  Case number (if known) 19-32857
Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☐ X Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| See attached | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Rincon Island Limited Partnership | Oil and Gas Production | EIN: 75-2672851 |
| | Name c/o Jason R. Searcy, Trustee | | **Dates business existed** |
| | Street PO Box 3929 | | |
| | Longview        TX      75606 | | From 1995 To 2018 |
| | City          State          ZIP Code | | |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____ To _____ |
| | City          State          ZIP Code | | |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | | | From _____ To _____ |
| | City          State          ZIP Code | | |

---

Debtor    HVI Cat Canyon, Inc.        Case number *(if known)*   19-32857
        Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Ernesto Olivares <br> *Name* <br> 1700 Sinton Road <br> *Street* <br><br> Santa Maria, CA 93458 <br> *City*    *State*    *ZIP Code* | From 2003   To Current |

| Name and address | Dates of service |
|---|---|
| 26a.2.   <br><br> *Name* <br><br> *Street* <br><br> *City*    *State*    *ZIP Code* | From _____ To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   Ernesto Olivares <br> *Name* <br> 1700 Sinton Road <br> *Street* <br><br> Santa Maria, CA 93458 <br> *City*    *State*    *ZIP Code* | From 2003   To Current |

| Name and address | Dates of service |
|---|---|
| 26b.2.   <br><br> *Name* <br><br> *Street* <br><br> *City*    *State*    *ZIP Code* | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Ernesto Olivares <br> *Name* <br><br> *Street* <br> 1700 Sinton Road <br> Santa Maria, CA 93458 <br> *City*    *State*    *ZIP Code* | _____ <br> _____ |

Debtor    HVI Cat Canyon, Inc.
        Name

Case number (if known)   19-32857

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City     State     ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

❑ None

| Name and address |
|---|
| 26d.1.   UBS AG |
| Name |
| London Branch |
| Street |
| 600 Washington Blvd. |
| Stamford     CT     06901 |
| City     State     ZIP Code |

| Name and address |
|---|
| 26d.2.   GLR, LLC |
| Name |
| 45 Rockefeller Plaza, Suite 2410 |
| Street |
| New York     NY     10111 |
| City     State     ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

❑ X No

❑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City     State     ZIP Code |

Debtor  HVI Cat Canyon, Inc.
_____
Name

Case number (if known)_____19-32857_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2. _____
Name

_____
Street

_____
City                              State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randeep S. Grewal | P.O Box 5489, Santa Maria, CA | Chairman | 0 |
| Alex G. Dimitrijevic | P.O Box 5489, Santa Maria, CA | President & COO | 0 |
| M. Ernesto Olivares | P.O Box 5489, Santa Maria, CA | CFO & Sec | 0 |
| GOGHH, LLC | P.O Box 5489, Santa Maria, CA | Shareholder | 100 |
|  |  |  |  |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
- ☐ X No
- ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
- ☐ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Alex G. Dimitrijevic<br>Name<br>PO Box 5489<br>Street<br><br>Santa Maria, CA 93456<br>City          State     ZIP Code<br>Relationship to debtor<br>President & Chief Operating Officer | $98,999.94 | 7/20/2018<br>7/19/2019 | salary |

Debtor HVI Cat Canyon, Inc.
_____
Name

Case number (if known)_____19-32857_____

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | Name | | | |
| | Street | | | |
| | City | State | ZIP Code | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
   ☐ No
   ☐ X Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| GIT, Inc. | EIN: 91-1986286 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
   ☐ X No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/06/2019
MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of the debtor

Printed name Randeep S. Grewal

Position or relationship to debtor Chairman

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☐ X Yes

Attachment to Part 2

Official Form 207                                    Case Number: 19-32857

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form.
On the top of any additional pages, write the debtor's name and case number (if known).

Debtor name: HVI CAT Canyon, Inc.

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3       **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other
than regular employee compensation, within 90 days before filing this case unless the
aggregate value of all property transferred to that creditor is less than $6,825. (This amount
may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after
the date of adjustment.)

| | Creditor's name and address | | | Dates | Total Amount or value | Reason for payment |
|---|---|---|---|---|---|---|
| 3.1 | GIT, Inc.<br>1700 Sinton Road<br>SANTA MARIA, | CA | 93458 | 4/30/2019<br>Through<br>6/21/2019 | $412,000.00 | Services |
| 3.2 | GTL1, LLC<br>1700 Sinton Road<br>SANTA MARIA, | CA | 93458 | 5/7/2019<br>Through<br>7/19/2019 | $380,000.00 | Services |
| 3.3 | SB CNTY ENVIRONMENTAL HEALTH SRVS<br>2125 S. CENTERPOINTE PKWY #333<br>SANTA MARIA, | CA | 93455-1340 | 1/1/2019<br>Through<br>1/1/2019 | $8,153.31 | Taxes |
| 3.4 | COASTLINE TECHNOLOGIES<br>817 HACIENDA CIRCLE<br>PASO ROBLES, | CA | 93446 | 5/22/2019<br>Through<br>7/19/2019 | $55,000.00 | Suppliers |
| 3.5 | SILVAS OIL COMPANY, INC.<br>P.O. BOX 1048<br>FRESNO, | CA | 93714 | 5/1/2019<br>Through<br>7/16/2019 | $63,237.91 | Suppliers |

Official Form 207                                             Case Number: 19-32857

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form.
On the top of any additional pages, write the debtor's name and case number (if known).

Debtor name: HVI CAT Canyon, Inc.

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3      **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other
than regular employee compensation, within 90 days before filing this case unless the
aggregate value of all property transferred to that creditor is less than $6,825. (This amount
may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after
the date of adjustment.)

| Creditor's name and address | | | Dates | Total Amount or value | Reason for payment |
|---|---|---|---|---|---|
| 3.6 | CENTRAL COAST FARMING<br>208 N CONCORD AVE.<br>SANTA MARIA, | CA 93454 | 6/18/2019<br>Through<br>7/15/2019 | $25,000.00 | Services |
| 3.7 | ROCKIN CJ TRANSPORT<br>PO BOX 6839<br>SANTA MARIA, | CA 93456 | 7/19/2019<br>Through<br>7/23/2019 | $12,882.50 | Taxes |
| 3.8 | SOUTH BAY ACCEPTANCE CORP<br>P.O. BOX 639299<br>CINCINNATI, | OH 45263-9299 | 5/21/2019<br>Through<br>7/19/2019 | $34,888.03 | Services |
| 3.9 | James Hopkins Trust<br>P.O. BOX 1166<br>VALLEY CENTER | CA 92082 | 6/21/2019 | $18,002.18 | Royalties |
| 3.10 | FRANK & SYLVIA BOISSERANC<br>300 W. PASEO DE CRISTOBAL<br>SAN CLEMENTE, | CA 92672 | 5/24/2019<br>Through<br>7/9/2019 | $27,067.91 | Rents |
| 3.11 | William LaFleur<br>3885 State Street, #325<br>SANTA BARBARA, | CA 93105 | 5/10/2019<br>Through<br>7/19/2019 | $19,896.00 | Services |
| 3.12 | SOUTHERN CALIFORNIA EDISON COM<br>P.O. BOX 300<br>ROSEMEAD, | CA 91772-0001 | 5/9/2019 | $17,637.23 | Services |
| 3.13 | UNIVERSAL ELECTRIC<br>121 N. WESTERN UNIT E4<br>SANTA MARIA, | CA 93458 | 5/2/2019<br>Through<br>7/22/2019 | $31,635.00 | Services |

Official Form 207 _____

Case Number: 19-32857

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form.
On the top of any additional pages, write the debtor's name and case number (if known).

Debtor name: HVI CAT Canyon, Inc.

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3        **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other
than regular employee compensation, within 90 days before filing this case unless the
aggregate value of all property transferred to that creditor is less than $6,825. (This amount
may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after
the date of adjustment.)

| | Creditor's name and address | | | Dates | Total Amount or value | Reason for payment |
|---|---|---|---|---|---|---|
| 3.14 | Susanna Sedgwick Trustee<br>Fiduciary Trust Company International,<br> Attn: Laura Palmisano-Graham<br>280 Park Avenue, 7th Floor<br>New York | NY | 10017 | 5/20/2019 | $32,562.48 | Royalties |
| 3.15 | ACE PUMP TESTING<br>848-A W. CENTURY<br>SANTA MARIA, | CA | 93455 | 5/1/2019<br>Through<br>7/11/2019 | $42,307.56 | Suppliers |
| 3.16 | Adam Firestone<br>620 McMurray Road<br>BUELLTON | CA | 93427 | 5/20/2019 | $34,042.77 | Royalties |
| 3.17 | INNOVATIVE CONSULTING SOLUTION<br>1901 N. ROSELLE RD,SUITE 800<br>SCHAUMBURG, | IL | 60195 | 5/10/2019<br>Through<br>7/19/2019 | $11,539.20 | Services |
| 3.18 | Petrorock, LLC<br>P.O. BOX 13550<br>BAKERSFIELD | CA | 93389-3550 | 5/14/2019 | $24,625.96 | Royalties |
| 3.19 | VERIZON WIRELESS<br>P.O. BOX 630026<br>DALLAS | TX | 75263-0026 | 4/30/2019<br>Through<br>7/1/2019 | $11,474.42 | Services |
| 3.20 | Clean Harbors<br>P.O. Box 3442<br>Boston | MA | 02241-3442 | 6/4/2019<br>Through<br>7/16/2019 | $9,373.13 | Services |

Official Form 207 _____         Case Number: 19-32857

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form.
On the top of any additional pages, write the debtor's name and case number (if known).

Debtor name: HVI CAT Canyon, Inc.

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

**3**      **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other
than regular employee compensation, within 90 days before filing this case unless the
aggregate value of all property transferred to that creditor is less than $6,825. (This amount
may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after
the date of adjustment.)

| Creditor's name and address | | | Dates | Total Amount or value | Reason for payment |
|---|---|---|---|---|---|
| 3.21 | Jerome Brevoort Dwight<br>205 W 88TH STREET APT. 4B<br>NEW YORK | NY 10024 | 5/20/2019 | $8,674.52 | Royalties |
| 3.22 | Weltman and Moskowitz<br>270 Madison Avenue<br>NEW YORK | NY 10016 | 7/24/2019 | $100,000.00 | Legal Fees |
| 3.23 | Diego Herrera<br>706S PINE APT A<br>Santa Maria | CA 93458 | 5/10/2019<br>Through<br>7/15/2019 | $7,400.00 | Services |
| 3.24 | Jonathan Ashley Dwight<br>Ameriprise Financial, Attn Randy Linde<br>126 Wells Ave S<br>Renton | WA 98057-2152 | 5/20/2019 | $28,203.16 | Royalties |
| 3.25 | AT&T BUSINESS SERVICE<br>PO BOX 105068<br>ATLANTA, | GA 30348-5068 | 5/7/2019<br>Through<br>7/16/2019 | $9,868.44 | Services |
| 3.26 | John & Louise Feliciano<br>PO BOX 368<br>LOS OLIVOS | CA 93441 | 5/20/2019 | $37,474.95 | Royalties |
| 3.27 | John & Winola Hazoard Revocable Trust<br>2119 Verde St.<br>Bakersfield | CA 93304 | 5/14/2019 | $9,444.84 | Royalties |

Official Form 207 _____ Case Number: 19-32857

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form.
On the top of any additional pages, write the debtor's name and case number (if known).

Debtor name: HVI CAT Canyon, Inc.

