**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HVI CAT CANYON, INC.,<br><br>                Debtor. | Chapter 11 Case<br><br>Case No. 19-32857 (HDH11) |

**ORDER APPROVING WITHDRAWAL OF WELTMAN & MOSKOWITZ, LLP AS ATTORNEYS FOR DEBTOR**

Upon the application ("Motion")[1] of Weltman & Moskowitz, LLP ("W&M") for entry of an order authorizing its immediate withdrawal as counsel to debtor and debtor-in-possession; and upon all of the proceedings had before the court and after due deliberation and good cause appearing therefor; it is hereby

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED,** that W&M is hereby authorized to withdraw as counsel for Debtor, effective as of entry of this Order; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

**ORDERED,** that W&M is hereby authorized to file its Application for Payment of Fees and Expenses and that the granting of W&M's withdrawal from this case shall not prejudice its right to seek payment of its legal fees and expenses by Application to this Court; and it is further

**ORDERED**, that, notwithstanding any provision to the contrary in the Application, the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

###END OF ORDER###

Submitted by:
*/s/ Michael L. Moskowitz*
Michael L. Moskowitz
WELTMAN & MOSKOWITZ, LLP
270 Madison Avenue, Suite 1400
New York, New York 10016
Telephone: (212) 684-7800
Fax: (212) 684-7995
Email: mlm@weltmosk.com
*Counsel to Debtor and Debtor-in-Possession*