Allan B. Diamond (TBA No. 05801800)
DIAMOND MCCARTHY LLP
909 Fannin, Suite 3700
Houston, TX  77010
Telephone:  713-333-5100
Facsimile:  713-333-5199
adiamond@diamondmccarthy.com

Sheryl P. Giugliano (*Pro Hac Vice* Pending)
DIAMOND MCCARTHY LLP
295 Madison Avenue, 27th Floor
New York, NY 10017
Telephone:  212-430-5400
Facsimile:   212-430-5499
sgiugliano@diamondmccarthy.com

*ATTORNEYS FOR DIAMOND MCCARTHY LLP*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **HVI CAT CANYON, INC.,** | § | **Case No. 19-32857 (HDH)** |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | |

**NOTICE OF HEARING ON DIAMOND MCCARTHY LLP'S**
**<u>MOTION FOR RELIEF FROM STAY</u>**
(Relates to ECF No. 41)

**PLEASE TAKE NOTICE** that a hearing on the Motion of Diamond McCarthy LLP to Modify Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "Motion") [ECF No. 41] has been set for Wednesday, September 18, 2019, at 1:30 p.m., before the Honorable Harlin D. Hale, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 3, Dallas, Texas 75242

Dated:  September 9, 2019

                DIAMOND MCCARTHY LLP

                */s/  Allan B. Diamond*
                Allan B. Diamond
                adiamond@diamondmccarthy.com
                909 Fannin, Suite 3700
                Houston, TX  77010
                Telephone:  713-333-5100
                Facsimile:  713-333-5199

                *Attorneys for Diamond McCarthy LLP*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Hearing has been served electronically by the Court's ECF System on all parties registered to receive such service on the 9th day of September 2019.

                */s/  Allan B. Diamond*