



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 12, 2019**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HVI CAT CANYON, INC., | Case No. 19-32857 (HDH) |
| Debtor. | |

### ORDER GRANTING TRANSFER OF VENUE

Pursuant to 28 U.S.C. §§ 1404, 1408, 1412 and Rule 1014 of the Federal Rules of Bankruptcy Procedure, and for the reasons stated on the record at the hearing on September 10, 2019, the Court finds that it is appropriate to transfer the venue of this case to the Central District of California, Northern (Santa Barbara) Division. It is therefore

**ORDERED** this case is transferred to the United States Bankruptcy Court for the Central District of California, Northern (Santa Barbara) Division; and it is further

**ORDERED** that the Clerk of the United States Bankruptcy Court for the Northern District of Texas is authorized and directed to take all actions necessary to effectuate the transfer of this

case to the United States Bankruptcy Court for the Central District of California, Northern (Santa Barbara) Division immediately.

### End of Order ###

**Agreed as to form only:**

**SNOW SPENCE GREEN LLP**

By: */s/ Ross Spence*
Ross Spence
State Bar No. 18918400
Email: ross@snowspencelaw.com
Carolyn Carollo
State Bar No. 24083437
Email: carolyncarollo@snowspencelaw.com
2929 Allen Parkway, Suite 2800
Houston, TX  77019
Telephone: (713) 335-4800
Telecopier: (713) 335-4848
**ATTORNEYS FOR COUNTY OF SANTA BARBARA, CALIFORNIA HARRY E. HAGEN, AS TREASURER-TAX COLLECTOR OF THE COUNTY OF SANTA BARBARA, CALIFORNIA AND THE SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT**

**SPENCER FANE LLP**

By: */s/ Eric M. Van Horn*
Eric M. Van Horn
Texas Bar No. 24051465
2200 Ross Avenue, Suite 4800 West
Dallas, TX  75201
Tel:    (214) 750-3610
Fax:    (214) 750-3612
Email:  ericvanhorn@spencerfane.com
**ATTORNEYS FOR BUGANKO, LLC**

**Xavier Becerra**
**Attorney General of California**
**Christina Bull Arndt**
**Supervising Deputy Attorney General**

*/s/ Mitchell E. Rishe*
Mitchell E. Rishe
Deputy Attorney General
**ATTORNEYS FOR CALIFORNIA DEPARTMENT OF CONSERVATION, DIVISION OF OIL, GAS, AND GEOTHERMAL RESOURCES**


**ROSS & SMITH, PC**

*/s/ Judith W. Ross*
Plaza of the Americas
700 N. Pearl Street, Suite 1610
North Tower
Dallas, TX 75201
(Main) 214-377-7879
(Direct) 214-377-8659
Judith.ross@judithwross.com
**ATTORNEYS FOR THE CALIFORNIA STATE LANDS COMMISSION**


**O'MELVENY & MYERS LLP**

*/s/ Evan M. Jones*
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: ejones@omm.com

and

GIBSON DUNN
Olivia Adendorff
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
**ATTORNEYS FOR UBS AG, LONDON BRANCH**

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By: */s/ Patricia B. Tomasco*
Patricia B. Tomasco
State Bar No. 01797600
Devin van der Hahn
State Bar No. 24104047
711 Louisiana, Suite 500
Houston, Texas 77002
Telephone: 713-221-7000
Facsimile: 713-221-7100
Email: pattytomasco@quinnemanuel.com
         devinvanderhahn@quinnemanuel.com
-and-

Peter Calamari
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: petercalamari@quinnemanuel.com
**ATTORNEYS FOR GIT, INC**


**WELTMAN & MOSKOWITZ, LLP**

By: */s/ Richard E. Weltman*
RICHARD E. WELTMAN
270 Madison Avenue, Suite 1400
New York, New York 10016
(212) 684-7800
**PROPOSED ATTORNEYS FOR DEBTOR/DEBTOR IN POSSESSION**