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

**3** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other
than regular employee compensation, within 90 days before filing this case unless the
aggregate value of all property transferred to that creditor is less than $6,825. (This amount
may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after
the date of adjustment.)

| | Creditor's name and address | | | Dates | Total Amount or value | Reason for payment |
|---|---|---|---|---|---|---|
| 3.28 | MORGANTI RANCH<br>PO BOX 2075<br>ORCUTT, | CA | 93455 | 5/20/2019<br>Through<br>5/28/2019 | $74,205.54 | Royalties/Rents |
| 3.29 | Lance H. Brown Trustee<br>PO BOX 68<br>LOS OLIVOS | CA | 93441 | 5/20/2019 | $36,526.37 | Royalties |
| 3.30 | Northern California Collection Service, Inc.<br>3001 LAVA RIDGE COURT<br>ROSEVILLE | CA | 95661 | 5/22/2019 | $66,569.64 | Services |
| 3.31 | Terra Chem<br>26868 HENNRY ROAD<br>FELLOWS | CA | 93224 | 5/8/2019<br>Through<br>7/18/2019 | $51,642.93 | Suppliers |
| 3.32 | Elizabeth Wallace Esser<br>120-55 PROSPECT ST.<br>RIDGEFIELD | CT | 68770 | 5/20/2019 | $37,770.54 | Royalties |
| 3.33 | Chamberlain Oil, LLC<br>P.O. BOX 218<br>LOS OLIVOS | CA | 93441-0218 | 5/17/2019<br>Through<br>7/12/2019 | $305,104.12 | Royalties |
| 3.34 | Alice Sedgwick Wohl<br>12 LONG POND RD.<br>WILLIAMSVILLEHOUSATONIC | MA | 01236 | 5/20/2019 | $26,720.60 | Royalties |
| 3.35 | Katherine S. Hanberg<br>P.O. Box 1911<br>LOMPOC, CA | CA | 93438 | 5/20/2019 | $32,562.46 | Royalties |
| 3.36 | PRO DIESEL REPAIR<br>1021 S. BLOSSER # C<br>SANTA MARIA, | CA | 93458 | 5/20/2019<br>Through<br>7/19/2019 | 7,597.40 | Regulatory |

2,111,091.10

Attachment to Part 2

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form.
On the top of any additional pages, write the debtor's name and case number (if known).

Debtor name: HVI CAT Canyon, Inc.                                    Case number: 19-32857

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing
this case on debts owed to an insider or guaranteed or cosigned by an insider unless the
aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.
(This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases
filed on or after the date of adjustment.) Do not include any payments listed in line 3.
Insiders include officers, directors, and anyone in control of a corporate debtor and their
relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and
insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

| Insider's Name and address | Dates | Total amount of value | Reason for payment or transfer |
|---|---|---|---|
| 4.1 | | | |
| GLR, LLC<br>45 Rockefeller Plaza, Suite 2410<br>New York, NY 10111 | 8/6/2018<br>4/19/2019 | $112,500 | Payment of Rent |
| **Relationship to debtor** | | | |
| Affiliate | | | |
| 4.2 | | | |
| GRL, LLC<br>45 Rockefeller Plaza, Suite 2410<br>New York, NY 10111 | 7/31/2018<br>Through<br>10/26/2018 | $330,346 | Royalty Payments |
| **Relationship to debtor** | | | |
| Affiliate | | | |
| 4.3 | | | |
| Greka Construction, LLC<br>2617 Clark Avenue<br>Santa Maria, CA 93454 | 8/1/2018<br>Through<br>1/18/2019 | $108,000 | Construction/Maintenance Services |
| **Relationship to debtor** | | | |
| Affiliate | | | |

Attachment to Part 2

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form.
On the top of any additional pages, write the debtor's name and case number (if known).

Debtor name: HVI CAT Canyon, Inc.                    Case number: 19-32857

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing
this case on debts owed to an insider or guaranteed or cosigned by an insider unless the
aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.
(This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases
filed on or after the date of adjustment.) Do not include any payments listed in line 3.
Insiders include officers, directors, and anyone in control of a corporate debtor and their
relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and
insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

4.4
GTL1, LLC                    7/30/2018      $1,808,000              Transportation Services
1700 Sinton Road             Through                .
Santa Maria, CA 93458        4/1/2019

**Relationship to debtor**
Affiliate

4.5
GIT, Inc.                    7/30/2018      $2,292,000              Admin Services
1700 Sinton Road             Through
Santa Maria, CA 93458        7/19/2019

**Relationship to debtor**
Affiliate

4.6
GRL, LLC                     Jan-19         Returned defaulted,     Lease Termination due to
45 Rockefeller Plaza, Suite 2410            non-producing property  non-payment of shut in
New York, NY                                                        royalties

**Relationship to debtor**
Affiliate

Attachment to Part 2

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form.
On the top of any additional pages, write the debtor's name and case number (if known).

Debtor name: HVI CAT Canyon, Inc.        Case number: 19-32857

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing
this case on debts owed to an insider or guaranteed or cosigned by an insider unless the
aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.
(This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases
filed on or after the date of adjustment.) Do not include any payments listed in line 3.
Insiders include officers, directors, and anyone in control of a corporate debtor and their
relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and
insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

4.7
GLR, LLC      Jan-19      Returned defaulted,      Lease Termination due to
45 Rockefeller Plaze, Suite 2410      non-producing property      non-payment of shut in
New York, NY      royalties

**Relationship to debtor**
Affiliate

4.8
California Asphalt Production, Inc.      7/26/2018      $7,176,390      Supplier
1660 Sinton Road      Through
Santa Maria, CA 93458      7/25/2019

**Relationship to debtor**
Affiliate

Debtor:  HVI Cat Canyon, Inc.

Case number (if known) 19-32857

Attachment to No. 7 and No. 22 of Statement of Financial Affairs

| No. | Case Title | Case Number | Nature of Case | Court or agency's name and address | Status of Case o Pending o On appeal o Concluded |
|---|---|---|---|---|---|
| 7.1 | Department of Conservation, Division of Oil, Gas and Geothermal Resources / Debtor, Appellant | 1119C | Remedial Order under Environmental Law | Director's Office of Appeals California Department of Conservation 801 K Street Sacramento, CA  95814 | On appeal |
| 7.2 | Union Oil Company of California DBA Unocal v. Debtor, et al | 1125964 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Pending (Judgment) |
| 7.3 | Corson v. Debtor, et al | 16CV01872 | Employment | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Pending (Judgment) |
| 7.4 | Northern California Collection Service, Inc. v. Debtor | SCV0041982 | Breach of contract | Placer County Suprior Court 10820 Justice Center Drive Roseville, CA  95678 | Pending (Judgment) |
| 7.5 | Commercial Trade, Inc. v. Debtor, et al. | TCL-19-000045 | Breach of contract | Kern County Superior Court 311 Lincoln Taft, CA  93268 | Pending (Judgment) |
| 7.6 | Santa Barbara County Air Pollution Control District v. Debtor | 19CV01372 | Breach of contract | Santa Barbara County Superior Court 1100 Anacapa St. Santa Barbara, CA  93121 | Pending (Judgment) |
| 7.7 | U.S., et al v. Debtor | CV 11-05097 FMO (SSx) | Civil Penalties under Environmental Law | U.S. District Court Central District of California 350 W. 1st Street, Suite 4311 Los Angeles, CA  90012-4565 | Pending |
| 7.8 | Escolle Tenants in Common v. Debtor, et al | 16CV02662 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Pending |
| 7.9 | Rival Well Services, Inc. v. Debtor | 17CV02910 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Pending |
| 7.10 | West Coast Welding & Construction v. Debtor, et al | 56-2017-00496706-CU-BC-VTA | Breach of contract | Ventura County Superior Court 800 S. Victoria Ave. Ventura, CA  93009 | Pending |
| 7.11 | Associated Pacific Constructors, Inc. v. Debtor | 56-2017-00500700-CU-BC-VTA | Breach of contract | Ventura County Superior Court 800 S. Victoria Ave. Ventura, CA  93009 | Pending |
| 7.12 | Hunton Andrews Kurth, LLP v. Debtor, et al | 18-03053-hdh | Adversary Proceeding | U.S. Bankruptcy Court For the Northern District of Texas (Dallas Division) 1100 Commerce St., Rm. 1254 Dallas, TX  75242-1496 | Pending |
| 7.13 | Pacific Petroleum California, Inc. v. Debtor | 18CV05524 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Pending |
| 7.14 | Credit Bureau of Santa Maria, Inc. DBA Coastal Recovery Solutions v. Debtor | 19CV00607 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Pending |
| 7.15 | Fisher, et al v. Debtor | 19CV01123 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Pending |
| 7.16 | Brown, et al v. Debtor | 19CV01140 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Pending |
| 7.17 | Jame A. Adams & John S. Adams, Trustees v. Debtor | 30-2019-01079204-CU-BC-CJC | Breach of contract | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA  92701 | Pending |
| 7.18 | Voigt, Inc. II dba Smitty's Towing, et al v. Debtor, et al | 19CV03092 | Declaratory Relief | Santa Barbara County Superior Court 1100 Anacapa St. Santa Barbara, CA  93121 | Pending |
| 7.19 | Voigt, Inc. II dba Smitty's Environmental v. Debtor, et al | 19CV03093 | Declaratory Relief | Santa Barbara County Superior Court 1100 Anacapa St. Santa Barbara, CA  93121 | Pending |
| 7.20 | Efrain Flores DBA E&E Transport v. Debtor, et al | 17CV04519 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Concluded |
| 7.21 | Technical Wireline Services, Inc. v. Debtor | 17CV04756 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Concluded |
| 7.22 | Pacific Petroleum California, Inc. v. Debtor | 18CV01650 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Concluded |
| 7.23 | Fourstar Resources LLC v. Debtor, et al | 18CV03835 | Breach of contract | Santa Barbara County Superior Court 312-C East Cook St., Bldg. E Santa Maria, CA  93456-5165 | Concluded |
| 7.24 | Tony Demaria Electric, Inc. v. Debtor | 30-2018-00979372-CU-BC-CJC | Breach of contract | Orange County Superior Court 700 Civic Center Dr. Santa Ana, CA  92701 | Concluded |
| 7.25 | May v. Debtor | 18STSC11627 | Breach of contract | Los Angeles/Central Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA  90012 | Concluded |
| 7.25 | May v. Debtor | 18STSC12858 | Breach of contract | Los Angeles/Central Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA  90012 | Concluded |
| 7.26 | Santa Barbara County Air Pollution Control District v. Debtor | 2018-09-A | Abatement Order under Environmental Law | Santa Barbara County APCD 260 N. San Antonio Rd., Suite A Santa Barbara, CA  93110 | Concluded |
| 7.27 | Department of Conservation, Division of Oil, Gas and Geothermal Resources / Debtor, Appellant | OO11 | Notice of Cancellation under Environmental Law | Director's Office of Appeals California Department of Conservation 801 K Street Sacramento, CA  95814 | Concluded |

Debtor:  HVI Cat Canyon, Inc.                                                                                    Case number (if known) 19-32857