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/Robert J. Feinstein*
Robert J. Feinstein, Esq. (admitted pro hac vice)
Steven W. Golden, Esq. (TX Bar No. 240996681)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Jeffrey N. Pomerantz, Esq. (admitted pro hac vice)
Maxim B. Litvak, Esq. (TX Bar No. 24002482)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
**PROPOSED COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

```
                         United States Bankruptcy Court
                           Northern District of Texas
In re:                                                              Case No. 19-32857-hdh
HVI Cat Canyon, Inc.                                                Chapter 11
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0539-3          User: cecker                Page 1 of 3         Date Rcvd: Sep 12, 2019
                              Form ID: pdf013             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             +HVI Cat Canyon, Inc.,    c/o Capitol Corporate Services, Inc.,    36 S. 18th Avenue,   Suite D,
                 Brighton, CO 80601-2452
aty            +Alan H. Katz,    Locke Lord LLP,    200 Vesey Street, 20th Floor,    New York, NY 10281-1006
aty            +Brian L Holman,    Musick, Peeler & Garrett LLP,    One Wilshire Building,
                 624 S. Grand Avenue, Suite 2000,    Los Angeles, CA 90017-3321
aty            +Carolyn V Carollo,    Snow Spence Green LLP,    2929 Allen Parkway,    Suite 2800,
                 Houston, TX 77019-7125
aty            +Daniel L. Cantor,    O'Melveny & Myers LLP,    7 Times Square,    New York, NY 10036-6524
aty            +Darren L. Patrick,    O'Melveny & Myers LLP,    400 South Hope Street, 18th Floor,
                 Los Angeles, CA 90071-2830
aty            +Gary Svirsky,    O'Melveny & Myers LLP,    Times Square Tower,    7 Times Square,
                 New York, NY 10036-6524
aty            +Ira S. Greene,    Squadron, Ellenoff, Plesent, et al,    551 Fifth Ave.,
                 New York, NY 10176-0001
aty            +Jeffrey N. Pomerantz,    Pachulski Stang Ziehl & Jones LLP,
                 10100 Santa Monica Blvd., 13th Floor,    Los Angeles, CA 90067-4003
aty            +Jennifer Taylor,    O'Melveny & Myers LLP,    Two Embarcadero Center,    28th Floor,
                 San Francisco, CA 94111-3823
aty            +Matthew C. Heyn,    Klee, Tuchin, Bogdanoff & Stern LLP,    1999 Avenue of the Stars,
                 39th Floor,    Los Angeles, CA 90067-6049
aty            +Patricia Tomasco,    Quinn Emanuel Urquhart & Sullivan,    711 Louisiana St.,   Suite 500,
                 Houston, TX 77002-2721
aty            +Robert J. Feinstein,    Pachulski Stang Ziehl & Jones LLP,    780 Third Ave., 34th Floor,
                 New York, NY 10017-2024
aty            +Ross Spence,    Snow Spence Green LLP,    2929 Allen Parkway,    Suite 2800,
                 Houston, TX 77019-7125
aty            +Ruth Stoner Muzzin,    Friedman & Springer Water LLP,    350 Sansome Street,   Suite 210,
                 San Francisco, CA 94104-1306
aty            +Samantha M. Indelicato,    O'Melveny & Myers LLP,    Times Square Tower,    7 Times Square,
                 New York, NY 10036-6524
aty            +Sheryl P Giugliano,    Diamond McCarthy LLP,    295 Madison Avenue,    27th Floor,
                 New York, NY 10017-6417
aty            +Vadim J. Rubinstein,    Loeb & Loeb LLP,    345 Park Avenue,    New York, NY 10154-1895
aty            +Weltman & Moskowitz, LLP,    270 Madison Ave., Ste. 1400,    New York, NY 10016-0603
cr             +BUGANKO, LLC,    2200 Ross Avenue,    Suite 4800 West,    Dallas, TX 75201-2708
cr             +Buganko,    930 Truxtun Avenue, Suite 102,    Bakersfield, CA 93301-4700
cr             +California State Lands Commission,    Richard D. Nobles,    100 Howe Ave Suite 100 S,
                 Sacramento, CA 95825-8219
intp           +County of Santa Barbara, California,    c/o Ross Spence,    Snow Spence Green LLP,
                 2929 Allen Parkway, Suite 2800,    Houston, TX 77019-7125
cr             +Department of Conservation, Division of Oil, Gas a,    c/o California Department of Justice,
                 Office of the Attorney General,    300 S. Spring Street,    Suite 1702,
                 Los Angeles, CA 90013-1256
cr             +Direct Energy Business Marketing, LLC d/b/a Direct,    c/o McDowell Hetherington LLP,