Attachment to No. 23 of Statement of Financial Affairs

Legend:

| AGENCY | AGENCY NAME | AGENCY ADDRESS |
|---|---|---|
| DOGGR | California Dept. of Conservation, Division of Oil, Gas and Geothermal Resources | 801 K Street, MS18-05, Sacramento, CA 95814 |
| APCD | Santa Barbara County Air Pollutoin Control District | 260 N. San Antonio Rd., #A, Santa Barbara, CA 93110 |
| B&S | Santa Barbara County Building & Safety Dept. | 123 E. Anapamu St., #2, Santa Barbara, CA 93101 |
| PETRO | Santa Barbara County Petroleum Dept. | 123 E. Anapamu St., #2, Santa Barbara, CA 93101 |
| SBCFD | Santa Barbara County Fire Dept. | 4410 Cathedral Oaks Rd., Santa Barbara, CA 93110 |
| EHS | Santa Barbara County Environmental Health Services | 225 Camino Del Remedio, Santa Barbara, CA 93110 |
| SJVAPCD | San Juaquin Valley Air Pollution Control District | 34946 Flyover Court, Bakersfield, CA 93308 |
| SCAQMD | South Coast Air Quality Management District | 21865 Copley Drive, Diamond Bar, CA 91765-4178 |
| CUPA | Certified Unified Program Agencies | PO Box 2017, Cameron Park, CA 95682-2017 |
| SWRCB | State Water Resources Control Board | 1001 I Street, Sacramento, CA 95814 |
| CRWQCB | California Regional Water Quality Control Board | 895 Aerovista Place, Suite 101, San Luis Obispo, CA 93401-7906 |
| OSHA | Occupational Safety & Health Administration | 6150 Van Nuys Blv, Suite 405, Van Nuys, CA 91401 |

Debtor: HVI Cat Canyon, Inc.                                         Case number (if known) 19-32857

Attachment to No. 23 of Statement of Financial Affairs

| SITE NAME | COUNTY OF CALIFORNIA | AGENCY | ENVIRO LAW CITED | APPX. DATE OF NOTICE |
|---|---|---|---|---|
| CASMALIA | Santa Barbara | B&S | | 7/1/2014 |
| ESCOLLE | Santa Barbara | B&S | | 7/1/2014 |
| goodwin A tank | Santa Barbara | B&S | | 7/8/2014 |
| harbordt tank | Santa Barbara | B&S | | 7/8/2014 |
| goodwin A tank | Santa Barbara | B&S | | 7/9/2014 |
| security fee tank | Santa Barbara | PETRO | | 7/9/2014 |
| security LCR tank | Santa Barbara | PETRO | | 7/9/2014 |
| goodwin A wells | Santa Barbara | PETRO | | 7/29/2014 |
| security fee wells | Santa Barbara | PETRO | | 7/29/2014 |
| security fee tank | Santa Barbara | B&S | | 8/18/2014 |
| security LCR tank | Santa Barbara | B&S | | 8/18/2014 |
| UNION SUGAR | Santa Barbara | B&S | | 8/18/2014 |
| lakeview lease | Santa Barbara | PETRO | | 9/9/2014 |
| lakeview gas plant & golco fee | Santa Barbara | PETRO | | 9/12/2014 |
| nodlew tank facility & wells | Santa Barbara | PETRO | | 9/12/2014 |
| goodwin a-thomas-harbordt wells | Santa Barbara | PETRO | | 9/22/2014 |
| mortensen & harbordt wells | Santa Barbara | PETRO | | 9/23/2014 |
| goodwin a-thomas-harbordt wells | Santa Barbara | PETRO | | 9/24/2014 |
| BELL 59 SAPT | Santa Barbara | DOGGR | | 12/16/2014 |
| Goodwin A - 24 | Santa Barbara | DOGGR | | 3/23/2015 |
| Olean - 4-60 | Santa Barbara | DOGGR | | 4/30/2015 |
| Thomas - 2 | Santa Barbara | DOGGR | | 5/14/2015 |
| Bell - 145 | Santa Barbara | DOGGR | | 5/28/2015 |
| Golco Fee - 125-9 | Santa Barbara | DOGGR | | 6/2/2015 |
| Harbordt - 11 | Santa Barbara | DOGGR | | 6/2/2015 |
| Harbordt - 3-12 | Santa Barbara | DOGGR | | 6/2/2015 |
| Harbordt - 4-9 | Santa Barbara | DOGGR | | 6/2/2015 |
| Harbordt - 5-12 | Santa Barbara | DOGGR | | 6/2/2015 |
| Lakeview - 64-8 | Santa Barbara | DOGGR | | 6/2/2015 |
| Union Sugar - 2 | Santa Barbara | DOGGR | | 6/2/2015 |
| Goodwin A - 29 | Santa Barbara | DOGGR | | 6/5/2015 |
| Goodwin A - 43 | Santa Barbara | DOGGR | | 6/5/2015 |
| Goodwin A - 5 | Santa Barbara | DOGGR | | 6/5/2015 |
| Goodwin A -33 | Santa Barbara | DOGGR | | 6/5/2015 |
| Harbordt - 14-15 | Santa Barbara | DOGGR | | 6/12/2015 |
| Harbordt - 2-12 | Santa Barbara | DOGGR | | 6/12/2015 |
| Harbordt - 5-10 | Santa Barbara | DOGGR | | 6/12/2015 |
| Harbordt - 7-12 | Santa Barbara | DOGGR | | 6/12/2015 |
| Harbordt - 8-15 | Santa Barbara | DOGGR | | 6/12/2015 |
| Bradley Lands - 6 | Santa Barbara | DOGGR | | 7/6/2015 |
| Bradley Lands - 7 | Santa Barbara | DOGGR | | 7/6/2015 |
| Bradley Lands Unit - 2-6 | Santa Barbara | DOGGR | | 7/6/2015 |
| Bradley Lands Unit - 34-5 | Santa Barbara | DOGGR | | 7/6/2015 |
| Bradley Lands Unit - F11-5 | Santa Barbara | DOGGR | | 7/6/2015 |
| Golco Fee - 143-9 | Santa Barbara | DOGGR | | 7/6/2015 |
| Golco Fee - 34-9 | Santa Barbara | DOGGR | | 7/6/2015 |
| Golco Fee - 35-9 | Santa Barbara | DOGGR | | 7/6/2015 |
| Security Fee - 17 | Santa Barbara | DOGGR | | 7/6/2015 |

| | | | |
|---|---|---|---|
| Security Fee - 31 | Santa Barbara | DOGGR | 7/6/2015 |
| Goodwin A - 25 | Santa Barbara | DOGGR | 7/8/2015 |
| Olean -5-60 | Santa Barbara | DOGGR | 7/8/2015 |
| Bell - 88 | Santa Barbara | DOGGR | 7/13/2015 |
| Bell-124 | Santa Barbara | DOGGR | 7/13/2015 |
| Bradley Lands Unit - 2-5 | Santa Barbara | DOGGR | 7/13/2015 |
| Goodwin A - 19 | Santa Barbara | DOGGR | 7/13/2015 |
| Harbordt - 1-11 | Santa Barbara | DOGGR | 7/13/2015 |
| Harbordt - 1-12 | Santa Barbara | DOGGR | 7/13/2015 |
| Harbordt - 1-13 | Santa Barbara | DOGGR | 7/13/2015 |
| Harbordt - 13 | Santa Barbara | DOGGR | 7/13/2015 |
| Bradley Lands Unit - 2-5 | Santa Barbara | DOGGR | 8/19/2015 |
| Goodwin A - 14 | Santa Barbara | DOGGR | 9/14/2015 |
| Goodwin A - 15 | Santa Barbara | DOGGR | 9/14/2015 |
| Goodwin A - 17 | Santa Barbara | DOGGR | 9/14/2015 |
| Harbordt - 1-16 | Santa Barbara | DOGGR | 9/14/2015 |
| Harbordt - 2-12 | Santa Barbara | DOGGR | 9/14/2015 |
| Harbordt - 2-13 | Santa Barbara | DOGGR | 9/14/2015 |
| Harbordt - 2-9 | Santa Barbara | DOGGR | 9/14/2015 |
| Harbordt -1-10 | Santa Barbara | DOGGR | 9/14/2015 |
| Harbordt 2-14 | Santa Barbara | DOGGR | 9/14/2015 |
| Mortensen Fee - 10 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 10-11 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 10-6 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 11-5 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 11-7 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 12-5 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 12-6 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 12-8 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 13 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 13-5 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 13-6 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 13-9 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 4 | Santa Barbara | DOGGR | 9/21/2015 |
| Mortensen Fee - 9 | Santa Barbara | DOGGR | 9/21/2015 |
| Union Sugar - 14-1 | Santa Barbara | DOGGR | 9/22/2015 |
| Harbordt - 12-13 | Santa Barbara | DOGGR | 9/24/2015 |
| Harbordt - 15-14 | Santa Barbara | DOGGR | 9/24/2015 |
| Harbordt - 89 | Santa Barbara | DOGGR | 9/24/2015 |
| Harbordt - 9-13 | Santa Barbara | DOGGR | 9/24/2015 |
| Hardbordt-Mortensen - 5-12 | Santa Barbara | DOGGR | 9/24/2015 |
| Mortensen Fee - 14-6 | Santa Barbara | DOGGR | 9/24/2015 |
| Mortensen Fee - 14-7 | Santa Barbara | DOGGR | 9/24/2015 |
| Mortensen Fee - 15-5A | Santa Barbara | DOGGR | 9/24/2015 |
| Mortensen-Harbordt - 10-12 | Santa Barbara | DOGGR | 9/24/2015 |
| Mortensen-Harbordt- 8-11 | Santa Barbara | DOGGR | 9/24/2015 |
| Bell - 122 | Santa Barbara | DOGGR | 10/9/2015 |
| Bell - 70 | Santa Barbara | DOGGR | 10/9/2015 |
| Bell - 7A | Santa Barbara | DOGGR | 10/9/2015 |
| Bell-99 | Santa Barbara | DOGGR | 10/9/2015 |
| Bradley Consolidated - 5-84 | Santa Barbara | DOGGR | 10/9/2015 |
| Bradley Consolidated - 1-57 | Santa Barbara | DOGGR | 10/9/2015 |
| Bradley Lands Unit - 12-5 | Santa Barbara | DOGGR | 10/9/2015 |
| Chamberlin - 23 | Santa Barbara | DOGGR | 10/9/2015 |