                 Attention: Jarrod B. Martin,    1001 Fannin, Suite 2700,    Houston, TX 77002-6736
cr             +Epiq Corporate Restructuring, LLC Claims Agent,    (f/k/a Bankruptcy Services LLC),
                 777 Third Avenue, 12th Floor,    New York, NY 10017,    www.epiqglobal.com 10017-1302
intp           +Harry E. Hagen, as Treasurer-Tax Collector of the,    c/o Ross Spence,    Snow Spence Green LLP,
                 2929 Allen Parkway, Suite 2800,    Houston, TX 77019-7125
intp           +Santa Barbara Air Pollution Control District,    c/o Ross Spence,    Snow Spence Green LLP,
                 2929 Allen Parkway, Suite 2800,    Houston, TX 77019-7125
18721022       +Bradley Land Company,    co Musick, Peeler & Garrett LLP,    One Wilshire Building,
                 624 S. Grand Avenue, Suite 2000,    Los Angeles, CA 90017-3321
18718715       +Buganko LLC,    c/o Eric M. Van Horn,    SPENCER FANE LLP,    2200 Ross Avenue, Suite 4800 West,
                 Dallas, TX 75201-7901
18708708       +County of Santa Barbara, CA,    c/o Snow Spence Green LLP,    2929 Allen Parkway, Ste. 2800,
                 Houston, TX 77019-7125
18721602       +Diamond McCarthy LLP,    co Allen B. Diamond,    909 Fannin, Ste. 3700,    Houston, TX 77010-1049
18722478       +Direct Energy Business Marketing, LLC,    dba Direct Energy Business,
                 co McDowell Hetherington LLP.,    1001 Fannin, Suite 2700,    Houston, TX 77002-6736
18722476       +Direct Energy Business, LLC,    co McDowell Hetherington LLP.,    1001 Fannin, Suite 2700,
                 Houston, TX 77002-6736
18718713       +GIT Inc.,    c/o Patricia B. Tomasco,    Devin van der Hahn,
                 Quinn Emanuel Urquhart & Sullivan, LLP,    711 Louisiana, Suite 500,
                 Houston, Texas 77002-2721
18718714       +GIT Inc.,    c/o Peter Calamari,    Quinn Emanuel Urquhart & Sullivan, LLP,
                 51 Madison Avenue, 22nd Floor,    New York, New York 10010-1603
18708709       +Harry Hagen,Treasurer and Tax Collector,    Santa Barbara County,    c/o Snow Spence Green LLP,
                 2929 Allen Parkway, Ste. 2800,    Houston, TX 77019-7125
18706156       +Locke Lord LLP,    Attorneys for CTS Properties, Ltd.,    200 Vesey Street,
                 New York, NY 10281-1006
18706154       +OMELVENY & MYERS LLP,    Attorneys for UBS AG, London Branch,
                 400 South Hope Street, 18th Floor,    Los Angeles, CA 90071-2830
```

```
District/off: 0539-3          User: cecker                Page 2 of 3                 Date Rcvd: Sep 12, 2019
                              Form ID: pdf013             Total Noticed: 49


18708779       +Official Committee of Unsecured Creditors,    c/o Pachulski Stang Ziehl & Jones LLP,
                 780 Third Avenue, 34th Floor,   New York, NY 10017-2024
18708780       +Official Committee of Unsecured Creditors,    c/o Pachulski Stang Ziehl & Jones LLP,
                 10100 Santa Monica Blvd., 11th Floor,   Los Angeles, CA 90067-4003
18708781       +Official Committee of Unsecured Creditors,    c/o Cole Schotz P.C.,
                 301 Commerce Street,Suite 1700,   Fort Worth, TX 76102-4126
18706158       +PACHULSKI STANG ZIEHL & JONES LLP,    780 Third Avenue, 34th Floor,    New York, NY 10017-2024
18706159       +PACHULSKI STANG ZIEHL & JONES LLP,    10100 Santa Monica Blvd., 13th Floor,
                 Los Angeles, CA 90067-4003
18706152       +Quinn Emanuel Urquhart & Sullivan LLP,    Attorneys for GIT, Inc.,    711 Louisiana, Suite 500,
                 Houston, TX 77002-2721
18706153       +Quinn Emanuel Urquhart & Sullivan LLP,    Attorneys for GIT, Inc.,
                 51 Madison Avenue, 22nd Floor,   New York, New York 10010-1603
18706157       +Robert J. Feinstein, Esq.,    Richard E. Mikels, Esq.,    PACHULSKI STANG ZIEHL & JONES LLP,
                 780 Third Avenue, 34th Floor,   New York, NY 10017-2024
18708707       +Santa Barbara County Air Pollution Control Dist.,     c/o Snow Spence Green LLP,
                 2929 Allen Parkway, Ste. 2800,   Houston, TX 77019-7125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18706155       +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 12 2019 23:45:35
                 Office of the United States Trustee,    U.S. Federal Office Building,
                 201 Varick St., Room 1006,   New York, New York 10014-9449
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Direct Energy Business, LLC,   .