| | | | |
|---|---|---|---|
| Golco - 11-9 | Santa Barbara | DOGGR | 10/9/2015 |
| Golco Fee - 105-9 | Santa Barbara | DOGGR | 10/9/2015 |
| Golco Fee - 22-9 | Santa Barbara | DOGGR | 10/9/2015 |
| Goodwin A - 27 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 6-13 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 10-13 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 11-13 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 11-14 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 12-15 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 15 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 58 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 6-11 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 77 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 78 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 8-14 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 87 | Santa Barbara | DOGGR | 10/9/2015 |
| Harbordt - 90 | Santa Barbara | DOGGR | 10/9/2015 |
| Jim Hopkins - 63-1 | Santa Barbara | DOGGR | 10/9/2015 |
| Jim Hopkins - 84-1 | Santa Barbara | DOGGR | 10/9/2015 |
| Kemp - 11 | Santa Barbara | DOGGR | 10/9/2015 |
| Kemp - 7 | Santa Barbara | DOGGR | 10/9/2015 |
| Kemp - 8 | Santa Barbara | DOGGR | 10/9/2015 |
| Lloyd Et Al - 1 | Santa Barbara | DOGGR | 10/9/2015 |
| Lloyd Et Al - 14 | Santa Barbara | DOGGR | 10/9/2015 |
| Lloyd Et Al - 2 | Santa Barbara | DOGGR | 10/9/2015 |
| Lloyd Et Al - 3 | Santa Barbara | DOGGR | 10/9/2015 |
| Lloyd Et Al - 4 | Santa Barbara | DOGGR | 10/9/2015 |
| Lloyd Et Al - 8 | Santa Barbara | DOGGR | 10/9/2015 |
| Lloyd Et Al - 9 | Santa Barbara | DOGGR | 10/9/2015 |
| Lloyd Et Al -7 | Santa Barbara | DOGGR | 10/9/2015 |
| Los Flores - 3-21 | Santa Barbara | DOGGR | 10/9/2015 |
| Mortensen Fee - 13-11 | Santa Barbara | DOGGR | 10/9/2015 |
| Mortensen Fee - 14-10 | Santa Barbara | DOGGR | 10/9/2015 |
| Mortensen Fee - 15-9 | Santa Barbara | DOGGR | 10/9/2015 |
| Mortensen-Harbordt - 14-12 | Santa Barbara | DOGGR | 10/9/2015 |
| Mortensen-Harbordt- 9-12 | Santa Barbara | DOGGR | 10/9/2015 |
| Nicholson 75-9 | Santa Barbara | DOGGR | 10/9/2015 |
| North Orcutt - 1 | Santa Barbara | DOGGR | 10/9/2015 |
| North Orcutt - 2 | Santa Barbara | DOGGR | 10/9/2015 |
| North Orcutt - 8 | Santa Barbara | DOGGR | 10/9/2015 |
| Olean - 2-60 | Santa Barbara | DOGGR | 10/9/2015 |
| Palmer-Stendel -11 | Santa Barbara | DOGGR | 10/9/2015 |
| Palmer-Stendel -14 | Santa Barbara | DOGGR | 10/9/2015 |
| Security Fee - 29 | Santa Barbara | DOGGR | 10/9/2015 |
| Security Fee - 35 | Santa Barbara | DOGGR | 10/9/2015 |
| Security Fee - 5 | Santa Barbara | DOGGR | 10/9/2015 |
| Security Fee - 5-5R | Santa Barbara | DOGGR | 10/9/2015 |
| Union Sugar - 44 | Santa Barbara | DOGGR | 10/9/2015 |
| Union Sugar - 7 | Santa Barbara | DOGGR | 10/9/2015 |
| Vincent - 20 | Santa Barbara | DOGGR | 10/9/2015 |
| Davis - 25 | Santa Barbara | DOGGR | 10/13/2015 |
| East Valley Farms - 15-31 | Santa Barbara | DOGGR | 10/13/2015 |
| Lakeview - 77-8 | Santa Barbara | DOGGR | 10/13/2015 |
| McKenzie -2 | Santa Barbara | DOGGR | 10/13/2015 |

| | | | |
|---|---|---|---|
| Mortensen Fee - 14-5 | Santa Barbara | DOGGR | 10/13/2015 |
| Nicholson - 253-9 | Santa Barbara | DOGGR | 10/13/2015 |
| Nicholson - 64-9 | Santa Barbara | DOGGR | 10/13/2015 |
| Nicholson - 64-9 | Santa Barbara | DOGGR | 10/13/2015 |
| Nicholson - 75-9 | Santa Barbara | DOGGR | 10/13/2015 |
| Nodlew -3 | Santa Barbara | DOGGR | 10/13/2015 |
| Security Fee - 26 | Santa Barbara | DOGGR | 10/13/2015 |
| Security Fee - 33 | Santa Barbara | DOGGR | 10/13/2015 |
| Security Fee -27 | Santa Barbara | DOGGR | 10/13/2015 |
| BELL 133 | Santa Barbara | DOGGR | 12/17/2015 |
| BELL 141 | Santa Barbara | DOGGR | 12/17/2015 |
| BLOCHMAN 5 | Santa Barbara | DOGGR | 12/17/2015 |
| CHAMBERLIN 32 | Santa Barbara | DOGGR | 12/17/2015 |
| CHAMBERLIN 33 | Santa Barbara | DOGGR | 12/17/2015 |
| GOLCO FEE 36-9 | Santa Barbara | DOGGR | 12/17/2015 |
| GOODWIN A 21 | Santa Barbara | DOGGR | 12/17/2015 |
| GOODWIN A 28 | Santa Barbara | DOGGR | 12/17/2015 |
| GOODWIN A 46 | Santa Barbara | DOGGR | 12/17/2015 |
| HARBORDT 4-11 | Santa Barbara | DOGGR | 12/17/2015 |
| LOS FLORES 102 | Santa Barbara | DOGGR | 12/17/2015 |
| LOS FLORES 104 | Santa Barbara | DOGGR | 12/17/2015 |
| SECURITY FEE 28 | Santa Barbara | DOGGR | 12/17/2015 |
| SECURITY FEE 4-6 | Santa Barbara | DOGGR | 12/17/2015 |
| BLOCHMAN 1 | Santa Barbara | DOGGR | 12/23/2015 |
| BRADLEY LANDS UNIT 22-5 | Santa Barbara | DOGGR | 12/23/2015 |
| GOODWIN A 32 | Santa Barbara | DOGGR | 12/23/2015 |
| GOODWIN A 36 | Santa Barbara | DOGGR | 12/23/2015 |
| LOS FLORES 15-22 | Santa Barbara | DOGGR | 12/23/2015 |
| LOS FLORES 2-21 | Santa Barbara | DOGGR | 12/23/2015 |
| LOS FLORES 4-21 | Santa Barbara | DOGGR | 12/23/2015 |
| LOS FLORES 55-21 | Santa Barbara | DOGGR | 12/23/2015 |
| MORTENSEN FEE 14-8 | Santa Barbara | DOGGR | 12/23/2015 |
| NICHOLSON 64-9, 75-9, 53-9, 253-9 & FAC | Santa Barbara | DOGGR | 5/4/2016 |
| GOLCO FEE 105-9 | Santa Barbara | DOGGR | 6/28/2016 |
| GOLCO FEE 11-9 | Santa Barbara | DOGGR | 6/28/2016 |
| GOLCO FEE 22-9 | Santa Barbara | DOGGR | 6/28/2016 |
| LLOYD ET AL 10 | Santa Barbara | DOGGR | 6/28/2016 |
| LOS FLORES 15-22 | Santa Barbara | DOGGR | 7/9/2016 |
| BELL 10-MAR | Santa Barbara | DOGGR | 7/11/2016 |
| BELL 122 | Santa Barbara | DOGGR | 7/11/2016 |
| BELL 7A | Santa Barbara | DOGGR | 7/11/2016 |
| BELL 99 | Santa Barbara | DOGGR | 7/11/2016 |
| BLOCHMAN 10 | Santa Barbara | DOGGR | 7/11/2016 |
| BRADLEY CONSOLIDATED 1-57 | Santa Barbara | DOGGR | 7/11/2016 |
| BRADLEY CONSOLIDATED 5-84 | Santa Barbara | DOGGR | 7/11/2016 |
| BRADLEY LANDS 12-5 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 10-13 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 11-13 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 11-14 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 12-15 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 15 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 58 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 6-11 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 6-13 | Santa Barbara | DOGGR | 7/11/2016 |

| | | | |
|---|---|---|---|
| HARBORDT 77 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 78 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 8-14 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 87 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 90 | Santa Barbara | DOGGR | 7/11/2016 |
| HARBORDT 9-13 | Santa Barbara | DOGGR | 7/11/2016 |
| JIM HOPKINS 63-1 | Santa Barbara | DOGGR | 7/11/2016 |
| JIM HOPKINS 84-1 | Santa Barbara | DOGGR | 7/11/2016 |
| LLOYD ET AL 1 | Santa Barbara | DOGGR | 7/11/2016 |
| LLOYD ET AL 14 | Santa Barbara | DOGGR | 7/11/2016 |
| LLOYD ET AL 2 | Santa Barbara | DOGGR | 7/11/2016 |
| LLOYD ET AL 3 | Santa Barbara | DOGGR | 7/11/2016 |
| LLOYD ET AL 4 | Santa Barbara | DOGGR | 7/11/2016 |
| LLOYD ET AL 7 | Santa Barbara | DOGGR | 7/11/2016 |
| LLOYD ET AL 8 | Santa Barbara | DOGGR | 7/11/2016 |
| LLOYD ET AL 9 | Santa Barbara | DOGGR | 7/11/2016 |
| LOS FLORES 3-21 | Santa Barbara | DOGGR | 7/11/2016 |
| LOS FLORES 45-22 | Santa Barbara | DOGGR | 7/11/2016 |
| MORTENSEN FEE 13-11 | Santa Barbara | DOGGR | 7/11/2016 |
| MORTENSEN FEE 14-10 | Santa Barbara | DOGGR | 7/11/2016 |
| MORTENSEN FEE 15-9 | Santa Barbara | DOGGR | 7/11/2016 |
| MORTENSEN-HARBORDT 14-12 | Santa Barbara | DOGGR | 7/11/2016 |
| MORTENSEN-HARBORDT 9-12 | Santa Barbara | DOGGR | 7/11/2016 |
| NODLEW 3 | Santa Barbara | DOGGR | 7/11/2016 |
| NORTH ORCUTT 1 | Santa Barbara | DOGGR | 7/11/2016 |
| NORTH ORCUTT 2 | Santa Barbara | DOGGR | 7/11/2016 |
| NORTH ORCUTT 8 | Santa Barbara | DOGGR | 7/11/2016 |
| PALMER STENDEL 11 | Santa Barbara | DOGGR | 7/11/2016 |
| PALMER STENDEL 14 | Santa Barbara | DOGGR | 7/11/2016 |
| PALMER STENDEL 8 | Santa Barbara | DOGGR | 7/11/2016 |
| R. R. BRADLEY 1 | Santa Barbara | DOGGR | 7/11/2016 |
| SECURITY FEE 29 | Santa Barbara | DOGGR | 7/11/2016 |
| SECURITY FEE 35 | Santa Barbara | DOGGR | 7/11/2016 |
| SECURITY FEE 5 | Santa Barbara | DOGGR | 7/11/2016 |
| SECURITY FEE 5-5R | Santa Barbara | DOGGR | 7/11/2016 |
| UNION SUGAR 14-1 | Santa Barbara | DOGGR | 7/11/2016 |
| UNION SUGAR 44 | Santa Barbara | DOGGR | 7/11/2016 |
| UNION SUGAR 7 | Santa Barbara | DOGGR | 7/11/2016 |
| VINCENT 20 | Santa Barbara | DOGGR | 7/11/2016 |
| ZACA CHAMBERLIN 23 | Santa Barbara | DOGGR | 7/11/2016 |
| NICHOLSON 64-9 | Santa Barbara | DOGGR | 7/13/2016 |
| BELL 124 | Santa Barbara | DOGGR | 7/19/2016 |
| BELL 133 | Santa Barbara | DOGGR | 7/19/2016 |
| BELL 141 | Santa Barbara | DOGGR | 7/19/2016 |
| BELL 145 | Santa Barbara | DOGGR | 7/19/2016 |
| BELL 155 | Santa Barbara | DOGGR | 7/19/2016 |
| BLOCHMAN 1 | Santa Barbara | DOGGR | 7/19/2016 |
| BLOCHMAN 5 | Santa Barbara | DOGGR | 7/19/2016 |
| BRADLEY LANDS 1-5 | Santa Barbara | DOGGR | 7/19/2016 |
| BRADLEY LANDS 22-5 | Santa Barbara | DOGGR | 7/19/2016 |
| BRADLEY LANDS 2-6 | Santa Barbara | DOGGR | 7/19/2016 |
| BRADLEY LANDS 34-5 | Santa Barbara | DOGGR | 7/19/2016 |
| BRADLEY LANDS F11-5 | Santa Barbara | DOGGR | 7/19/2016 |
| BRADLEY LANDS7 | Santa Barbara | DOGGR | 7/19/2016 |