aty*           +Robert J. Feinstein,   Pachulski Stang Ziehl & Jones LLP,    780 Third Avenue, 34th Floor,
                 New York, NY 10017-2024
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              Alan Harry Katz    on behalf of Interested Party    CTS Properties, Ltd. akatz@lockelord.com
              Allan B. Diamond    on behalf of Creditor    Diamond McCarthy LLP adiamond@diamondmccarthy.com
              Brian L. Holman    on behalf of Creditor    Bradley Land Company b.holman@musickpeeler.com
              Carolyn Virginia Carollo    on behalf of Interested Party    Santa Barbara Air Pollution Control
               District carolyncarollo@snowspencelaw.com, janissherrill@snowspencelaw.com
              Carolyn Virginia Carollo    on behalf of Interested Party    Harry E. Hagen, as Treasurer-Tax
               Collector of the County of Santa Barbara, California carolyncarollo@snowspencelaw.com,
               janissherrill@snowspencelaw.com
              Carolyn Virginia Carollo    on behalf of Interested Party    County of Santa Barbara, California
               carolyncarollo@snowspencelaw.com, janissherrill@snowspencelaw.com
              Elizabeth Mary Guffy    on behalf of Interested Party    CTS Properties, Ltd. eguffy@lockelord.com
              Eric M. Van Horn    on behalf of Creditor    BUGANKO, LLC ericvanhorn@spencerfane.com
              Evan M. Jones    on behalf of Interested Party    UBS AG, London Branch ejones@omm.com
              Ira S. Greene    on behalf of Interested Party    CTS Properties, Ltd. Ira.Greene@lockelord.com
              Jarrod Barclay Martin    on behalf of Creditor    Direct Energy Business Marketing, LLC d/b/a
               Direct Energy Business jarrod.martin@mhllp.com, lara.coleman@mhllp.com
              Jarrod Barclay Martin    on behalf of Creditor    Direct Energy Business, LLC
               jarrod.martin@mhllp.com, lara.coleman@mhllp.com
              Jeannie Kim    on behalf of Interested Party    Pacific Gas and Electric Company jkim@buchalter.com
              Kevin D. McCullough    on behalf of Interested Party    Pacific Gas and Electric Company
               kdm@romclaw.com, rdecorte@romclaw.com
              Michael D. Warner    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors mwarner@coleschotz.com, klabrada@coleschotz.com
              Michael L. Moskowitz    on behalf of Debtor    HVI Cat Canyon, Inc. mlm@weltmosk.com,
               jg@weltmosk.com;aw@weltmosk.com
```

```
District/off: 0539-3           User: cecker               Page 3 of 3              Date Rcvd: Sep 12, 2019
                               Form ID: pdf013            Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Mitchell Elliott Rishe    on behalf of Creditor    California Department of Conservation, Division of Oil, Gas & Geothermal Resources Mitchell.Rishe@doj.ca.gov
          Olivia Arden Adendorff    on behalf of Interested Party    UBS AG, London Branch oadendorff@gibsondunn.com,    cbryant@gibsondunn.com;cfitzgerald@gibsondunn.com
          Patricia B. Tomasco    on behalf of Creditor    GIT, Inc. pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com
          Shannon Smith Thomas    on behalf of Interested Party    Pacific Gas and Electric Company sthomas@romclaw.com,    rdecorte@romclaw.com
          Sid J. Garabato    on behalf of Creditor Epiq Corporate Restructuring, LLC Claims Agent rjacobs@ecf.epiqsystems.com
          Steven William Golden    on behalf of Creditor Committee    Official Committee of Unsecured Creditors sgolden@pszjlaw.com
          United States Trustee    ustpregion06.da.ecf@usdoj.gov
          William R. Spence    on behalf of Interested Party    County of Santa Barbara, California ross@snowspencelaw.com, donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com;rhondarackley@snowspencelaw.com
          William R. Spence    on behalf of Interested Party    Harry E. Hagen, as Treasurer-Tax Collector of the County of Santa Barbara, California ross@snowspencelaw.com, donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com;rhondarackley@snowspencelaw.com
          William R. Spence    on behalf of Interested Party    Santa Barbara Air Pollution Control District ross@snowspencelaw.com, donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com;brittanyDecoteau@snowspencelaw.com;rhondarackley@snowspencelaw.com

                                                                                                      TOTAL: 26