| | | | |
|---|---|---|---|
| GOLCO FEE 143-9 | Santa Barbara | DOGGR | 7/19/2016 |
| GOLCO FEE 21-9 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 15 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 17 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 21 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 24 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 25 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 28 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 29 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 32 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 33 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 36 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 46 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 5 | Santa Barbara | DOGGR | 7/19/2016 |
| GOODWIN A 7-4A | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 11 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 1-11 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 1-12 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 1-13 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 1-16 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 12-13 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 13 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 14-15 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 15-14 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 2-12 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 2-13 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 2-14 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 2-9 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 4-9 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 5-10 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 7-12 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 8-15 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT 89 | Santa Barbara | DOGGR | 7/19/2016 |
| HARBORDT-MORTENSEN 15-22 | Santa Barbara | DOGGR | 7/19/2016 |
| LAKEVIEW 64-8 | Santa Barbara | DOGGR | 7/19/2016 |
| LOS FLORES 102-21 | Santa Barbara | DOGGR | 7/19/2016 |
| LOS FLORES 104-21 | Santa Barbara | DOGGR | 7/19/2016 |
| LOS FLORES 2-21 | Santa Barbara | DOGGR | 7/19/2016 |
| LOS FLORES 4-21 | Santa Barbara | DOGGR | 7/19/2016 |
| LOS FLORES 55-21 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 10 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 10-11 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 10-6 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 11-5 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 11-7 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 12-5 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 12-6 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 12-8 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 13 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 13-5 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 13-6 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 13-9 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 14-6 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 14-7 | Santa Barbara | DOGGR | 7/19/2016 |

| | | | |
|---|---|---|---|
| MORTENSEN FEE 14-8 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 15-5A | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 4 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN FEE 9 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN-HARBORDT 10-12 | Santa Barbara | DOGGR | 7/19/2016 |
| MORTENSEN-HARBORDT 8-11 | Santa Barbara | DOGGR | 7/19/2016 |
| OLEAN 4-60 | Santa Barbara | DOGGR | 7/19/2016 |
| OLEAN 5-60 | Santa Barbara | DOGGR | 7/19/2016 |
| SECURITY FEE 17 | Santa Barbara | DOGGR | 7/19/2016 |
| SECURITY FEE 28 | Santa Barbara | DOGGR | 7/19/2016 |
| SECURITY FEE 34 | Santa Barbara | DOGGR | 7/19/2016 |
| THOMAS 2 | Santa Barbara | DOGGR | 7/19/2016 |
| UNION SUGAR 2 | Santa Barbara | DOGGR | 7/19/2016 |
| ZACA CHAMBERLIN 32 | Santa Barbara | DOGGR | 7/19/2016 |
| ZACA CHAMBERLIN 33 | Santa Barbara | DOGGR | 7/19/2016 |
| EAST VALLEY FARMS 15-31 | Santa Barbara | DOGGR | 7/20/2016 |
| GOLCO FEE 11-9 | Santa Barbara | DOGGR | 7/20/2016 |
| GOLCO FEE 43-9 | Santa Barbara | DOGGR | 7/20/2016 |
| HARBORDT 1-10 | Santa Barbara | DOGGR | 7/20/2016 |
| HARBORDT 2-15 | Santa Barbara | DOGGR | 7/20/2016 |
| JIM HOPKINS 75-1 | Santa Barbara | DOGGR | 7/20/2016 |
| LAINE 1 | Santa Barbara | DOGGR | 7/20/2016 |
| LAKEVIEW 77-8 | Santa Barbara | DOGGR | 7/20/2016 |
| MCKENZIE JAN-00 | Santa Barbara | DOGGR | 7/20/2016 |
| MORTENSEN FEE 14-5 | Santa Barbara | DOGGR | 7/20/2016 |
| NICHOLSON 253-9 | Santa Barbara | DOGGR | 7/20/2016 |
| SECURITY FEE 26 | Santa Barbara | DOGGR | 7/20/2016 |
| SECURITY FEE 27 | Santa Barbara | DOGGR | 7/20/2016 |
| SECURITY FEE 33 | Santa Barbara | DOGGR | 7/20/2016 |
| ZACA DAVIS 25 | Santa Barbara | DOGGR | 7/20/2016 |
| FULLERTON LEASE | Santa Barbara | DOGGR | 7/27/2016 |
| GOLCO FEE 22-9 | Santa Barbara | DOGGR | 9/2/2016 |
| EAST VALLEY FARMS 15-31 | Santa Barbara | DOGGR | 9/21/2016 |
| GOLCO FEE 43-9 | Santa Barbara | DOGGR | 9/21/2016 |
| HARBORDT 2-15 | Santa Barbara | DOGGR | 9/21/2016 |
| LAKEVIEW 77-8 | Santa Barbara | DOGGR | 9/21/2016 |
| MCKENZIE 2 | Santa Barbara | DOGGR | 9/21/2016 |
| SECURITY FEE 26,27,33 | Santa Barbara | DOGGR | 9/21/2016 |
| BRADLEY LANDS 6 | Santa Barbara | DOGGR | 9/26/2016 |
| GOODWIN A 19 | Santa Barbara | DOGGR | 9/26/2016 |
| HARBORDT 4-9 | Santa Barbara | DOGGR | 9/26/2016 |
| SECURITY FEE 31 | Santa Barbara | DOGGR | 9/26/2016 |
| Chamberlin B | Santa Barbara | PETRO | 8/1/2017 |
| ESCOLLE | Santa Barbara | PETRO | 8/1/2017 |
| Chamberlin B | Santa Barbara | PETRO | 8/1/2017 |
| Escolle | Santa Barbara | PETRO | 8/1/2017 |
| JIM HOPKINS | Santa Barbara | PETRO | 8/2/2017 |
| QUATI | Santa Barbara | PETRO | 8/2/2017 |
| CARRANZA | Santa Barbara | PETRO | 8/2/2017 |
| Jim Hopkins | Santa Barbara | PETRO | 8/2/2017 |
| Quati | Santa Barbara | PETRO | 8/2/2017 |
| Carranza | Santa Barbara | PETRO | 8/2/2017 |
| BRADLEY 5-ISLAND | Santa Barbara | PETRO | 8/4/2017 |
| BATTLES | Santa Barbara | PETRO | 8/4/2017 |

| | | | |
|---|---|---|---|
| BRADLEY LANDS UNIT | Santa Barbara | PETRO | 8/4/2017 |
| Bradley 5-Island | Santa Barbara | PETRO | 8/4/2017 |
| Battles | Santa Barbara | PETRO | 8/4/2017 |
| Bradley Lands Unit | Santa Barbara | PETRO | 8/4/2017 |
| JIM HOPKINS 64-1 | Santa Barbara | DOGGR | 8/10/2017 |
| Jim Hopkins | Santa Barbara | DOGGR | 8/10/2017 |
| GOG | Santa Barbara | DOGGR | 8/11/2017 |
| BELL 107 | Santa Barbara | DOGGR | 8/11/2017 |
| Bell | Santa Barbara | DOGGR | 8/11/2017 |
| MORGANTI | Santa Barbara | PETRO | 8/14/2017 |
| SECURITY | Santa Barbara | PETRO | 8/14/2017 |
| LLOYD | Santa Barbara | PETRO | 8/14/2017 |
| ESCOLLE | Santa Barbara | PETRO | 8/14/2017 |
| ESCOLLE | Santa Barbara | PETRO | 8/14/2017 |
| Morganti | Santa Barbara | PETRO | 8/14/2017 |
| Security | Santa Barbara | PETRO | 8/14/2017 |
| Lloyd | Santa Barbara | PETRO | 8/14/2017 |
| Escolle | Santa Barbara | PETRO | 8/14/2017 |
| Escolle | Santa Barbara | PETRO | 8/14/2017 |
| EAST VALLEY FARMS | Santa Barbara | PETRO | 8/16/2017 |
| CROSS DEVELOPMENT | Santa Barbara | PETRO | 8/16/2017 |
| UNION SUGAR | Santa Barbara | PETRO | 8/16/2017 |
| NORTH ORCUTT | Santa Barbara | PETRO | 8/16/2017 |
| ORCUTT 1 | Santa Barbara | PETRO | 8/16/2017 |
| ORCUTT 2 | Santa Barbara | PETRO | 8/16/2017 |
| ORCUTT 3 | Santa Barbara | PETRO | 8/16/2017 |
| ORCUTT 8 | Santa Barbara | PETRO | 8/16/2017 |
| East Valley Farms | Santa Barbara | PETRO | 8/16/2017 |
| Cross Development | Santa Barbara | PETRO | 8/16/2017 |
| Union Sugar | Santa Barbara | PETRO | 8/16/2017 |
| North Orcutt | Santa Barbara | PETRO | 8/16/2017 |
| Orcutt | Santa Barbara | PETRO | 8/16/2017 |
| Orcutt | Santa Barbara | PETRO | 8/16/2017 |
| Orcutt | Santa Barbara | PETRO | 8/16/2017 |
| Orcutt | Santa Barbara | PETRO | 8/16/2017 |
| GOODWIN A | Santa Barbara | PETRO | 8/17/2017 |
| SECURITY | Santa Barbara | PETRO | 8/17/2017 |
| LAKEVIEW 88-8 | Santa Barbara | PETRO | 8/17/2017 |
| LAKEVIEW 64-8 | Santa Barbara | PETRO | 8/17/2017 |
| LAKEVIEW 76A-8 | Santa Barbara | PETRO | 8/17/2017 |
| LAKEVIEW 77-8 | Santa Barbara | PETRO | 8/17/2017 |
| LAKEVIEW 87-8 | Santa Barbara | PETRO | 8/17/2017 |
| LAKEVIEW 86-8 | Santa Barbara | PETRO | 8/17/2017 |
| LAKEVIEW 65-8 | Santa Barbara | PETRO | 8/17/2017 |
| LAKEVIEW 75-8 | Santa Barbara | PETRO | 8/17/2017 |
| GOLCO FEE 314-9 | Santa Barbara | PETRO | 8/17/2017 |
| GOLCO FEE 34-9 | Santa Barbara | PETRO | 8/17/2017 |
| GOLCO-NICHOLSON 44-9 | Santa Barbara | PETRO | 8/17/2017 |
| GOLCO FEE 35-9 | Santa Barbara | PETRO | 8/17/2017 |
| GOLCO FEE 126-9 | Santa Barbara | PETRO | 8/17/2017 |
| GOLCO FEE 42-9 | Santa Barbara | PETRO | 8/17/2017 |
| GOLCO FEE 43-9 | Santa Barbara | PETRO | 8/17/2017 |
| Goodwin A | Santa Barbara | PETRO | 8/17/2017 |
| Security | Santa Barbara | PETRO | 8/17/2017 |

| | | | | |
|---|---|---|---|---|
| Lakeview | Santa Barbara | PETRO | | 8/17/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/17/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/17/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/17/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/17/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/17/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/17/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/17/2017 |
| Golco Fee | Santa Barbara | PETRO | | 8/17/2017 |
| Golco Fee | Santa Barbara | PETRO | | 8/17/2017 |
| Golco-Nicholson | Santa Barbara | PETRO | | 8/17/2017 |
| Golco Fee | Santa Barbara | PETRO | | 8/17/2017 |
| Golco Fee | Santa Barbara | PETRO | | 8/17/2017 |
| Golco Fee | Santa Barbara | PETRO | | 8/17/2017 |
| Golco Fee | Santa Barbara | PETRO | | 8/17/2017 |
| GOLCO FEE 143-9 | Santa Barbara | PETRO | | 8/18/2017 |
| GOLCO FEE 11-9 | Santa Barbara | PETRO | | 8/18/2017 |
| GOLCO FEE 121-9 | Santa Barbara | PETRO | | 8/18/2017 |
| LAKEVIEW 382-8 | Santa Barbara | PETRO | | 8/18/2017 |
| LAKEVIEW 81-8 | Santa Barbara | PETRO | | 8/18/2017 |
| GOLCO FEE 111-9 | Santa Barbara | PETRO | | 8/18/2017 |
| LAKEVIEW 51-8 | Santa Barbara | PETRO | | 8/18/2017 |
| LAKEVIEW 43-8 | Santa Barbara | PETRO | | 8/18/2017 |
| LAKEVIEW 52-8 | Santa Barbara | PETRO | | 8/18/2017 |
| LAKEVIEW 53-8 | Santa Barbara | PETRO | | 8/18/2017 |
| LAKEVIEW 63-8 | Santa Barbara | PETRO | | 8/18/2017 |
| Golco Fee | Santa Barbara | PETRO | | 8/18/2017 |
| Golco Fee | Santa Barbara | PETRO | | 8/18/2017 |
| Golco Fee | Santa Barbara | PETRO | | 8/18/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/18/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/18/2017 |
| Golco Fee | Santa Barbara | PETRO | | 8/18/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/18/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/18/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/18/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/18/2017 |
| Lakeview | Santa Barbara | PETRO | | 8/18/2017 |
| LOS FLORES | Santa Barbara | PETRO | | 8/21/2017 |
| BRADLEY CONSOLIDATED 1-68 | Santa Barbara | PETRO | | 8/21/2017 |
| BRADLEY CONSOLIDATED | Santa Barbara | DOGGR | | 8/21/2017 |
| SHELL STD PAYNE | Santa Barbara | PETRO | | 8/21/2017 |
| Los Flores | Santa Barbara | PETRO | | 8/21/2017 |
| Bradley Consolidated | Santa Barbara | PETRO | | 8/21/2017 |
| Bradley Consolidated | Santa Barbara | DOGGR | | 8/21/2017 |
| Shell Std Payne | Santa Barbara | PETRO | | 8/21/2017 |
| SHELL STD PAYNE | Santa Barbara | DOGGR | | 8/28/2017 |
| BELL | Santa Barbara | APCD | | 8/28/2017 |
| Shell Std Payne | Santa Barbara | DOGGR | | 8/28/2017 |
| Bell | Santa Barbara | APCD | | 8/28/2017 |
| BELL COMPRESSOR PLANT | Santa Barbara | PETRO | | 8/31/2017 |
| Bell | Santa Barbara | PETRO | | 8/31/2017 |
| Palmer-Stendel - 8 | Santa Barbara | DOGGR | | 10/9/2017 |
| Fullerton | Santa Barbara | PETRO | Section 14-10(a) ; 14-31(b) of County Code Chapter 14 | 10/12/2017 |

| | | | |
|---|---|---|---|
| Jim Hopkins 64-1 | Santa Barbara | DOGGR | 10/25/2017 |
| Union Continental 4, 5, 6, 7, | Santa Barbara | PETRO | 10/26/2017 |
| Harbordt 12-15, 90 | Santa Barbara | PETRO | 10/30/2017 |
| Mortensen Fee 1, 14-10, 15-9 | Santa Barbara | PETRO | 10/30/2017 |
| Mortensen-Harbordt 13-12, 15-12 | Santa Barbara | PETRO | 10/30/2017 |
| R.R Bradley 1 | Santa Barbara | PETRO | 10/30/2017 |
| Security 13 | Santa Barbara | PETRO | 10/30/2017 |
| Redu - XW10R | Orange | DOGGR | 4/27/2015 |
| Redu - XW11 | Orange | DOGGR | 4/27/2015 |
| Redu - XW12 | Orange | DOGGR | 4/27/2015 |
| Redu - XW14 | Orange | DOGGR | 4/27/2015 |
| Redu - XW15 | Orange | DOGGR | 4/27/2015 |
| Redu - XW18 | Orange | DOGGR | 4/27/2015 |
| Redu - XW19 | Orange | DOGGR | 4/27/2015 |
| Redu - XW21 | Orange | DOGGR | 4/27/2015 |
| Redu - XW4 | Orange | DOGGR | 4/27/2015 |
| Redu - XW7 | Orange | DOGGR | 4/27/2015 |
| Redu - XW8 | Orange | DOGGR | 4/27/2015 |
| Redu - XW9 | Orange | DOGGR | 4/27/2015 |
| Redu - YW10 | Orange | DOGGR | 4/27/2015 |
| Redu - YW11 | Orange | DOGGR | 4/27/2015 |
| Redu - YW12 | Orange | DOGGR | 4/27/2015 |
| Redu - YW13 | Orange | DOGGR | 4/27/2015 |
| Redu - YW15C&K | Orange | DOGGR | 4/27/2015 |
| Redu - YW17C&K | Orange | DOGGR | 4/27/2015 |
| Redu - YW18 | Orange | DOGGR | 4/27/2015 |
| Redu - YW20 | Orange | DOGGR | 4/27/2015 |
| Redu - YW21 | Orange | DOGGR | 4/27/2015 |
| Redu - YW25 | Orange | DOGGR | 4/27/2015 |
| Redu - YW7 | Orange | DOGGR | 4/27/2015 |
| Redu - YW8 | Orange | DOGGR | 4/27/2015 |
| Redu - YW9 | Orange | DOGGR | 4/27/2015 |
| Redu - ZW1 | Orange | DOGGR | 4/27/2015 |
| Redu - ZW12 | Orange | DOGGR | 4/27/2015 |
| Redu - ZW13 | Orange | DOGGR | 4/27/2015 |
| Redu - ZW15 | Orange | DOGGR | 4/27/2015 |
| Redu - ZW2 | Orange | DOGGR | 4/27/2015 |
| Redu - ZW5 | Orange | DOGGR | 4/27/2015 |
| Redu - ZW6 | Orange | DOGGR | 4/27/2015 |
| Redu - ZW9 | Orange | DOGGR | 4/27/2015 |
| Redu - XW1 | Orange | DOGGR | 7/10/2015 |
| Redu - XW1 | Orange | DOGGR | 7/10/2015 |
| Redu - XW12 | Orange | DOGGR | 7/10/2015 |
| Redu - XW14 | Orange | DOGGR | 7/10/2015 |
| Redu - XW19 | Orange | DOGGR | 7/10/2015 |
| Redu - XW21 | Orange | DOGGR | 7/10/2015 |
| Redu - YW10 | Orange | DOGGR | 7/10/2015 |
| Redu - YW11 | Orange | DOGGR | 7/10/2015 |
| Redu - YW13 | Orange | DOGGR | 7/10/2015 |
| Redu - YW15C&K | Orange | DOGGR | 7/10/2015 |
| Redu - YW17C&K | Orange | DOGGR | 7/10/2015 |
| Redu - YW18 | Orange | DOGGR | 7/10/2015 |
| Redu - YW20 | Orange | DOGGR | 7/10/2015 |
| Redu - YW21 | Orange | DOGGR | 7/10/2015 |

| | | | | |
|---|---|---|---|---|
| Redu - YW25 | Orange | DOGGR | | 7/10/2015 |
| Redu - YW7 | Orange | DOGGR | | 7/10/2015 |
| Redu - YW8 | Orange | DOGGR | | 7/10/2015 |
| Redu - YW9 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW1 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW11 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW12 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW13 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW15 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW15 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW2 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW2 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW5 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW6 | Orange | DOGGR | | 7/10/2015 |
| Redu - ZW9 | Orange | DOGGR | | 7/10/2015 |
| Belridge | Kern | CUPA | | 1/15/2016 |
| Belridge | Kern | SJV APCD | | 6/21/2016 |
| Redu | Orange | SCAQMD | | 10/21/2016 |
| Redu | Orange | SCAQMD | | 1/3/2017 |
| Redu | Orange | SCAQMD | | 1/10/2017 |
| Redu | Orange | SCAQMD | | 1/17/2017 |
| Redu | Orange | SCAQMD | | 1/19/2017 |
| REDU | Orange | SCAQMD | | 4/12/2017 |
| Belridge | Kern | SJVAPCD | | 4/20/2017 |
| Zaca Davis | Santa Barbara | PETRO | | 1/9/2018 |
| Bell | Santa Barbara | APCD | Rule 505.D | 2/2/2018 |
| Los Flores | Santa Barbara | APCD | Rule 505.D | 2/2/2018 |
| Bradley Lands/Bradley Consolidated | Santa Barbara | APCD | Rule 505.D | 2/2/2018 |
| Security  Fee/Thomas | Santa Barbara | APCD | Rule 505, 505.D | 2/2/2018 |
| Escolle | Santa Barbara | APCD | Rule 505.C.2 | 2/2/2018 |
| Jim Hopkins | Santa Barbara | APCD | Rule 505.C.2 | 2/2/2018 |
| Battles | Santa Barbara | APCD | Rule 331 F.1 | 2/9/2018 |
| Santa Maria Valley | Santa Barbara | APCD | | 2/9/2018 |
| Union Sugar | Santa Barbara | APCD | Rule 331 F.1 | 2/9/2018 |
| Union Sugar | Santa Barbara | APCD | | 2/9/2018 |
| Davis | Santa Barbara | APCD | | 2/9/2018 |
| Chamberlin | Santa Barbara | APCD | | 2/9/2018 |
| Morganti | Santa Barbara | APCD | Rule 331 F.1 | 2/9/2018 |
| Bradley Lands/Bradley Consolidated | Santa Barbara | APCD | Rule 331 F.1 | 2/9/2018 |
| Jim Hopkins | Santa Barbara | APCD | Rule 331 F.1 | 2/9/2018 |
| Escolle | Santa Barbara | APCD | Rule 331 F.1 | 2/9/2018 |
| Fulerton | Santa Barbara | APCD | Rule 331 F.1 | 2/9/2018 |
| Los Flores | Santa Barbara | APCD | | 2/9/2018 |
| Security  Fee/Thomas | Santa Barbara | APCD | Rule 331 F.1 | 2/9/2018 |
| Davis | Santa Barbara | DOGGR | | 2/14/2018 |
| Chamberlin | Santa Barbara | DOGGR | | 2/14/2018 |
| Chamberlin B | Santa Barbara | DOGGR | | 2/14/2018 |
| Lloyd Et Al | Santa Barbara | DOGGR | | 2/22/2018 |
| Gibson | Santa Barbara | APCD | Rule 331 F.1 | 2/23/2018 |
| Goodwin A | Santa Barbara | APCD | Rule 331 F.2 | 2/23/2018 |
| Vincent | Santa Barbara | APCD | Rule 331 F.3 | 2/23/2018 |
| Jim Hopkins | Santa Barbara | APCD | | 3/19/2018 |
| Escolle | Santa Barbara | DOGGR | California Code of Regulations §1777 (a) | 3/28/2018 |
| Bradley 3-Island | Santa Barbara | PETRO | | 4/3/2018 |

| | | | | |
|---|---|---|---|---|
| Greka | Santa Barbara | SWRCB | Water Code Section 13261 | 4/7/2018 |
| Bradley Lands | Santa Barbara | DOGGR | | 4/10/2018 |
| Golco Fee | Santa Barbara | DOGGR | | 4/10/2018 |
| Lakeview | Santa Barbara | DOGGR | | 4/10/2018 |
| Bettiga | Santa Barbara | PETRO | | 5/3/2018 |
| Bradley Consolidated | Santa Barbara | PETRO | | 5/3/2018 |
| Bradley Lands/Bradley Consolidated | Santa Barbara | APCD | Rule 206 and 331 F.1 | 5/9/2018 |
| Bradley Lands/Bradley Consolidated | Santa Barbara | APCD | Rule 206 | 5/9/2018 |
| Bradley Lands/Bradley Consolidated | Santa Barbara | APCD | Rule 331 D.1, 2. 331 D.3, 3. 325 D.1 Rule 331 D.1 , 331 D.3 ,325 D.1 | 5/9/2018 |
| Golco Fee | Santa Barbara | PETRO | | 5/15/2018 |
| Acquistapace | Santa Barbara | PETRO | | 5/17/2018 |
| Golco Fee | Santa Barbara | PETRO | | 5/17/2018 |
| Security Fee/Thomas | Santa Barbara | APCD | Rule 206 2. 331 F.1 , 3. 331 D.l Condition 3.d of PTO 11103-RS | 6/4/2018 |
| Los Flores | Santa Barbara | APCD | Rule 206, 2. 331 F.l , 3.d | 6/4/2018 |
| Jim Hopkins | Santa Barbara | APCD | Rule 206 and 2. 331 F.l | 6/4/2018 |
| Security Fee/Thomas | Santa Barbara | APCD | Rule 206, 2. 201 | 6/4/2018 |
| Zaca Field | Santa Barbara | EHS | Business Plan(6.95 H&SC 22508), (6.95 H&SC 25505 (a)(4).), (6.95 H&SC 25505(a)(2), 25508(a)(1).) | 6/8/2018 |
| Gato Compressor Plant | Santa Barbara | EHS | Business Plan(6.95 H&SC 22508), (6.95 H&SC 25505 (a)(4).), (6.95 H&SC 25505(a)(2), 25508(a)(1).) | 6/8/2018 |
| Nicholson | Santa Barbara | DOGGR | | 6/11/2018 |
| Acquistapace | Santa Barbara | DOGGR | | 6/11/2018 |
| Bradley Consolidated | Santa Barbara | PETRO | | 6/14/2018 |
| Bradley Lands | Santa Barbara | PETRO | | 6/14/2018 |
| Shell-Standard Payne | Santa Barbara | PETRO | | 6/14/2018 |
| Jim Hopkins | Santa Barbara | APCD | | 6/15/2018 |
| Bradley Lands Unit | Santa Barbara | PETRO | | 6/20/2018 |
| Bradley Lands Unit | Santa Barbara | PETRO | | 6/21/2018 |
| Jim Hopkins | Santa Barbara | PETRO | | 6/21/2018 |
| Lakeview Lease | Santa Barbara | APCD | | 6/27/2018 |
| Lakeview Gas Plant | Santa Barbara | APCD | | 6/27/2018 |
| Golco Lease | Santa Barbara | APCD | | 6/27/2018 |
| Bradley Lands/Bradley Consolidated Lease | Santa Barbara | APCD | | 6/27/2018 |
| Bradley Lands Lease | Santa Barbara | APCD | | 6/27/2018 |
| R.B. McFaddin Lease | Santa Barbara | APCD | | 6/27/2018 |
| McKenzie Lease | Santa Barbara | APCD | | 6/27/2018 |
| Olean Lease | Santa Barbara | APCD | | 6/27/2018 |
| Jim Hopkins Lease | Santa Barbara | APCD | | 6/27/2018 |
| Kemp Lease | Santa Barbara | APCD | | 6/27/2018 |
| East Valley Farms Lease | Santa Barbara | APCD | | 6/27/2018 |
| Cross Development Lease | Santa Barbara | APCD | | 6/27/2018 |
| Battles Lease | Santa Barbara | APCD | | 6/27/2018 |
| Adam B Lease | Santa Barbara | APCD | | 6/27/2018 |
| Bettiga Lease | Santa Barbara | APCD | | 6/27/2018 |
| Bettiga B Lease | Santa Barbara | APCD | | 6/27/2018 |
| Moretti B Lease | Santa Barbara | APCD | | 6/27/2018 |
| Vincent Lease | Santa Barbara | APCD | | 6/27/2018 |
| Laine Lease | Santa Barbara | APCD | | 6/27/2018 |
| Armelin Lease ( North Orcutt) | Santa Barbara | APCD | | 6/27/2018 |
| O'Donnell Fee Lease | Santa Barbara | APCD | | 6/27/2018 |
| Cree Security Lease | Santa Barbara | APCD | | 6/27/2018 |
| Union Sugar Lease | Santa Barbara | APCD | | 6/27/2018 |

| | | | | |
|---|---|---|---|---|
| Escolle Lease | Santa Barbara | APCD | | 6/27/2018 |
| Morganti Lease | Santa Barbara | APCD | | 6/27/2018 |
| Arellanes Lease | Santa Barbara | APCD | | 6/27/2018 |
| T.R. Bonetti Lease | Santa Barbara | APCD | | 6/27/2018 |
| Muscio Lease | Santa Barbara | APCD | | 6/27/2018 |
| Righetti Lease | Santa Barbara | APCD | | 6/27/2018 |
| Righetti B Lease | Santa Barbara | APCD | | 6/27/2018 |
| Chamberlin Lease | Santa Barbara | APCD | | 6/27/2018 |
| Chamberlin B Lease | Santa Barbara | APCD | | 6/27/2018 |
| Davis Lease | Santa Barbara | APCD | | 6/27/2018 |
| Davis B Lease | Santa Barbara | APCD | | 6/27/2018 |
| Davis C Lease | Santa Barbara | APCD | | 6/27/2018 |
| Brown Lease | Santa Barbara | APCD | | 6/27/2018 |
| Carranza Lease | Santa Barbara | APCD | | 6/27/2018 |
| Quati Lease | Santa Barbara | APCD | | 6/27/2018 |
| Lloyd Lease | Santa Barbara | APCD | | 6/27/2018 |
| Security Fee/Thomas Lease | Santa Barbara | APCD | | 6/27/2018 |
| Goodwin A Lease | Santa Barbara | APCD | | 6/27/2018 |
| Harbordt Lease | Santa Barbara | APCD | | 6/27/2018 |
| Mortensen Lease | Santa Barbara | APCD | | 6/27/2018 |
| Los Flores Lease | Santa Barbara | APCD | | 6/27/2018 |
| Bell Lease (Cat Canyon) | Santa Barbara | APCD | | 6/27/2018 |
| Blochman Lease | Santa Barbara | APCD | | 6/27/2018 |
| Palmer Stendel Lease | Santa Barbara | APCD | | 6/27/2018 |
| Fullerton Lease | Santa Barbara | APCD | | 6/27/2018 |
| Gibson Lease | Santa Barbara | APCD | | 6/27/2018 |
| Conoco Lease | Santa Barbara | APCD | | 6/27/2018 |
| Continental Lease | Santa Barbara | APCD | | 6/27/2018 |
| Union Sugar | Santa Barbara | APCD | Rule 206 | 7/2/2018 |
| Union Sugar | Santa Barbara | APCD | Rule 206, 3. 331 F.1 and 4. 331 D.3 | 7/2/2018 |
| Morganti | Santa Barbara | APCD | Rule 206, 3. 331 F.1, 4. 331 D.1, and 5. 325 E.1 | 7/2/2018 |
| Lloyd Et Al | Santa Barbara | CRWQCB | Water Code Section 13267, 13268 | 7/5/2018 |
| Bradley Lands | Santa Barbara | PETRO | | 7/9/2018 |
| Bradley 3-Island | Santa Barbara | PETRO | | 7/13/2018 |
| Bradley Lands Unit | Santa Barbara | PETRO | | 7/26/2018 |
| Escolle | Santa Barbara | SBCFD | Fire Code 105.6.17.6 | 7/26/2018 |
| Quati | Santa Barbara | SBCFD | Fire Code 105.6.17.6.1 | 7/26/2018 |
| Chamberlin | Santa Barbara | SBCFD | Fire Code 105.6.17.6 | 7/26/2018 |
| Chamberlin B | Santa Barbara | SBCFD | Fire Code 105.6.17.6 | 7/26/2018 |
| Davis | Santa Barbara | SBCFD | Fire Code 105.6.17.6 | 7/26/2018 |
| Davis B | Santa Barbara | SBCFD | Fire Code 105.6.17.6 | 7/26/2018 |
| Cat Canyon | Santa Barbara | SBCFD | | 7/26/2018 |
| Jim Hopkins | Santa Barbara | PETRO | | 8/3/2018 |
| Union Sugar | Santa Barbara | SBCFD | | 8/9/2018 |
| Lakeview Mechanics Shop | Santa Barbara | SBCFD | | 8/9/2018 |
| Bradley 3-Isalnd | Santa Barbara | SBCFD | Code 507.5.1 - | 8/9/2018 |
| | | | Code 906.2 - | |
| | | | Code L105-.1 | |
| | | | Code 908.1 | |
| | | | Code 105.6.17.6 | |
| | | | Code 2306.7.9.2.1 | |
| Bradley 5-Island | Santa Barbara | SBCFD | Code 906.1 | 8/9/2018 |
| Battles | Santa Barbara | SBCFD | Code 906.1 | 8/9/2018 |
| Kemp | Santa Barbara | SBCFD | Code 906.1 | 8/9/2018 |

| | | | | |
|---|---|---|---|---|
| Jim Hopkins | Santa Barbara | SBCFD | Code 906.1 | 8/9/2018 |
| Lakeview | Santa Barbara | SBCFD | Fire Code: 105.6.17.6.1 | 8/9/2018 |
| Lakeview Gas Plant | Santa Barbara | SBCFD | Fire Code: 105.6.17.6.1, Code E103.1.4 | 8/9/2018 |
| Security LCR | Santa Barbara | SBCFD | Code 906.1  Code 105.6.17.6 | 8/9/2018 |
| Blochman | Santa Barbara | SBCFD | Code 906.1 and Code 105.6.17.6 | 8/9/2018 |
| Bell | Santa Barbara | SBCFD | Code 906.1 and Code 105.6.17.6 | 8/9/2018 |
| Fullerton | Santa Barbara | SBCFD | Code 503.4  Code 906.1 and Code 105.6.17.6 | 8/9/2018 |
| Los Flores | Santa Barbara | SBCFD | Code 906.1 and Code 105.6.17.6 | 8/9/2018 |
| Security Fee | Santa Barbara | SBCFD | Code 906.1 Code 105.6.17.6 | 8/9/2018 |
| Lakeview | Santa Barbara | PETRO | | 8/16/2018 |
| Lakeview | Santa Barbara | PETRO | | 8/16/2018 |
| Zaca - Chamberlin | Santa Barbara | PETRO | | 8/22/2018 |
| Zaca - Davis | Santa Barbara | PETRO | | 8/22/2018 |
| Escolle | Santa Barbara | PETRO | | 8/31/2018 |
| Goodwin A | Santa Barbara | PETRO | | 9/10/2018 |
| Security Fee | Santa Barbara | PETRO | | 9/14/2018 |
| Bell Fee | Santa Barbara | PETRO | | 9/14/2018 |
| North Orcutt | Santa Barbara | DOGGR | | 9/21/2018 |
| Morganti | Santa Barbara | PETRO | | 9/27/2018 |
| Fullerton | Santa Barbara | PETRO | Grading Section 25-22 | 9/27/2018 |
| Conoco | Santa Barbara | PETRO | | 10/1/2018 |
| G. Gibson | Santa Barbara | PETRO | | 10/1/2018 |
| Fullerton | Santa Barbara | PETRO | | 10/5/2018 |
| Harbordt | Santa Barbara | PETRO | | 10/8/2018 |
| Harbordt | Santa Barbara | PETRO | | 10/8/2018 |
| Mortensen | Santa Barbara | PETRO | | 10/10/2018 |
| Jim Hopkins | Santa Barbara | PETRO | | 10/18/2018 |
| Chamberlin | Santa Barbara | PETRO | | 10/22/2018 |
| Security | Santa Barbara | OSHA | | 10/26/2018 |
| Palmer-Stendel | Santa Barbara | PETRO | | 11/2/2018 |
| Blochman | Santa Barbara | PETRO | | 11/2/2018 |
| Bell | Santa Barbara | DOGGR | | 11/5/2018 |
| Lloyd Et Al | Santa Barbara | DOGGR | | 11/5/2018 |
| Los Flores | Santa Barbara | DOGGR | | 11/5/2018 |
| Bell | Santa Barbara | DOGGR | | 11/5/2018 |
| Morganti | Santa Barbara | DOGGR | | 11/5/2018 |
| Bradley Consolidated | Santa Barbara | DOGGR | | 11/5/2018 |
| Bettiga | Santa Barbara | DOGGR | | 11/5/2018 |
| Chamberlin | Santa Barbara | DOGGR | | 11/5/2018 |
| Davis | Santa Barbara | DOGGR | | 11/5/2018 |
| Conoco | Santa Barbara | PETRO | | 11/7/2018 |
| Gibson | Santa Barbara | PETRO | | 11/7/2018 |
| Union Continental | Santa Barbara | PETRO | | 11/7/2018 |
| HVI Cat Canyon | Santa Barbara | DOGGR | PRC 3236.5, 3224 , 3237. | 11/8/2018 |
| Davis | Santa Barbara | APCD | Rule 206 2. 331. F.1 and 3. 331 | 11/14/2018 |
| Chamberlin | Santa Barbara | APCD | Rule 2. 331. F.1 and 3. 331 C | 11/14/2018 |
| Fullerton | Santa Barbara | PETRO | | 11/15/2018 |
| Belridge | Kern | SJV APCD | | 1/26/2018 |
| Belridge | Kern | SJV APCD | | 1/26/2018 |
| Belridge | Kern | SJV APCD | | 1/26/2018 |
| Belridge | Kern | SJV APCD | Rule 2201 - Rule, 4307 | 1/29/2018 |
| Belridge | Kern | SJV APCD | Rule 2201 - Rule, 4307 | 6/18/2018 |
| Belridge | Kern | SJV APCD | | 6/18/2018 |
| Redu | Orange | DOGGR | | 2/27/2018 |

| | | | | |
|---|---|---|---|---|
| Redu | Orange | DOGGR | Rule 1148.1(h)(2) | 3/5/2018 |
| | | | Rule 1173 (i)(1) | |
| | | | Rule 1176 (f)(1) | |
| | | | Rule 2004 (f)(1) | |
| | | | Rule 2004 (f)(1) condition F2.1 | |
| Redu | Orange | SCAQMD | sections 1724.10(k)(2) and 1724.10(k)(3), Title 14, California | 7/12/2018 |
| | | | Code of Reulations | |
| | | | PRC 3236 and CCR Sections 1724.10(k)(2) and 1724.10(k)(3) | |
| | | | Due 7-27-18 | |
| Redu | Orange | DOGGR | Rule 2012 App.A, Chp.4 (F)(1)(a) | 7/18/2018 |
| Redu | Orange | SCAQMD | Rule 2012(s)(2) | 8/1/2018 |
| Redu | Orange | SCAQMD | | 8/1/2018 |
| Union Continental Lease | Santa Barbara | APCD | Section 25-3 | 3/27/2019 |
| Union Continental Lease | Santa Barbara | APCD | Section 25-3 | 3/27/2019 |
| Union Continental Lease | Santa Barbara | APCD | Section 25-3 | 3/27/2019 |
| Union Continental Lease | Santa Barbara | APCD | Section 25-3 | 3/27/2019 |
| Union Continental Lease | Santa Barbara | APCD | Section 25-3 | 3/27/2019 |
| Union Continental Lease | Santa Barbara | APCD | Section 25-3 | 3/27/2019 |
| Palmer-Stendel Lease | Santa Barbara | APCD | Section 25-3:  25-37 | 3/28/2019 |
| Palmer-Stendel Lease | Santa Barbara | APCD | Section 25-3 | 3/28/2019 |
| Blochman Lease | Santa Barbara | PETRO | Santa Barbara County Code Chapter 25 Section 25-7 | 3/28/2019 |
| Palmer-Stendel Lease | Santa Barbara | APCD | Section 25-3 | 3/29/2019 |
| Palmer-Stendel Lease | Santa Barbara | APCD | Section 25-3 | 3/29/2019 |
| Palmer-Stendel Lease | Santa Barbara | APCD | Section 25-3 | 3/29/2019 |
| Palmer-Stendel Lease | Santa Barbara | APCD | Section 25-3 | 3/29/2019 |
| Palmer-Stendel Lease | Santa Barbara | APCD | Section 25-3 | 3/29/2019 |
| Palmer-Stendel Lease | Santa Barbara | PETRO | Santa Barbara County Code Chapter 25 Section 25-7 | 3/29/2019 |
| Palmer-Stendel Lease | Santa Barbara | PETRO | Santa Barbara County Code Chapter 25 Section 25-7 | 3/29/2019 |
| Palmer-Stendel Lease | Santa Barbara | PETRO | Section 25-3:  Section 25-40 | 3/29/2019 |
| FULLERTON LEASE | Santa Barbara | PETRO | SECTION 25-3:  SECTION 25-41 | 4/5/2019 |
| FULLERTON LEASE | Santa Barbara | PETRO | SECTION 25-3:  SECTION 25-41 | 4/5/2019 |
| FULLERTON LEASE | Santa Barbara | PETRO | Section 25-3 | 4/5/2019 |
| FULLERTON TANK FACILITY | Santa Barbara | PETRO | SECTION 25-3:  25-29:  25-36 | 4/5/2019 |
| FULLERTON LEASE | Santa Barbara | PETRO | 25-3 :  SECTION 25-40 | 4/5/2019 |
| HVI | Santa Barbara | APCD | | 5/13/2019 |
| FULLERTON LEASE | Santa Barbara | PETRO | SECTION 25-41 | 5/14/2019 |
| FULLERTON LEASE | Santa Barbara | PETRO | 25-3; 25-41 | 5/14/2019 |
| FULLERTON LEASE | Santa Barbara | PETRO | Section 25-3 | 5/14/2019 |
| FULLERTON TANK FACILITY | Santa Barbara | PETRO | 25-3:  25-29:  SECTION 25-36 | 5/14/2019 |
| KEMP LEASE | Santa Barbara | PETRO | SECTION 25-3:  25-29:  25-37 | 5/17/2019 |
| BELL WELL 100 | Santa Barbara | DOGGR | CA CODE OF REGULATIONS : 1777 (A) | 5/20/2019 |
| HVI | Santa Barbara | APCD | | 5/21/2019 |
| CARRANZA LEASE FACILITY | Santa Barbara | PETRO | Section 25-3 | 5/23/2019 |
| QUATI LEASE FACILITY | Santa Barbara | PETRO | Section 25-3 | 5/23/2019 |
| HVI | Santa Barbara | PETRO | SECTION 25-7 | 5/28/2019 |
| BELL | Santa Barbara | B&S | SECTION 25-28; , SECTION 25-37; SECTION 25-35;  25-8. | 4/29/2019 |
| | | | | |
| UNION CONTINENTAL | Santa Barbara | B&S | Section 25-3 | 3/27/2019 |
| PALMER-STENDEL | Santa Barbara | B&S | SECTION 23-3: 25-37: | 3/28/2019 |
| UNION SUGAR | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| CREE SECURITY | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| UNION SUGAR IC | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| O'DONNEL FEE | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| ESCOLLE | Santa Barbara | APCD | RULE 210 H.1 | 5/7/2019 |

| | | | | |
|---|---|---|---|---|
| CHAMBERLIN | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| DAVIS | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| CARRANZA | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| QUATI | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| BROWN | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| DAVIS B | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| CHAMBERLIN B | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| ZACA AREA IC | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| DAVIS C | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| BETTIGA | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| LAINE | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| MCFADDEN | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| BATTLES | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| SMV EAST IC | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| ADAM B | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| BETTIGA B | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| MORETTI B | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |
| VINCENT | Santa Barbara | APCD | RULE 212 C.1 | 5/7/2019 |

Debtor:  HVI Cat Canyon, Inc.

Case number (if known) 19-32857

Attachment to No. 24 of Statement of Financial Affairs

| Release Site | Release City | Release County, CA | Governmental Unit* | Environmental Law | Date of Notice |
|---|---|---|---|---|---|
| Other | Santa Maria | Santa Barbara County | CalEMA | | 5/21/19 4:07 PM |
| Oil Field | Placentia | Orange County | CalEMA | | 2/11/19 2:31 PM |
| Oil Field | Placentia | Orange County | CalEMA | | 2/11/19 11:16 AM |
| Oil Field | Santa Maria | Santa Barbara County | CalEMA | | 2/7/19 10:06 AM |
| Oil Field | Santa Maria | Santa Barbara County | CalEMA | | 1/31/19 5:40 PM |
| | Placentia | Orange County | CalEMA | | 1/18/19 8:48 AM |
| Other | Placentia | Orange County | CalEMA | | 1/18/19 7:11 AM |
| | Casmalia | Santa Barbara County | CalEMA | | 1/16/19 2:56 PM |
| Oil Field | Casmalia | Santa Barbara County | CalEMA | | 1/16/19 9:21 AM |
| Oil Field | Santa Maria | Santa Barbara County | CalEMA | | 12/10/18 12:02 PM |
| Other | Santa Maria | Santa Barbara County | CalEMA | | 3/23/18 10:45 PM |
| Oil Field | Los Olivos | Santa Barbara County | CalEMA | | 3/6/18 10:35 PM |
| Oil Field | Santa Maria | Santa Barbara County | CalEMA | | 2/20/18 12:02 PM |
| Oil Field | Los Olivos | Santa Barbara County | CalEMA | | 9/21/17 2:28 AM |
| Pipe Line | Santa Maria | Santa Barbara County | CalEMA | | 8/31/17 10:30 AM |
| Oil Field | Santa Maria | Santa Barbara County | CalEMA | | 8/15/17 4:47 PM |
| Merchant/Business | Santa Maria | Santa Barbara County | CalEMA | | 8/10/17 4:27 PM |
| Oil Field | Los Olivos | Santa Barbara County | CalEMA | | 4/4/17 5:50 PM |
| Oil Field | Los Olivos | Santa Barbara County | CalEMA | | 2/21/17 10:52 AM |
| Oil Field | Santa Maria | Santa Barbara County | CalEMA | | 6/11/15 12:30 PM |
| | | Santa Barbara County | CalEMA | | 5/15/15 10:29 AM |
| Oil Field | Santa Maria | Santa Barbara County | CalEMA | | 5/15/15 9:50 AM |
| | | Santa Barbara County | CalEMA | | 8/5/14 12:54 PM |
| Pipe Line | Unincorporated county area Santa Barbara | Santa Barbara County | CalEMA | | 8/4/14 4:47 AM |
| Oil Field | Santa Maria | Santa Barbara County | CalEMA | | 5/7/14 7:43 AM |
| Oil Field | Unincorporated county area Santa Barbara | Santa Barbara County | CalEMA | | 3/25/14 4:46 PM |

* California Emergency Management Agency
c/o California Office of Emergency Services
3650 Schriever Avenue, Mather, California 95655-4203

Fill in this information to identify the case and this filing:

Debtor Name  HVI Cat Canyon, Inc.

United States Bankruptcy Court for the:  Northern  District of  TX
(State)

Case number (*If known*):  19-32857

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/06/2019
MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Randeep S. Grewal
Printed name

Chairman
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors